```
Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
CONSENSUS LAW
5245 Av. Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io
```

Attorneys for Plaintiff BMA LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>   Defendants. | Case No.  3:20-cv-3345<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 OF PLAINTIFF BMA LLC** |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for Plaintiff BMA LLC, certifies that BMA LLC, as of this date, has no parent corporation and no publicly traded corporation that owns 10% or more of its stock.

These representations are made to enable the Court to evaluate possible disqualification or

recusal.

Dated: May 16, 2020                                    Respectfully submitted,

By: /s/ Pavel I. Pogodin
       Pavel I. Pogodin

CONSENSUS LAW
Pavel I. Pogodin, Ph.D., Esq.
5245 Av. Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io
Attorneys for Plaintiff BMA LLC