Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
CONSENSUS LAW
5245 Av. Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io

Attorneys for Plaintiff BMA LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, <br><br> Plaintiff, <br><br> v. <br><br> HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed, <br><br> Defendants. | Case No. 3:20-cv-3345 <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15 OF PLAINTIFF BMA LLC** |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

CONSENSUS LAW
CRYPTOCURRENCY
ATTORNEYS

BMA LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS   - 1 -   BMA LLC V. HDR GLOBAL TRADING LIMITED ET AL.   CASE NO. 3:20-cv-3345

| | |
|---|---|
| Dated: May 16, 2020 | Respectfully submitted, |
| | By: /s/ Pavel I. Pogodin |
| | Pavel I. Pogodin |
| | |
| | CONSENSUS LAW |
| | Pavel I. Pogodin, Ph.D., Esq. |
| | 5245 Av. Isla Verde |
| | Suite 302 |
| | Carolina, PR 00979 |
| | United States of America |
| | Telephone: (650) 469-3750 |
| | Facsimile: (650) 472-8961 |
| | Email: pp@consensuslaw.io |
| | Attorneys for Plaintiff BMA LLC |

CONSENSUS LAW CRYPTOCURRENCY ATTORNEYS

BMA LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS   - 2 -   BMA LLC V. HDR GLOBAL TRADING LIMITED ET AL.   CASE NO. 3:20-cv-3345