AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-3345

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **ABS Global Trading Limited** was received by me on *(date)* **5/21/20**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Tiffany Phillips of Corporate Creations Network, Inc.**, who is designated by law to accept service of process on behalf of *(name of organization)* **ABS Global Trading Limited** **4640 Admiralty Way, 5th Fl., Marina del Rey, CA 90292** on *(date)* **5/22/20 @ 11:12 a.m.** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **5/24/20**

*Server's signature*

Jeff Star, a California Registered Process server #2837
*Printed name and title*

Star Services, Inc.
10573 W. Pico Blvd., Ste. 215
Los Angeles, CA 90064
(310) 475-3626
*Server's address*

Additional information regarding attempted service, etc:
Documents Served: Summons; Rider; Amended Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Civil Standing Order for Magistrate Judge Alex G. Tse; Notice of Assignment to Case; Case Management Declaration (Blank); Consent/Declination to Magistrate Judge Jurisdiction.