UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BMA LLC,

                                            Case No. C  3:20-cv-3345

                                            CONSENT OR DECLINATION
                    Plaintiff(s)            TO MAGISTRATE JUDGE
                          v.                JURISDICTION
HDR Global Trading Limited (A.K.A. Bit
MEX), ABS Global Trading Limited, Art
hur Hayes, Ben Delo and Samuel Reed,
                    Defendant(s).

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐  **Consent** **to Magistrate Judge Jurisdiction**

         In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

         **OR**

☑  **Decline** **Magistrate Judge Jurisdiction**

         In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:  ___06/01/2020___          NAME:  Pavel I. Pogodin, Ph.D., Esq.
                                         _____

                           COUNSEL FOR  Plaintiff BMA LLC
                           (OR "PRO SE"):  _____

                                         /s/ Pavel I. Pogodin
                                         _____
                                                    *Signature*