Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
CONSENSUS LAW
5245 Ave Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io

Attorneys for Plaintiff BMA LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC,<br><br>Plaintiff,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-3345-WHO<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR THIRD PARTY EVIDENCE PRESERVATION ORDER** |

    In accordance with Federal Rule of Evidence 201, Plaintiff BMA LLC respectfully requests that this Court, in its consideration of Plaintiff's Ex Parte Application For Third Party Evidence Preservation Order filed herewith, take judicial notice of the information contained in the exhibits attached hereto.

    Exhibit 1 is a true and correct copy of an article entitled "The Great Crypto Heist" by

Nouriel Roubini, published by the Project Syndicate on July 16, 2019. Nouriel Roubini is a Professor of Economics at New York University's Stern School of Business and Chairman of Roubini Macro Associates, who was Senior Economist for International Affairs in the White House's Council of Economic Advisers during the Clinton Administration. He has worked for the International Monetary Fund, the US Federal Reserve, and the World Bank.

Judicial notice is authorized by Fed. R. Evid. 201 in that the publication of the article is capable of accurate and ready determination by resort to sources which accuracy cannot reasonably be questioned. See, e.g., *Isuzu Motors Ltd. v. Consumers Union of United States*, 12 F. Supp. 2d 1035, 1042 (C.D. Cal. 1998) (taking judicial notice of facts "which concern the publication of various television programs and newspapers in California and in this district.").

Exhibit 2 is a true and correct copy of Declaration Of Arthur Hayes In Support Of Specially Appearing Defendants' Motion To Quash Service Of Summons For Lack Of Personal Jurisdiction filed in San Francisco Superior Court Case No: CGC-19-581267 on February 27, 2020.

Exhibit 6 is a true and correct copy of First Amended Complaint filed in San Francisco Superior Court Case No: CGC-19-581267 on February 27, 2020.

A federal court may take judicial notice of court records in another case. *United States v. Howard*, 381 F.3d 873, 876 n.1 (9th Cir. 2004). A federal court may also take judicial notice of orders made in a state court proceeding. See *Miles v. California*, 320 F.3d 986, 987 n.1 (9th Cir. 2003).

Exhibit 3 is a true and correct copy of a web page entitled "Data Partners – BitMEX" visited on June 8, 2020 and available at https://www.bitmex.com/app/dataPartners.

Exhibit 4 is a true and correct copy of a partial transcript of YouTube.com video entitled "The Tangle in Taipei with Arthur Hayes and Nouriel Roubini," uploaded on July 15, 2019, https://www.youtube.com/watch?v=qlZukhN_C6c.

Exhibit 5 is a true and correct copy of a partial transcript of YouTube.com video entitled "Bitmex CEO Arthur Hayes Crypto Millionaire Explains How He Created A Multi Million Dollar

Company," uploaded on November 5, 2018, https://www.youtube.com/watch?v=Ljw9ulT2NHE.

Judicial notice is proper because a court may consider factual information from the Internet as long as the facts are not subject to reasonable dispute. See, e.g., *Perkins v. LinkedIn Corp.*, 53 F. Supp. 3d 1190, 1204 (N.D. Cal. 2014). In Perkins, the court granted requests for judicial notice related to text that was displayed online because the accuracy of the text was not in dispute.

For the foregoing reasons, Plaintiff BMA LLC respectfully requests that the Court take judicial notice of each of the Exhibits accompanying this Request for Judicial Notice.

Dated: June 9, 2020

Respectfully submitted,

By:    /s/ Pavel I. Pogodin
       Pavel I. Pogodin

CONSENSUS LAW
Pavel I. Pogodin, Ph.D., Esq.
5245 Ave Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io
Attorneys for Plaintiff BMA LLC