# EXHIBIT 5

PARTIAL TRANSCRIPT OF YOUTUBE VIDEO

"Bitmex CEO Arthur Hayes Crypto Millionaire Explains How He Created A Multi Million Dollar Company"

November 5, 2018

https://www.youtube.com/watch?v=Ljw9ulT2NHE



| Time | Speaker | Audio Transcript |
|------|---------|------------------|
| 5:45 | Arthur Hayes | At that time bitcoin started to rally quite aggressively and in China you could actually sell bitcoin at a 40% premium to what you can buy it for on the international market outside of China. So, I got on a bus to Shenzhen, with my passport, and I faked an address and I got a bank account in China. And I opened exchange accounts all across China on major exchanges. |