# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, <br><br> Plaintiff, <br><br> v. <br><br> HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed, <br><br> Defendants. | Case No. 3:20-cv-3345-WHO <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR THIRD PARTY EVIDENCE PRESERVATION ORDER** |

## ORDER

Plaintiff BMA LLC filed suit against defendants HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed, alleging various federal and state causes of action. Now pending before the Court is Plaintiff's Ex Parte Application For Third Party Evidence Preservation Order ("Application"). ECF No. 17. Having

considered Plaintiff's arguments and the relevant authority, the Court GRANTS the Application.

**Third Party Evidence Preservation Order**

Good cause exists and the Court therefore orders Twilio Inc., its subsidiary SendGrid Inc. and Intercom Inc. to preserve any and all records or documents as defined in Federal Rule of Civil Procedure 34(a)(1)(A), related to the account(s) of BitMEX, HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed, created after January 1, 2017, including, without limitation, a list or database of email addresses of BitMEX users as well as any other contact information of BitMEX users, regardless of storage or retention medium or method and including all associated content or non-content, electronically stored information either in that account(s) or located on backup or archives, in their respective possession, custody, or control, or that may come into their respective possession, custody, or control hereafter, pending the resolution of this suit or further order of this Court.

SO ORDERED.

Dated: _____, 2020

_____
Hon.
Judge of the District Court