Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
CONSENSUS LAW
5245 Ave Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io

Attorneys for Plaintiff BMA LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC,<br><br>Plaintiff,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-3345-WHO<br><br>**DECLARATION OF SERVICE OF PLAINTIFF'S EX PARTE APPLICATION FOR THIRD PARTY EVIDENCE PRESERVATION ORDER** |

I, Pavel I. Pogodin, state and declare as follows:

1. I am an attorney of record in this action for Plaintiff BMA LLC. I am a member in good standing of the Bar of the State of California, and I am admitted to practice before this Court. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, I would willingly and competently testify as to those matters.

2. On June 9, 2020, I served:

    a. Plaintiff's Ex Parte Application For Third Party Evidence Preservation Order;

    b. Declaration Of Pavel Pogodin, Esq. In Support Of Plaintiff's Ex Parte Application For Third Party Evidence Preservation Order;

    c. Request For Judicial Notice In Support Of Plaintiff's Ex Parte Application For Third Party Evidence Preservation Order;

    d. [Proposed] Order Granting Plaintiff's Ex Parte Application For Third Party Evidence Preservation Order; and

    e. Exhibits 1-6,

by emailing the above documents, error-free, to Hibbard, Stephen D. at email address <sdhibbard@jonesday.com>, Silveira, Matthew J. at email address <msilveira@jonesday.com> and Murphy, Jr., Dennis F. at email address <dennismurphy@jonesday.com>.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 9, 2020, in Carolina, Puerto Rico.

By:   /s/ Pavel I. Pogodin
       Pavel I. Pogodin