```
Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
CONSENSUS LAW
5245 Ave Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io
```

Attorneys for Plaintiff BMA LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC,<br><br>                Plaintiff,<br><br>        v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>                Defendants. | Case No. 3:20-cv-3345-WHO<br><br>**DECLARATION OF SERVICE OF CASE MANAGEMENT CONFERENCE ORDER** |

I, Pavel I. Pogodin, state and declare as follows:

1. I am an attorney of record in this action for Plaintiff BMA LLC. I am a member in good standing of the Bar of the State of California, and I am admitted to practice before this Court. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, I would willingly and competently testify as to those matters.

2. On June 10, 2020, I served:

CASE MANAGEMENT CONFERENCE ORDER - Case Management Conference set for 8/18/2020 02:00 PM in San Francisco, Courtroom 02, 17th Floor. Case Management Statement due by 8/11/2020. Signed by Judge William H. Orrick on 06/10/2020.

by emailing the above document, error-free, to:

Defendants' counsel Stephen D. Hibbard, Partner at Jones Day, at email address <sdhibbard@jonesday.com>;

Defendants' counsel Matthew J. Silveira, Partner at Jones Day, at email address <msilveira@jonesday.com>; and

Defendants' counsel Dennis F. Murphy, Jr., Associate at Jones Day, at email address <dennismurphy@jonesday.com>.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 11, 2020, in Carolina, Puerto Rico.

By: /s/ Pavel I. Pogodin
Pavel I. Pogodin