1  Stephen D. Hibbard (State Bar No. 177865)
   sdhibbard@jonesday.com
2  Matthew J. Silveira (State Bar No. 264250)
   msilveira@jonesday.com
3  Dennis F. Murphy, Jr. (State Bar No. 301008)
   dennismurphy@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:   +1.415.626.3939
6  Facsimile:    +1.415.875.5700

7  Attorneys for Defendant
   ABS GLOBAL TRADING LIMITED
8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

| 13 | **BMA LLC,** | Case No. 3:20-cv-03345-WHO |
|---|---|---|
| 14 | Plaintiff, | **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT ABS GLOBAL TRADING LIMITED TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT [NO ORDER REQUIRED PURSUANT TO CIVIL L.R. 6-1]** |
| 15 | v. | |
| 16 | **HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,** | |
| 17 | | |
| 18 | **Defendants.** | |

1    WHEREAS, on May 16, 2020, plaintiff BMA LLC ("plaintiff") filed a Complaint against
2    defendants HDR Global Trading Limited, ABS Global Trading Limited, Arthur Hayes, Ben Delo,
3    and Samuel Reed (collectively "Defendants") (ECF No. 1);
4    WHEREAS, on May 18, 2020, plaintiff filed an Amended Complaint against the same
5    Defendants (ECF No. 6);
6    WHEREAS, on May 26, 2020, plaintiff filed a Proof of Service of Summons as to
7    defendant ABS Global Trading Limited (ECF No. 10);
8    WHEREAS, defendant ABS Global Trading Limited's current response deadline to
9    plaintiff's Amended Complaint is June 12, 2020; and
10   WHEREAS, plaintiff has indicated its intention to seek to further amend the Amended
11   Complaint, which would affect ABS Global Trading Limited's current obligation to respond.
12   NOW THEREFORE, it is hereby stipulated and agreed by the undersigned parties,
13   through their counsel of record and pursuant to Civil Local Rule 6-1(a), that the time for
14   defendant ABS Global Trading Limited to answer, move, or otherwise respond to plaintiff's
15   Amended Complaint in this action is extended to and including July 13, 2020.
16   No order is required pursuant to Civil Local Rule 6-1(a) because this brief extension will
17   not alter the date of any event or any deadline already fixed by Court order.

| | | |
|---|---|---|
| 1 | DATED:  June 11, 2020 | JONES DAY |
| 2 | | |
| 3 | | _/s/ Stephen D. Hibbard_ |
| 4 | | Stephen D. Hibbard |
| 5 | | Counsel for Defendant ABS GLOBAL TRADING LIMITED |
| 6 | DATED:  June 11, 2020 | CONSENSUS LAW |
| 7 | | |
| 8 | | _/s/ Pavel I. Pogodin_ |
| 9 | | Pavel I. Pogodin, Ph.D. (SBN 206441) |
|   | | 5245 Av. Isla Verde |
| 10 | | Suite 302 |
|   | | Carolina, PR, USA 00979 |
| 11 | | Telephone:  +1.650.469.3750 |
|   | | Facsimile:  +1.650.472.8961 |
| 12 | | Email:  pp@consensuslaw.io |
| 13 | | Counsel for Plaintiff |

1 | I, Stephen D. Hibbard, am the ECF User whose ID and password are being used to file this JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT ABS GLOBAL TRADING LIMITED TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT [NO ORDER REQUIRED PURSUANT TO CIVIL L.R. 6-1]. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that counsel for plaintiff, Pavel I. Pogodin, Ph.D., concurs in this filing.

DATED: June 11, 2020

*/s/ Stephen D. Hibbard*
STEPHEN D. HIBBARD

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 11, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice List.

*/s/ Stephen D. Hibbard*
STEPHEN D. HIBBARD
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  +1.415.626.3939
Facsimile:  +1.415.875.5700
E-mail: sdhibbard@jonesday.com