Stephen D. Hibbard (State Bar No. 177865)
sdhibbard@jonesday.com
Matthew J. Silveira (State Bar No. 264250)
msilveira@jonesday.com
Dennis F. Murphy, Jr. (State Bar No. 301008)
dennismurphy@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700

Attorneys for Defendant
ABS GLOBAL TRADING LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **BMA LLC,**<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,**<br><br>　　　　　　**Defendants.** | **Case No. 3:20-cv-03345-WHO**<br><br>**DECLARATION OF STEPHEN D. HIBBARD IN SUPPORT OF DEFENDANT ABS GLOBAL TRADING LIMITED'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR THIRD PARTY EVIDENCE PRESERVATION ORDER** |

I, Stephen D. Hibbard, declare as follows:

1. I am an attorney with the law firm of Jones Day, attorneys of record for defendant ABS Global Trading Limited in the above-captioned action. I am admitted to practice law in the State of California and in this Court. I make this declaration in support of Defendant ABS Global Trading Limited's Opposition to Plaintiff's Ex Parte Application for Third Party Evidence Preservation Order. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached as **Exhibit 1** is a true and correct copy of an email from plaintiff's counsel Pavel Pogodin on June 11, 2020 following notice to the Court that Jones Day would be filing an opposition to plaintiff's Ex Parte Application.

3. On May 22, 2020, I informed plaintiff's counsel that I had been authorized to execute acknowledgement of waiver of service forms on behalf of defendants HDR Global Trading Limited and ABS Global Trading Limited. After receiving authorization to execute the same on behalf of the remaining individual defendants, Arthur Hayes, Ben Delo, and Samuel Reed, on June 2, 2020, I informed plaintiff's counsel and requested he send the appropriate forms. Plaintiff's counsel has yet to provide any of those forms.

4. Between June 3, 2020 and June 5, 2020, counsel for the parties exchanged emails relating to plaintiff's counsel's demands for assurances that defendants had preserved documents and that defendants allow him to represent that defendants had no objection to a motion for data preservation directed to non-parties. I assured plaintiff's counsel that defendants had taken appropriate steps to preserve documents, but objected to joining in a motion directed at non-parties where plaintiff had not explained why document preservation letters were not adequate.

5. Attached as **Exhibit 2** is a true and correct copy of an email I sent to plaintiff's counsel on June 8, 2020.

6. Attached as **Exhibit 3** is a true and correct copy of an email that I received from plaintiff's counsel on June 8, 2020.

7. Attached as **Exhibit 4** is a true and correct copy of the preservation request letter that I sent to Twilio Inc. on June 10, 2020.

8. Attached as **Exhibit 5** is a true and correct copy of the June 11, 2020 letter from Twilio Inc. to plaintiff's counsel.

9. Attached as **Exhibit 6** is a true and correct copy of plaintiff's counsel's June 12, 2020 response letter to Twilio Inc.

10. Attached as **Exhibit 7** is a true and correct copy of the June 12, 2020 letter from Twilio Inc. to plaintiff's counsel.

11. Plaintiff has rejected all requests that the Ex Parte Application be withdrawn as moot.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of June, 2020 in Tiburon, California.

                                            */s/ Stephen D. Hibbard*
                                              Stephen D. Hibbard