# EXHIBIT 1

**Murphy, Jr., Dennis F.**

| | |
|---|---|
| **From:** | Pavel Pogodin, Ph.D., Esq. <pp@consensuslaw.io> |
| **Sent:** | Thursday, June 11, 2020 11:34 AM |
| **To:** | Hibbard, Stephen D. |
| **Cc:** | Silveira, Matthew J.; Murphy, Jr., Dennis F. |
| **Subject:** | Re: Opposition to Ex Parte Application -- BMA LLC v. HDR Global Trading Limited, et al., Case No. 3:20-cv-3345-WHO (N.D. Cal.) |

** External mail **

Steve,

Plaintiff reserves the right and fully intends to argue that your opposition to the ex parte application constitutes a general appearance of respective defendants in this action. ABS has absolutely no interest to oppose - Court's personal jurisdiction over it is established. Any proxy opposition by other defendants will be a general appearance by them.

Best Regards,



**Pavel Pogodin, Ph.D., Esq.**
Attorney at Law*
CONSENSUS LAW
CryptoCurrency Attorneys
t: +1 (650) 469-3750 f: +1 (650) 472-8961
e: pp@consensuslaw.io
i: www.consensuslaw.io
o: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

On Thu, Jun 11, 2020 at 2:21 PM Hibbard, Stephen D. <sdhibbard@jonesday.com> wrote:

> Ms. Davis –
>
> Jones Day has not yet appeared and thus we are not listed on ECF, but we represent defendants in the above referenced action. I write to alert the Court that we will be specially appearing tomorrow morning to file an opposition on mootness grounds to plaintiff's Ex Parte Application for Third Party Evidence Preservation Order (ECF No. 17).
>
> We are available to discuss scheduling of this motion or to address other issues the Court may have.
>
> Respectfully,

Stephen D. Hibbard
Partner
**JONES DAY® - One Firm Worldwide**SM
555 California Street, 26th Floor
San Francisco, CA 94104
Office +1.415.875.5809


***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***