# EXHIBIT 4

# JONES DAY

555 CALIFORNIA STREET, 26TH FLOOR • SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE: +1.415.626.3939 • FACSIMILE: +1.415.875.5700

DIRECT NUMBER: (415) 875-5809
SDHIBBARD@JONESDAY.COM

June 10, 2020

VIA E-MAIL
rmchenry@twilio.com

Robert McHenry
Twilio Inc.
101 Spear Street, First Floor
San Francisco, CA 94105

Re:   BMA LLC v. HDR Global Trading Limited, et al.,
      No. 3:20-cv-3345-WHO (N.D. Cal.)

Dear Mr. McHenry:

    This firm represents defendants, including HDR Global Trading Limited (d/b/a BitMEX) ("HDR"), in the above-referenced action. Defendants have taken appropriate steps to preserve information potentially relevant to the claims alleged in the above-referenced action. This extends to and includes information relating to accounts on Twilio's platform associated with defendants. Out of an abundance of caution, defendants also request that Twilio and its affiliate SendGrid, Inc. (and to the extent relevant, Intercom, Inc.) maintain and keep in force the temporary hold currently in place relating to HDR's accounts until the litigation has concluded.

    We understand plaintiff's counsel, Pavel Pogodin, has filed an ex parte application seeking a data preservation order from the Court directed to Twilio. We will ask Mr. Pogodin to withdraw his ex parte application as moot in light of this letter requesting that Twilio keep its temporary hold in place. We will forward Mr. Pogodin's confirmation of withdrawal as soon as we receive it, or, if necessary, we will oppose plaintiffs' application on the ground that it is moot.

    Defendants appreciate your cooperation and I invite you to contact me directly if you have questions.

Very truly yours,

*Stephen D Hibbard*

Stephen D. Hibbard

NAI-1513423478v1

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON