# EXHIBIT 6



June 12, 2020                                                  Direct Phone Number: (650) 469-3750
                                                              Direct Fax Number: (650) 472-8961
                                                                        *pp@consensuslaw.io*


*Via email to legalnotices@twilio.com*


Robert McHenry
Associate General Counsel
Twilio Inc.
101 Spear Street First Floor
San Francisco, CA 94105

**Re:    Data Preservation – BMA LLC v. BitMEX et al. N.D. Cal. Case No.  3:20-cv-3345**


Mr. McHenry,

I'm really baffled how you twisted things in your letter of June 11, 2020.  In case you are
forgetting, in your letter of June 1, 2020, you wrote to me:

> To the extent you are seeking information relating to accounts on Twilio's platform
> associated with the defendants in the matter, **please direct your request for
> preservation to them**. Customers of Twilio's platform have access to the data on
> Twilio's platform and can control the retention or deletion of such information. Further,
> as parties to the litigation who are knowledgeable of the claims and defenses in the
> matter, the defendants are the appropriate party to evaluate your preservation request and
> determine what, if any, of their information should be placed on hold. To that end, we
> have forwarded your request for preservation to the contact information that we have for
> BitMEX and we **recommend you follow up with them directly**.

I did exactly what you instructed me to do in your letter of June 1, 2020, by contacting
defendants' counsel Stephen Hibbard, who told me that he considers the email address list in
question as being irrelevant to the claims in the amended complaint and that he would not
stipulate to its preservation.

Since you told me to "direct your request for preservation to" defendants, and defendants refused
to stipulate to preservation of the data, **you left me with no choice but to file this motion**.  In
case you are forgetting what you yourself wrote to me, please re-read your own letter of June 1,
2020 and let me know where you believe I'm not correct.  Until you do so, I will not be in a

Consensus Law
Cryptocurrency Attorneys
5245 Ave Isla Verde Suite 302
Carolina, PR 00979
Phone: 650.469.3750
Fax: 650.472.8961

Robert McHenry
June 12, 2020
Page 2

position to withdraw this ex parte application.  Moreover, it appears that you are acting in concert with defendants, who previously admitted to bribery and bank fraud, as outlined in my ex-parte application.  **I invite you to think twice which side you are trying to assist in this matter.**

The cost of compliance with the court order that plaintiff is seeking is nearly zero.  It is a mystery to me why you would fight this court order as opposed to simply complying with it, given that the cost of doing so is nearly zero for your company.  Please enlighten me in this regard.

**Please be on notice that should you file any frivolous opposition with the court, plaintiff will seek appropriate sanctions and fees from your company.**

**I am looking forward to hearing from you.**

Very truly yours,

By: _____
     Pavel I. Pogodin, Ph.D., Esq.
     CONSENSUS LAW