# EXHIBIT 7



Robert McHenry
Twilio Inc.
101 Spear Street, 1st Fl.
San Francisco, CA 94105
rmchenry@twilio.com

**Via Email**

June 12, 2020

Pavel I. Pogodin
Consensus Law
pp@consensuslaw.io

Re: Plaintiff's Ex Parte Application for Third Party Evidence Preservation Order, N.D. Cal. Case No. 3:20-cv-03345 - WHO

Dear Mr. Pogodin:

I have reviewed your letter from earlier today and your numerous follow-up emails. I will respond briefly.[1]

Your issue is not with Twilio Inc. -- and to be clear, when I am referring to Twilio I am including the SendGrid services, which Twilio acquired in February 2019 --  but rather the defendants in the case. Any concerns you have regarding the preservation of their data, including any of their account data on Twilio's platform, should be directed to the defendants.

With respect to your Ex Parte Application, as I explained in my June 11 letter, it is moot. The defendants have instructed Twilio to preserve their data on our platform, including data associated with the SendGrid services, and we are in the process of extracting that data and providing it to the defendants. **To be clear, the data is being preserved, you have the relief you were seeking, and your Ex Parte Application is moot.  Now please, confirm as soon as possible that you will drop your Ex Parte Application today.**

---

[1] Please understand, the fact I am not addressing every allegation, theory, or point you raise in your letter and numerous emails does not mean that Twilio concedes any of them. The preservation request is a narrow issue, and I am attempting to focus our discussion on what is relevant.

1

Last, Twilio is a disinterested third party. The fact that we have discussed preservation of the defendants' data on the Twilio platform with defendants' counsel *in response to your request* does not mean we are "in concert" with them or have picked sides in your underlying litigation. Such allegations are an unnecessary distraction and not productive.

I look forward to your prompt response confirming whether you will withdraw your Ex Parte Application.

Sincerely,

*Robert McHenry*

Robert McHenry
Associate General Counsel


CC:     Stephen D. Hibbard, sdhibbard@jonesday.com