UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC,<br><br>           Plaintiff,<br><br>    v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>           Defendants. | Case No. 3:20-cv-03345-WHO<br><br>[PROPOSED] ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR THIRD PARTY EVIDENCE PRESERVATION ORDER AS MOOT |

Having read and considered defendant ABS Global Trading Limited's Opposition to plaintiff BMA LLC's Ex Parte Application for Third Party Evidence Preservation Order, the supporting declaration and exhibits, the pleadings and records on file in this action, and all other papers filed by the parties in support of and in opposition to plaintiff's Ex Parte Application, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that plaintiff's Ex Parte Application for Third Party Evidence Preservation Order is **DENIED AS MOOT**.

**SO ORDERED.**

Dated: _____   _____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE