Stephen D. Hibbard (State Bar No. 177865)
sdhibbard@jonesday.com
Matthew J. Silveira (State Bar No. 264250)
msilveira@jonesday.com
Dennis F. Murphy, Jr. (State Bar No. 301008)
dennismurphy@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  +1.415.626.3939
Facsimile:  +1.415.875.5700

Attorneys for Defendant
ABS Global Trading Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **BMA LLC,** | **Case No. 3:20-cv-03345-WHO** |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| **HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,** | |
| **Defendants.** | |

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 12, 2020, I authorized the electronic filing of the below documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice List.

- DEFENDANT ABS GLOBAL TRADING LIMITED'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR THIRD PARTY EVIDENCE PRESERVATION ORDER

- DECLARATION OF STEPHEN D. HIBBARD IN SUPPORT OF DEFENDANT ABS GLOBAL TRADING LIMITED'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR THIRD PARTY EVIDENCE PRESERVATION ORDER

- [PROPOSED] ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR THIRD PARTY EVIDENCE PRESERVATION ORDER AS MOOT

I also hereby certify under penalty of perjury that on June 12, 2020, I served the above documents via email on Mr. Robert McHenry, Associate General Counsel for non-party Twilio Inc., 101 Spear Street, 1st Fl., San Francisco, CA 94105, email: rmchenry@twilio.com.

*/s/ Stephen D. Hibbard*
STEPHEN D. HIBBARD