Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
CONSENSUS LAW
5245 Ave Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io

Attorneys for Plaintiff BMA LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, <br><br> Plaintiff, <br><br> v. <br><br> HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed, <br><br> Defendants. | Case No.  3:20-cv-3345-WHO <br><br> **DECLARATION OF PAVEL POGODIN, ESQ. IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO EX PARTE APPLICATION FOR THIRD PARTY EVIDENCE PRESERVATION ORDER** |

I, Pavel I. Pogodin, state and declare as follows:

1. I am an attorney of record in this action for Plaintiff BMA LLC.  I am a member in good standing of the Bar of the State of California, and I am admitted to practice before this Court. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, I would willingly and competently testify as to those matters.

2. Attached hereto as Exhibits 1 and 3-11 are true and correct copies of emails regarding User Email Address Database preservation that I sent to defendants' counsel Mr. Stephen Hibbard on various dates and times indicated on the respective emails.

3. Attached hereto as Exhibit 2 is a true and correct copy of email response regarding User Email Address Database preservation that I received from defendants' counsel Mr. Stephen Hibbard on the date and time indicated on the corresponding email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 15, 2020, in Carolina, Puerto Rico.

By:   /s/ Pavel I. Pogodin
      Pavel I. Pogodin