# EXHIBIT 1

 **Pavel Pogodin, Ph.D., Esq.** <pp@consensuslaw.io>
to Stephen, Matthew, Jr., ⌄

Thu, Jun 4, 9:39 PM (11 days ago) ☆  

Steve,

please confirm by 6PM PDT tomorrow, Friday, June 5, 2020, whether all of your clients HDR, ABS, Hayes, Delo and Reed, who are defendants in this litigation, have implemented a litigation hold and have suspended deletion and/or alteration of any and all data as well as other evidence that may have relevance to this suit.

Separately, please confirm that all email addresses in the email database held by Twilio and its subsidiary Sendgrid will be fully preserved by your clients and none of the email addresses in the aforesaid database will be deleted until this litigation is finally terminated.

I am looking forward to your response by 6PM PDT tomorrow, Friday, June 5, 2020.

Best Regards,

 **Pavel Pogodin, Ph.D., Esq.**
Attorney At Law*
CONSENSUS LAW
CryptoCurrency Attorneys

t: +1 (650) 469-3750 f: +1 (650) 472-8961
e: pp@consensuslaw.io
i: www.consensuslaw.io
o: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).