# EXHIBIT 2

**Hibbard, Stephen D.**  
to me, Matthew, Jr.,

Fri, Jun 5, 6:50 PM (10 days ago)

Pavel –

Our clients have taken appropriate steps to preserve documents they reasonably understand are potentially relevant to the claims asserted in the complaint on file.

While it is difficult to decipher your request about Twilio and Sendgrid (third parties whom our clients do not control), those email addresses do not bear on the claims in the filed complaint. Your earlier statement leads us to believe this request may relate to the amended complaint you have repeatedly told us you intend to file, but have refused so far to provide despite your promise to do so by this past Wednesday. If an amended complaint warrants taking further steps to preserve documents, our clients will take appropriate measures.

Stephen D. Hibbard  
Partner  
**JONES DAY® - One Firm Worldwide℠**  
555 California Street, 26th Floor  
San Francisco, CA 94104  
Office +1.415.875.5809