# EXHIBIT 7

**Pavel Pogodin, Ph.D., Esq.** <pp@consensuslaw.io>  
to Stephen, Matthew, Jr.,

Fri, Jun 5, 1:12 PM (10 days ago)

Steve,

June 14 is approaching quickly and we need to resolve this urgent preservation issue ASAP.

Can we simply stipulate directing Twillio and Sendgid to take a snapshot of the entire BitMEX account (including BitMEX user email database) and preserve it for the time being? This would have near zero costs for everybody and will alleviate some immediate data preservation concerns. I just do not see any reason not to do it.

**Please advise ASAP and in any event before 6PM on Monday, June 8, 2020. Thank you.**

Best Regards,



Pavel Pogodin, Ph.D., Esq.
Attorney At Law*
CONSENSUS LAW
CryptoCurrency Attorneys
t: +1 (650) 469-3750 f: +1 (650) 472-8961
e: pp@consensuslaw.io
i: www.consensuslaw.io
o: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).