# EXHIBIT 9

 **Pavel Pogodin, Ph.D., Esq.** <pp@consensuslaw.io>  Fri, Jun 5, 12:40 PM (10 days ago)  
to Stephen, Matthew, Jr.,

Steve:

please find attached Court's GUIDELINES FOR THE DISCOVERY OF ELECTRONICALLY STORED INFORMATION. Please read ESI DISCOVERY GUIDELINES Guideline 2.01 (Preservation) section, which provides: "At the outset of a case, or sooner if feasible, counsel for the parties should discuss preservation. Such discussions should continue to occur periodically as the case and issues evolve." Now it is high time to have this initial discussion. Can we speak today or on Monday? Please kindly advise.

In addition, according to the attached Manual for Complex Litigation § 11.442, "Before discovery starts, and perhaps before the initial conference, the court should consider whether to enter an order requiring the parties to preserve and retain documents, files, data, and records that may be relevant to the litigation."

Please kindly review the factors listed in Manual for Complex Litigation § 11.442 and let's have a detailed discussion of the need and scope of the preservation order in our case. Today or Monday would be great. Please kindly advise.

Finally, as a very urgent matter, can you provide me with assurances that the email database of all BitMEX users stored by your clients and Twillio/Sendrgid will not be destroyed or altered? We can discuss asking both your client and Twillio/Sendrgid to each create and preserve an integrity-verifiable snapshot of the content of this database, which will have negligible cost to the parties (the database is very small, only 30000 records or so). Counsel for Twillio indicated that they suspended all deletions until June 14, which is coming very soon. We need to have an order or stipulation in place before that day. Please advise.

**I'm looking forward to your response no later than 6PM PDT on Monday, June 8, 2020. I'm hoping to avoid the need for a Motion for Data Preservation, but I have grave concerns about the high probability of critical data deletion or tampering.**

Best Regards,

 **Pavel Pogodin, Ph.D., Esq.**
Attorney At Law*
CONSENSUS LAW
CryptoCurrency Attorneys

t: +1 (650) 469-3750 f: +1 (650) 472-8961
e: pp@consensuslaw.io
i: www.consensuslaw.io
o: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

**2 Attachments**  

