# EXHIBIT 10

 **Pavel Pogodin, Ph.D., Esq.** <pp@consensuslaw.io>　　　　　　　　　　　Jun 4, 2020, 11:08 PM (11 days ago)  
to Stephen, Matthew, Jr.,

Steve,

I did not hear from you.  This is my second attempt to meet and confer on the data preservation motion.

Please refer to Manual for Complex Litigation § 11.442, posted on N.D. Cal. court's website:

https://www.cand.uscourts.gov/attorneys/manual-for-complex-litigation/

The aforesaid manual states in pertinent part:

"Before discovery starts, and perhaps before the initial conference, the court should consider whether to enter an order requiring the parties to preserve and retain documents, files, data, and records that may be relevant to the litigation."

This clear and relevant authority directly contradicts your position that a preservation court order is not required.  The court clearly recognizes the importance of preservation of the relevant evidence in cases such as ours.

**Thus, please let me know your response, by 6PM on Friday, june 5, 2020, whether you agree to stipulate to a court order directing parties as well as certain third parties (Twillio, Sendgrid, etc.) to preserve evidence relevant to this case.**

Best Regards,

 **Pavel Pogodin, Ph.D., Esq.**
Attorney At Law*
CONSENSUS LAW
CryptoCurrency Attorneys

t: +1 (650) 469-3750 f: +1 (650) 472-8961
e: pp@consensuslaw.io
i: www.consensuslaw.io
o: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).