# EXHIBIT 11



**Pavel Pogodin, Ph.D., Esq.** <pp@consensuslaw.io>　　　　　　　　　　　　　　　　Jun 5, 2020, 7:20 PM (10 days ago)　　　

to Stephen, Matthew, Jr.,

Steve,

I believe the motion is now clearly necessary in view of your today's response to my other email, where you took the position that the user email data is not relevant to the claims in the filed complaint and, by implication should not be preserved. This means your client intends to destroy it.

You also refused to stipulate to preservation of this email data.

I hereby respectfully request that you reconsider your position and stipulate to the preservation of the email data lists (the list stored by your client and the list stored by Twilio/Sendgrid).

**I'm looking forward to your response no later than 6PM PDT on Monday, June 8, 2020. I'm hoping to avoid the need for a Motion for Data Preservation, but, in view of your response that email data is not relevant, I have grave concerns about the high probability of critical data deletion or tampering.**

Best Regards,



Pavel Pogodin, Ph.D., Esq.
Attorney At Law*
CONSENSUS LAW
CryptoCurrency Attorneys

t: +1 (650) 469-3750  f: +1 (650) 472-8961
e: pp@consensuslaw.io
i: www.consensuslaw.io
o: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).