```
1   Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
    CONSENSUS LAW
2   5245 Ave Isla Verde
    Suite 302
3   Carolina, PR 00979
    United States of America
4   Telephone: (650) 469-3750
    Facsimile: (650) 472-8961
5   Email: pp@consensuslaw.io
6
7   Attorneys for Plaintiff BMA LLC
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, | Case No. 3:20-cv-3345-WHO |
| Plaintiff, | **DECLARATION OF SERVICE ON THIRD PARTIES OF PLAINTIFF'S EX PARTE APPLICATION FOR THIRD PARTY EVIDENCE PRESERVATION ORDER** |
| v. | |
| HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed, | |
| Defendants. | |

I, Pavel I. Pogodin, state and declare as follows:

1. I am an attorney of record in this action for Plaintiff BMA LLC. I am a member in good standing of the Bar of the State of California, and I am admitted to practice before this Court. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, I would willingly and competently testify as to those matters.

2. On June 15, 2020, at about 8AM Pacific Daylight Time, I served:

   a. Plaintiff's Reply to Defendant's ANS Global Trading Limited Opposition to Ex Parte Application For Third Party Evidence Preservation Order;

   b. Declaration of Pavel Pogodin, Esq. In Support of Plaintiff's Reply; and

   c. Exhibits 1-11,

by emailing the above documents, error-free, to:

Ms. Meena Polich, Senior Corporate Counsel at Intercom Inc., at email addresses <meena.polich@intercom.io>;

General mailbox for legal matters of Intercom Inc., at email address <legal@intercom.com>;

Ms. Naomi Abbott, Paralegal at Twilio Inc./SendGrid Inc.,[1] at email address <nabbott@twilio.com>;

Mr. Rob McHenry, Associate General Counsel at Twilio Inc./SendGrid Inc., at email address <rmchenry@twilio.com>;

Mr. Matthew Gainer, Senior Manager, Litigation and IP at Twilio Inc./SendGrid Inc., at email address <mgainer@twilio.com>; and

General mailbox for legal matters of SendGrid Inc., at email address <legal@sendgrid.com>.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 15, 2020, in Carolina, Puerto Rico.

By:  /s/ Pavel I. Pogodin
     Pavel I. Pogodin

---

[1] SendGrid Inc. is a subsidiary of Twilio Inc.