Stephen D. Hibbard (State Bar No. 177865)
sdhibbard@jonesday.com
Matthew J. Silveira (State Bar No. 264250)
msilveira@jonesday.com
Dennis F. Murphy, Jr. (State Bar No. 301008)
dennismurphy@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:   +1.415.626.3939
Facsimile:    +1.415.875.5700

Attorneys for Defendants
HDR GLOBAL TRADING LIMITED, ABS GLOBAL
TRADING LIMITED, ARTHUR HAYES, BEN
DELO, and SAMUEL REED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, | Case No. 3:20-cv-03345-WHO |
| Plaintiff, | JOINT STIPULATION AND ORDER REGARDING PLAINTIFF'S SECOND AMENDED COMPLAINT AND DEFENDANTS' RESPONSE DATE AND OTHER DEADLINES RELATED TO PLAINTIFF'S SECOND AMENDED COMPLAINT |
| v. | |
| HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed, | |
| Defendants. | |

Plaintiff BMA LLC ("Plaintiff") and Defendants HDR Global Trading Limited ("HDR"), ABS Global Trading Limited ("ABS"), Arthur Hayes, Ben Delo, and Samuel Reed (together "Defendants"), through their counsel of record, stipulate as follows:

WHEREAS, on May 16, 2020, Plaintiff filed a Complaint against Defendants (ECF No. 1);

WHEREAS, on May 18, 2020, Plaintiff filed an Amended Complaint against the same Defendants (ECF No. 6);

WHEREAS, on May 26, 2020, Plaintiff filed a Proof of Service of Summons as to defendant ABS (ECF No. 10);

WHEREAS, on June 11, 2020, Plaintiff and ABS entered into a stipulation, pursuant to Civil Local Rule 6-1(a), to extend ABS's time to answer, move, or otherwise respond to Plaintiff's Amended Complaint in this action to July 13, 2020 (ECF No. 25);

WHEREAS, Plaintiff's counsel has indicated to Defendants' counsel a desire to file a Second Amended Complaint to add plaintiffs and other allegations;

WHEREAS, Defendants now stipulate to the filing of the draft Second Amended Complaint received from Plaintiff's counsel on July 1, 2020;

WHEREAS, on July 1, 2020, plaintiffs provided waivers of service of summons to defendants HDR, Arthur Hayes, Ben Delo, and Samuel Reed, each of which or whom has now, through counsel, executed a waiver of service of summons;

WHEREAS, as entities or persons outside the United States, defendants HDR, Arthur Hayes, and Ben Delo's current response deadlines are September 29, 2020;

WHEREAS, as a person outside of California, defendant Samuel Reed's current response deadline is August 31, 2020;

WHEREAS, in order to promote efficiency before the Court, the parties have met and conferred and have reached a compromise on the deadline for all defendants – HDR, ABS, Arthur Hayes, Ben Delo, and Samuel Reed – to serve any answer, motion, or other response to Plaintiff's Second Amended Complaint, further outlined below and subject to the Court's approval, so that all Defendants are on the same schedule moving forward;

1     WHEREAS, the extensions of time to serve any answer, motion, or other response to
2 Plaintiff's Second Amended Complaint will not alter the date of any event or any deadline
3 already fixed by Court order; and

4     WHEREAS, the parties have met and conferred and have agreed to a proposed briefing
5 schedule, subject to the Court's approval, if any Defendant files a motion to dismiss, a motion to
6 strike, or other motion in connection with Plaintiff's Second Amended Complaint.

7     NOW THEREFORE, pursuant to Civil L.R. 7-12, the undersigned parties, by and through
8 their counsel of record, stipulate as follows:

9     1.    Plaintiff may file the Second Amended Complaint sent in draft form on July 1,
10 2020 to Defendants' counsel;

11     2.    Defendants shall file and serve any answer(s), motion(s), or other response(s) to
12 Plaintiff's Second Amended Complaint no later than September 14, 2020;

13     3.    Plaintiff shall file and serve any opposition(s) to any motion(s) filed by Defendants
14 no later than October 29, 2020;

15     4.    Defendants shall file and serve any reply brief in support of any motion(s) no later
16 than November 30, 2020;

17     5.    Should any of the Defendants move to dismiss the Second Amended Complaint on
18 the grounds of lack of personal jurisdiction, Plaintiffs specifically reserve the right to seek
19 modification of the above briefing schedule to accommodate any necessary jurisdictional
20 discovery and any associated discovery motions; and

21     6.    By entering into this stipulation, Defendants waive only any challenge regarding
22 defects in the manner and method of service of process of the complaint and summons.
23 Defendants expressly reserve all other rights, defenses, and objections in connection with
24 Plaintiff's Second Amended Complaint, including, without limitation, the right to file a motion to
25 dismiss for lack of personal jurisdiction.  Entry into this stipulation does not constitute consent to
26 the jurisdiction of this Court for Defendants HDR, Arthur Hayes, Ben Delo, or Samuel Reed.
27 Plaintiffs expressly reserve any and all claims and defenses, including, without limitation, the
28 right to argue that any of the Defendants have business, physical and/or legal presence and/or

residence in the United States and in this District.

DATED: July 10, 2020

JONES DAY

*/s/ Stephen D. Hibbard*
Stephen D. Hibbard

Counsel for Defendants HDR GLOBAL TRADING LIMITED, ABS GLOBAL TRADING LIMITED, ARTHUR HAYES, BEN DELO, and SAMUEL REED

DATED: July 10, 2020

CONSENSUS LAW

*/s/ Pavel I. Pogodin, Ph.D.*
Pavel I. Pogodin, Ph.D. (SBN 206441)
5245 Av. Isla Verde
Suite 302
Carolina, PR, USA 00979
Telephone: +1.650.469.3750
Facsimile: +1.650.472.8961
Email: pp@consensuslaw.io

Counsel for Plaintiff BMA LLC

1  I, Stephen D. Hibbard, am the ECF User whose ID and password are being used to file
2  this JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S
3  SECOND AMENDED COMPLAINT AND DEFENDANTS' RESPONSE DATE AND OTHER
4  DEADLINES RELATED TO PLAINTIFF'S SECOND AMENDED COMPLAINT.  In
5  compliance with Civil L.R. 5-1(i)(3), I hereby attest that counsel for plaintiff, Pavel I. Pogodin,
6  Ph.D., concurs in this filing.
7  DATED:  July 10, 2020

*/s/ Stephen D. Hibbard*
STEPHEN D. HIBBARD

\* \* \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The hearing on any motion related to this Order shall be scheduled for December 16, 2020 at 2 p.m.

DATED:  July 13, 2020

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 10, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice List.

*/s/ Stephen D. Hibbard*
STEPHEN D. HIBBARD
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  +1.415.626.3939
Facsimile:  +1.415.875.5700
E-mail: sdhibbard@jonesday.com