| | |
|---|---|
| 1 | Stephen D. Hibbard (State Bar No. 177865) |
|   | sdhibbard@jonesday.com |
| 2 | Matthew J. Silveira (State Bar No. 264250) |
|   | msilveira@jonesday.com |
| 3 | Dennis F. Murphy, Jr. (State Bar No. 301008) |
|   | dennismurphy@jonesday.com |
| 4 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 5 | San Francisco, CA  94104 |
|   | Telephone:   +1.415.626.3939 |
| 6 | Facsimile:    +1.415.875.5700 |

Attorneys for Defendants
HDR GLOBAL TRADING LIMITED, ABS GLOBAL TRADING LIMITED, ARTHUR HAYES, BEN DELO, and SAMUEL REED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>                    Plaintiffs,<br><br>          v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>                    Defendants. | Case No. 3:20-cv-03345-WHO<br><br>**DEFENDANT ARTHUR HAYES'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**<br><br>Judge:  Honorable William H. Orrick |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2        On behalf of Defendant Arthur Hayes, pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: August 11, 2020         JONES DAY

                                      */s/ Stephen D. Hibbard*
                                       Stephen D. Hibbard

Counsel for Defendants HDR GLOBAL TRADING LIMITED, ABS GLOBAL TRADING LIMITED, ARTHUR HAYES, BEN DELO, and SAMUEL REED