1  Stephen D. Hibbard (State Bar No. 177865)
   sdhibbard@jonesday.com
2  Matthew J. Silveira (State Bar No. 264250)
   msilveira@jonesday.com
3  Dennis F. Murphy, Jr. (State Bar No. 301008)
   dennismurphy@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:   +1.415.626.3939
6  Facsimile:   +1.415.875.5700

7  Attorneys for Defendants
   HDR GLOBAL TRADING LIMITED, ABS GLOBAL
8  TRADING LIMITED, ARTHUR HAYES, BEN
   DELO, and SAMUEL REED

9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>                    Plaintiffs,<br><br>           v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>                    Defendants. | Case No. 3:20-cv-03345-WHO<br><br>**DEFENDANT BEN DELO'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**<br><br>Judge:  Honorable William H. Orrick |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2       On behalf of Defendant Ben Delo, pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  August 11, 2020         JONES DAY

*/s/ Stephen D. Hibbard*
Stephen D. Hibbard

Counsel for Defendants HDR GLOBAL TRADING LIMITED, ABS GLOBAL TRADING LIMITED, ARTHUR HAYES, BEN DELO, and SAMUEL REED