# EXHIBIT 4

**lowstrife**
@lowstrife

Sell 44 million over 22 separate orders on mex. Get into posistion.

Then, market dump 1000 coins on Coinbase with max slippage to move index price.

I think we just saw someone do some crazy shit and make a ton of money.

| | Price | Size | |
|---|---|---|---|
| ili | $ 10995.528 | $ 303K | |
| ili | $ 11050.000 | $ 578K | |
| ili | $ 11050.000 | $ 792K | |
| ili | **$ 11050.000** | **$ 1M** | |
| | $ 11130.400 | $ 2M | |
| | $ 11134.415 | $ 2M | |
| | $ 11147.799 | $ 2M | |
| | $ 11148.130 | $ 2M | 6m |
| | $ 11175.299 | $ 2M | |
| | $ 11189.506 | $ 2M | 8m |
| | $ 11187.119 | $ 2M | |
| | $ 11194.526 | $ 2M | |
| | $ 11198.477 | $ 2M | 9m |
| | $ 11186.195 | $ 2M | |
| | $ 11195.031 | $ 2M | |
| | $ 11199.930 | $ 2M | 11m |
| B | $ 11226.956 | $ 336K | |
| | $ 11208.624 | $ 2M | |
| | $ 11205.137 | $ 2M | |

7:25 PM · Jul 27, 2020 · Twitter Web App