# EXHIBIT 7

| | | |
|---|---|---|
| | **Secretary of State**<br>**Statement of Information**<br>**(Limited Liability Company)** | **LLC-12** |

**FILED**

In the office of the Secretary of State
of the State of California

**JUL 10, 2020**

**This Space For Office Use Only**

**IMPORTANT —** Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

COINCIDENT CAPITAL GP, LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201928710184 | CALIFORNIA |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 310 Lake St., Unit #310 | Huntington Beach | CA | 92648 |
| b. Mailing Address of LLC, **if different than item 4a** | City (no abbreviations) | State | Zip Code |
| 310 Lake St., Unit #310 | Huntington Beach | CA | 92648 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| 310 Lake St., Unit #310 | Huntington Beach | CA | 92648 |

**5. Manager(s) or Member(s)** If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Sunil | | Shah | |
| b. Entity Name - Do not complete Item 5a | | | |
| | | | |
| c. Address | City (no abbreviations) | State | Zip Code |
| 225 Copa De Oro Dr. | Brea | CA | 92823 |

**6. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Sunil | | Shah | |
| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
| 310 Lake St., Unit #310 | Huntington Beach | CA | 92648 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
Managing Firm

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| b. Address | City (no abbreviations) | State | Zip Code |
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 07/10/2020 | Sunil Shah | Managing Partner | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:
Company:
Address:
City/State/Zip:

# Attachment to Statement of Information (Limited Liability Company)

**LLC-12A Attachment**

20-C75659

**A. Limited Liability Company Name**
COINCIDENT CAPITAL GP, LLC

**B. 12-Digit Secretary of State File Number**
201928710184

**C. State or Place of Organization** (only if formed outside of California)
CALIFORNIA

**D. List of Additional Manager(s) or Member(s) -** If the manager/member is an individual, enter the individual's name and address. If the manager/member is an entity, enter the entity's name and address. Note: The LLC cannot serve as its own manager or member.

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Bryce | | Gilleland | |

Entity Name:

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1400 Calle De Las Flores | San Dimas | CA | 91773 |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Wen | | Hou | |

Entity Name:

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2253 MARTIN APT 113 | Irvine | CA | 92612 |

(Remaining entries blank)