# EXHIBIT 9



