# EXHIBIT 14

1  Stephen D. Hibbard (State Bar No. 177865)
   sdhibbard@jonesday.com
2  Matthew J. Silveira (State Bar No. 264250)
   msilveira@jonesday.com
3  Dennis F. Murphy, Jr. (State Bar No. 301008)
   dennismurphy@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA 94104
   Telephone:  +1.415.626.3939
6  Facsimile:  +1.415.875.5700

7  Attorneys for Specially Appearing Defendant
   HDR GLOBAL TRADING LIMITED
8
   Peter I. Altman (State Bar No. 285292)
9  paltman@akingump.com
   Shelly Kim (State Bar No. 322231)
10 shelly.kim@akingump.com
   AKIN GUMP STRAUSS HAUER & FELD LLP
11 1999 Avenue of the Stars
   Suite 600
12 Los Angeles, CA  90067
   Telephone:    +1.310.229.1000
13 Facsimile:    +1.310.229.1001

14 Attorneys for Specially Appearing Defendant
   ARTHUR HAYES
15

ELECTRONICALLY
F I L E D
Superior Court of California,
County of San Francisco

02/27/2020
Clerk of the Court
BY: SANDRA SCHIRO
Deputy Clerk

16           **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

17                  **COUNTY OF SAN FRANCISCO**

18 FRANK AMATO and RGB COIN LTD.,          Case No: CGC-19-581267

19          Plaintiffs,                    **DECLARATION OF ARTHUR HAYES IN
                                           SUPPORT OF SPECIALLY APPEARING**
20          v.                             **DEFENDANTS' MOTION TO QUASH
                                           SERVICE OF SUMMONS FOR LACK OF**
21 HDR GLOBAL TRADING LIMITED, d/b/a       **PERSONAL JURISDICTION**
   BITMEX; ARTHUR HAYES; and
22 DOES 1-10,                              Reservation Number: 02240504-12
                                           Date:  May 4, 2020
23          Defendants.                    Time:  9:30 a.m.
                                           Judge:  Honorable Ethan P. Schulman
24                                         Department:  302
25
26                                         Complaint filed:  December 4, 2019
27
28

I, Arthur Hayes, declare as follows:

1.      I am a defendant and a co-founder and the Chief Executive Officer of defendant HDR Global Trading Limited in the above-captioned action.  I submit this declaration in support of the concurrently-filed Motion to Quash Plaintiffs' Service of Summons for Lack of Personal Jurisdiction, and have personal knowledge of the facts set forth herein.

2.      I am currently a legal permanent resident of Hong Kong and my primary residence has been in Asia since 2008.  I have not resided in the United States since moving to Asia and I have never resided in California.

3.      In 2014, while I was living in Hong Kong, I founded HDR Global Trading Limited with Ben Delo and Samuel Reed (who were also living in Hong Kong).  Since the company's founding, I have been responsible for arranging all outside equity investments in HDR Global Trading Limited.

4.      HDR Global Trading Limited is the owner of an online digital asset trading platform called BitMEX, which is a registered service mark.  U.S. persons are expressly prohibited from accessing or trading on the BitMEX platform under the terms of service.

5.      HDR Global Trading Limited is a holding company that was incorporated in the Republic of Seychelles in 2014.  HDR Global Trading Limited's only office is in Seychelles.  Corporate records are also maintained in Seychelles.  The most recent HDR Global Trading Limited board meeting before this action was filed was held in Seychelles in October 2019.  HDR Global Trading Limited's only board meeting in 2018 was also held in Seychelles.  At no time has HDR Global Trading Limited's board of directors been based in California.  Nor has the board ever convened in California or anywhere else in the United States.  HDR Global Trading Limited does not have, and never has had, employees in California.

6.      HDR Global Trading Limited has more than a dozen affiliates around the world (collectively, the "HDR Group"), including in Hong Kong, Singapore, Bermuda, and the United States.  The BitMEX trading engine, which consists of the trading system and the order matching engine central to the operation of the platform, was designed and built in Hong Kong, and further development of the trading engine is carried out from Hong Kong.  The HDR Group has always

ARTHUR HAYES DECLARATION ISO
MOTION TO QUASH CGC-19-581267

1   been managed principally from Asia.  In my capacity as CEO, I am advised by an advisory body

2   currently comprised of twelve individuals responsible for different departments within the HDR

3   Group.  A majority of the HDR Group's advisory committee has always been located in Hong

4   Kong, and nine of the twelve members currently on the committee are located outside of the

5   United States.

6          7.      In 2017, ABS Global Trading Limited, HDR Global Trading Limited's sole U.S.

7   affiliate, was incorporated in Delaware.  HDR Global Trading Limited owns the entire issued

8   share capital of ABS Global Trading Limited, which provides software development, software

9   engineering, and digital security services to HDR Global Trading Limited on a contractual basis,

10  including by developing the front-end interface of the BitMEX platform.  While ABS Global

11  Trading Limited has an office in San Francisco, California, that company has no role in obtaining

12  outside investment in HDR Global Trading Limited.  I have no duties or responsibilities in

13  connection with ABS Global Trading Limited's day-to-day operations as I have no involvement

14  in the development or maintenance of the technology of the BitMEX platform, either on the front

15  end or the back end.

16         8.      BitMEX Ventures is a business unit within the HDR Group that was created in

17  2018 to invest in other companies.  While BitMEX Ventures has a team member in California, it

18  has no role in obtaining outside investment in HDR Global Trading Limited.

19         9.      Before co-founding HDR Global Trading Limited, I worked at the Hong Kong

20  offices of Deutsche Bank and Citibank.  I was initially introduced to plaintiff Frank Amato by one

21  of Mr. Amato's associates at JPMorgan in Singapore.

22         10.     Mr. Amato and I had a series of communications regarding Mr. Amato's interest in

23  investing in HDR Global Trading Limited in 2014 and 2015 while I was working on building the

24  BitMEX trading platform from Hong Kong and I understood that Mr. Amato was working in

25  Singapore.  Mr. Amato and HDR Global Trading Limited entered into the Simple Agreement for

26  Future Equity contract attached as Exhibit 1 to the Complaint as of June 15, 2015.

27         11.     I have never knowingly communicated with Mr. Amato while he was in

28  California, as I am not aware of him ever having resided or worked in that state.

- 3 -

ARTHUR HAYES DECLARATION ISO
MOTION TO QUASH CGC-19-581267

1    12.    HDR Global Trading Limited has not secured any outside investment from persons

2  or entities in California.  Rather, all outside investments in HDR Global Trading Limited were

3  made in 2015 and none were made by investors in California.  In particular, SOSVentures LLC

4  ("SOSV"), referenced in the Complaint, invested from Ireland, and my correspondence with

5  SOSV and Chinaccelerator representatives was otherwise limited to personnel, all of whom, to

6  my knowledge, were based in China or the New York metropolitan area.  While I am informed

7  and believe that SOSV has an affiliate office in San Francisco, I have never visited that office

8  and, to my knowledge, have not communicated with personnel located in that office.  Guido

9  Capone, also referenced in the Complaint, invested from Australia, and, to my knowledge, I have

10  only corresponded with Mr. Capone while he was in Australia.

11    I declare under penalty of perjury under the laws of the State of California that the

12  foregoing is true and correct.  Executed this 27th day of February, 2020.

13

14    _____

       Arthur Hayes

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ARTHUR HAYES DECLARATION ISO
MOTION TO QUASH CGC-19-581267

- 4 -