UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-03345-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** |

Defendants HDR Global Trading Limited ("HDR"), ABS Global Trading Limited ("ABS"), Arthur Hayes, Ben Delo, and Samuel Reed's (together, "Defendants") Motion to Dismiss the Second Amended Complaint in the above-captioned matter came on for regular hearing on December 16, 2020. All parties were represented by counsel of record at the time of the hearing.

Having read and considered Defendants' Notice of Motion to Dismiss, the supporting Memorandum of Points and Authorities, the pleadings and records on file in this action, and all other papers filed by the parties in support and in opposition to Defendants' Motion, as well as the oral arguments of counsel at the hearing, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss the Second Amended Complaint is **GRANTED**, on the grounds that (1) Plaintiffs lack constitutional and statutory standing; (2) the Complaint does not allege adequately that Defendants engaged in any conduct or that Plaintiffs were harmed in the U.S.; and (3) Plaintiffs fail to allege any plausible facts establishing that Defendants violated the Commodity Exchange Act, the Racketeer Influenced and Corrupt Organizations Act, or the California laws invoked by Plaintiffs.

As any amendment to Plaintiffs' Second Amended Complaint would be futile, Plaintiffs' claims are **DISMISSED WITH PREJUDICE.**

**SO ORDERED.**

DATED: _____

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE