# EXHIBIT 3

| | |
|---|---|
| **From:** | Pavel Pogodin, Ph.D., Esq. <pp@consensuslaw.io> |
| **Sent:** | Tuesday, September 22, 2020 12:30 PM |
| **To:** | Hibbard, Stephen D. |
| **Cc:** | Silveira, Matthew J.; McDonell, Jason; Murphy, Jr., Dennis F. |
| **Subject:** | Re: BMA/Kanyshev Meet and Confer Call |

**\*\* External mail \*\***

Steve,

do you have a mirror in your office/home office?  You better start practicing now.  I will be recording.

Best Regards,



**Pavel Pogodin, Ph.D., Esq.**
Attorney at Law\*
CONSENSUS LAW
CryptoCurrency Attorneys
**t**: +1 (650) 469-3750 **f**: +1 (650) 472-8961
**e**: pp@consensuslaw.io
**i**: www.consensuslaw.io
**o**: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
\* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

On Tue, Sep 22, 2020 at 3:13 PM Pavel Pogodin, Ph.D., Esq. <pp@consensuslaw.io> wrote:
> Dennis,
>
> I would like to do a video conference and record it to be able to show expression on Steve's face, when he will be telling me fairy tales about why his clients deleted key evidence 5 days after being sued, to Judge Orrick.  Can we do a Zoom video conference instead?
>
> Thanks!
>
> Best Regards,



**Pavel Pogodin, Ph.D., Esq.**
Attorney at Law\*
CONSENSUS LAW
CryptoCurrency Attorneys
**t**: +1 (650) 469-3750 **f**: +1 (650) 472-8961
**e**: pp@consensuslaw.io
**i**: www.consensuslaw.io
**o**: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
\* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

On Tue, Sep 22, 2020 at 1:14 PM Murphy, Jr., Dennis F. <dennismurphy@jonesday.com> wrote:

When: Thursday, September 24, 2020 10:00 AM-11:00 AM (UTC-08:00) Pacific Time (US & Canada).

Where: █████████████████

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*

Dial-in: █████████

Passcode: █████████

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***