# EXHIBIT 4

| | |
|---|---|
| **From:** | Pavel Pogodin, Ph.D., Esq. <pp@consensuslaw.io> |
| **Sent:** | Wednesday, September 23, 2020 10:40 AM |
| **To:** | Hibbard, Stephen D. |
| **Cc:** | Silveira, Matthew J.; McDonell, Jason; Murphy, Jr., Dennis F.; Agenbroad, Aaron L.; Brogan, Stephen J.; Reilley, Erica L.; Gordon, Harold K.; Geise, Steven N. |
| **Subject:** | Re: BMA/Kanyshev Meet and Confer Call |
| **Attachments:** | Screen Shot 2020-09-21 at 4.27.43 AM.png; Screen Shot 2020-09-21 at 4.27.09 AM.png |

**\*\* External mail \*\***

Steve,

I guess you do not want to be recorded on the video lying to me, do you?  I believe it will be important for Judge Orrick to see your demeanor when you will be telling me why Intercom Inc. systems were wiped out on April 8, 2020 or 5 days after your clients were sued, see attached.  Moreover, your refusal to record the video is consistent with why you requested a few extra days to provide your explanation for the deletion - you and your client are trying to fabricate a story and it is not working out.  I'm ready to listen to all your fairy tails on Thursday.

Best Regards,



**Pavel Pogodin, Ph.D., Esq.**
Attorney at Law\*
CONSENSUS LAW
CryptoCurrency Attorneys
**t**: +1 (650) 469-3750 **f**: +1 (650) 472-8961
**e**: pp@consensuslaw.io
**i**: www.consensuslaw.io
**o**: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
\* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

On Wed, Sep 23, 2020 at 12:02 PM Hibbard, Stephen D. <sdhibbard@jonesday.com> wrote:

> Pavel –
>
> We do not consent to your recording meet and confer discussions or any other conversations, whether conducted by telephone or by video.  As you know, California requires the consent of all parties to any recording.  California Penal Code Section 632.  So that there is no confusion about this, no Jones Day attorney consents now or in the future to your recording any conversation, absent the prior, express written consent by all parties.
>
> Stephen D. Hibbard
> Partner
> **JONES DAY® - One Firm Worldwide℠**
> 555 California Street, 26th Floor
> San Francisco, CA 94104
> Office +1.415.875.5809

**From:** Pavel Pogodin, Ph.D., Esq. <pp@consensuslaw.io>
**Sent:** Tuesday, September 22, 2020 12:14 PM
**To:** Murphy, Jr., Dennis F. <dennismurphy@jonesday.com>
**Cc:** Hibbard, Stephen D. <sdhibbard@jonesday.com>; Silveira, Matthew J. <msilveira@JonesDay.com>; McDonell, Jason <jmcdonell@JonesDay.com>
**Subject:** Re: BMA/Kanyshev Meet and Confer Call

** External mail **

Dennis,

I would like to do a video conference and record it to be able to show expression on Steve's face, when he will be telling me fairy tales about why his clients deleted key evidence 5 days after being sued, to Judge Orrick. Can we do a Zoom video conference instead?

Thanks!

Best Regards,



**Pavel Pogodin, Ph.D., Esq.**
Attorney at Law*
CONSENSUS LAW
CryptoCurrency Attorneys

t: +1 (650) 469-3750 f: +1 (650) 472-8961
e: pp@consensuslaw.io
i: www.consensuslaw.io
o: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

On Tue, Sep 22, 2020 at 1:14 PM Murphy, Jr., Dennis F. <dennismurphy@jonesday.com> wrote:

When: Thursday, September 24, 2020 10:00 AM-11:00 AM (UTC-08:00) Pacific Time (US & Canada).

Where: █████████████████

Note: The GMT offset above does not reflect daylight saving time adjustments.

\*~\*~\*~\*~\*~\*~\*~\*~\*

Dial-in: ████████

Passcode: ████████

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***