# EXHIBIT 5

| | |
|---|---|
| **From:** | Pavel Pogodin, Ph.D., Esq. <pp@consensuslaw.io> |
| **Sent:** | Wednesday, September 23, 2020 11:10 PM |
| **To:** | Hibbard, Stephen D. |
| **Cc:** | Silveira, Matthew J.; McDonell, Jason; Murphy, Jr., Dennis F.; Brogan, Stephen J.; Agenbroad, Aaron L.; Reilley, Erica L.; Gordon, Harold K.; Geise, Steven N. |
| **Subject:** | Re: BMA/Kanyshev Meet and Confer Call |

**\*\* External mail \*\***

Steve,

Ok, I'm so anxious to hear your story that I will use your dial-in number for our meet and confer call at 10AM PDT on Thursday, September 24, 2020, but in return I am expecting some quality fairy tail from you, not a cheap fabrication.  Show us that you have some creativity and imagination worthy of a senior partner at Jones Day.   Come up with something that even Bernie Madoff would be proud of.  Show us all how to bamboozle Judge Orrick without breaking a sweat.  Give us the best shot you got!

Best Regards,



**Pavel Pogodin, Ph.D., Esq.**
Attorney at Law*
CONSENSUS LAW
CryptoCurrency Attorneys
t: +1 (650) 469-3750 f: +1 (650) 472-8961
e: pp@consensuslaw.io
i: www.consensuslaw.io
o: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).


On Wed, Sep 23, 2020 at 2:11 PM Pavel Pogodin, Ph.D., Esq. <pp@consensuslaw.io> wrote:

Steve,

regarding your frivolous claims under PC 632, here are couple of relevant Federal opinions for you to read:

https://scholar.google.com/scholar_case?case=13023249640393942893&q=%222511%22+%22puerto+rico%22+%22wiretap%22&hl=en&as_sdt=4,157&as_ylo=2016

https://scholar.google.com/scholar_case?case=15433708195148892958&q=Vazquez-Santos+v.+El+Mundo+Broadcasting+Corp.,+219+F.+Supp.+2d+221+(D.P.R.+2002)&hl=en&as_sdt=6,157

Federal Wiretap Statute trumps inconsistent state law. *See United States v. Bennett,* 538 F.Supp. 1045, 1047-48 (D.P.R.1982); *United States v. Ortiz Perez,* 465 F.Supp. 1284, 1286 (D.P.R.1979); *see also Camacho v. Autoridad de Telefonos de P.R.,* 868 F.2d 482, 487 (1st Cir.1989)

Our call on Thursday will be INTERSTATE and in INTERSTATE COMMERCE between Puerto Rico and California, thus Federal law applies.   I do not need your consent or even to tell you that I AN recording.

Thus, pick your words VERY carefully on Thursday.

Best Regards,



**Pavel Pogodin, Ph.D., Esq.**
Attorney at Law*
CONSENSUS LAW
CryptoCurrency Attorneys
t: +1 (650) 469-3750 f: +1 (650) 472-8961
e: pp@consensuslaw.io
i: www.consensuslaw.io
o: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

On Wed, Sep 23, 2020 at 12:02 PM Hibbard, Stephen D. <sdhibbard@jonesday.com> wrote:

Pavel –


We do not consent to your recording meet and confer discussions or any other conversations, whether conducted by telephone or by video. As you know, California requires the consent of all parties to any recording. California Penal Code Section 632. So that there is no confusion about this, no Jones Day attorney consents now or in the future to your recording any conversation, absent the prior, express written consent by all parties.


Stephen D. Hibbard
Partner
**JONES DAY® - One Firm Worldwide℠**
555 California Street, 26th Floor
San Francisco, CA 94104
Office +1.415.875.5809


**From:** Pavel Pogodin, Ph.D., Esq. <pp@consensuslaw.io>
**Sent:** Tuesday, September 22, 2020 12:14 PM
**To:** Murphy, Jr., Dennis F. <dennismurphy@jonesday.com>
**Cc:** Hibbard, Stephen D. <sdhibbard@jonesday.com>; Silveira, Matthew J. <msilveira@JonesDay.com>; McDonell, Jason <jmcdonell@JonesDay.com>
**Subject:** Re: BMA/Kanyshev Meet and Confer Call


** External mail **


Dennis,

I would like to do a video conference and record it to be able to show expression on Steve's face, when he will be telling me fairy tales about why his clients deleted key evidence 5 days after being sued, to Judge Orrick.  Can we do a Zoom video conference instead?

Thanks!

Best Regards,



**Pavel Pogodin, Ph.D., Esq.**
Attorney at Law*
CONSENSUS LAW
CryptoCurrency Attorneys

t: +1 (650) 469-3750 f: +1 (650) 472-8961
e: pp@consensuslaw.io
i: www.consensuslaw.io
o: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

On Tue, Sep 22, 2020 at 1:14 PM Murphy, Jr., Dennis F. <dennismurphy@jonesday.com> wrote:

When: Thursday, September 24, 2020 10:00 AM-11:00 AM (UTC-08:00) Pacific Time (US & Canada).

Where: ███████████████████

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*~*

Dial-in: ████████████

Passcode: ███████

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***