UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>　　　　　Defendants. | Case No. 3:20-cv-03345-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY**<br><br>Date:  November 4, 2020<br>Time:  2:00 p.m.<br>Ctrm:  2 – 17th Floor<br>Judge:  Honorable William H. Orrick |

Defendants HDR Global Trading Limited ("HDR"), ABS Global Trading Limited ("ABS"), Arthur Hayes, Ben Delo, and Samuel Reed's (together, "Defendants") Motion to Stay Discovery in the above-captioned matter came on for regular hearing on November 4, 2020. All parties were represented by counsel of record at the time of the hearing.

Having read and considered Defendants' Notice of Motion to Stay, the supporting Memorandum of Points and Authorities and Declaration of Stephen D. Hibbard, the pleadings and records on file in this action, and all other papers filed by the parties in support and in opposition to Defendants' Motion, as well as the oral arguments of counsel at the hearing, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendants' Motion to Stay Discovery is **GRANTED**, on the grounds that (1) Defendants' pending Motion to Dismiss (ECF 42) is dispositive of the entire case; (2) discovery is not necessary for the resolution of Defendants' Motion to Dismiss; and (3) all other factors warrant granting a stay pending the resolution of the Motion to Dismiss, including that a stay furthers the goal of efficiency for the Court and the parties, there is no need for immediate discovery, and discovery should be stayed because Plaintiffs' voluminous requests are not proportionate to the needs of the case.

A stay of discovery is warranted pending the resolution of Defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 26(c).

**SO ORDERED.**


DATED: _____

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE