# EXHIBIT H

**lowstrife**
@lowstrife

Sell 44 million over 22 separate orders on mex. Get into posistion.

Then, market dump 1000 coins on Coinbase with max slippage to move index price.

I think we just saw someone do some crazy shit and make a ton of money.



7:25 PM · Jul 27, 2020 · Twitter Web App



HuntingIsland ♦ 'ETH is programmable money'
@IslandHunting

In case you didn't know, the entire selloff yesterday was triggered by market manipulation.

A market dump of 15,000 ETH on the illiquid Bitstamp exchange caused a sell-off on Bitmex and from there the rest of the markets via contagion.





**$UNI Maximalist F.K.A $SUSHI Maximalist**
@bccponzi

The fact that Bitmex btc trading volume is 25 times a big as that of it's underlying value (50% coinbase/50% bitstamp) is quite concerning to me. Imagine what you can do as a whale when you open a big leveraged position on bitmex and use a coinbase/bitstamp account to buy/dump 🤔



7:30 AM · Aug 12, 2018 · Twitter Web Client

10 Retweets   3 Quote Tweets   53 Likes





**John Wick**
@ZeroHedge_

Bitmex is the main reason institutions won't ever invest in BTC in large scale. Too much manipulation.

Seriously if you ran a fund managing client monies and saw what Bitmex did to Bitcoin recently would you put your client money and reputation and trust in $BTC?

Hell no.

5:03 AM · Mar 15, 2020 · Twitter for iPhone

57 **Retweets**   5 **Quote Tweets**   378 **Likes**



**Spencer Noon** @spencernoon · Jul 15, 2019

To Summarize:
- **BitMex** uses a price oracle that is easily prone to **manipulation** by whales
- It's trivial to fix the problem but **BitMex** chooses not to 🤔

> **skew** @skewdotcom · Jul 15, 2019
>
> Another technical "incident" crushed ETH & crypto markets this week end
>
> What happened? A sell order on Bitstamp flash crashed ETH 30% from $270 to $190 at 9.30 a.m UTC time on Sunday morning
>
> Only ~$4mln traded in the 15 minutes candle
>
> Show this thread



💬 6    🔁 23    ♡ 70    ⬆