# EXHIBIT J

# Announcing the BitMEX User Verification Programme

**BitMEX**   14 Aug 2020

We will be launching our User Verification Programme at 00:00 UTC on 28 August 2020, where all customers will be asked to complete ID checks within the next 6 months. These new controls will enable us to create a more trusted and secure trading environment for all BitMEX users.

As part of this new initiative, we will also be unveiling details of a significant Trading Tournament in the coming weeks where users who have completed verification will be eligible to compete for sizable prizes.

**What new requirements can users expect?**

The User Verification Programme will require individual users to go through a four step process similar to ID checks on many other cryptocurrency exchanges. Individual users will be prompted to upload a photo ID and proof of address, take a selfie, as well as answer a few multiple choice questions about source of funds and trading experience. **It should take about five minutes to complete from start to finish.**

Corporate accounts will continue to go through the existing verification process, with our team ready to guide them through as quickly and efficiently as possible.

**When will the User Verification Programme kick off?**

The User Verification Programme will go live from 00:00 UTC on 28 August 2020. It will be mandatory for all BitMEX users to have completed identity verification by 12 February 2021 at 00:00 UTC in order to continue trading on our platform.

**Why the need for verification?**

Cryptocurrencies have come a long way in their 10 years of existence. Today, user identity verification is increasingly expected in order to meet evolving international regulatory standards, and is an important part of building trust in the cryptocurrency ecosystem. Practical customer security is greatly enhanced by identity verification, allowing BitMEX support personnel to reliably verify the actual owner of an account in the event of a dispute, hack, or incapacitation.

Further information will be made available on 28 August 2020 at the time of the User Verification Programme going live. If you have any questions in the meantime, please contact Support.

---

**Platform Status**

| Status | Name |
| --- | --- |

| Status | Name |
|---|---|
| ✓ Operational | BitMEX.Com |
| ✓ Operational | Testnet |
| ✓ Operational | Blog |
| ✓ Operational | E-Mails & Notifications Delivery |

View Status Page ↗

## Crypto Trader Digest:

## Bitcoin's most in-depth market analysis, commentary, and insights

Sign-up to receive the latest articles delivered straight to your inbox.

Email | Subscribe