# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-3345-WHO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>**Hon. William H. Orrick**<br>**Date: November 11, 2020**<br>**Time: 2:00 PM**<br>**Crtrm.: 2, 17th Floor**<br><br>**Discovery Cutoff: None Set**<br>**Pretrial Conference Date: None Set**<br>**Trial Date: None Set** |

Plaintiffs' BMA LLC, Yaroslav Kolchin and Vitaly Dubinin (collectively, "Plaintiffs") Motion for Leave to File Third Amended Complaint in the above-captioned matter came on for regular hearing on November 11, 2020. All parties were represented by counsel of record at the time of the hearing.

Having read and considered Plaintiffs' Notice of Motion for Leave to File Third Amended Complaint, the supporting Memorandum of Points and Authorities, the Exhibits, the pleadings and records on file in this action, and all other papers filed by the parties in support and in opposition to Plaintiffs' Motion, as well as the oral arguments of counsel at the hearing, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File Third Amended Complaint is **GRANTED**, on the grounds that the proposed amendment: (1) will not prejudice the opposing party; (2) will not produce an undue delay in the litigation; and (3) will not result in futility for lack of merit.

**SO ORDERED.**

Dated:_____      _____
                                            HON. WILLIAM H. ORRICK
                                            UNITED STATES DISTRICT JUDGE