# EXHIBIT A

# DRAFT BitMEX FAC, structure of BMA and Stipulation re: Email Evidence Preservation

Pavel Pogodin, Ph.D., Esq. <pp@consensuslaw.io>  Sun, Jun 14, 2020 at 3:02 PM
To: "Hibbard, Stephen D." <sdhibbard@jonesday.com>, "Silveira, Matthew J." <msilveira@jonesday.com>, "Murphy, Jr., Dennis F." <dennismurphy@jonesday.com>

Steve,

attached is DRAFT BitMEX FAC reline and exhibits. It is ready for filing. I made it easy on you - there are no new causes of action and it is fairly short - only 119 pages. Please confirm your agreement to the filing of the FAC ASAP and then we can also finalize and file the stipulation regarding the briefing schedule tomorrow (Monday, June 15, 2020).

Just for the record, as we discussed before, during our calls, BMA is a claim aggregator (your words), holding legal rights to claims assigned by individual traders. I previously offered you to exchange the names of the BMA members for the names of HDR and ABS shareholders. You refused.

Finally, I would like to use this opportunity to again encourage you to enter into a stipulation regarding preservation of the user email address database. This will obviate the need for the ex parte application and the plaintiff will be willing to withdraw it.

Please let me know ASAP.

Best Regards,



Pavel Pogodin, Ph.D., Esq.
Attorney At Law*
CONSENSUS LAW
CryptoCurrency Attorneys

t: +1 (650) 469-3750 f: +1 (650) 472-8961
e: pp@consensuslaw.io
i: www.consensuslaw.io
o: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

3 attachments


BitMEX FAC Ex. 1.pdf
97K


DRAFT BitMEX Fed FAC June 14 2020.pdf
4489K