Edward H. Takashima (State Bar #270945)
BOIES SCHILLER FLEXNER LLP
725 S Figueroa Street, 31st Floor
Los Angeles, CA 90017
Phone: (213) 629-9040
Fax:   (213) 629-9022
Email: etakashima@bsfllp.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>　　　　　　Defendants. | Case No. 3:20-cv-03345-WHO<br><br>**NOTICE OF APPEARANCE**<br><br>SAC Filed: July 14, 2020<br>Judge: Honorable William H. Orrick |

PLEASE TAKE NOTICE that the following attorney hereby states his appearance as counsel for Defendant Ben Delo in this matter.

　　　　　　Edward H. Takashima (State Bar #270945)
　　　　　　　　BOIES SCHILLER FLEXNER LLP
　　　　　　　　725 S Figueroa Street, 31st Floor
　　　　　　　　　　Los Angeles, CA 90017
　　　　　　　　　Phone: (213) 629-9040
　　　　　　　Email: etakashima@bsfllp.com

Date: October 20, 2020　　　　　　　　By:   /s/  Edward H. Takashima
　　　　　　　　　　　　　　　　　　　　Edward H. Takashima (State Bar #270945)
　　　　　　　　　　　　　　　　　　　　BOIES SCHILLER FLEXNER LLP
　　　　　　　　　　　　　　　　　　　　725 S Figueroa Street, 31st Floor
　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90017
　　　　　　　　　　　　　　　　　　　　Phone: (213) 629-9040
　　　　　　　　　　　　　　　　　　　　Fax:   (213) 629-9022
　　　　　　　　　　　　　　　　　　　　Email: etakashima@bsfllp.com