**AKIN GUMP STRAUSS HAUER & FELD LLP**
PETER I. ALTMAN (SBN 285292)
MARSHALL L. BAKER (SBN 300987)
JESSICA H. RO (SBN 329737)
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Telephone:   (310) 229-1000
Facsimile:   (310) 229-1001
E-mail:   paltman@akingump.com
E-mail:   mbaker@akingump.com
E-mail:   jro@akingump.com

Attorneys for Defendant Arthur Hayes

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>                    Defendants. | Case No.: 3:20-cv-03345-WHO<br><br>**NOTICE OF APPEARANCE OF PETER I. ALTMAN AS COUNSEL FOR DEFENDANT ARTHUR HAYES**<br><br>SAC Filed:  July 14, 2020<br><br>Judge:   Honorable William H. Orrick |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the following attorney hereby states his appearance as counsel for Defendant Arthur Hayes in the above-captioned action.

Peter I. Altman
AKIN GUMP STRAUSS HAUER & FELD LLP
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Telephone:   (310) 229-1000
Facsimile:    (310) 229-1001
E-mail:  paltman@akingump.com

Dated:  October 20, 2020              **AKIN GUMP STRAUSS HAUER & FELD LLP**

By_____*/s/ Peter I. Altman*_____
Peter I. Altman (SBN 285292)
AKIN GUMP STRAUSS HAUER & FELD LLP
1999 Avenue of the Stars, Suite 600
Los Angeles, California 90067
Phone:  (310) 229-1000
Email:  paltman@akingump.com

Attorneys for Defendant Arthur Hayes