**AKIN GUMP STRAUSS HAUER & FELD LLP**
PETER I. ALTMAN (SBN 285292)
MARSHALL L. BAKER (SBN 300987)
JESSICA H. RO (SBN 329737)
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Telephone:   (310) 229-1000
Facsimile:   (310) 229-1001
E-mail:   paltman@akingump.com
E-mail:   mbaker@akingump.com
E-mail:   jro@akingump.com

Attorneys for Defendant Arthur Hayes

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC,<br><br>                Plaintiff,<br>    v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>                Defendants. | Case No.: 3:20-cv-03345-WHO<br><br>**NOTICE OF APPEARANCE OF JESSICA H. RO AS COUNSEL FOR DEFENDANT ARTHUR HAYES**<br><br>SAC Filed:  July 14, 2020<br><br>Judge:   Honorable William H. Orrick |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the following attorney hereby states her appearance as counsel for Defendant Arthur Hayes in the above-captioned action.

Jessica H. Ro<br>
AKIN GUMP STRAUSS HAUER & FELD LLP<br>
1999 Avenue of the Stars, Suite 600<br>
Los Angeles, CA 90067<br>
Telephone:  (310) 229-1000<br>
Facsimile:  (310) 229-1001<br>
E-mail:  jro@akingump.com

Dated:  October 20, 2020            **AKIN GUMP STRAUSS HAUER & FELD LLP**

By _____ */s/ Jessica H. Ro* _____
Jessica H. Ro (SBN 329737)
AKIN GUMP STRAUSS HAUER & FELD LLP
1999 Avenue of the Stars, Suite 600
Los Angeles, California 90067
Phone:  (310) 229-1000
Email:  jro@akingump.com

Attorneys for Defendant Arthur Hayes