Matthew Rawlinson (State Bar #231890)
LATHAM & WATKINS, LLP
140 Scott Drive
Menlo Park, CA
Phone: (650) 328-4600
Email: matt.rawlinson@lw.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>           Plaintiffs,<br><br>     v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>           Defendants. | Case No. 3:20-cv-03345-WHO<br><br>**NOTICE OF APPEARANCE**<br><br>SAC Filed: July 14, 2020<br>Judge: Honorable William H. Orrick |

PLEASE TAKE NOTICE that the following attorney hereby states his appearance as counsel for Defendant Samuel Reed in this matter.

Matthew Rawlinson (State Bar #231890)
LATHAM & WATKINS, LLP
140 Scott Drive
Menlo Park, CA
Phone: (650) 328-4600, Fax: (650) 463-2600
Email: matt.rawlinson@lw.com

Date: October 20, 2020          By:   */s/ Matthew Rawlinson*
                                 Matthew Rawlinson (State Bar #231890)
                                 LATHAM & WATKINS, LLP
                                 140 Scott Drive
                                 Menlo Park, CA
                                 Phone: (650) 328-4600
                                 Email: matt.rawlinson@lw.com