Douglas K. Yatter (State Bar #234264)
LATHAM & WATKINS, LLP
885 Third Avenue
New York, NY 10022-4834
Phone: (212) 906-1200
Email: douglas.yatter@lw.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-03345-WHO<br><br>**NOTICE OF APPEARANCE**<br><br>SAC Filed: July 14, 2020<br>Judge: Honorable William H. Orrick |

PLEASE TAKE NOTICE that the following attorney hereby states his appearance as counsel for Defendant Samuel Reed in this matter.

Douglas K. Yatter (State Bar #234264)
LATHAM & WATKINS, LLP
885 Third Avenue
New York, NY 10022-4834
Phone: (212) 906-1200, Fax: (212) 751-4864
Email: douglas.yatter@lw.com

Date: October 20, 2020      By:  /s/  Douglas K. Yatter
                            Douglas K. Yatter (State Bar #234264)
                            LATHAM & WATKINS, LLP
                            885 Third Avenue
                            New York, NY 10022-4834
                            Phone: (212) 906-1200
                            Email: douglas.yatter@lw.com