Stephen D. Hibbard (State Bar No. 177865)
sdhibbard@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700

Peter I. Altman (State Bar No. 285292)
paltman@akingump.com
Marshall L. Baker (State Bar No. 300987)
mbaker@akingump.com
Jessica H. Ro (State Bar No. 329737)
jro@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022
Phone: (310) 229-1000

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-03345-WHO<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR ARTHUR HAYES AND [PROPOSED] ORDER**<br><br>SAC Filed: July 14, 2020<br>Judge: Honorable William H. Orrick |

3:20-cv-03345-WHO
**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**

PLEASE TAKE NOTICE that, pursuant to Local Rules 5-1(c)(2)(e) and 11-5(b), Stephen D. Hibbard of Jones Day hereby withdraws as attorney of record for Defendant Arthur Hayes in this matter and will be replaced by Peter Altman, Marshall L. Baker, and Jessica H. Ro of Akin Gump Strauss Hauer & Feld LLP.  Jones Day will remain counsel of record for Defendants HDR Global Trading Limited and ABS Global Trading Limited.

Dated: October 20, 2020

Respectfully submitted,

/s/  Stephen D. Hibbard
Stephen D. Hibbard (State Bar No. 177865)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA
Phone: (415) 875-5809
Fax: (415) 875-5700
sdhibbard@jonesday.com

Dated: October 20, 2020

/s/  Peter I. Altman
Peter I. Altman (State Bar No. 285292)
AKIN GUMP STRAUSS HAUER & FELD LLP
1999 Avenue of the Stars
Suite 600
Los Angeles, CA
Phone: (310) 229-1000
Email:  paltman@akingump.com

IT IS SO ORDERED.

Dated:  October ___, 2020

_____
Hon. William H. Orrick

**3:20-cv-03345-WHO**

**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**

I, Stephen D. Hibbard, am the ECF User whose ID and password are being used to file this NOTICE OF SUBSTITUTION OF COUNSEL FOR ARTHUR HAYES AND [PROPOSED] ORDER.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories concur in this filing.

DATED:  October 20, 2020

*/s/ Stephen D. Hibbard*  
STEPHEN D. HIBBARD