Stephen D. Hibbard (State Bar No. 177865)
sdhibbard@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700

Edward H. Takashima (State Bar #270945)
BOIES SCHILLER FLEXNER LLP
725 S Figueroa Street
31st Floor
Los Angeles, CA 90017
Phone: (213) 629-9040
Fax: (213) 629-9022
Email: etakashima@bsfllp.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-03345-WHO<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR BEN DELO AND [PROPOSED] ORDER**<br><br>SAC Filed: July 14, 2020<br>Judge: Honorable William H. Orrick |

**3:20-cv-03345-WHO**
**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**

PLEASE TAKE NOTICE that, pursuant to Local Rules 5-1(c)(2)(e) and 11-5(b), Stephen D. Hibbard of Jones Day hereby withdraws as attorney of record for Defendant Ben Delo in this matter and will be replaced by Edward H. Takashima of Boies Schiller Flexner LLP. Jones Day will remain counsel of record for Defendants HDR Global Trading Limited and ABS Global Trading Limited.

Dated: October 20, 2020

Respectfully submitted,

*/s/ Stephen D. Hibbard*
Stephen D. Hibbard (State Bar No. 177865)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA
Phone: (415) 875-5809
Fax: (415) 875-5700
sdhibbard@jonesday.com

Date: October 20, 2020

*/s/ Edward H. Takashima*
Edward H. Takashima (State Bar #270945)
BOIES SCHILLER FLEXNER LLP
725 S Figueroa Street
31st Floor
Los Angeles, CA 90017
Phone: (213) 629-9040
Fax:    (213) 629-9022
Email: etakashima@bsfllp.com

IT IS SO ORDERED.

Dated: October ___, 2020

_____
Hon. William H. Orrick

3:20-cv-03345-WHO
**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**

1  I, Stephen D. Hibbard, am the ECF User whose ID and password are being used to file
2  this NOTICE OF SUBSTITUTION OF COUNSEL FOR BEN DELO AND [PROPOSED]
3  ORDER.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories concur in this
4  filing.
5  DATED:  October 20, 2020

*/s/ Stephen D. Hibbard*
STEPHEN D. HIBBARD