1  Stephen D. Hibbard (State Bar No. 177865)
   sdhibbard@jonesday.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA 94104
   Telephone:  +1.415.626.3939
4  Facsimile:  +1.415.875.5700

5  Douglas K. Yatter (State Bar No. 234264)
   LATHAM & WATKINS, LLP
6  885 Third Avenue
   New York, NY 10022-4834
7  Phone: (212) 906-1200
   Email:  douglas.yatter@lw.com
8
   Matthew Rawlinson (State Bar No. 231890)
9  LATHAM & WATKINS, LLP
   140 Scott Drive
10 Menlo Park, CA
   Phone: (650) 328-4600
11 Email:  matt.rawlinson@lw.com

12

13                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
14                          **SAN FRANCISCO DIVISION**

15

16 | BMA LLC, Yaroslav Kolchin and Vitaly Dubinin, | Case No. 3:20-cv-03345-WHO |
   |---|---|
17 | Plaintiffs, | **NOTICE OF SUBSTITUTION OF COUNSEL FOR SAMUEL REED AND [PROPOSED] ORDER** |
18 | v. | |
19 | HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed, | SAC Filed:  July 14, 2020<br>Judge:  Honorable William H. Orrick |
20 | | |
21 | Defendants. | |

22

23

24

25

26

27

28

PLEASE TAKE NOTICE that, pursuant to Local Rules 5-1(c)(2)(e) and 11-5(b), Stephen D. Hibbard of Jones Day hereby withdraws as attorney of record for Defendant Samuel Reed in this matter and will be replaced by Douglas K. Yatter and Matthew Rawlinson of Latham & Watkins, LLP. Jones Day will remain counsel of record for Defendants HDR Global Trading Limited and ABS Global Trading Limited.

Dated: October 20, 2020

Respectfully submitted,

/s/ Stephen D. Hibbard
Stephen D. Hibbard (State Bar No. 177865)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA
Phone: (415) 875-5809
Fax: (415) 875-5700
sdhibbard@jonesday.com

Dated: October 20, 2020

/s/ Douglas K. Yatter
Douglas K. Yatter (State Bar No. 234264)
LATHAM & WATKINS, LLP
885 Third Avenue
New York, NY 10022-4834
Phone: (212) 906-1200
Email: douglas.yatter@lw.com

Dated: October 20, 2020

/s/ Matthew Rawlinson
Matthew Rawlinson (State Bar No. 231890)
LATHAM & WATKINS, LLP
140 Scott Drive
Menlo Park, CA
Phone: (650) 328-4600
Email: matt.rawlinson@lw.com

IT IS SO ORDERED.

Dated: October ___, 2020

_____
Hon. William H. Orrick

1     I, Stephen D. Hibbard, am the ECF User whose ID and password are being used to file

2 this NOTICE OF SUBSTITUTION OF COUNSEL FOR SAMUEL REED AND [PROPOSED]

3 ORDER.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories concur in this

4 filing.

5 DATED:  October 20, 2020

6                           */s/ Stephen D. Hibbard*
                         STEPHEN D. HIBBARD