| | |
|---|---|
| Stephen D. Hibbard (State Bar No. 177865)<br>sdhibbard@jonesday.com<br>Matthew J. Silveira (State Bar No. 264250)<br>msilveira@jonesday.com<br>Dennis F. Murphy, Jr. (State Bar No. 301008)<br>dennismurphy@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: +1.415.626.3939<br>Facsimile: +1.415.875.5700<br><br>Attorneys for Defendants<br>HDR GLOBAL TRADING LIMITED, ABS GLOBAL TRADING LIMITED, ARTHUR HAYES, BEN DELO, and SAMUEL REED<br><br>Peter I. Altman (State Bar No. 285292)<br>paltman@akingump.com<br>Marshall L. Baker (State Bar No. 300987)<br>mbaker@akingump.com<br>Jessica H. Ro (State Bar No. 329737)<br>jro@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1999 Avenue of the Stars<br>Suite 600<br>Los Angeles, CA 90067-6022<br>Phone: (310) 229-1000<br><br>Attorneys for Defendant<br>ARTHUR HAYES | Edward H. Takashima (State Bar #270945)<br>BOIES SCHILLER FLEXNER LLP<br>725 S Figueroa Street<br>31st Floor<br>Los Angeles, CA 90017<br>Phone: (213) 629-9040<br>Fax: (213) 629-9022<br>Email: etakashima@bsfllp.com<br><br>Attorneys for Defendant<br>BEN DELO<br><br>Douglas K. Yatter (State Bar No. 234264)<br>douglas.yatter@lw.com<br>LATHAM & WATKINS, LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>Phone: (212) 906-1200<br><br>Matthew Rawlinson (State Bar No. 231890)<br>matt.rawlinson@lw.com<br>LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA<br>Phone: (650) 328-4600<br><br>Attorneys for Defendant<br>SAMUEL REED |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-03345-WHO<br><br>**DECLARATION OF STEPHEN D. HIBBARD IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO STAY DISCOVERY**<br><br>Date: November 10, 2020<br>Time: 2:00 p.m.<br>Ctrm: 2 – 17th Floor<br>Judge: Honorable William H. Orrick |

I, Stephen D. Hibbard, declare as follows:

1. I am an attorney with the law firm of Jones Day, attorneys of record for Defendants HDR Global Trading Limited ("HDR"), ABS Global Trading Limited ("ABS"), Arthur Hayes, Ben Delo, and Samuel Reed (together, "Defendants"). I am licensed to practice law in the State of California. I make this declaration in support of Defendants' Reply Memorandum of Points and Authorities in Support of Their Motion to Stay Discovery. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Counsel for Plaintiffs first informed counsel for Defendants that Plaintiffs wanted to amend the operative Second Amended Complaint ("SAC") on July 20, 2020, six days after the SAC was filed.

3. After a number of back-and-forth email discussions and a telephonic discussion, in the course of which Plaintiffs' counsel stated that he intended to amend the complaint by adding both new plaintiffs and new defendants, Plaintiffs' counsel confirmed on September 4, 2020 that Plaintiffs did not intend to seek leave to amend the SAC, ten days before Defendants' Motion to Dismiss was due.

4. Defendants timely filed their Motion to Dismiss on September 14, 2020. *See* ECF 42.

5. On October 8, 2020, Plaintiffs filed a Motion for Leave to File Third Amended Complaint ("TAC"). *See* ECF 46.

6. Plaintiffs' Motion for Leave to File TAC seeks to add two entities and one "Unknown Exchange" as defendants, among other new allegations. Plaintiffs' Motion does not seek to add any new plaintiffs.

7. Attached as **Exhibit 1** is a true and correct copy of counsel for Plaintiffs' October 12, 2020 email.

8. On October 14, 2020, counsel for Plaintiffs in this action filed a new complaint styled *Dmitry Dolgov v. HDR Global Trading Limited, et al.*, Case No. 3:20-cv-07140 (N.D. Cal.) ("*Dolgov*"). On the Civil Cover Sheet in *Dolgov,* counsel for Plaintiffs identified the above-

captioned action as a related case. *See Dolgov* ECF 1-1. The allegations in the *Dolgov* complaint are similar to the allegations presented by Plaintiffs in their Motion for Leave to File TAC in this action. The defendants in the *Dolgov* complaint are the same defendants as in Plaintiffs' proposed TAC in this action except that the *Dolgov* complaint adds three more individual defendants, who are family members of Samuel Reed, one of the named defendants in both actions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of October, 2020 in Tiburon, California.

*/s/ Stephen D. Hibbard*
Stephen D. Hibbard