| | |
|---|---|
| 1 | Diana L. Calla (State Bar No. 330706) |
| 2 | dcalla@jonesday.com |
|   | JONES DAY |
| 3 | 555 California Street, 26th Floor |
|   | San Francisco, CA 94104 |
| 4 | Telephone: +1.415.626.3939 |
|   | Facsimile: +1.415.875.5700 |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-03345-WHO<br><br>**NOTICE OF APPEARANCE**<br><br>Second Am. Compl. Filed: July 14, 2020<br>Judge: Honorable William H. Orrick |

PLEASE TAKE NOTICE that the following attorney hereby states her appearance as counsel for Defendants HDR Global Trading Limited and ABS Global Trading Limited in this matter.

Diana L. Calla (State Bar No. 330706)<br>
dcalla@jonesday.com<br>
JONES DAY<br>
555 California Street, 26th Floor<br>
San Francisco, CA 94104<br>
Telephone: +1.415.626.3939

Date: October 21, 2020

By: __/s/ *Diana L. Calla*__
Diana L. Calla (State Bar No. 330706)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
dcalla@jonesday.com

**NOTICE OF APPEARANCE**
**3:20-cv-03345-WHO**