UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMA LLC, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>HDR GLOBAL TRADING LIMITED, et al.,<br><br>            Defendants. | Case No. 20-cv-03345-WHO<br><br>**ORDER ON DISCOVERY DISPUTE**<br>Re: Dkt. No. 63 |

The parties have submitted a joint discovery dispute letter. Dkt. No. 63. Plaintiffs seek discovery related to a new party they named in a proposed Third Amended Complaint and claim that "[e]arly identification of this new party is highly desirable for judicial efficiency reasons, to permit this new party to be brought into this case and to file any initial motions under Fed. R. Civ. P. 12(b) at the same time as Defendants." *Id.* at 2. To this end, plaintiffs served defendants with interrogatories and document requests, and asks that I order defendants to respond. *Id.* at 3.

I agree with defendants that this discovery dispute seeks to carve out issues that are set to be heard on November 10, 2020 for defendants' motion to stay discovery pending resolution of their motion to dismiss[1] and plaintiffs' motion for leave to file a Third Amended Complaint. Dkt. Nos. 43, 46. Accordingly, plaintiffs' request is DENIED at this juncture, without prejudice.

**IT IS SO ORDERED.**

Dated: October 22, 2020

William H. Orrick
United States District Judge

---

[1] Defendants' motion to dismiss the Second Amended Complaint is set to be heard on December 16, 2020. Dkt. No. 42.