Stephen D. Hibbard (State Bar No. 177865)
sdhibbard@jonesday.com
Jason S. McDonell (State Bar No. 115084)
jmcdonell@jonesday.com
Matthew J. Silveira (State Bar No. 264250)
msilveira@jonesday.com
Dennis F. Murphy, Jr. (State Bar No. 301008)
dennismurphy@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700

Attorneys for HDR Global Trading Limited (a.k.a. BitMEX) and ABS Global Trading Limited

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-03345-WHO<br><br>**NOTICE OF APPEARANCE**<br><br>Second Am. Compl. Filed: July 14, 2020<br>Judge: Honorable William H. Orrick |

PLEASE TAKE NOTICE that the following attorney hereby states his appearance as counsel for Defendants HDR Global Trading Limited and ABS Global Trading Limited in this matter.

Matthew J. Silveira (State Bar No. 264250)<br>
JONES DAY<br>
555 California Street, 26th Floor<br>
San Francisco, CA 94104<br>
Telephone: +1.415.626.3939<br>
Facsimile: +1.415.875.5700<br>
msilveira@jonesday.com

| | |
|---|---|
| Date: October 22, 2020 | By: /s/ *Matthew J. Silveria*<br>Matthew J. Silveira (State Bar No. 264250)<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: +1.415.626.3939<br>msilveira@jonesday.com |

NAI-1514771750v1

NOTICE OF APPEARANCE
3:20-cv-03345-WHO