Stephen D. Hibbard (State Bar No. 177865)
sdhibbard@jonesday.com
Jason S. McDonell (State Bar No. 115084)
jmcdonell@jonesday.com
Matthew J. Silveira (State Bar No. 264250)
msilveira@jonesday.com
Dennis F. Murphy, Jr. (State Bar No. 301008)
dennismurphy@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700

Attorneys for HDR Global Trading Limited (a.k.a. BitMEX)
and ABS Global Trading Limited

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>　　　　　Defendants. | Case No. 3:20-cv-03345-WHO<br><br>**NOTICE OF APPEARANCE**<br><br>Second Am. Compl. Filed: July 14, 2020<br>Judge: Honorable William H. Orrick |

PLEASE TAKE NOTICE that the following attorney hereby states his appearance as counsel for Defendants HDR Global Trading Limited and ABS Global Trading Limited in this matter.

>Jason S. McDonell (State Bar No. 115084)
>JONES DAY
>555 California Street, 26th Floor
>San Francisco, CA 94104
>Telephone: +1.415.626.3939
>Facsimile: +1.415.875.5700
>jmcdonell@jonesday.com

Date: October 22, 2020

By: /s/ *Jason S. McDonell*
Jason S. McDonell (State Bar No. 115084)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
jmcdonell@jonesday.com