Stephen D. Hibbard (State Bar No. 177865)
sdhibbard@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700

Edward H. Takashima (State Bar #270945)
BOIES SCHILLER FLEXNER LLP
725 S Figueroa Street
31st Floor
Los Angeles, CA 90017
Phone: (213) 629-9040
Fax: (213) 629-9022
Email: etakashima@bsfllp.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>          Plaintiffs,<br><br>     v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>          Defendants. | Case No. 3:20-cv-03345-WHO<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR BEN DELO AND ORDER**<br><br>SAC Filed: July 14, 2020<br>Judge: Honorable William H. Orrick |

3:20-cv-03345-WHO

**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**

1  PLEASE TAKE NOTICE that, pursuant to Local Rules 5-1(c)(2)(e) and 11-5(b), Stephen
2  D. Hibbard of Jones Day hereby withdraws as attorney of record for Defendant Ben Delo in this
3  matter and will be replaced by Edward H. Takashima of Boies Schiller Flexner LLP.  Jones Day
4  will remain counsel of record for Defendants HDR Global Trading Limited and ABS Global
5  Trading Limited.

Dated:  October 20, 2020

Respectfully submitted,

*/s/  Stephen D. Hibbard*
Stephen D. Hibbard (State Bar No. 177865)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA
Phone: (415) 875-5809
Fax: (415) 875-5700
sdhibbard@jonesday.com

Date:  October 20, 2020

*/s/ Edward H. Takashima*
Edward H. Takashima (State Bar #270945)
BOIES SCHILLER FLEXNER LLP
725 S Figueroa Street
31st Floor
Los Angeles, CA 90017
Phone:  (213) 629-9040
Fax:     (213) 629-9022
Email:  etakashima@bsfllp.com

IT IS SO ORDERED.

Dated:  October 23, 2020

_____
Hon. William H. Orrick

**3:20-cv-03345-WHO**
**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**

1  I, Stephen D. Hibbard, am the ECF User whose ID and password are being used to file
2  this NOTICE OF SUBSTITUTION OF COUNSEL FOR BEN DELO AND [PROPOSED]
3  ORDER.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories concur in this
4  filing.
5  DATED:  October 20, 2020

*/s/ Stephen D. Hibbard*
STEPHEN D. HIBBARD