Stephen D. Hibbard (State Bar No. 177865)
sdhibbard@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700

Peter I. Altman (State Bar No. 285292)
paltman@akingump.com
Marshall L. Baker (State Bar No. 300987)
mbaker@akingump.com
Jessica H. Ro (State Bar No. 329737)
jro@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022
Phone: (310) 229-1000

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-03345-WHO<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR ARTHUR HAYES AND ORDER**<br><br>SAC Filed: July 14, 2020<br>Judge: Honorable William H. Orrick |

1    PLEASE TAKE NOTICE that, pursuant to Local Rules 5-1(c)(2)(e) and 11-5(b), Stephen
2    D. Hibbard of Jones Day hereby withdraws as attorney of record for Defendant Arthur Hayes in
3    this matter and will be replaced by Peter Altman, Marshall L. Baker, and Jessica H. Ro of Akin
4    Gump Strauss Hauer & Feld LLP.  Jones Day will remain counsel of record for Defendants HDR
5    Global Trading Limited and ABS Global Trading Limited.

| | |
|---|---|
| Dated: October 20, 2020 | Respectfully submitted, |
| | */s/  Stephen D. Hibbard* |
| | Stephen D. Hibbard (State Bar No. 177865) |
| | JONES DAY |
| | 555 California Street, 26th Floor |
| | San Francisco, CA |
| | Phone: (415) 875-5809 |
| | Fax: (415) 875-5700 |
| | sdhibbard@jonesday.com |
| Dated: October 20, 2020 | */s/  Peter I. Altman* |
| | Peter I. Altman (State Bar No. 285292) |
| | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | 1999 Avenue of the Stars |
| | Suite 600 |
| | Los Angeles, CA |
| | Phone: (310) 229-1000 |
| | Email:  paltman@akingump.com |

IT IS SO ORDERED.

Dated:  October 23, 2020              _____
                                       Hon. William H. Orrick

**3:20-cv-03345-WHO**
**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**

I, Stephen D. Hibbard, am the ECF User whose ID and password are being used to file this NOTICE OF SUBSTITUTION OF COUNSEL FOR ARTHUR HAYES AND [PROPOSED] ORDER.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories concur in this filing.

DATED:  October 20, 2020

*/s/ Stephen D. Hibbard*
STEPHEN D. HIBBARD