Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
CONSENSUS LAW
5245 Ave Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io

Attorneys for Plaintiff BMA LLC,
Yaroslav Kolchin and Vitaly Dubinin

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-3345-WHO<br><br>**DECLARATION OF PAVEL POGODIN, ESQ. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Hon. William H. Orrick<br>Date: December 16, 2020<br>Time: 2:00 PM<br>Crtrm.: 2, 17th Floor<br><br>**Discovery Cutoff: None Set**<br>**Pretrial Conference Date: None Set** |

I, Pavel I. Pogodin, state and declare as follows:

1. I am an attorney of record in this action for Plaintiffs BMA LLC, Yaroslav Kolchin and Vitaly Dubinin. I am a member in good standing of the Bar of the State of California, and I am admitted to practice before this Court. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, I would willingly and competently

testify as to those matters.

2. A true and correct copy of email I sent to Defendants' counsel Stephen Hibbard on June 14, 2020, is attached as Exhibit A.

3. On numerous occasions, I have offered to Stephen Hibbard to provide information about all cryptocurrency trader members of Plaintiff BMA.

4. A true and correct copy of Indictment in criminal case Dkt. No. 1:20-cr-00500-JGK-1, USA v. Hayes et al., in the U.S. District Court Southern District of New York is attached as Exhibit B.

5. A true and correct copy of Complaint in civil action Dkt. No. 1:20-cv-08132-MKV, Commodity Futures Trading Commission v. HDR Global Trading Limited et al., in the U.S. District Court Southern District of New York is attached as Exhibit C.

6. A true and correct copy of an article entitled "Twitter Hacker Is a BitMEX Trader, On-Chain Data Suggests" published by the CoinDesk on August 7, 2020 and available at https://www.coindesk.com/twitter-hacker-is-a-bitmex-trader-on-chain-data-suggests is attached as Exhibit D.

7. A true and correct snapshot copy of BitMEX Leaderboard taken on or about August 2, 2020, and available at https://www.bitmex.com/app/leaderboard is attached as Exhibit E. Exhibit I also contains true and correct copy of web page of https://www.coincidentcapital.com/our-team taken on or about August 2, 2020 as well as various filing of Coincident Capital LP with Securities and Exchange Commission. Further included is a true copy of LinkedIn profile of Roger Xu and Leotank Capital and State of Delaware information page for Delaware Corporation Leotank Capital Inc.

8. A true and correct snapshot copy of BitMEX page "Announcing the BitMEX User Verification Programme" taken on or about August 25, 2020, and available at https://blog.bitmex.com/announcing-the-bitmex-user-verification-programme/ is attached as Exhibit F.

9. A true and correct copy of a table containing a summary of certain untruthful factual

statements of Defendant Hayes and Defendants' counsel Stephen Hibbard to various Courts as well as true facts is attached as Exhibit G.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 26, 2020, in Carolina, Puerto Rico.

By:   /s/ Pavel I. Pogodin
      Pavel I. Pogodin