**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>Defendants. | Case No.  3:20-cv-3345-WHO<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>**Hon. William H. Orrick**<br>**Date: December 16, 2020**<br>**Time: 2:00 PM**<br>**Crtrm.: 2, 17th Floor**<br><br>**Discovery Cutoff: None Set**<br>**Pretrial Conference Date: None Set**<br>**Trial Date: None Set** |

Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint in the above-captioned matter came on for regular hearing on December 16, 2020. All parties were represented by counsel of record at the time of the hearing.

Having read and considered Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint, the Exhibits, the pleadings and records on file in this action, and all other papers filed by the parties in support and in opposition to Defendants' Motion, as well as the oral arguments of counsel at the hearing, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint is **DENIED**, in its entirety.

**SO ORDERED.**

Dated: _____

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE