Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

BMA LLC, Yaroslav Kolchin and
Vitaly Dubinin,

                    Plaintiff(s),

    v.

HDR Global Trading Limited (A.K.A.
BitMEX), et al.,

                    Defendant(s).

Case No: 3:20-cv-03345-WHO

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Patrick J. Smith , an active member in good standing of the bar of New York , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Ben Delo in the above-entitled action. My local co-counsel in this case is Edward H. Takashima , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 250 West 55th Street, 30th Floor<br>New York, New York 10019 | 725 S. Figueroa St., 31st Floor<br>Los Angeles, CA 90017 |
| MY TELEPHONE # OF RECORD:<br>(212) 582-4400 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 629-9040 |
| MY EMAIL ADDRESS OF RECORD:<br>patrick.smith@smithvillazor.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>etakashima@bsfllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2402394 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/27/20

                                       Patrick J. Smith
                                        APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Patrick J. Smith is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
    October 29, 2020

GRANTED

W. H. Or

Judge William H. Orrick

UNITED STATES MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER

*October 2012*