| | |
|---|---|
| Stephen D. Hibbard (State Bar No. 177865)<br>sdhibbard@jonesday.com<br>Matthew J. Silveira (State Bar No. 264250)<br>msilveira@jonesday.com<br>Dennis F. Murphy, Jr. (State Bar No. 301008)<br>dennismurphy@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA  94104<br>Telephone:     +1.415.626.3939<br>Facsimile:     +1.415.875.5700<br><br>Attorneys for Defendants<br>HDR GLOBAL TRADING LIMITED and ABS GLOBAL TRADING LIMITED<br><br>Peter I. Altman (State Bar No. 285292)<br>paltman@akingump.com<br>Marshall L. Baker (State Bar No. 300987)<br>mbaker@akingump.com<br>Jessica H. Ro (State Bar No. 329737)<br>jro@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1999 Avenue of the Stars<br>Suite 600<br>Los Angeles, CA  90067-6022<br>Phone: (310) 229-1000<br><br>Attorneys for Defendant<br>ARTHUR HAYES | Edward H. Takashima (State Bar No. 270945)<br>BOIES SCHILLER FLEXNER LLP<br>725 S Figueroa Street<br>31st Floor<br>Los Angeles, CA 90017<br>Phone:  (213) 629-9040<br>Fax:     (213) 629-9022<br>Email:  etakashima@bsfllp.com<br><br>Attorneys for Defendant<br>BEN DELO<br><br>Douglas K. Yatter (State Bar No. 234264)<br>douglas.yatter@lw.com<br>LATHAM & WATKINS, LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>Phone: (212) 906-1200<br><br>Matthew Rawlinson (State Bar No. 231890)<br>matt.rawlinson@lw.com<br>LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA<br>Phone: (650) 328-4600<br><br>Attorneys for Defendant<br>SAMUEL REED |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>         Plaintiffs,<br><br>    v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>         Defendants. | Case No. 3:20-cv-03345-WHO<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Defendants HDR Global Trading Limited, ABS Global Trading Limited, Arthur Hayes, Ben Delo, and Samuel Reed (together, "Defendants") respectfully submit this Administrative Motion to Consider Whether Cases Should be Related. Defendants request that this action, *BMA LLC v. HDR Global Trading Limited*, No. 3:20-cv-03345-WHO, be designated as related to *Dolgov v. HDR Global Trading Limited*, No. 4:20-cv-07140-YGR, which was recently filed by the same counsel who represents plaintiffs in the *BMA* action against many of the same defendants as in the *BMA* action and asserting the same claims that are asserted in the *BMA* action.

## RELATED ACTIONS

1. *BMA LLC v. HDR Global Trading Limited*, No. 3:20-cv-03345-WHO
2. *Dolgov v. HDR Global Trading Limited*, No. 4:20-cv-07140-YGR

## RELATIONSHIP OF THE ACTIONS

This administrative motion is made on the grounds that the actions identified above are related pursuant to Civil Local Rule 3-12(a). Civil Local Rule 3-12(a) states that actions are related when: "(1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges." Both elements are satisfied here.

1. Plaintiffs' counsel Pavel Pogodin filed the initial complaint in the *BMA* action on May 16, 2020, and then amended it two days later. *BMA*, ECF 1, 6. Defendants consented to the filing of a second amended complaint ("SAC"), which added as plaintiffs two citizens and residents of Russia alongside the original entity plaintiff, BMA LLC. *BMA*, ECF 31, 32. Over the following months, Plaintiffs' counsel proposed to add additional plaintiffs and defendants before Defendants' response to the SAC was due, but ultimately chose to stand on the SAC. *See BMA*, ECF 62-1 ¶ 3. After Defendants moved to dismiss the SAC, *BMA*, ECF 42, the *BMA* Plaintiffs moved for leave to file a third amended complaint ("TAC") on October 7, 2020, which added two new defendants, but no new plaintiffs. *BMA*, ECF 44, 45, 46. One week later, Plaintiffs' counsel filed the *Dolgov* action on behalf of a third Russian citizen and resident against

all of the Defendants named in the *BMA* SAC and three additional defendants—all family members of one of the original individual Defendants. *Dolgov*, ECF 1. Plaintiffs' counsel identified the *BMA* case as a related case on the *Dolgov* Civil Cover Sheet. *Dolgov*, ECF 1-1.

Both the *BMA* complaint (the operative SAC and the proposed TAC) and the *Dolgov* complaint assert claims under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), the Commodity Exchange Act ("CEA"), California common law, and California Business & Professions Code § 17200. *See BMA*, ECF 32 (SAC), ECF 45 (proposed TAC); *Dolgov*, ECF 1. The claims in both cases are based on the same allegations of market manipulation and money laundering related to the operation of the BitMEX trading platform, and allege trading losses based on the same alleged conduct. *See id*. In short, "the actions concern substantially the same parties, property, [and] event[s]." Civil Local Rule 3-12(a)(1).

2. Given the near identity of these cases, both the parties and the Court will be unduly burdened if the cases proceed in front of different judges. That is especially true given the length of the complaints—each of which is nearly 200 pages and attaches more than a dozen exhibits. Requiring two different judges to engage with the complaints and rule on parallel motions will result in duplication of labor and expense. And while Defendants are confident that the claims in both cases lack merit, proceeding before different judges also creates the potential for conflicting results. Civil Local Rule 3-12(a)(2). All of this can be avoided by assigning the *Dolgov* case to Judge Orrick, who has already ruled on two applications in the *BMA* case and is scheduled to hear the *BMA* plaintiffs' motion for leave to amend and Defendants' motion for a stay of discovery on November 10.

Given the related nature of these cases and the opportunities for efficiency and judicial economy, Defendants respectfully request that the Court designate the *Dolgov* action as related to the *BMA* Action.

| | |
|---|---|
| Dated: October 29, 2020 | Respectfully submitted, |
| | JONES DAY |
| | |
| | By: /s/ Stephen D. Hibbard |
| |     Stephen D. Hibbard |
| | |
| | Counsel for Defendants |
| | HDR GLOBAL TRADING LIMITED and |
| | ABS GLOBAL TRADING LIMITED |
| | |
| | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | |
| | By: /s/ Peter I. Altman |
| |     Peter I. Altman |
| | |
| | Counsel for Defendant |
| | ARTHUR HAYES |
| | |
| | BOIES SCHILLER FLEXNER LLP |
| | |
| | By: /s/ Edward H. Takashima |
| |     Edward H. Takashima |
| | |
| | Counsel for Defendant |
| | BEN DELO |
| | |
| | LATHAM & WATKINS, LLP |
| | |
| | By: /s/ Douglas K. Yatter |
| |     Douglas K. Yatter |
| |     Matthew Rawlinson |
| | |
| | Counsel for Defendant |
| | SAMUEL REED |

I, Stephen D. Hibbard, am the ECF User whose ID and password are being used to file this ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories concur in this filing.

DATED: October 29, 2020

*/s/ Stephen D. Hibbard*
STEPHEN D. HIBBARD