| | |
|---|---|
| Stephen D. Hibbard (State Bar No. 177865)<br>sdhibbard@jonesday.com<br>Matthew J. Silveira (State Bar No. 264250)<br>msilveira@jonesday.com<br>Dennis F. Murphy, Jr. (State Bar No. 301008)<br>dennismurphy@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: +1.415.626.3939<br>Facsimile: +1.415.875.5700<br><br>Attorneys for Defendants<br>HDR GLOBAL TRADING LIMITED and ABS GLOBAL TRADING LIMITED<br><br>Peter I. Altman (State Bar No. 285292)<br>paltman@akingump.com<br>Marshall L. Baker (State Bar No. 300987)<br>mbaker@akingump.com<br>Jessica H. Ro (State Bar No. 329737)<br>jro@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1999 Avenue of the Stars<br>Suite 600<br>Los Angeles, CA 90067-6022<br>Phone: (310) 229-1000<br><br>Attorneys for Defendant<br>ARTHUR HAYES | Edward H. Takashima (State Bar #270945)<br>BOIES SCHILLER FLEXNER LLP<br>725 S Figueroa Street<br>31st Floor<br>Los Angeles, CA 90017<br>Phone: (213) 629-9040<br>Fax: (213) 629-9022<br>Email: etakashima@bsfllp.com<br><br>Attorneys for Defendant<br>BEN DELO<br><br>Douglas K. Yatter (State Bar No. 234264)<br>douglas.yatter@lw.com<br>LATHAM & WATKINS, LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>Phone: (212) 906-1200<br><br>Matthew Rawlinson (State Bar No. 231890)<br>matt.rawlinson@lw.com<br>LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA<br>Phone: (650) 328-4600<br><br>Attorneys for Defendant<br>SAMUEL REED |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-03345-WHO<br><br>**DECLARATION OF STEPHEN D. HIBBARD IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Ctrm: 2 – 17th Floor<br>Judge: Honorable William H. Orrick |

I, Stephen D. Hibbard, declare as follows:

1. I am an attorney with the law firm of Jones Day, attorneys of record for Defendants HDR Global Trading Limited ("HDR") and ABS Global Trading Limited ("ABS"). I am licensed to practice law in the State of California. I make this declaration in support of Defendants' Administrative Motion to Consider Whether Cases Should Be Related. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. On October 20, 2020, I informed Pavel Pogodin, counsel for plaintiffs in the above-captioned action ("*BMA*") and in the recently-filed action entitled *Dolgov v. HDR Global Trading Limited*, No. 4:20-cv-07140-YGR ("*Dolgov*"), that I agreed with his indication on the *Dolgov* Civil Cover Sheet that the *BMA* and *Dolgov* cases were related. We briefly discussed the procedure for formally relating the cases in light of the posture of the *Dolgov* case, which at that time was assigned to a magistrate judge whom Mr. Pogodin stated he intended to decline as the all purposes judge in this case.

3. Attached as **Exhibit 1** is a true and correct copy of my correspondence with Mr. Pogodin between October 20, 2020 and October 28, 2020. In that correspondence, Mr. Pogodin stated that he would agree only to stipulate that the Court may determine whether the *BMA* and *Dolgov* cases are related, and declined my request that he stipulate to the specific judicial action sought by the administrative motion—a determination that the cases are related and reassignment of the *Dolgov* case to Judge Orrick, the judge in the lower-numbered *BMA* case.

4. Attached as **Exhibit 2** is a true and correct copy of the stipulation I proposed to Mr. Pogodin, with Mr. Pogodin's proposed revisions in redline.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of October, 2020 in Tiburon, California.

*/s/ Stephen D. Hibbard*
Stephen D. Hibbard