# EXHIBIT 1

**Silveira, Matthew J.**

| | |
|---|---|
| **From:** | Pavel Pogodin, Ph.D., Esq. <pp@consensuslaw.io> |
| **Sent:** | Wednesday, October 28, 2020 2:53 PM |
| **To:** | Hibbard, Stephen D. |
| **Cc:** | Murphy, Jr., Dennis F.; Silveira, Matthew J.; McDonell, Jason |
| **Subject:** | Re: Relation of Cases per Read Civil L.R. 3-12 |

** External mail **

your proposed stipulation is contrary to provisions of Civ. L.R. 3-12, which is clear that the determination of relatedness is left to the Judge on a motion. Civ. L.R. 3-12 requires filing of the motion if "party believes that the action **may be**" related; this is exactly what Plaintiffs proposed to stipulate to. Thus, my proposal is entirely consistent with Civ. L.R. 3-12.

Best Regards,



**Pavel Pogodin, Ph.D., Esq.**
Attorney at Law*
CONSENSUS LAW
CryptoCurrency Attorneys
**t**: +1 (650) 469-3750 **f**: +1 (650) 472-8961
**e**: pp@consensuslaw.io
**i**: www.consensuslaw.io
**o**: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

On Wed, Oct 28, 2020 at 5:45 PM Hibbard, Stephen D. <sdhibbard@jonesday.com> wrote:

> Your proposed revisions are entirely unacceptable. It is no stipulation when you are only willing to agree that the cases "may be" related and propose to defer to Judge Orrick's assessment, notwithstanding your having already filed a civil cover sheet noting that *Dolgov* is related.
>
>
> We will file our administrative motion after all defendants have reviewed and signed on.
>
>
> Stephen D. Hibbard
> Partner
> **JONES DAY® - One Firm Worldwide℠**
> 555 California Street, 26th Floor
> San Francisco, CA 94104
> Office +1.415.875.5809

**From:** Pavel Pogodin, Ph.D., Esq. <pp@consensuslaw.io>
**Sent:** Wednesday, October 28, 2020 2:25 PM
**To:** Hibbard, Stephen D. <sdhibbard@jonesday.com>
**Cc:** Murphy, Jr., Dennis F. <dennismurphy@jonesday.com>; Silveira, Matthew J. <msilveira@JonesDay.com>; McDonell, Jason <jmcdonell@JonesDay.com>
**Subject:** Re: Relation of Cases per Read Civil L.R. 3-12

**\*\* External mail \*\***

stip with my changes is attached.

Best Regards,



Pavel Pogodin, Ph.D., Esq.
Attorney at Law*
CONSENSUS LAW
CryptoCurrency Attorneys

t: +1 (650) 469-3750  f: +1 (650) 472-8961
e: pp@consensuslaw.io
i: www.consensuslaw.io
o: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

On Wed, Oct 28, 2020 at 5:02 PM Hibbard, Stephen D. <sdhibbard@jonesday.com> wrote:

> Pavel –
>
> Attached is the current draft of the Administrative Motion we plan to file.
>
> As it is Defendants' motion, we provide it here in this instance as a courtesy, not for comment.

Stephen D. Hibbard
Partner
**JONES DAY® - One Firm Worldwide℠**
555 California Street, 26th Floor
San Francisco, CA 94104
Office +1.415.875.5809


**From:** Pavel Pogodin, Ph.D., Esq. <pp@consensuslaw.io>
**Sent:** Wednesday, October 28, 2020 1:52 PM
**To:** Hibbard, Stephen D. <sdhibbard@jonesday.com>
**Cc:** Murphy, Jr., Dennis F. <dennismurphy@jonesday.com>; Silveira, Matthew J. <msilveira@JonesDay.com>; McDonell, Jason <jmcdonell@JonesDay.com>
**Subject:** Re: Relation of Cases per Read Civil L.R. 3-12


** External mail **


Steve,


Before I agree, I will need to see the motion that you will be filing. I do not want any surprises.  Thanks.


