# EXHIBIT 2

| | |
|---|---|
| Stephen D. Hibbard (State Bar No. 177865)<br>sdhibbard@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: +1.415.626.3939<br>Facsimile: +1.415.875.5700<br><br>Attorneys for Defendants<br>HDR GLOBAL TRADING LIMITED and ABS GLOBAL TRADING LIMITED | Edward H. Takashima (State Bar No. 270945)<br>BOIES SCHILLER FLEXNER LLP<br>725 S Figueroa Street<br>31st Floor<br>Los Angeles, CA 90017<br>Phone: (213) 629-9040<br>Fax: (213) 629-9022<br>Email: etakashima@bsfllp.com<br><br>Attorneys for Defendant<br>BEN DELO |
| Peter I. Altman (State Bar No. 285292)<br>paltman@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1999 Avenue of the Stars<br>Suite 600<br>Los Angeles, CA 90067-6022<br>Phone: (310) 229-1000<br><br>Attorneys for Defendant<br>ARTHUR HAYES | Douglas K. Yatter (State Bar No. 234264)<br>douglas.yatter@lw.com<br>LATHAM & WATKINS, LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>Phone: (212) 906-1200<br><br>Matthew Rawlinson (State Bar No. 231890)<br>matt.rawlinson@lw.com<br>LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA<br>Phone: (650) 328-4600<br><br>Attorneys for Defendant<br>SAMUEL REED |
| Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)<br>CONSENSUS LAW<br>5245 Av. Isla Verde, Suite 302<br>Carolina, PR 00979<br>United States of America<br>Telephone: (650) 469-3750<br>Email: pp@consensuslaw.io<br><br>Attorneys for Plaintiffs | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>　　　　　Defendants. | Case No. 3:20-cv-03345-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1   Defendants HDR Global Trading Limited, ABS Global Trading Limited, Arthur Hayes,
2   Ben Delo, and Samuel Reed, and Plaintiffs BMA LLC, Yaroslav Kolchin and Vitaly Dubinin
3   (collectively, the "Parties"), hereby agree and stipulate as follows:

4   1. *BMA LLC v. HDR Global Trading Limited*, No. 3:20-cv-03345-WHO and *Dolgov
5   v. HDR Global Trading Limited*, No. 4:20-cv-07140-YGR ~~are~~ may be Related Cases pursuant to
6   Civil Local Rule 3-12, the determination of which is left to sound discretion of Judge William H.
7   Orrick pursuant to Civil Local Rule 3-12.

8   2. To allow Judge William H. Orrick to determine whether the cases are Related
9   Cases, Defendants will file an Administrative Motion To Consider Whether Cases Should Be
10  Related ("Motion").  Because Plaintiffs find certain statements and factual assertions in the
11  Motion inaccurate and otherwise objectionable, Plaintiffs will file a Response to said Motion
12  correcting such statements and factual assertions made by Defendants.

13  3~~2~~. Should Judge William H. Orrick determine that the cases are related, t~~T~~he later
14  filed case, *Dolgov v. HDR Global Trading Limited*, No. 4:20-cv-07140-YGR, should be
15  reassigned to Judge William H. Orrick, the Judge assigned to the lower-numbered case.

Dated:  October 28, 2020                JONES DAY


                                        By: */s/ Stephen D. Hibbard*
                                             Stephen D. Hibbard

                                        Counsel for Defendants
                                        HDR GLOBAL TRADING LIMITED and
                                        ABS GLOBAL TRADING LIMITED


                                        AKIN GUMP STRAUSS HAUER & FELD
                                        LLP



                                        By: */s/ Peter I. Altman*
                                             Peter I. Altman

                                        Counsel for Defendant
                                        ARTHUR HAYES

BOIES SCHILLER FLEXNER LLP

By: */s/ Edward H. Takashima*
    Edward H. Takashima

Counsel for Defendant
BEN DELO

LATHAM & WATKINS, LLP

By: */s/ Douglas K. Yatter*
    Douglas K. Yatter
    Matthew Rawlinson

Counsel for Defendant
SAMUEL REED

CONSENSUS LAW

By: */s/ Pavel I. Pogodin*
    Pavel I. Pogodin

Counsel for Plaintiffs
BMA LLC, YAROSLAV KOLCHIN, and
VITALY DUBININ

**IT IS SO ORDERED**.

Dated:

_____
Hon. William H. Orrick
UNITED STATES DISTRICT JUDGE

1   I, Stephen D. Hibbard, am the ECF User whose ID and password are being used to file
2   this STIPULATION AND [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION
3   TO CONSIDER WHETHER CASES SHOULD BE RELATED.  In compliance with Civil L.R.
4   5-1(i)(3), I hereby attest that all signatories concur in this filing.
5   DATED:  October 28, 2020

                                          */s/ Stephen D. Hibbard*

                                          STEPHEN D. HIBBARD