| | |
|---|---|
| Stephen D. Hibbard (State Bar No. 177865)<br>sdhibbard@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: +1.415.626.3939<br>Facsimile: +1.415.875.5700<br><br>Attorneys for Defendants<br>HDR GLOBAL TRADING LIMITED and ABS GLOBAL TRADING LIMITED | Edward H. Takashima (State Bar No. 270945)<br>BOIES SCHILLER FLEXNER LLP<br>725 S Figueroa Street<br>31st Floor<br>Los Angeles, CA 90017<br>Phone: (213) 629-9040<br>Fax: (213) 629-9022<br>Email: etakashima@bsfllp.com<br><br>Attorneys for Defendant<br>BEN DELO |
| Peter I. Altman (State Bar No. 285292)<br>paltman@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1999 Avenue of the Stars<br>Suite 600<br>Los Angeles, CA 90067-6022<br>Phone: (310) 229-1000<br><br>Attorneys for Defendant<br>ARTHUR HAYES | Douglas K. Yatter (State Bar No. 234264)<br>douglas.yatter@lw.com<br>LATHAM & WATKINS, LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>Phone: (212) 906-1200<br><br>Matthew Rawlinson (State Bar No. 231890)<br>matt.rawlinson@lw.com<br>LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA<br>Phone: (650) 328-4600<br><br>Attorneys for Defendant<br>SAMUEL REED |
| Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)<br>CONSENSUS LAW<br>5245 Av. Isla Verde, Suite 302<br>Carolina, PR 00979<br>United States of America<br>Telephone: (650) 469-3750<br>Email: pp@consensuslaw.io<br><br>Attorneys for Plaintiffs | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>　　　　　Defendants. | Case No. 3:20-cv-03345-WHO<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Defendants HDR Global Trading Limited, ABS Global Trading Limited, Arthur Hayes, Ben Delo, and Samuel Reed's (together, "Defendants"), filed an Administrative Motion to Consider Whether Cases Should Be Related.

Having read and considered Defendants' Administrative Motion, the supporting Declaration of Stephen D. Hibbard, the pleadings and records on file in this and the related action (*Dolgov v. HDR Global Trading Limited*, No. 4:20-cv-07140-YGR), and all other papers filed by the parties in support and in opposition to Defendants' Administrative Motion, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that

    1.    *BMA LLC v. HDR Global Trading Limited*, No. 3:20-cv-03345-WHO and *Dolgov v. HDR Global Trading Limited*, No. 4:20-cv-07140-YGR are related cases pursuant to Civil Local Rule 3-12.

    2.    The later filed case, *Dolgov v. HDR Global Trading Limited*, No. 4:20-cv-07140-YGR, shall be reassigned to the undersigned judge, who is assigned to the lower-numbered case.

**IT IS SO ORDERED**.

Dated:

    Hon. William H. Orrick
    UNITED STATES DISTRICT JUDGE