| | |
|---|---|
| 1   Stephen D. Hibbard (State Bar No. 177865) <br>   sdhibbard@jonesday.com <br> 2   Matthew J. Silveira (State Bar No. 264250) <br>   msilveira@jonesday.com <br> 3   Dennis F. Murphy, Jr. (State Bar No. 301008) <br>   dennismurphy@jonesday.com <br> 4   JONES DAY <br>   555 California Street, 26th Floor <br> 5   San Francisco, CA 94104 <br>   Telephone: +1.415.626.3939 <br> 6   Facsimile: +1.415.875.5700 <br><br> 7   Attorneys for Defendants <br>   HDR GLOBAL TRADING LIMITED and ABS <br> 8   GLOBAL TRADING LIMITED <br><br> 9   Peter I. Altman (State Bar No. 285292) <br>   paltman@akingump.com <br> 10   Marshall L. Baker (State Bar No. 300987) <br>   mbaker@akingump.com <br> 11   Jessica H. Ro (State Bar No. 329737) <br>   jro@akingump.com <br> 12   AKIN GUMP STRAUSS HAUER & FELD LLP <br>   1999 Avenue of the Stars <br> 13   Suite 600 <br>   Los Angeles, CA 90067-6022 <br> 14   Phone: (310) 229-1000 <br><br> 15   Attorneys for Defendant <br>   ARTHUR HAYES | Edward H. Takashima (State Bar #270945) <br> BOIES SCHILLER FLEXNER LLP <br> 725 S Figueroa Street <br> 31st Floor <br> Los Angeles, CA 90017 <br> Phone: (213) 629-9040 <br> Fax: (213) 629-9022 <br> Email: etakashima@bsfllp.com <br><br> Attorneys for Defendant <br> BEN DELO <br><br> Douglas K. Yatter (State Bar No. 236089) <br> douglas.yatter@lw.com <br> LATHAM & WATKINS, LLP <br> 885 Third Avenue <br> New York, NY 10022-4834 <br> Phone: (212) 906-1200 <br><br> Matthew Rawlinson (State Bar No. 231890) <br> matt.rawlinson@lw.com <br> LATHAM & WATKINS, LLP <br> 140 Scott Drive <br> Menlo Park, CA <br> Phone: (650) 328-4600 <br><br> Attorneys for Defendant <br> SAMUEL REED |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin, <br><br>          Plaintiffs, <br><br>    v. <br><br> HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed, <br><br>          Defendants. | Case No. 3:20-cv-03345-WHO <br><br> **DECLARATION OF STEPHEN D. HIBBARD IN SUPPORT OF MOTION TO CONSOLIDATE** <br><br> Date: December 9, 2020 <br> Time: 2:00 p.m. <br> Ctrm: 2 – 17th Floor <br> Judge: Honorable William H. Orrick |

I, Stephen D. Hibbard, declare as follows:

1. I am an attorney with the law firm of Jones Day, attorneys of record for Defendants HDR Global Trading Limited ("HDR") and ABS Global Trading Limited ("ABS"). I am licensed to practice law in the State of California. I make this declaration in support of Defendants' Motion to Consolidate. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached as **Exhibit A** is a true and correct copy of counsel for Plaintiffs' October 12, 2020 email.

3. Attached as **Exhibit B** is a true and correct copy of counsel for Plaintiffs' October 30, 2020 email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of November, 2020 in Tiburon, California.

*/s/ Stephen D. Hibbard*
Stephen D. Hibbard