# EXHIBIT B

# Delacroix, Claire

| | |
|---|---|
| **From:** | Pavel Pogodin, Ph.D., Esq. <pp@consensuslaw.io> |
| **Sent:** | Friday, October 30, 2020 2:10 PM |
| **To:** | Hibbard, Stephen D. |
| **Cc:** | Silveira, Matthew J.; Murphy, Jr., Dennis F.; McDonell, Jason; Gross, James M.; Yatter (External), Doug; Altman (External), Peter; etakashima@bsfllp.com |
| **Subject:** | Adding Bitcoin to Fiat Exchanges and OTC Desks As Defendants |

**\*\* External mail \*\***

Steve,

We have identified at least two exchanges/OTC desks that BitMEX used for conversion of bitcoin to fiat and would like to name them as defendants in connection with money laundering predicate offenses.   Would you stipulate to add them to the TAC in the BMA action, should the Court grant leave to amend (very likely)?

Please advise by 6PM Pacific on Monday, November 2, 2020.

Best Regards,



**Pavel Pogodin, Ph.D., Esq.**
Attorney at Law\*
CONSENSUS LAW
CryptoCurrency Attorneys
**t**: +1 (650) 469-3750 **f**: +1 (650) 472-8961
**e**: pp@consensuslaw.io
**i**: www.consensuslaw.io
**o**: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
\* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).