# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-03345-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CONSOLIDATE** |

Defendants HDR Global Trading Limited ("HDR"), ABS Global Trading Limited ("ABS"), Arthur Hayes, Ben Delo, and Samuel Reed's (together, "Defendants") Motion to Consolidate in the above-captioned matter came on for a hearing on a shortened basis on November 17, 2020.  All parties were represented by counsel of record at the time of the hearing.

Having read and considered Defendants' Notice of Motion to Consolidate, the supporting Memorandum of Points and Authorities, the pleadings and records on file in this action, and all other papers filed by the parties in support and in opposition to Defendants' Motion, as well as the oral arguments of counsel at the hearing, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendants' Motion to Consolidate is **GRANTED**, on the grounds that the related actions *BMA LLC v. HDR Global Trading Limited, No. 3:20-cv-03345-WHO* ("*BMA* Action") and *Dolgov v. HDR Global Trading Limited*, No. 4:20-cv-07140-YGR ("*Dolgov* Action") involve common questions of law and fact that would most efficiently be litigated if those actions are consolidated for all purposes, and that consolidation will not prejudice any party.  Accordingly, this Court consolidates the *BMA* and *Dolgov* actions for all purposes pursuant to Rule 42(a)(2), and orders the Plaintiffs in both the *BMA* and *Dolgov* actions to file a single, consolidated complaint on this docket within 21 days of this Order.  Defendants shall have 21 days to respond to the consolidated complaint.

**SO ORDERED.**

DATED: _____

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE