1  Stephen D. Hibbard (State Bar No. 177865)
   sdhibbard@jonesday.com
2  Matthew J. Silveira (State Bar No. 264250)
   msilveira@jonesday.com
3  Dennis F. Murphy, Jr. (State Bar No. 301008)
   dennismurphy@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:   +1.415.626.3939
6  Facsimile:    +1.415.875.5700

7  Attorneys for Defendants
   HDR GLOBAL TRADING LIMITED and ABS
8  GLOBAL TRADING LIMITED

9  Peter I. Altman (State Bar No. 285292)
   paltman@akingump.com
10 Marshall L. Baker (State Bar No. 300987)
   mbaker@akingump.com
11 Jessica H. Ro (State Bar No. 329737)
   jro@akingump.com
12 AKIN GUMP STRAUSS HAUER & FELD LLP
   1999 Avenue of the Stars
13 Suite 600
   Los Angeles, CA  90067-6022
14 Phone: (310) 229-1000

15 Attorneys for Defendant
   ARTHUR HAYES

   Edward H. Takashima (State Bar No. 270945)
   BOIES SCHILLER FLEXNER LLP
   725 S Figueroa Street
   31st Floor
   Los Angeles, CA 90017
   Phone:  (213) 629-9040
   Fax:     (213) 629-9022
   Email:  etakashima@bsfllp.com

   Attorneys for Defendant
   BEN DELO

   Douglas K. Yatter (State Bar No. 236089)
   douglas.yatter@lw.com
   LATHAM & WATKINS, LLP
   885 Third Avenue
   New York, NY 10022-4834
   Phone: (212) 906-1200

   Matthew Rawlinson (State Bar No. 231890)
   matt.rawlinson@lw.com
   LATHAM & WATKINS, LLP
   140 Scott Drive
   Menlo Park, CA
   Phone: (650) 328-4600

   Attorneys for Defendant
   SAMUEL REED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>　　　　　Defendants. | Case No. 3:20-cv-03345-WHO<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

Defendants HDR Global Trading Limited, ABS Global Trading Limited, Arthur Hayes, Ben Delo, and Samuel Reed (together, "Defendants") respectfully submit this Notice of Pendency of Other Action or Proceeding, pursuant to Civil Local Rule 3-13. Plaintiffs' counsel in two actions in this Court—which are the subject of Defendants' Administrative Motion to Consider Whether Cases Should Be Related (ECF 79) and Defendants' concurrently-filed Motion to Consolidate—recently amended a state court complaint against several of the Defendants to incorporate both the legal theories and substantive allegations asserted in the actions in this Court. Defendants respectfully request coordination to avoid conflicts, conserve resources, and promote an efficient determination of these three actions.

### ACTIONS IN THIS COURT

1. *BMA LLC v. HDR Global Trading Limited*, No. 3:20-cv-03345-WHO
2. *Dolgov v. HDR Global Trading Limited*, No. 4:20-cv-07140-YGR

### DESCRIPTION OF THE OTHER ACTION

*Kanyshev v. HDR Global Trading Limited*, No. CGC-20-584483, is currently pending in the Superior Court of the State of California, County of San Francisco. The *Kanyshev* action, initiated in May by three Russian nationals, asserts a variety of state-law claims relating to alleged market manipulation on the BitMEX cryptocurrency derivatives trading platform. The original defendants in that action are HDR Global Trading Limited, the owner of the BitMEX platform, and Arthur Hayes, one of HDR's co-founders. On October 23, the *Kanyshev* plaintiffs amended their complaint in response to the defendants' demurrer, mooting that motion. The amended complaint adds another defendant—ABS Global Trading Limited, a subsidiary of HDR—and nearly a hundred pages of new allegations, including allegations that the defendants violated more than a half dozen federal laws, as discussed in more detail below.

### RELATIONSHIP OF THE ACTIONS

The *BMA*, *Dolgov*, and *Kanyshev* actions were all filed and are all being litigated by the same counsel, Pavel Pogodin. Mr. Pogodin filed the *Kanyshev* and *BMA* actions on successive days in May. While the complaints initially filed in those actions had some factual and legal overlap, the *BMA* action was brought solely on behalf of an entity, named a wider array of

defendants, and focused on violations of federal law, primarily the Racketeer Influenced and Corrupt Organizations Act ("RICO") and the Commodity Exchange Act ("CEA"). In a second amended complaint, Mr. Pogodin added two individual plaintiffs—both citizens and residents of Russia—to the *BMA* action. On October 7, Mr. Pogodin moved for leave to file a third amended complaint, which adds fifty pages of new allegations and two additional entity defendants allegedly related to one of the individual defendants. On October 14, Mr. Pogodin filed the *Dolgov* action on behalf of a single individual plaintiff—another citizen and resident of Russia—against Defendants and three individual defendants related to one of the individual defendants.

      The *Kanyshev* amended complaint brings that action even closer in line with the *Dolgov* complaint and the *BMA* proposed third amended complaint, adding substantive allegations and exhibits from those two federal actions. With the addition of ABS as a defendant, the *Kanyshev* amended complaint increases the overlap of defendants in the three actions, but it also includes substantive allegations with respect to all of the defendants named in the *BMA* and *Dolgov* actions, identifying them as "related persons" instead of defendants. And the *Kanyshev* amended complaint includes hundreds of paragraphs of allegations asserting violations of the same federal laws—including RICO and the CEA—that are the basis of the claims in the *BMA* and *Dolgov* actions. With this latest amendment, the only apparent differences between these three actions is the identity of the plaintiffs (though all of the individual plaintiffs are Russian nationals), which additional defendants are named (though HDR, ABS, and Hayes are named in all three actions), and whether federal claims are being asserted directly—as in *BMA* and *Dolgov*—or indirectly as predicates for a California Business & Professions Code § 17200 claim, which is asserted in all three actions. But all three cases will require judges to evaluate and decide issues under the same body of law regarding the same facts and the same actors.

      Due to the extensive overlap in these three cases, Defendants respectfully request that the proceedings be "coordinated to avoid conflicts, conserve resources and promote an efficient determination of the action[s]." Civil Local Rule 3-13(b)(3)(C).

Dated: November 4, 2020

Respectfully submitted,

JONES DAY

By: /s/ Stephen D. Hibbard
       Stephen D. Hibbard

Counsel for Defendants
HDR GLOBAL TRADING LIMITED and ABS GLOBAL TRADING LIMITED

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ Peter I. Altman
       Peter I. Altman

Counsel for Defendant
ARTHUR HAYES

BOIES SCHILLER FLEXNER LLP

By: /s/ Edward H. Takashima
       Edward H. Takashima

Counsel for Defendant
BEN DELO

LATHAM & WATKINS, LLP

By: /s/ Douglas K. Yatter
       Douglas K. Yatter
       Matthew Rawlinson

Counsel for Defendant
SAMUEL REED

1  I, Stephen D. Hibbard, am the ECF User whose ID and password are being used to file
2  this NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING.  In compliance with
3  Civil L.R. 5-1(i)(3), I hereby attest that all signatories concur in this filing.
4  DATED:  November 4, 2020

            /s/ Stephen D. Hibbard
            ─────────────────────────────
            STEPHEN D. HIBBARD