Stephen D. Hibbard (State Bar No. 177865)
sdhibbard@jonesday.com
Matthew J. Silveira (State Bar No. 264250)
msilveira@jonesday.com
Dennis F. Murphy, Jr. (State Bar No. 301008)
dennismurphy@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    +1.415.626.3939
Facsimile:     +1.415.875.5700

Attorneys for Defendants
HDR GLOBAL TRADING LIMITED and ABS GLOBAL TRADING LIMITED

Peter I. Altman (State Bar No. 285292)
paltman@akingump.com
Marshall L. Baker (State Bar No. 300987)
mbaker@akingump.com
Jessica H. Ro (State Bar No. 329737)
jro@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1999 Avenue of the Stars
Suite 600
Los Angeles, CA  90067-6022
Phone: (310) 229-1000

Attorneys for Defendant
ARTHUR HAYES

Edward H. Takashima (State Bar No. 270945)
BOIES SCHILLER FLEXNER LLP
725 S Figueroa Street
31st Floor
Los Angeles, CA 90017
Phone:  (213) 629-9040
Fax:     (213) 629-9022
Email:  etakashima@bsfllp.com

Attorneys for Defendant
BEN DELO

Douglas K. Yatter (State Bar No. 236089)
douglas.yatter@lw.com
LATHAM & WATKINS, LLP
885 Third Avenue
New York, NY 10022-4834
Phone: (212) 906-1200

Matthew Rawlinson (State Bar No. 231890)
matt.rawlinson@lw.com
LATHAM & WATKINS, LLP
140 Scott Drive
Menlo Park, CA
Phone: (650) 328-4600

Attorneys for Defendant
SAMUEL REED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>　　　　　Defendants. | Case No. 3:20-cv-03345-WHO<br><br>**ADMINISTRATIVE MOTION TO SHORTEN THE TIME FOR A HEARING ON DEFENDANTS' MOTION TO CONSOLIDATE**<br><br>Ctrm: 2 – 17th Floor<br>Judge:  Honorable William H. Orrick |

Defendants HDR Global Trading Limited, ABS Global Trading Limited, Arthur Hayes, Ben Delo, and Samuel Reed (together, "Defendants") respectfully submit this Administrative Motion to shorten the time for a hearing on Defendants' motion to consolidate for all purposes this action *BMA LLC v. HDR Global Trading Limited*, No. 3:20-cv-03345-WHO (the "*BMA* action"), with related case *Dolgov v. HDR Global Trading Limited*, No. 4:20-cv-07140-YGR (the "*Dolgov* action") (ECF No. 85, referred to herein as the "Motion to Consolidate").

## ARGUMENT

Defendants respectfully submit this motion pursuant to Civil Local Rule 6-3 to shorten the time for a hearing on Defendants' Motion to Consolidate, such that the motion will be heard on November 17, 2020. Shortening the time for the Court to hear the Motion to Consolidate— accompanied with an order in the *Dolgov* action extending the deadline for any served defendant to respond to the complaint in that case until at least 21 days after this Court rules on the Motion to Consolidate, *see Dolgov Action*, Administrative Motion to Extend Responsive Pleading Deadline, ECF No. 11—will avoid the need for duplicative filings and will otherwise ensure the timely and efficient resolution of both the *BMA* action and the *Dolgov* action.

**1.** Plaintiffs' counsel Pavel Pogodin filed the initial complaint in the *BMA* action on May 16, 2020, alleging that the Defendants violated the Commodities Exchange Act ("CEA"), the federal Racketeering Influenced and Corrupt Organizations ("RICO") Act, and California law by purportedly manipulating the price of cryptocurrencies via BitMEX and then allegedly laundering the funds obtained from that purported market manipulation. Since that initial filing, Plaintiffs' counsel has repeatedly sought to amend the operative complaint: Plaintiffs' counsel filed his First Amended Complaint on May 18. 2020 (ECF No. 6); his Second Amended Complaint on July 14, 2020 (ECF No. 31); and has sought leave to file a Third Amended Complaint on October 8, 2020 (ECF No. 47).

Defendants moved to dismiss the Second Amended Complaint (ECF No. 41) and opposed Plaintiffs' motion for leave to file the Third Amended Complaint (ECF No. 69). Both of those motions are currently pending before this Court, and a hearing is scheduled on Plaintiffs' motion for leave to amend for November 10, 2020.

On October 14, 2020, Plaintiffs' counsel initiated a new lawsuit on behalf of another Russian citizen, Dmitry Dolgov. The *Dolgov* action names as Defendants all of the Defendants named in the *BMA* proposed TAC plus three additional defendants—all family members of one of the original individual Defendants. *Dolgov*, ECF 1. But apart from identifying a new plaintiff and the three new defendants, the complaint in the *Dolgov* action is nearly identical to the proposed TAC in the *BMA* action: it asserts CEA, RICO, and California state law claims against the Defendants in the *BMA* action for their purported market manipulation and subsequent laundering of funds obtained from that alleged manipulation.

