# EXHIBIT B

# JONES DAY

555 CALIFORNIA STREET, 26TH FLOOR • SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE: +1.415.626.3939 • FACSIMILE: +1.415.875.5700

DIRECT NUMBER: (415) 875-5809
SDHIBBARD@JONESDAY.COM

November 4, 2020

**Via E-Mail**

Pavel Pogodin
(pp@consensuslaw.io)
Consensus Law
5245 Av. Isla Verde #302
Carolina, PR, 00979

Re:  *BMA LLC v. HDR Global Trading Limited*, No. 3:20-cv-03345-WHO (N.D. Cal.);
*Dolgov v. HDR Global Trading Limited*, No. 4:20-cv-07140-YGR (N.D. Cal.)

Dear Mr. Pogodin:

Following up on our recent email communications regarding the proposed consolidation of the *BMA* and *Dolgov* actions, and your November 4, 2020 letter regarding the same, I write to address your proposals regarding consolidation.

To begin, Defendants are entitled to preserve their opposition to the *BMA* Plaintiffs' motion for leave to file a third amended complaint. The proposed third amended complaint does not allege any specifics regarding trading by your client BMA LLC, despite Defendants' repeatedly drawing your attention to the absence of such allegations and notwithstanding your untimely attempt to cure that same problem as to your client Yaroslav Kolchin. Your motion presents significant issues that warrant the Court's attention and that should inform any further amendments in either the *BMA* or *Dolgov* actions.

As such, we cannot agree to your proposals. We can, however, agree to the following:

1. The *BMA* and *Dolgov* actions shall be consolidated for all purposes. The plaintiffs in the *BMA* and *Dolgov* actions shall file a consolidated amended complaint after the Court has decided the motion for leave to file a third amended complaint in the *BMA* action.

2. The allegations pertaining to the *BMA* plaintiffs shall be subject to any restrictions imposed by the Court in its ruling on the motion for leave to file a third amended complaint.

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DUSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Pavel Pogodin
November 4, 2020
Page 2

3.  The time for all served defendants in both the *BMA* and *Dolgov* actions to respond shall be extended until 21 days after service of a consolidated amended complaint.

While you have repeatedly expressed concerns about preserving Mr. Dolgov's ability to amend (even to amend multiple times), we have never proposed that he be prohibited from further amendment. Rather, Defendants have made clear that amendments in these cases should be done in an orderly and efficient manner, with due regard for the rights of all parties, rather than repeated amendments being used as a tactic to burden Defendants and delay the Court from addressing the full scope of your allegations. In any event, the Court always has the authority to grant leave to amend when appropriate.

Finally, as to the last point in your November 4 letter, neither you nor your clients have any basis to demand compliance with discovery requests in the *Amato* litigation. Other than note that you again have made a number of false statements, Defendants are not going to engage with you regarding discovery or motion practice in another case about which you have no knowledge other than what you have inferred from the redacted record in that case. We continue to stand on our motion to stay discovery in the *BMA* action and will continue to respond to any properly served discovery as required by law.

Please let me know if you will agree to the three-part proposal above. If we have not reached an agreement by 4:00 p.m. today, we will begin filing our consolidation and related papers. With respect to the administrative motion to shorten time on the anticipated motion to consolidate, we will be requesting a November 10 deadline for opposing the motion to consolidate, a November 13 reply deadline, and a November 17 hearing.

Very truly yours,

*Stephen D Hibbard*

Stephen D. Hibbard