# EXHIBIT C



November 4, 2020

Direct Phone Number: (650) 469-3750
Direct Fax Number: (650) 472-8961
*pp@consensuslaw.io*

*Via email to: sdhibbard@jonesday.com*

Stephen D. Hibbard, Esq.
Partner
Jones Day
555 California Street
26th Floor
San Francisco, California 94104

**Re:    Consolidation of Dolgov and BMA actions**

Steve,

we believe your proposed motion to be frivolous and made for dilatory purposes. The only reason you are filing it is that you cannot respond to Dolgov's complaint on the merits. Thus, you decided to file this frivolous convoluted motion to try to stall both actions. We will strongly oppose it. The Court will see through all this nonsense.

Very truly yours,

CONSENSUS LAW

By:_____
Pavel I. Pogodin, Ph.D., Esq.
Principal

**Consensus Law**
**Cryptocurrency Attorneys**
5245 Av. Isla Verde #302
Carolina, PR, 00979
Phone: +1 (650) 469-3750
Fax: +1 (650) 472-8961
www.consensuslaw.io