| | |
|---|---|
| Stephen D. Hibbard (State Bar No. 177865)<br>sdhibbard@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA  94104<br>Telephone:    +1.415.626.3939<br>Facsimile:     +1.415.875.5700<br><br>Attorneys for Defendants<br>HDR GLOBAL TRADING LIMITED and ABS GLOBAL TRADING LIMITED | Edward H. Takashima (State Bar No. 270945)<br>BOIES SCHILLER FLEXNER LLP<br>725 S Figueroa Street<br>31st Floor<br>Los Angeles, CA 90017<br>Phone:  (213) 629-9040<br>Fax:     (213) 629-9022<br>Email:  etakashima@bsfllp.com<br><br>Attorneys for Defendant<br>BEN DELO |
| Peter I. Altman (State Bar No. 285292)<br>paltman@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1999 Avenue of the Stars<br>Suite 600<br>Los Angeles, CA  90067-6022<br>Phone: (310) 229-1000<br><br>Attorneys for Defendant<br>ARTHUR HAYES | Douglas K. Yatter (State Bar No. 234264)<br>douglas.yatter@lw.com<br>LATHAM & WATKINS, LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>Phone: (212) 906-1200<br><br>Matthew Rawlinson (State Bar No. 231890)<br>matt.rawlinson@lw.com<br>LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA<br>Phone: (650) 328-4600<br><br>Attorneys for Defendant<br>SAMUEL REED |
| Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)<br>CONSENSUS LAW<br>5245 Av. Isla Verde, Suite 302<br>Carolina, PR 00979<br>United States of America<br>Telephone:  (650) 469-3750<br>Email:  pp@consensuslaw.io<br><br>Attorneys for Plaintiffs | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>                     Plaintiffs,<br><br>         v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>                     Defendants. | Case No. 3:20-cv-03345-WHO<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SHORTEN THE TIME FOR A HEARING ON DEFENDANTS' MOTION TO CONSOLIDATE** |

1  Defendants HDR Global Trading Limited, ABS Global Trading Limited, Arthur Hayes, Ben Delo, and Samuel Reed's (together, "Defendants"), filed an Administrative Motion to Shorten the Time for a Hearing on Defendants' Motion to Consolidate for All Purposes *BMA LLC v. HDR Global Trading Limited*, No. 3:20-cv-03345-WHO (the "BMA action"), with related case *Dolgov v. HDR Global Trading Limited*, No. 4:20-cv-07140-YGR (the "Dolgov action").

Having read and considered Defendants' Administrative Motion, the supporting Declaration of Stephen D. Hibbard, the pleadings and records on file in this and the related action (*Dolgov v. HDR Global Trading Limited*, No. 4:20-cv-07140-YGR), and all other papers filed by the parties in support and in opposition to Defendants' Administrative Motion, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that

1. Defendants' Motion to Shorten the Time for a Hearing is GRANTED;

2. Plaintiffs' Opposition to Defendants' Motion to Consolidate is due on Wednesday, November 11, 2020;

3. Defendants' optional reply in support of their Motion to Consolidate is due on Friday, November 13, 2020;

4. Defendants' Motion to Consolidate will be heard on November 17, 2020.

**IT IS SO ORDERED**.

Dated:

_____
Hon. William H. Orrick
UNITED STATES DISTRICT JUDGE