Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BMA LLC, Yaroslav Kolchin and Vitaly Dubinin, )
) Case No: 3:20-cv-3345-WHO
)
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
HDR Global Trading Limited (A.K.A. BitMEX), et al., ) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
Defendant(s). )

I, **Harlan A. Levy**, an active member in good standing of the bar of **New York**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Ben Delo** in the above-entitled action. My local co-counsel in this case is **Edward H. Takashima**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 55 Hudson Yards, 20th Floor<br>New York, NY 10001 | 725 S. Figueroa St., 31st Floor<br>Los Angeles CA 90017 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 446-2300 | (213) 629-9040 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| hlevy@bsfllp.com | etakashima@bsfllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **1800705**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/20/2020

Harlan A. Levy
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Harlan A. Levy** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 10, 2020

[GRANTED stamp – Judge William H. Orrick]

UNITED STATES MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                    October 2012