1

Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
CONSENSUS LAW
5245 Ave Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io

2

3

4

5

6

7

Attorneys for Plaintiffs BMA LLC,
Yaroslav Kolchin and Vitaly Dubinin

8

9

## UNITED STATES DISTRICT COURT

10

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

## SAN FRANCISCO DIVISION

12

13

BMA LLC, Yaroslav Kolchin and Vitaly
Dubinin,

14

15

Plaintiffs,

16

v.

17

18

HDR Global Trading Limited (A.K.A.
BitMEX), ABS Global Trading Limited,
Arthur Hayes, Ben Delo and Samuel Reed,

19

20

Defendants.

21

Case No.  3:20-cv-3345-WHO

**PLAINTIFFS' STATEMENT OF NON-OPPOSITION REGARDING DEFENDANTS' MOTION TO CONSOLIDATE**

**Hon. William H. Orrick**
**Date: None Set**
**Time: None Set**
**Crtrm.: 2, 17th Floor**

**Discovery Cutoff: None Set**
**Pretrial Conference Date: None Set**
**Trial Date: None Set**

22

23

24

25

26

27

28

CONSENSUS LAW
CRYPTOCURRENCY
ATTORNEYS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

In view of Judge Orrick's comments during the November 10, 2020, hearing on the Plaintiffs' Motion for Leave to Amend and Defendants' Motion to Stay Discovery, Plaintiffs hereby state their non-opposition to Defendants' Motion to Consolidate.

Dated:  November 11, 2020                          Respectfully submitted,

                                                                          By:___/s/ Pavel I. Pogodin_____
                                                                                     Pavel I. Pogodin

                                                                          CONSENSUS LAW
                                                                          Pavel I. Pogodin, Ph.D., Esq.
                                                                          5245 Ave Isla Verde
                                                                          Suite 302
                                                                          Carolina, PR 00979
                                                                          United States of America
                                                                          Telephone: (650) 469-3750
                                                                          Facsimile: (650) 472-8961
                                                                          Email: pp@consensuslaw.io
                                                                          Attorneys for Plaintiffs BMA LLC,
                                                                          Yaroslav Kolchin and Vitaly Dubinin

CONSENSUS LAW
CRYPTOCURRENCY
ATTORNEYS