# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:**  November 10, 2020 | **Time:** 14 minutes<br>2:41 p.m. to 2:55 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 20-cv-03345-WHO | **Case Name:** BMA LLC v. HDR Global Trading Limited | |

**Attorney for Plaintiff:** Pavel I. Pogodin
**Attorneys for Defendant:** Stephen D. Hibbard, Jason S. McDonell, Matthew Silveira, Peter Altman, Doug Yatter, Ed Takashima, and Patrick Smith

**Deputy Clerk:** Jean Davis                                 **Court Reporter:** Katherine Sullivan

## PROCEEDINGS

Motion hearing conducted via videoconference. The Court treats the pending motions as case management matters and rules as follows:  Defendants' motion to consolidate this action with related case *Dolgov v. HDR Global Trading* Limited, Case No. 20-cv-07140, is GRANTED. [Dkt. No. 85].  Defendants' motion to dismiss the Second Amended Complaint and plaintiffs' motion for leave to file a Third Amended Complaint are DENIED as moot.  [Dkt. Nos. 42, 46]. Defendants' motion to stay discovery is GRANTED.  [Dkt. No. 43].  Discovery is stayed until further order of the Court at or after the hearing of subsequent motions to dismiss.   No further orders on those motions will be forthcoming.

Plaintiffs' counsel indicates that an amended consolidated complaint can be filed within 7 days. Plaintiffs are directed to file the amended complaint within two weeks. The Court advises plaintiffs' counsel to pay particular attention to standing and causation issues, other matters raised in defendants' prior motion to dismiss, and to plead (if appropriate): how and when did defendants engage in price manipulation techniques?  Did plaintiffs trade on the BitMEX platform?  When?  How much was lost?

Mr. Hibbard requests permission to make an in camera submission regarding improper conduct of plaintiff's counsel. The Court's permission is not necessary for such a filing, and the Court has no information at present to comment on the propriety of the proposed filing.  Defense counsel may take such action as he deems appropriate; he must serve plaintiffs' counsel with any in camera submissions.