# EXHIBIT 14

# California Secretary of State
## Electronic Filing



# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | BITSTAMP USA, INC. |
| Entity (File) Number: | C4142339 |
| File Date: | 04/22/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | DELAWARE |
| Document ID: | GF06586 |

**Detailed Filing Information**

1. Entity Name: BITSTAMP USA, INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:
   
   b. Mailing Address: 27 Union Square West Ste 205
   New York, New York 10003
   United States of America
   
   c. Street Address of Principal Executive Office: 27 Union Square West Ste 205
   New York, New York 10003
   United States of America

3. Officers:
   a. Chief Executive Officer: Nejc Kodric
   27 Union Square West, Suite 205
   New York, New York 10003
   United States of America
   
   b. Secretary: Stephane Leloup
   27 Union Square West, Suite 205
   New York, New York 10003
   United States of America

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GF06586

Officers (cont'd):

    c.  Chief Financial Officer:

Edward Kemp
27 Union Square West, Suite 205
New York, New York 10003
United States of America

4. Director: Not Applicable

Number of Vacancies on the Board of Directors: Not Applicable

5. Agent for Service of Process: INCORP SERVICES, INC. (C2294569)

6. Type of Business: Cryptocurrency exchange online platform

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   Nejc Kodric

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GF06586