| | |
|---|---|
| Stephen D. Hibbard (State Bar No. 177865)<br>sdhibbard@jonesday.com<br>Matthew J. Silveira (State Bar No. 264250)<br>msilveira@jonesday.com<br>Dennis F. Murphy, Jr. (State Bar No. 301008)<br>dennismurphy@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA  94104<br>Telephone:     +1.415.626.3939<br>Facsimile:     +1.415.875.5700<br><br>Attorneys for Defendants<br>HDR GLOBAL TRADING LIMITED and ABS GLOBAL TRADING LIMITED<br><br>Peter I. Altman (State Bar No. 285292)<br>paltman@akingump.com<br>Marshall L. Baker (State Bar No. 300987)<br>mbaker@akingump.com<br>Jessica H. Ro (State Bar No. 329737)<br>jro@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA  90067-6022<br>Phone: (310) 229-1000<br><br>Attorneys for Defendant<br>ARTHUR HAYES | Edward H. Takashima (State Bar No. 270945)<br>BOIES SCHILLER FLEXNER LLP<br>725 S Figueroa Street<br>31st Floor<br>Los Angeles, CA 90017<br>Phone:  (213) 629-9040<br>Fax:     (213) 629-9022<br>Email:  etakashima@bsfllp.com<br><br>Attorneys for Defendant<br>BEN DELO<br><br>Douglas K. Yatter (State Bar No. 236089)<br>douglas.yatter@lw.com<br>LATHAM & WATKINS, LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>Phone: (212) 906-1200<br><br>Matthew Rawlinson (State Bar No. 231890)<br>matt.rawlinson@lw.com<br>LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA<br>Phone: (650) 328-4600<br><br>Attorneys for Defendant<br>SAMUEL REED |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin and Vitaly Dubinin,<br><br>       Plaintiffs,<br><br>   v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>       Defendants. | Lead Case No. 3:20-cv-03345-WHO<br><br>Consolidated Case No. 3:20-cv-07140-WHO<br><br>**JOINT STIPULATION AND ORDER REGARDING RELATION AND CONSOLIDATION OF *GABRIEL-RAZVAN* ACTION** |

Plaintiffs BMA LLC, Yaroslav Kolchin, and Vitaly Dubinin (together "Plaintiffs") and Defendants HDR Global Trading Limited ("HDR"), ABS Global Trading Limited ("ABS"), Arthur Hayes, Ben Delo, and Samuel Reed (together "Defendants"), through their counsel of record, stipulate as follows:

WHEREAS, on October 14, 2020, Plaintiffs' counsel filed a lawsuit entitled *Dolgov v. HDR Global Trading Limited, et al.*, No. 3:20-cv-07140-WHO (the "*Dolgov* action");

WHEREAS, on October 29, 2020, Defendants filed an Administrative Motion to Consider Whether Cases Should Be Related as to the present action and the *Dolgov* action (ECF 79);

WHEREAS, on November 4, 2020, Defendants moved to consolidate for all purposes the present action and the *Dolgov* action (ECF 85);

WHEREAS, on November 5, 2020, the Court granted Defendants' Administrative Motion to Consider Whether Cases Should Be Related and ordered this action and the *Dolgov* action related (ECF 88);

WHEREAS, on November 10, 2020, the Court granted Defendants' Motion to Consolidate the present action and the *Dolgov* action and ordered Plaintiffs to file an amended consolidated complaint by November 24, 2020 (ECF 94);

WHEREAS, on November 13, 2020, Plaintiffs' counsel, after meeting and conferring with counsel for Defendants HDR and ABS and being unable to timely secure agreement of all named Defendants to extend the statute of limitations period[1], filed another lawsuit entitled *Paun Gabriel-Razvan v. HDR Global Trading Limited, et al.*, No. 3:20-cv-08034 (the "*Gabriel-Razvan* action") in order to preserve the statute of limitations;

WHEREAS, the *Gabriel-Razvan* action is substantially similar to the present action and the *Dolgov* action and names identical defendants; and

WHEREAS, relating and consolidating the *Gabriel-Razvan* action with the present action will promote judicial efficiency and conserve resources.

NOW THEREFORE, pursuant to Civil Local Rule 3-12(a) and Federal Rule of Civil

---

[1] The new plaintiff would be Păun Gabriel-Razvan, who alleges he sustained some of his losses on November 14, 2018.

Procedure 42(a), the undersigned parties, by and through their counsel of record, stipulate as follows:

    1. Subject to Court approval, the *Gabriel-Razvan* action is related to and consolidated with the present action;

    2. Plaintiffs will include the *Gabriel-Razvan* allegations in the single, consolidated amended complaint to be filed in the present action as directed by the Court's November 10, 2020 order (ECF 94); and

    3. By entering into this stipulation, Defendants expressly reserve all rights, defenses, and objections in connection with the *Gabriel-Razvan* action and Plaintiffs' forthcoming consolidated amended complaint.

| | | |
|---|---|---|
| 1 | Dated: November 24, 2020 | Respectfully submitted, |
| 2 | | JONES DAY |
| 4 | | By: */s/ Stephen D. Hibbard* |
| | | Stephen D. Hibbard |
| 6 | | Counsel for Defendants |
| | | HDR GLOBAL TRADING LIMITED and |
| 7 | | ABS GLOBAL TRADING LIMITED |
| 8 | | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 11 | | By: */s/ Peter I. Altman* |
| | | Peter I. Altman |
| 12 | | Counsel for Defendant |
| 13 | | ARTHUR HAYES |
| 14 | | BOIES SCHILLER FLEXNER LLP |
| 16 | | By: */s/ Edward H. Takashima* |
| | | Edward H. Takashima |
| 18 | | Counsel for Defendant |
| | | BEN DELO |
| 20 | | LATHAM & WATKINS, LLP |
| 22 | | By: */s/ Douglas K. Yatter* |
| 23 | | Douglas K. Yatter |
| | | Matthew Rawlinson |
| 24 | | Counsel for Defendant |
| | | SAMUEL REED |

| | |
|---|---|
| 1 | CONSENSUS LAW |
| 2 | |
| 3 | By: */s/ Pavel I. Pogodin, Ph.D.* |
| 4 |       Pavel I. Pogodin, Ph.D. (SBN 206441) |
| 5 | 5245 Av. Isla Verde<br>Suite 302 |
| 6 | Carolina, PR, USA 00979<br>Telephone: +1.650.469.3750 |
| 7 | Facsimile: +1.650.472.8961<br>Email: pp@consensuslaw.io |
| | Counsel for Plaintiffs |

1   I, Stephen D. Hibbard, am the ECF User whose ID and password are being used to file
2   this JOINT STIPULATION AND [PROPOSED] ORDER REGARDING RELATION AND
3   CONSOLIDATION OF *GABRIEL-RAZVAN* ACTION.  In compliance with Civil L.R. 5-1(i)(3), I
4   hereby attest that all signatories concur in this filing.
5   DATED:  November 24, 2020

*/s/ Stephen D. Hibbard*
STEPHEN D. HIBBARD

\* \* \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 25, 2020

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE