Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

BMA LLC, et al.

                      Plaintiff(s),

    v.

HDR Global Trading Limited, et al.

                      Defendant(s).

Case No: 3:20-cv-03345 -

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, James Matthew Gross , an active member in good standing of the bar of New York , hereby respectfully apply for admission to practice **pro hac vice** in the Northern District of California representing: HDR Global Trading Ltd. & ABS Global in the above-entitled action. My local co-counsel in this case is Stephen D. Hibbard , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 250 Vesey Street<br>New York, New York  10281 | 555 California Street, 26th Floor<br>San Francisco, California  94104 |
| MY TELEPHONE # OF RECORD:<br>(212) 326-3939 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 626-3939 |
| MY EMAIL ADDRESS OF RECORD:<br>jgross@jonesday.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>sdhibbard@jonesday.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5469176 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  11/10/20

                                James Matthew Gross
                                  APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of James Matthew Gross is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance **pro hac vice**. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  December 2, 2020

UNITED STATES _____ STRATE JUDGE

*GRANTED*
*Judge William H. Orrick*

*PRO HAC VICE* APPLICATION & ORDER

*October 2012*