| | |
|---|---|
| Stephen D. Hibbard (State Bar No. 177865) <br> sdhibbard@jonesday.com <br> Matthew J. Silveira (State Bar No. 264250) <br> msilveira@jonesday.com <br> Dennis F. Murphy, Jr. (State Bar No. 301008) <br> dennismurphy@jonesday.com <br> JONES DAY <br> 555 California Street, 26th Floor <br> San Francisco, CA 94104 <br> Telephone: +1.415.626.3939 <br> Facsimile: +1.415.875.5700 <br><br> Attorneys for Defendants <br> HDR GLOBAL TRADING LIMITED and ABS GLOBAL TRADING LIMITED <br><br> Peter I. Altman (State Bar No. 285292) <br> paltman@akingump.com <br> Marshall L. Baker (State Bar No. 300987) <br> mbaker@akingump.com <br> Jessica H. Ro (State Bar No. 329737) <br> jro@akingump.com <br> AKIN GUMP STRAUSS HAUER & FELD LLP <br> 1999 Avenue of the Stars, Suite 600 <br> Los Angeles, CA 90067-6022 <br> Phone: (310) 229-1000 <br><br> Attorneys for Defendant <br> ARTHUR HAYES | Edward H. Takashima (State Bar No. 270945) <br> BOIES SCHILLER FLEXNER LLP <br> 725 S Figueroa Street <br> 31st Floor <br> Los Angeles, CA 90017 <br> Phone: (213) 629-9040 <br> Fax: (213) 629-9022 <br> Email: etakashima@bsfllp.com <br><br> Attorneys for Defendant <br> BEN DELO <br><br> Douglas K. Yatter (State Bar No. 236089) <br> douglas.yatter@lw.com <br> LATHAM & WATKINS, LLP <br> 885 Third Avenue <br> New York, NY 10022-4834 <br> Phone: (212) 906-1200 <br><br> Matthew Rawlinson (State Bar No. 231890) <br> matt.rawlinson@lw.com <br> LATHAM & WATKINS, LLP <br> 140 Scott Drive <br> Menlo Park, CA <br> Phone: (650) 328-4600 <br><br> Attorneys for Defendant <br> SAMUEL REED |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov, and Paun Gabriel-Razvan, <br><br> Plaintiffs, <br><br> v. <br><br> HDR Global Trading Limited (a.k.a. BitMEX), *et al.*, <br><br> Defendants. | Lead Case No. 3:20-cv-03345-WHO <br><br> (Consolidated Case Nos. 3:20-cv-07140-WHO and 3:20-cv-08034-WHO) <br><br> **ADMINISTRATIVE MOTION FOR EXTENSION OF BRIEFING DEADLINES FOR DEFENDANTS' FORTHCOMING MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT** |

1    Defendants HDR Global Trading Limited ("HDR"), ABS Global Trading Limited
2    ("ABS"), Arthur Hayes, Ben Delo, and Samuel Reed (together, "Defendants") respectfully submit
3    this Administrative Motion for Extension of Briefing Deadlines for Defendants' Forthcoming
4    Motion to Dismiss Plaintiffs' Consolidated Complaint.

## ARGUMENT

6    Defendants respectfully submit this motion pursuant to Civil Local Rule 6-3 to extend the
7    briefing deadlines for Defendants' forthcoming motion to dismiss Plaintiffs' Consolidated
8    Complaint such that Defendants' motion is due on December 23, 2020, Plaintiffs' opposition is
9    due on January 13, 2021, and Defendants' reply is due on January 27, 2021.  This schedule would
10   extend Defendants' deadline to respond to the Consolidated Complaint by two weeks, and would
11   add an additional week for each of the opposition and reply briefs.  As outlined below, counsel
12   for Plaintiffs agreed to a one-week extension of Defendants' deadline to move to dismiss or
13   otherwise respond to the Consolidated Complaint, but refused to agree to Defendants' proposed
14   extensions for the opposition or reply briefs.  The extra time is needed due to the length of the
15   Consolidated Complaint (which is over 400 pages, including exhibits), coordination among the
16   ten named defendants and their counsel on a response, and other commitments of Defendants'
17   counsel during the default briefing period, which coincides with the holidays.

18   1.    On November 5, 2020, while Defendants' Motion to Consolidate the *BMA* and
19   *Dolgov* actions was pending, this Court ordered Defendants' new deadline for responding to the
20   *Dolgov* complaint to be 21 days after ruling on the Motion to Consolidate (*see Dolgov* ECF 14).
21   On November 10, 2020, the Court granted Defendants' Motion to Consolidate and ordered
22   Plaintiffs to file an amended consolidated complaint within two weeks (ECF 94).  On November
23   25, 2020, Plaintiffs filed a Consolidated Complaint (ECF 97) that included plaintiffs from the
24   *BMA* action, the *Dolgov* action, and a third action—*Gabriel-Razvan*—that Plaintiffs' counsel
25   filed after the Motion to Consolidate was granted.  Plaintiffs' Consolidated Complaint is over 200
26   pages and over 600 paragraphs long, attaches an additional 200 pages of exhibits, and combines
27   the allegations of five plaintiffs across these three consolidated lawsuits.

28   Recognizing a potential uncertainty regarding Defendants' deadline to respond to

Plaintiffs' Consolidated Complaint given the prior order setting a response deadline in the *Dolgov* action, counsel for Plaintiffs and counsel for Defendants HDR and ABS met and conferred via telephone on November 24, 2020, prior to the filing of the Consolidated Complaint. See Declaration of Stephen D. Hibbard ("Hibbard Decl.") ¶ 2. Counsel for Defendants HDR and ABS asked if counsel for Plaintiffs would stipulate to Defendants' response deadline being 21 days after the filing of the Consolidated Complaint. Counsel for Plaintiffs agreed. *Id*.

