1  Stephen D. Hibbard (State Bar No. 177865)
   sdhibbard@jonesday.com
2  Matthew J. Silveira (State Bar No. 264250)
   msilveira@jonesday.com
3  Dennis F. Murphy, Jr. (State Bar No. 301008)
   dennismurphy@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:   +1.415.626.3939
6  Facsimile:    +1.415.875.5700

7  Attorneys for Defendants
   HDR GLOBAL TRADING LIMITED and ABS
8  GLOBAL TRADING LIMITED

9  Peter I. Altman (State Bar No. 285292)
   paltman@akingump.com
10 Marshall L. Baker (State Bar No. 300987)
   mbaker@akingump.com
11 Jessica H. Ro (State Bar No. 329737)
   jro@akingump.com
12 AKIN GUMP STRAUSS HAUER & FELD LLP
   1999 Avenue of the Stars, Suite 600
13 Los Angeles, CA  90067-6022
   Phone: (310) 229-1000
14
   Attorneys for Defendant
15 ARTHUR HAYES

Edward H. Takashima (State Bar No. 270945)
BOIES SCHILLER FLEXNER LLP
725 S Figueroa Street
31st Floor
Los Angeles, CA 90017
Phone: (213) 629-9040
Fax:    (213) 629-9022
Email: etakashima@bsfllp.com

Attorneys for Defendant
BEN DELO

Douglas K. Yatter (State Bar No. 236089)
douglas.yatter@lw.com
LATHAM & WATKINS, LLP
885 Third Avenue
New York, NY 10022-4834
Phone: (212) 906-1200

Matthew Rawlinson (State Bar No. 231890)
matt.rawlinson@lw.com
LATHAM & WATKINS, LLP
140 Scott Drive
Menlo Park, CA
Phone: (650) 328-4600

Attorneys for Defendant
SAMUEL REED

16

17 **UNITED STATES DISTRICT COURT**

18 **NORTHERN DISTRICT OF CALIFORNIA**

19 **SAN FRANCISCO DIVISION**

20

21 BMA LLC, Yaroslav Kolchin, Vitaly
   Dubinin, Dmitry Dolgov, and Paun Gabriel-
22 Razvan,

23          Plaintiffs,

24     v.

25 HDR Global Trading Limited (a.k.a.
   BitMEX), *et al.*,
26
            Defendants.
27

28

Lead Case No. 3:20-cv-03345-WHO

(Consolidated Case Nos. 3:20-cv-07140-
WHO and 3:20-cv-08034-WHO)

**DECLARATION OF STEPHEN D.
HIBBARD IN SUPPORT OF
ADMINISTRATIVE MOTION FOR
EXTENSION OF BRIEFING
DEADLINES FOR DEFENDANTS'
FORTHCOMING MOTION TO
DISMISS PLAINTIFFS'
CONSOLIDATED COMPLAINT**

1    I, Stephen D. Hibbard, declare as follows:

2        1.     I am an attorney with the law firm of Jones Day, attorneys of record for

3    Defendants HDR Global Trading Limited ("HDR") and ABS Global Trading Limited ("ABS"). I

4    am licensed to practice law in the State of California. I make this declaration in support of

5    Defendants' Administrative Motion for Extension of Briefing Deadlines for Defendants'

6    Forthcoming Motion to Dismiss Plaintiffs' Consolidated Complaint. I have personal knowledge

7    of the facts set forth in this declaration and, if called upon as a witness, I could and would testify

8    to such facts under oath.

9        2.     On November 24, 2020, I met and conferred via telephone with counsel for

10    Plaintiffs, Pavel Pogodin. I asked Mr. Pogodin if Plaintiffs would stipulate to Defendants'

11    response deadline to Plaintiffs' Consolidated Complaint being 21 days after the filing of the

12    Consolidated Complaint. He agreed. Our discussion occurred before Plaintiffs' over 400 page

13    complaint (including exhibits) was filed.

14        3.     On December 1, 2020, my colleague, Dennis Murphy, also counsel for Defendants

15    HDR and ABS, sent counsel for Plaintiffs a draft stipulation confirming that Defendants would

16    have until December 16, 2020 to file a Motion to Dismiss (21 days after Plaintiffs filed their

17    Consolidated Complaint) and proposing a briefing schedule where (1) Plaintiffs would file any

18    opposition no later than January 6, 2021—a one-week extension of the default period, (2)

19    Defendants would file any reply no later than January 20, 2021—a one-week extension of the

20    default period, and (3) the hearing would be set for February 3, 2021, or at such later time

21    convenient for the Court.

22        4.     Counsel for Plaintiffs rejected the slightly extended briefing schedule and

23    requested instead that Plaintiffs' opposition be due December 30, 2020, Defendants' reply to be

24    due January 6, 2021, and the hearing set for January 20, 2021, a date when I currently am not

25    available.

26        5.     On December 2, 2020, I, together with Mr. Murphy and counsel for Defendant

27    Hayes, met and conferred further via telephone with counsel for Plaintiffs.

28        6.     On that call, counsel for Plaintiffs again rejected Defendants' proposal to add one

more week to the briefing schedule for Plaintiffs' opposition brief and Defendants' reply brief, asserting that the Court expected Defendants' Motion to Dismiss to be heard in mid-January and insisting that the parties adhere to a 35-day briefing schedule under the Civil Local Rules.

7.     On December 3, 2020, counsel for Plaintiffs offered to give Defendants a couple of extra days on their reply brief until January 11, 2021, but otherwise kept the dates intact.

8.     That same day, I described for Plaintiffs' counsel the nature of the relief that would be sought by this administrative motion and informed Plaintiffs' counsel that Defendants would be filing this administrative motion given his objection to a hearing being set later than January 20, as well as the practical need for additional time to address the voluminous complaint over the holiday period.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 3rd day of December, 2020 in Tiburon, California.

*/s/ Stephen D. Hibbard*
Stephen D. Hibbard

CASE NO. 3:20-cv-03345-WHO
ADMINISTRATIVE MOTION FOR EXTENSION
OF BRIEFING DEADLINES