1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov, and Paun Gabriel-Razvan,<br><br>               Plaintiffs,<br><br>  v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), *et al.*,<br><br>               Defendants. | Lead Case No. 3:20-cv-03345-WHO<br><br>(Consolidated Case Nos. 3:20-cv-07140-WHO and 3:20-cv-08034-WHO)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR EXTENSION OF BRIEFING DEADLINES FOR DEFENDANTS' FORTHCOMING MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT** |

Defendants HDR Global Trading Limited ("HDR"), ABS Global Trading Limited ("ABS"), Arthur Hayes, Ben Delo, and Samuel Reed (together, "Defendants") filed an Administrative Motion for Extension of Briefing Deadlines for Defendants' Forthcoming Motion to Dismiss Plaintiffs' Consolidated Complaint.

Having read and considered Defendants' Administrative Motion, the supporting Declaration of Stephen D. Hibbard, the pleadings and records on file in this action, and all other papers filed by the parties in support and in opposition to Defendants' Administrative Motion, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that

1. Defendants' Administrative Motion is GRANTED.

2. Defendants' Motion to Dismiss Plaintiffs' Consolidated Complaint shall be filed by December 23, 2020;

3. Plaintiffs' Opposition to Defendants' Motion to Dismiss shall be filed by January 13, 2021;

4. Defendants' Reply in Support of Motion to Dismiss shall be filed by January 27, 2021;

5. A hearing on Defendants' Motion to Dismiss is set for February 10, 2021 at 2 p.m.; and

6. The motion hearing previously set for December 16, 2020 shall be taken off calendar after the Court denied it as moot following the consolidation of the pending actions (ECF 94). The case management conference set for the same date shall be continued to February 10, 2021 at 2 p.m. at the same time as the hearing on Defendants' forthcoming Motion to Dismiss Plaintiffs' Consolidated Complaint.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. William H. Orrick
United States District Judge