1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Grape Park LLC, Mark Sweep LLC, Unknown Exchange, Arthur Hayes, Ben Delo, Samuel Reed, Agata Maria Reed (A.K.A. Agata Maria Kasza), Barbara A. Reed and Trace L. Reed,<br><br>Defendants. | Case No.  3:20-cv-3345-WHO<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR EXTENSION OF BRIEFING DEADLINES FOR DEFENDANTS' FORTHCOMING MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT**<br><br>**Complaint Filed: May 16, 2020**<br>**Second Amended Complaint Filed: July 14, 2020**<br>**Consolidated Complaint Filed: November 25, 2020**<br><br>**Discovery Cutoff: None Set**<br>**Pretrial Conference Date: None Set**<br>**Trial Date: None Set** |

Defendants filed ADMINISTRATIVE MOTION FOR EXTENSION OF BRIEFING DEADLINES FOR DEFENDANTS' FORTHCOMING MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT.

Having read and considered Defendants' ADMINISTRATIVE MOTION FOR EXTENSION OF BRIEFING DEADLINES FOR DEFENDANTS' FORTHCOMING MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT, and all other papers filed by the parties in support and in opposition to Defendants' Motion, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendants' ADMINISTRATIVE MOTION FOR EXTENSION OF BRIEFING DEADLINES FOR DEFENDANTS' FORTHCOMING MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT is **DENIED**.

**IT IS HEREBY ORDERED THAT:**

(1) Defendants shall file their Motion to Dismiss by December 16, 2020;

(2) Plaintiffs shall file Opposition to Defendants' Motion to Dismiss by December 30, 2020;

(3) Defendants shall file their Reply to Plaintiffs' Opposition by January 11, 2021.

(4) Hearing date on Defendants' Motion to Dismiss shall be January 20, 2021 at 2 PM PST.

(5) The Case Management Conference shall be continued to January 20, 2021 at 2 PM PST.

**SO ORDERED.**

Dated:_____

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE