| | |
|---|---|
| Stephen D. Hibbard (State Bar No. 177865)<br>sdhibbard@jonesday.com<br>Matthew J. Silveira (State Bar No. 264250)<br>msilveira@jonesday.com<br>Dennis F. Murphy, Jr. (State Bar No. 301008)<br>dennismurphy@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: +1.415.626.3939<br>Facsimile: +1.415.875.5700<br><br>Attorneys for Defendants<br>HDR GLOBAL TRADING LIMITED and ABS GLOBAL TRADING LIMITED<br><br>Peter I. Altman (State Bar No. 285292)<br>paltman@akingump.com<br>Marshall L. Baker (State Bar No. 300987)<br>mbaker@akingump.com<br>Jessica H. Ro (State Bar No. 329737)<br>jro@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA 90067-6022<br>Phone: (310) 229-1000<br><br>Attorneys for Defendant<br>ARTHUR HAYES | Edward H. Takashima (State Bar No. 270945)<br>BOIES SCHILLER FLEXNER LLP<br>725 S Figueroa Street<br>31st Floor<br>Los Angeles, CA 90017<br>Phone: (213) 629-9040<br>Fax: (213) 629-9022<br>Email: etakashima@bsfllp.com<br><br>Attorneys for Defendant<br>BEN DELO<br><br>Douglas K. Yatter (State Bar No. 236089)<br>douglas.yatter@lw.com<br>LATHAM & WATKINS, LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>Phone: (212) 906-1200<br><br>Matthew Rawlinson (State Bar No. 231890)<br>matt.rawlinson@lw.com<br>LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA<br>Phone: (650) 328-4600<br><br>Attorneys for Defendant<br>SAMUEL REED |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov, and Paun Gabriel-Razvan,<br><br>  Plaintiffs,<br><br>  v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), *et al.*,<br><br>  Defendants. | Lead Case No. 3:20-cv-03345-WHO<br><br>(Consolidated Case Nos. 3:20-cv-07140-WHO and 3:20-cv-08034-WHO)<br><br>**ADMINISTRATIVE MOTION FOR EXTENSION OF PAGE LIMITS FOR DEFENDANTS' FORTHCOMING MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT** |

Defendants HDR Global Trading Limited ("HDR"), ABS Global Trading Limited ("ABS"), Arthur Hayes, Ben Delo, and Samuel Reed (together, "Defendants") respectfully submit this Administrative Motion for Extension of Page Limits for Defendants' Forthcoming Motion to Dismiss Plaintiffs' Consolidated Complaint.

**ARGUMENT**

Defendants respectfully submit this motion pursuant to Civil Local Rule 7-11 to extend the page limits for Defendants' forthcoming motion to dismiss Plaintiffs' Consolidated Complaint such that Defendants would receive forty (40) pages total for their moving brief and twenty-five (25) pages total for their reply brief. Defendants would agree to give Plaintiffs forty (40) pages for their opposition brief. Each of the ten named defendants in this action is entitled to twenty-five (25) pages for their moving brief. To promote efficiency before the Court, Defendants seek to file a consolidated motion to dismiss with the additional pages requested. Counsel for Plaintiffs rejected Defendants' proposal, stating "Denied. You don't have [a] defense and there is no point giving you any more space for your fabrications." In addition to proceeding efficiently before the Court, the extra pages are needed to file one motion to dismiss given the length of the Consolidated Complaint, which is over 400 pages, including exhibits, and over 600 paragraphs of allegations, and to address each of the 17 causes of actions.

1. On November 10, 2020, the Court granted Defendants' Motion to Consolidate and ordered Plaintiffs to file an amended consolidated complaint within two weeks (ECF 94). On November 25, 2020, Plaintiffs filed a Consolidated Complaint (ECF 97) that included plaintiffs from the *BMA* action, the *Dolgov* action, and a third action—*Gabriel-Razvan*—that Plaintiffs' counsel filed after the Motion to Consolidate was granted. Plaintiffs' Consolidated Complaint asserts a total of 17 causes of action and is over 200 pages and over 600 paragraphs long, attaches an additional 200 pages of exhibits, and combines the allegations of five plaintiffs across these three consolidated lawsuits. Defendants sought an extension of their response deadline and other briefing deadlines through a prior administrative motion (ECF 101). The Court granted Defendants' request to extend their response deadline to December 23, 2020 (ECF 103).

