1  Stephen D. Hibbard (State Bar No. 177865)
   sdhibbard@jonesday.com
2  Matthew J. Silveira (State Bar No. 264250)
   msilveira@jonesday.com
3  Dennis F. Murphy, Jr. (State Bar No. 301008)
   dennismurphy@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:    +1.415.626.3939
6  Facsimile:    +1.415.875.5700

7  Attorneys for Defendants
   HDR GLOBAL TRADING LIMITED and ABS
8  GLOBAL TRADING LIMITED

9  Peter I. Altman (State Bar No. 285292)
   paltman@akingump.com
10 Marshall L. Baker (State Bar No. 300987)
   mbaker@akingump.com
11 Jessica H. Ro (State Bar No. 329737)
   jro@akingump.com
12 AKIN GUMP STRAUSS HAUER & FELD LLP
   1999 Avenue of the Stars, Suite 600
13 Los Angeles, CA  90067-6022
   Phone: (310) 229-1000
14
   Attorneys for Defendant
15 ARTHUR HAYES

   Edward H. Takashima (State Bar No. 270945)
   BOIES SCHILLER FLEXNER LLP
   725 S Figueroa Street
   31st Floor
   Los Angeles, CA 90017
   Phone:  (213) 629-9040
   Fax:    (213) 629-9022
   Email:  etakashima@bsfllp.com

   Attorneys for Defendant
   BEN DELO

   Douglas K. Yatter (State Bar No. 236089)
   douglas.yatter@lw.com
   LATHAM & WATKINS, LLP
   885 Third Avenue
   New York, NY 10022-4834
   Phone: (212) 906-1200

   Matthew Rawlinson (State Bar No. 231890)
   matt.rawlinson@lw.com
   LATHAM & WATKINS, LLP
   140 Scott Drive
   Menlo Park, CA
   Phone: (650) 328-4600

   Attorneys for Defendant
   SAMUEL REED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov, and Paun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), *et al.*,<br><br>Defendants. | Lead Case No. 3:20-cv-03345-WHO<br><br>(Consolidated Case Nos. 3:20-cv-07140-WHO and 3:20-cv-08034-WHO)<br><br>**DECLARATION OF STEPHEN D. HIBBARD IN SUPPORT OF ADMINISTRATIVE MOTION FOR EXTENSION OF PAGE LIMITS FOR DEFENDANTS' FORTHCOMING MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT** |

I, Stephen D. Hibbard, declare as follows:

1. I am an attorney with the law firm of Jones Day, attorneys of record for Defendants HDR Global Trading Limited ("HDR") and ABS Global Trading Limited ("ABS"). I am licensed to practice law in the State of California. I make this declaration in support of Defendants' Administrative Motion for Extension of Page Limits for Defendants' Forthcoming Motion to Dismiss Plaintiffs' Consolidated Complaint. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. On December 17, 2020, I emailed counsel for Plaintiffs, Mr. Pavel Pogodin, asking if Plaintiffs would stipulate to forty (40) pages for Defendants' moving brief, forty (40) pages for Plaintiffs' opposition brief, and twenty-five (25) pages for Defendants' reply brief in connection with Defendants' forthcoming motion to dismiss Plaintiffs' Consolidated Complaint. I mentioned that each defendant is entitled to twenty-five pages for their own motion to dismiss, but that Defendants sought to promote efficiency before the Court by filing one motion to dismiss in response to Plaintiffs' lengthy Consolidated Complaint.

3. Within minutes of receiving my proposal, Mr. Pogodin summarily replied, "Denied. You don't have [a] defense and there is no point giving you any more space for your fabrications." Attached as **Exhibit 1** is a true and correct copy of the parties' December 17, 2020 email correspondence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of December, 2020 in Tiburon, California.

                                                    */s/ Stephen D. Hibbard*
                                                    Stephen D. Hibbard