# EXHIBIT 1

**Murphy, Jr., Dennis F.**

| | |
|---|---|
| **From:** | Pavel Pogodin <pp@consensuslaw.io> |
| **Sent:** | Thursday, December 17, 2020 9:52 AM |
| **To:** | Hibbard, Stephen D. |
| **Cc:** | Altman (External), Peter; MATT.RAWLINSON@LW.com; etakashima@bsfllp.com; Silveira, Matthew J.; Calla, Diana L.; Murphy, Jr., Dennis F. |
| **Subject:** | Re: BMA |

** External mail **

Steve "Amato Got No Case" Hibbard,

Denied. You don't have and defense and there is no point giving you any more space for your fabrications.

Sent from my iPhone

> On Dec 17, 2020, at 1:42 PM, Hibbard, Stephen D. <sdhibbard@jonesday.com> wrote:
>
> Pavel --
>
> In *BMA*, given the 200+ page length of the complaint, the 600+ paragraphs it contains, as well as the 200+ pages of incorporated exhibits, defendants propose a stipulation to expand page limits for briefing on the motion to dismiss. As you know, each defendant is entitled to 25 pages, but to be efficient for the court, defendants propose the parties agree on 40/40/25 pages for their respective opening, opposition, and reply briefs. Please let us know today if you will so stipulate.
>
> Stephen D. Hibbard
> Partner
> **JONES DAY® - One Firm Worldwide℠**
> 555 California Street, 26th Floor
> San Francisco, CA 94104
> Office +1.415.875.5809
>
> ***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***