UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Grape Park LLC, Mark Sweep LLC, Unknown Exchange, Arthur Hayes, Ben Delo, Samuel Reed, Agata Maria Reed (A.K.A. Agata Maria Kasza), Barbara A. Reed and Trace L. Reed,<br><br>Defendants. | Case No. 3:20-cv-3345-WHO<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR EXTENSION OF PAGE LIMITS FOR DEFENDANTS' FORTHCOMING MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT**<br><br>**Complaint Filed: May 16, 2020**<br>**Second Amended Complaint Filed: July 14, 2020**<br>**Consolidated Complaint Filed: November 25, 2020**<br><br>**Discovery Cutoff: None Set**<br>**Pretrial Conference Date: None Set**<br>**Trial Date: None Set** |

Defendants filed ADMINISTRATIVE MOTION FOR EXTENSION OF PAGE LIMITS FOR DEFENDANTS' FORTHCOMING MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT.

Having read and considered Defendants' ADMINISTRATIVE MOTION FOR EXTENSION OF PAGE LIMITS FOR DEFENDANTS' FORTHCOMING MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT, and all other papers filed by the parties in support and in opposition to Defendants' Motion, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendants' ADMINISTRATIVE MOTION FOR EXTENSION OF PAGE LIMITS FOR DEFENDANTS' FORTHCOMING MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT is **DENIED**.

**IT IS HEREBY ORDERED THAT:**

(1) Defendants' Motion to Dismiss shall not exceed 30 pages;

(2) Plaintiffs' Opposition to Defendants' Motion to Dismiss shall not exceed 30 pages; and

(3) Defendants' Reply to Plaintiffs' Opposition shall not exceed 18 pages.

**SO ORDERED.**

Dated: _____

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE