UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov, and Paun Gabriel-Razvan,<br><br>             Plaintiffs,<br><br>    v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), *et al.*,<br><br>             Defendants. | Lead Case No. 3:20-cv-03345-WHO<br><br>(Consolidated Case Nos. 3:20-cv-07140-WHO and 3:20-cv-08034-WHO)<br><br>**ORDER GRANTING, WITH MODIFICATION, ADMINISTRATIVE MOTION FOR EXTENSION OF PAGE LIMITS FOR DEFENDANTS' FORTHCOMING MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT** |

Defendants HDR Global Trading Limited ("HDR"), ABS Global Trading Limited ("ABS"), Arthur Hayes, Ben Delo, and Samuel Reed (together, "Defendants") filed an Administrative Motion for Extension of Page Limits for Defendants' Forthcoming Motion to Dismiss Plaintiffs' Consolidated Complaint.

Having read and considered Defendants' Administrative Motion, the supporting Declaration of Stephen D. Hibbard, the pleadings and records on file in this action, and all other papers filed by the parties in support and in opposition to Defendants' Administrative Motion, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that

1. Defendants' Administrative Motion is GRANTED as modified below.
2. Defendants shall have thirty-five (35) pages total for their moving brief for their forthcoming motion to dismiss Plaintiffs' Consolidated Complaint;
3. Plaintiffs shall have thirty-five (35) pages total for their opposition brief; and
4. Defendants shall have twenty (20) pages total for their reply brief.

**IT IS SO ORDERED.**

Dated: December 18, 2020

_____
Hon. William H. Orrick
United States District Judge