PATRICK J. SMITH (*admitted pro hac vice*)
**SMITH VILLAZOR LLP**
250 West 55th Street, Floor 30
New York, New York 10019
Tel:    (212) 582-4400
Email: patrick.smith@smithvillazor.com


SARAH B. ZIMMER (*admitted pro hac vice*)
**SMITH VILLAZOR LLP**
250 West 55th Street, Floor 30
New York, New York 10019
Tel:    (212) 582-4400
Email: sarah.zimmer@smithvillazor.com

*Attorneys for Defendant*
BEN DELO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Grape Park LLC, Mark Sweep LLC, Unknown Exchange, Arthur Hayes, Ben Delo, Samuel Reed, Agata Maria Reed (A.K.A. Agata Maria Kasza), Barbara A. Reed and Trace L. Reed,<br><br>Defendants. | Case No. 3:20-cv-03345-WHO<br><br>**SARAH B. ZIMMER'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BEN DELO**<br><br>Date:          January 6, 2021<br>Time:         2:00 p.m.<br>Ctrm:         2, 17th Floor<br>Judge:        Hon. William H. Orrick |

## <u>NOTICE OF MOTION</u>

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on January 6, 2021, at 2:00 p.m., before the Honorable

William H. Orrick, United States District Judge in Courtroom 2, 17th Floor, San Francisco

Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102, Sarah B. Zimmer, of

Smith Villazor LLP, 250 West 55th Street, 30th Floor, New York, New York 10019, shall and

1

hereby does respectfully seek leave of this Court, pursuant to Local R. 11-5(a) and in compliance with Cal. R. Prof. Conduct 3-700, to withdraw as counsel for Defendant Ben Delo ("Defendant").

### MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BEN DELO

Pursuant to Local R. 11-5(a), Sarah B. Zimmer ("Movant") hereby notifies the parties and the Court of her intent to withdraw as counsel *pro hac vice* for Defendant. Movant states the following grounds for this notice and motion:

1.      This court granted Movant leave to appear *pro hac vice* in this action pursuant to its October 29, 2020 order.

2.      Movant has represented Defendant as part of her employment at Smith Villazor LLP ("Smith Villazor"). However, as of December 23, 2020, Movant will no longer be associated with Smith Villazor. Patrick J. Smith of Smith Villazor, granted to leave to appear *pro hac vice* in this action pursuant to the Court's October 29, 2020 order, is actively involved in Defendant's litigation and will continue to act as counsel of record in this matter.

3.      Movant's withdrawal will not cause any prejudice or delay in this case. All parties have counsel active in their representation, who will not require any additional time to review or acclimate to the absence of Movant as counsel *pro hac vice.*

4.      Given the insubstantial nature of this Motion, as well as the substation burden to all parties in travelling and attending a hearing on this Motion, Movant respectfully requests that the Court waive oral argument.

THEREFORE, Movant Sarah B. Zimmer respectfully requests that this Court waive oral argument on this Motion, grant her leave to withdraw as counsel *pro hac vice* in the above-captioned matter, and enter an order stating that Movant has so withdrawn.

Respectfully submitted,

DATED: December 22, 2020

Sarah B. Zimmer
Smith Villazor, LLP
By: s/ Sarah B. Zimmer
Attorney for Defendant Ben Delo

## **PROOF OF SERVICE**

The undersigned certifies that, on December 22, 2020, she caused this document to be electronically filed with the Clerk of Court using CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: December 22, 2020                          s/ Sarah B. Zimmer_____
                                                  Sarah B. Zimmer