PATRICK J. SMITH (*admitted pro hac vice*)
**SMITH VILLAZOR LLP**
250 West 55th Street, Floor 30
New York, New York 10019
Tel:     (212) 582-4400
Email: patrick.smith@smithvillazor.com

SARAH B. ZIMMER (*admitted pro hac vice*)
**SMITH VILLAZOR LLP**
250 West 55th Street, Floor 30
New York, New York 10019
Tel:     (212) 582-4400
Email: sarah.zimmer@smithvillazor.com

*Attorneys for Defendant*
BEN DELO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Grape Park LLC, Mark Sweep LLC, Unknown Exchange, Arthur Hayes, Ben Delo, Samuel Reed, Agata Maria Reed (A.K.A. Agata Maria Kasza), Barbara A. Reed and Trace L. Reed,<br><br>Defendants. | Case No. 3:20-cv-03345-WHO<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BEN DELO**<br><br>Date:     January 6, 2021<br>Time:    2:00 p.m.<br>Ctrm:    2, 17th Floor<br>Judge:   Hon. William H. Orrick |

Sarah B. Zimmer seeks to withdraw as counsel *pro hac vice* for defendant Ben Delo ("Defendant") in the above-captioned litigation pursuant to Local R. 11-5(a) and Cal. R. Prof. Conduct 3-700(A)(1). As this Court finds that Ms. Zimmer has submitted satisfactory reasoning for withdrawal, and that the granting of her Motion will not cause substantial prejudice or delay to any party,

---

1

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BEN DELO
Case No. 3:20-cv-03345-WHO

1  IT IS HEREBY ORDERED that Sarah B. Zimmer's Motion to Withdraw as Counsel for
2  Defendant is GRANTED, and Sarah B. Zimmer is hereby terminated as counsel *pro hac vice* in
3  this proceeding.
4
5  DATED: _____                By:_____
                                              Hon. Williams H. Orrick