LATHAM & WATKINS LLP
Douglas K. Yatter (SBN 236089)
885 Third Avenue
New York, NY 10022-4834
Telephone: +1.212.906.1200
Email: douglas.yatter@lw.com

Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600
Email: matt.rawlinson@lw.com

Attorneys for Defendant
SAMUEL REED, AGATA MARIA REED,
BARBARA A. REED, TRACE REED, GRAPE
PARK LLC, AND MARK SWEEP LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov, and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Grape Park LLC, Mark Sweep LLC, Unknown Exchange, Arthur Hayes, Ben Delo, Samuel Reed, Agata Maria Reed (A.K.A. Agata Maria Kasza), Barbara A. Reed, and Trace L. Reed,<br><br>Defendants. | CASE NO. 3:20-cv-03345-WHO<br><br>**NOTICE OF APPEARANCE**<br><br>Assigned to William H. Orrick |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Douglas K. Yatter of Latham & Watkins LLP hereby enters his appearance in the above-captioned matter as counsel of record on behalf of Defendants Agata Maria Reed, Barbara A. Reed, Trace Reed, Grape Park LLC, and Mark Sweep LLC and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this matter be served upon him at the following address:

>Douglas K. Yatter
>LATHAM & WATKINS LLP
>885 Third Avenue
>New York, NY 10022-4834
>Telephone: +1.212.906.1200
>Facsimile: +1.212.751.4864
>Email: douglas.yatter@lw.com

Douglas K. Yatter is admitted to practice, and is in good standing, in the Northern District of California.

Dated: December 23, 2020

Respectfully submitted,
LATHAM & WATKINS LLP

By: /s/ Douglas K. Yatter
Douglas K. Yatter

Attorneys for Defendants
SAMUEL REED, AGATA MARIA REED, BARBARA A. REED, TRACE REED, GRAPE PARK LLC, AND MARK SWEEP LLC