| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Douglas K. Yatter (SBN 236089) |
| 2 | 885 Third Avenue |
| | New York, NY 10022-4834 |
| 3 | Telephone: +1.212.906.1200 |
| | Email: douglas.yatter@lw.com |
| 4 | |
| | Matthew Rawlinson (SBN 231890) |
| 5 | 140 Scott Drive |
| | Menlo Park, CA 94025 |
| 6 | Telephone: +1.650.328.4600 |
| | Email: matt.rawlinson@lw.com |
| 7 | |
| | Attorneys for Defendant |
| 8 | SAMUEL REED, AGATA MARIA REED, |
| | BARBARA A. REED, TRACE REED, GRAPE |
| 9 | PARK LLC, AND MARK SWEEP LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov, and Păun Gabriel-Razvan, | CASE NO. 3:20-cv-03345-WHO |
| | **NOTICE OF APPEARANCE** |
| Plaintiffs, | Assigned to William H. Orrick |
| v. | |
| HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Grape Park LLC, Mark Sweep LLC, Unknown Exchange, Arthur Hayes, Ben Delo, Samuel Reed, Agata Maria Reed (A.K.A. Agata Maria Kasza), Barbara A. Reed, and Trace L. Reed, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Matthew Rawlinson of Latham & Watkins LLP hereby enters his appearance in the above-captioned matter as counsel of record on behalf of Defendants Agata Maria Reed, Barbara A. Reed, Trace Reed, Grape Park LLC, and Mark Sweep LLC and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this matter be served upon him at the following address:

> Matthew Rawlinson
> LATHAM & WATKINS LLP
> 140 Scott Drive
> Menlo Park, CA 94025
> Telephone: +1.650.328.4600
> Facsimile: +1.650.463.2600
> Email: matt.rawlinson@lw.com

Matthew Rawlinson is admitted to practice, and is in good standing, in the Northern District of California.

Dated: December 23, 2020

Respectfully submitted,
LATHAM & WATKINS LLP

By: /s/ Matthew Rawlinson
       Matthew Rawlinson

Attorneys for Defendants
SAMUEL REED, AGATA MARIA REED,
BARBARA A. REED, TRACE REED,
GRAPE PARK LLC, AND MARK SWEEP
LLC