1  LATHAM & WATKINS LLP
   Douglas K. Yatter (SBN 236089)
2  885 Third Avenue
   New York, NY 10022-4834
3  Telephone: +1.212.906.1200
   Email: douglas.yatter@lw.com
4
   Matthew Rawlinson (SBN 231890)
5  140 Scott Drive
   Menlo Park, CA 94025
6  Telephone: +1.650.328.4600
   Email: matt.rawlinson@lw.com
7
   Attorneys for Defendant
8  SAMUEL REED, AGATA MARIA REED,
   BARBARA A. REED, TRACE REED, GRAPE
9  PARK LLC, AND MARK SWEEP LLC

10

                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN FRANCISCO DIVISION
13

14 | BMA LLC, Yaroslav Kolchin, Vitaly      | Case No. 20-cv-03345-WHO
   | Dubinin, Dmitry Dolgov, and Păun Gabriel-
15 | Razvan,                                |
                                            | **AGATA MARIA REED'S CERTIFICATION
16 |                Plaintiffs,             | OF INTERESTED ENTITIES OR PERSONS**
                                            | **[CIVIL L.R. 3-15]**
17 |        v.                              |

18 | HDR Global Trading Limited (A.K.A.
   | BitMEX), ABS Global Trading Limited,
19 | Grape Park LLC, Mark Sweep LLC,
   | Unknown Exchange, Arthur Hayes, Ben
20 | Delo, Samuel Reed, Agata Maria Reed
   | (A.K.A. Agata Maria Kasza), Barbara A.
21 | Reed, and Trace L. Reed,

22 |                Defendants.

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

AGATA MARIA REED'S CERTIFICATION OF
INTERESTED PARTIES
CASE NO. 20-cv-03345-WHO

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    Pursuant to Civil L.R. 3-15, Defendant Agata Maria Reed hereby certifies that as of the date of this certification, other than the named parties to this action, there is no interest to report.

Dated: December 23, 2020

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ Douglas K. Yatter
    Douglas K. Yatter

Attorneys for Defendants
SAMUEL REED, AGATA MARIA REED, BARBARA A. REED, TRACE REED, GRAPE PARK LLC, AND MARK SWEEP LLC