1  LATHAM & WATKINS LLP
   Douglas K. Yatter (SBN 236089)
2  885 Third Avenue
   New York, NY 10022-4834
3  Telephone: +1.212.906.1200
   Email: douglas.yatter@lw.com
4
   Matthew Rawlinson (SBN 231890)
5  140 Scott Drive
   Menlo Park, CA 94025
6  Telephone: +1.650.328.4600
   Email: matt.rawlinson@lw.com
7
   Attorneys for Defendant
8  SAMUEL REED, AGATA MARIA REED,
   BARBARA A. REED, TRACE REED, GRAPE
9  PARK LLC, AND MARK SWEEP LLC

10              **UNITED STATES DISTRICT COURT**

11            **NORTHERN DISTRICT OF CALIFORNIA**

12               **SAN FRANCISCO DIVISION**

13

14  BMA LLC, Yaroslav Kolchin, Vitaly            Case No. 20-cv-03345-WHO
    Dubinin, Dmitry Dolgov, and Păun Gabriel-
15  Razvan,
                                                 **BARBARA A. REED'S CERTIFICATION**
16              Plaintiffs,                       **OF INTERESTED ENTITIES OR PERSONS**
                                                 **[CIVIL L.R. 3-15]**
17         v.

18  HDR Global Trading Limited (A.K.A.
    BitMEX), ABS Global Trading Limited,
19  Grape Park LLC, Mark Sweep LLC,
    Unknown Exchange, Arthur Hayes, Ben
20  Delo, Samuel Reed, Agata Maria Reed
    (A.K.A. Agata Maria Kasza), Barbara A.
21  Reed, and Trace L. Reed,

22              Defendants.

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

1   TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2          Pursuant to Civil L.R. 3-15, Defendant Barbara A. Reed hereby certifies that as of the

3   date of this certification, other than the named parties to this action, there is no interest to report.

4

5   Dated:  December 23, 2020                    Respectfully submitted,

6

7                                               LATHAM & WATKINS LLP

8                                               By /s/ Douglas K. Yatter
                                                   Douglas K. Yatter

9
                                                Attorneys for Defendants
10                                              SAMUEL REED, AGATA MARIA REED,
                                                BARBARA A. REED, TRACE REED,
11                                              GRAPE PARK LLC, AND MARK SWEEP
                                                LLC
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

BARBARA A. REED'S CERTIFICATION OF
INTERESTED PARTIES
CASE NO. 20-cv-03345-WHO