```
LATHAM & WATKINS LLP
Douglas K. Yatter (SBN 236089)
885 Third Avenue
New York, NY 10022-4834
Telephone: +1.212.906.1200
Email: douglas.yatter@lw.com

Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600
Email: matt.rawlinson@lw.com

Attorneys for Defendant
SAMUEL REED, AGATA MARIA REED,
BARBARA A. REED, TRACE REED, GRAPE
PARK LLC, AND MARK SWEEP LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov, and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Grape Park LLC, Mark Sweep LLC, Unknown Exchange, Arthur Hayes, Ben Delo, Samuel Reed, Agata Maria Reed (A.K.A. Agata Maria Kasza), Barbara A. Reed, and Trace L. Reed,<br><br>Defendants. | Case No. 20-cv-03345-WHO<br><br>**GRAPE PARK LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [CIVIL L.R. 3-15]** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    Pursuant to Civil L.R. 3-15, Defendant Grape Park LLC hereby certifies that as of the date of this certification, other than the named parties to this action, there is no interest to report.

Dated:  December 23, 2020

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ Douglas K. Yatter
   Douglas K. Yatter

Attorneys for Defendants
SAMUEL REED, AGATA MARIA REED, BARBARA A. REED, TRACE REED, GRAPE PARK LLC, AND MARK SWEEP LLC