Best Regards,



**Pavel Pogodin, Ph.D., Esq.**
Attorney at Law*
CONSENSUS LAW
CryptoCurrency Attorneys

t: +1 (650) 469-3750 f: +1 (650) 472-8961
e: pp@consensuslaw.io
i: www.consensuslaw.io
o: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

On Wed, Oct 28, 2020 at 4:41 PM Hibbard, Stephen D. <sdhibbard@jonesday.com> wrote:

Pavel –

Northern District of California Civ. L.R. 3-12(d)(2) relates to the separate administrative motion that we are filing, not to the draft stipulation.

The purpose of the stipulation, which is a common practice in this context, is to inform the court that the parties are agreed and to signal, therefore, that no opposition pursuant to Civ. L.R. 3-12(e) will follow.

Please let us know whether you will stipulate.

Stephen D. Hibbard
Partner
**JONES DAY® - One Firm Worldwide℠**
555 California Street, 26th Floor
San Francisco, CA 94104
Office +1.415.875.5809

**From:** Pavel Pogodin, Ph.D., Esq. <pp@consensuslaw.io>
**Sent:** Wednesday, October 28, 2020 11:09 AM
**To:** Hibbard, Stephen D. <sdhibbard@jonesday.com>
**Cc:** Murphy, Jr., Dennis F. <dennismurphy@jonesday.com>; Silveira, Matthew J. <msilveira@JonesDay.com>; McDonell, Jason <jmcdonell@JonesDay.com>
**Subject:** Re: Relation of Cases per Read Civil L.R. 3-12

\*\* External mail \*\*

I do not believe your draft is compliant with Civ. L.R. 3-12(d)(2).

Best Regards,

4



**Pavel Pogodin, Ph.D., Esq.**
Attorney at Law*
CONSENSUS LAW
CryptoCurrency Attorneys

t: +1 (650) 469-3750 f: +1 (650) 472-8961
e: pp@consensuslaw.io
i: www.consensuslaw.io
o: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

On Wed, Oct 28, 2020 at 12:28 PM Hibbard, Stephen D. <sdhibbard@jonesday.com> wrote:

> Pavel—
>
> Your comments about our passing discussion last week of relating the BMA and Dolgov cases gratuitously mischaracterize what was said. When we touched on relating the two cases, I asked if you intended to decline the reference to the Magistrate Judge. You said, "Yes," and I then commented that we all could wait to see if the case was re-assigned to Judge Orrick in the ordinary course since you had checked the "related" box on the civil cover sheet. That is all that was said and the rest of your characterizations are false.
>
> Now that you have declined the reference to the Magistrate Judge and the case has been assigned to Judge Yvonne Gonzalez Rogers, we would like to move forward with relating the cases, something about which I should think we both could agree.
>
> Please let us know if we are authorized on your behalf to file the attached stipulation.
>
> Stephen D. Hibbard
> Partner
> **JONES DAY® - One Firm Worldwide℠**
> 555 California Street, 26th Floor
> San Francisco, CA 94104
> Office +1.415.875.5809

From: Pavel Pogodin, Ph.D., Esq. <pp@consensuslaw.io>
Sent: Tuesday, October 20, 2020 1:42 PM
To: Hibbard, Stephen D. <sdhibbard@jonesday.com>
Cc: Murphy, Jr., Dennis F. <dennismurphy@jonesday.com>; Silveira, Matthew J. <msilveira@JonesDay.com>; McDonell, Jason <jmcdonell@JonesDay.com>
Subject: Relation of Cases per Read Civil L.R. 3-12

** External mail **

Steve,

Do you ever read anything at all?  Sure looks like reading is not your thing.  You are clearly a TV guy.

A good place to start your reading journey is Civil L.R. 3-12. Related Cases.  It provides a specific procedure for relation of actions.  From your uninformed ramblings today, it is clear that you never read it, as you never read much of any other legal authority, which you can never cite when asked.

Per Civil L.R. 3-12, if you want cases related, you need to **promptly** file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11.  You do not need to wait for the declination of the MJ.

Best Regards,



**Pavel Pogodin, Ph.D., Esq.**
Attorney at Law*
CONSENSUS LAW
CryptoCurrency Attorneys

t: +1 (650) 469-3750 f: +1 (650) 472-8961
e: pp@consensuslaw.io
i: www.consensuslaw.io
o: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

> ***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***