Plaintiffs' counsel identified the *BMA* case as a related case on the *Dolgov* Civil Cover Sheet, *Dolgov*, ECF 1-1, and Defendants have filed an administrative motion for the cases to be deemed related, *BMA*, ECF 79. That administrative motion is currently pending.

On November 4, 2020, the Defendants filed a motion to consolidate the *BMA* and *Dolgov* actions for all purposes, which included a request that the Court order the Plaintiffs in each action to file a single, consolidated complaint. Plaintiffs' current deadline to respond to that motion is November 18, 2020, and is set for hearing on December 9, 2020, the earliest day available based on the default 35-day notice period.

To date, Plaintiffs' counsel has only purported to serve a handful of the defendants in the *Dolgov* action, including ABS Global Trading Limited ("ABS"), Samuel Reed and Agata Maria Reed.[1] ABS's deadline to respond to the *Dolgov* complaint is currently November 10, 2020—the same day as the hearing scheduled in the *BMA* action—while, based on Plaintiffs' return of service, Samuel and Agata Maria Reed's deadlines are November 9 and November 10, respectively.[2] Concurrently with this motion, ABS and the Reeds are filing an administrative motion in the *Dolgov* action for an extension of responsive deadlines tied to the resolution of the

---

[1] The day after the *Dolgov* complaint was filed, counsel for HDR and ABS agreed to waive service and asked Plaintiffs' counsel to send Acknowledgment of Waiver of Service forms. Plaintiffs' counsel subsequently served ABS via its registered agent, but never sent Acknowledgement of Waiver of Service forms to either HDR or ABS and HDR is not aware of any attempts at service being made on it.

[2] Defendants do not concede that Plaintiffs successfully effectuated service of process on any Defendant under Federal Rules of Civil Procedure 4(e), or 4(h), or the rules of any state, and reserve the right to move to dismiss on that basis as well as any other ground.

Motion to Consolidate the *BMA* and *Dolgov* actions. *See Dolgov Action*, Administrative Motion to Extend Responsive Pleading Deadline, ECF No. 11.

**2.** Defendants are requesting that this Court shorten the time for a hearing on its Motion to Consolidate to November 17, 2020 so as to ensure the timely and efficient resolution of this litigation. As detailed above, both the *BMA* action and *Dolgov* action seek to impose liability on the same Defendants for the same alleged conduct. But, in light of Plaintiffs' counsel's pleading maneuvers, the deadlines for the Deadlines to respond to those pleadings are proceeding on independent tracks.

Plaintiffs' counsel has previously agreed that a single briefing schedule for a forthcoming motion to dismiss "is highly desirable for judicial efficiency reasons." BMA, ECF 63 at 2. But when Defendants asked Plaintiffs' counsel to stipulate to consolidation of the *BMA* and *Dolgov* actions, and for an extension of the deadline to respond to the complaint in the *Dolgov* action, Plaintiffs' counsel declined. *See* Hibbard Decl. ¶¶ 2-5, Ex. A-C.

No party will be prejudiced by a shortening of the hearing date on the Motion to Consolidate. To the contrary, shortening the hearing date will promote the efficient resolution of both the *BMA* and *Dolgov* actions, avoid the need for duplicative filings, and otherwise establish a uniform schedule for the parties to resolve this case on the merits, beginning with a resolution of Defendants' motion to dismiss.

Given the related nature of these cases and the opportunities for efficiency and judicial economy, Defendants respectfully request that this Court also shorten the time for a hearing on Defendants' motion to consolidate to November 17, 2020. To accommodate that shortened hearing schedule, Defendants propose that the Court adopt the following expedited briefing schedule on the motion to consolidate:

- Defendants' Motion to Consolidate – Filed November 4;
- Plaintiffs' Opposition to the Motion to Consolidate – Due November 10, 2020;
- Defendants' Reply in Support of the Motion to Consolidate – Due November 13, 2020.

Dated: November 4, 2020

Respectfully submitted,

JONES DAY

By: */s/ Stephen D. Hibbard*
    Stephen D. Hibbard

Counsel for Defendants
HDR GLOBAL TRADING LIMITED and
ABS GLOBAL TRADING LIMITED

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Peter I. Altman*
    Peter I. Altman

Counsel for Defendant
ARTHUR HAYES

BOIES SCHILLER FLEXNER LLP

By: */s/ Edward H. Takashima*
    Edward H. Takashima

Counsel for Defendant
BEN DELO

LATHAM & WATKINS, LLP

By: */s/ Douglas K. Yatter*
    Douglas K. Yatter
    Matthew Rawlinson

Counsel for Defendant
SAMUEL REED

1  I, Stephen D. Hibbard, am the ECF User whose ID and password are being used to file this ADMINISTRATIVE MOTION TO SHORTEN TIME FOR A HEARING ON DEFENDANTS' MOTION TO CONSOLIDATE.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories concur in this filing.

DATED:  November 4, 2020

                                                */s/ Stephen D. Hibbard*
                                                STEPHEN D. HIBBARD