On December 1, 2020, Defendants sent Plaintiffs a draft stipulation confirming that Defendants would have until December 16, 2020 to file a Motion to Dismiss (21 days after Plaintiffs filed their Consolidated Complaint) and proposing a briefing schedule where (1) Plaintiffs would file any opposition no later than January 6, 2021—a one-week extension of the default period, (2) Defendants would file any reply no later than January 20, 2021—a one-week extension of the default period, and (3) the hearing would be set for February 3, 2021, or at such later time convenient for the Court. Hibbard Decl. ¶ 3. Plaintiffs rejected the slightly extended briefing schedule and requested instead their opposition be due December 30, 2020, Defendants' reply to be due January 6, 2021, and the hearing set for January 20, 2021, a date when lead defense counsel for Defendants HDR and ABS currently is not available. *Id*. ¶ 4.

On December 2, 2020, counsel for Plaintiffs and counsel for Defendants HDR and ABS and counsel for Defendant Hayes met and conferred further via telephone.[1] Hibbard Decl. ¶ 5. Counsel for Plaintiffs again rejected Defendants' proposal to add one more week to the briefing schedule for Plaintiffs' opposition brief and Defendants' reply brief, asserting that the Court expected Defendants' Motion to Dismiss to be heard in mid-January and insisting that the parties adhere to a 35-day briefing schedule under the Civil Local Rules. *Id*. ¶ 6.

On December 3, 2020, Plaintiffs offered to give Defendants a couple of extra days on their reply brief until January 11, 2021, but otherwise kept the other dates intact. Hibbard Decl. ¶ 7. That same day, Defendants informed Plaintiffs the nature of the relief that would be sought by this administrative motion and informed Plaintiffs that Defendants would be filing this

---

[1] Counsel for Defendant Hayes was on the telephone call in connection with a required meet and confer in a separate matter involving the same counsel.

1  administrative motion given Plaintiffs' objection to a hearing being set later than January 20, as
2  well as the practical need for additional time to address the voluminous complaint over the
3  holiday period.  Hibbard Decl. ¶ 8.
4         2.      Defendants are requesting one additional week to file their response following the
5  parties' prior agreement that Defendants would have 21 days to respond to Plaintiffs'
6  Consolidated Complaint.  That new response date would be December 23, 2020, four weeks after
7  Plaintiffs filed their Consolidated Complaint.  Absent a Court order, Defendants' response will be
8  due on December 9, 2020 pursuant to Fed. R. Civ. P. 15(a)(3).  Defendants are also requesting
9  one additional week for their reply brief to be filed by January 27, 2021.  Consistent with these
10 requested extensions, Defendants also propose one additional week for Plaintiffs' opposition to be
11 filed by January 13, 2021.
12       Defendants' proposal only adds three additional weeks to the briefing schedule requested
13 by Plaintiffs.  The three additional weeks are necessary based on the other time commitments of
14 Defendants' counsel, coordination among the ten named defendants and their counsel on a
15 response, and the congested nature of Plaintiffs' proposed briefing schedule over the holidays.
16 Although Defendants originally proposed December 16, 2020 as their response deadline to
17 Plaintiffs, that proposal was made before the Consolidated Complaint was served.  After review
18 of the Consolidated Complaint, Defendants now seek one additional week until December 23,
19 2020.  This four week period will allow time for defendants to coordinate as a group and more
20 efficiently respond to the Consolidated Complaint.
21       Adding three weeks to the overall briefing schedule will not prejudice any party,
22 particularly given the efficiencies gained by consolidating these three actions into a single
23 proceeding.  No other case deadlines have been set—the initial case management conference is
24 currently set for December 16, 2020, to coincide with Defendants' now-moot motion to dismiss
25 the second amended complaint in the *BMA* action—and no other matters are pending before the
26 Court in the three consolidated actions.
27       Therefore, Defendants propose the following schedule:
28           • Defendants' Motion to Dismiss – Filed by December 23, 2020;

- Plaintiffs' Opposition to Defendants' Motion to Dismiss – Filed by January 13, 2021;
- Defendants' Reply in Support of Motion to Dismiss – Filed by January 27, 2021;
- A hearing on Defendants' Motion to Dismiss – Set for February 10, 2021 at 2 p.m., or at such later time the Court may have available or shall order; and
- The motion hearing previously set for December 16, 2020 shall be taken off calendar after the Court denied it as moot following the consolidation of the pending actions (ECF 94).  The case management conference set for the same date shall be continued to February 10, 2021 at 2 p.m. at the same time as the hearing on Defendants' forthcoming Motion to Dismiss Plaintiffs' Consolidated Complaint.

Dated: December 3, 2020

Respectfully submitted,

JONES DAY

By: /s/ *Stephen D. Hibbard*
    Stephen D. Hibbard

Counsel for Defendants
HDR GLOBAL TRADING LIMITED and
ABS GLOBAL TRADING LIMITED

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ *Peter I. Altman*
    Peter I. Altman

Counsel for Defendant
ARTHUR HAYES

BOIES SCHILLER FLEXNER LLP

By: /s/ *Edward H. Takashima*
    Edward H. Takashima

Counsel for Defendant
BEN DELO

LATHAM & WATKINS, LLP

By: /s/ *Douglas K. Yatter*
    Douglas K. Yatter
    Matthew Rawlinson

Counsel for Defendant
SAMUEL REED

I, Stephen D. Hibbard, am the ECF User whose ID and password are being used to file this ADMINISTRATIVE MOTION FOR EXTENSION OF BRIEFING DEADLINES FOR DEFENDANTS' FORTHCOMING MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories concur in this filing.

DATED:  December 3, 2020

*/s/ Stephen D. Hibbard*
STEPHEN D. HIBBARD