Counsel for Defendants HDR and ABS emailed counsel for Plaintiffs asking if Plaintiffs

would stipulate to forty (40) pages for Defendants' moving brief, forty (40) pages for Plaintiffs' opposition brief, and twenty-five (25) pages for Defendants' reply brief. *See* Declaration of Stephen D. Hibbard ¶ 2. Counsel for Defendants HDR and ABS noted that each defendant is entitled to twenty-five pages for their own motion to dismiss, but that Defendants sought to promote efficiency before the Court by filing one motion to dismiss in response to Plaintiffs' lengthy Consolidated Complaint. *Id.* Within minutes of receiving Defendants' proposal, counsel for Plaintiffs summarily replied, "Denied. You don't have [a] defense and there is no point giving you any more space for your fabrications." *Id.* ¶ 3, Ex. 1.

2. In lieu of filing two or more motions to dismiss to address the Consolidated Complaint's allegations as to each defendant separately, Defendants are requesting forty (40) pages total for their moving brief and twenty-five (25) pages total for their reply brief to file one consolidated motion to dismiss. Consistent with the requested page limit extensions, Defendants propose Plaintiffs receive forty (40) pages for their opposition brief. Each of the ten named defendants in this action is entitled to twenty-five (25) pages for their moving brief. Filing a consolidated motion to dismiss with the additional pages requested promotes efficiency before the Court. In order to file one motion to dismiss, the extra pages are needed to address each of the 17 causes of action and all of the allegations in the Consolidated Complaint, which is over 400 pages, including exhibits, and over 600 paragraphs of allegations. Forty (40) pages will allow Defendants to coordinate as a group and more efficiently respond to the Consolidated Complaint.

Adding pages to the briefing on the forthcoming motion to dismiss will not prejudice any party, particularly given the efficiencies gained by filing a single motion to dismiss. The only other extension Defendants have sought in connection with Plaintiffs' Consolidated Complaint is an extension of their response deadline and related briefing schedule (*see* ECF 101, 103). Other than the briefing deadlines as to Defendants' forthcoming motion to dismiss, the only case deadline is a case management conference set for February 3, 2021, the same day as the hearing on Defendants' forthcoming motion to dismiss. No other matters are pending before the Court in the three consolidated actions.

Therefore, Defendants offer the following proposal:

- Defendants receive forty (40) pages total for their moving brief for their forthcoming motion to dismiss Plaintiffs' Consolidated Complaint;
- Plaintiffs receive forty (40) pages total for their opposition brief; and
- Defendants receive twenty-five (25) pages total for their reply brief.

Dated: December 17, 2020

Respectfully submitted,

JONES DAY

By: */s/ Stephen D. Hibbard*
    Stephen D. Hibbard

Counsel for Defendants
HDR GLOBAL TRADING LIMITED and ABS GLOBAL TRADING LIMITED

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Peter I. Altman*
    Peter I. Altman

Counsel for Defendant
ARTHUR HAYES

BOIES SCHILLER FLEXNER LLP

By: */s/ Edward H. Takashima*
    Edward H. Takashima

Counsel for Defendant
BEN DELO

LATHAM & WATKINS, LLP

By: */s/ Douglas K. Yatter*
    Douglas K. Yatter
    Matthew Rawlinson

Counsel for Defendant
SAMUEL REED

1    I, Stephen D. Hibbard, am the ECF User whose ID and password are being used to file
2    this ADMINISTRATIVE MOTION FOR EXTENSION OF PAGE LIMITS FOR
3    DEFENDANTS' FORTHCOMING MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED
4    COMPLAINT.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories concur
5    in this filing.
6    DATED:  December 17, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Stephen D. Hibbard*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　STEPHEN D. HIBBARD