| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Douglas K. Yatter (SBN 236089)<br>885 Third Avenue<br>New York, NY 10022-4834 |
| 3 | Telephone: +1.212.906.1200<br>Email: douglas.yatter@lw.com |
| 4 | |
| 5 | Matthew Rawlinson (SBN 231890)<br>140 Scott Drive<br>Menlo Park, CA 94025 |
| 6 | Telephone: +1.650.328.4600<br>Email: matt.rawlinson@lw.com |
| 7 | |
| 8 | Attorneys for Defendant<br>SAMUEL REED, AGATA MARIA REED, |
| 9 | BARBARA A. REED, TRACE REED, GRAPE<br>PARK LLC, AND MARK SWEEP LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov, and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Grape Park LLC, Mark Sweep LLC, Unknown Exchange, Arthur Hayes, Ben Delo, Samuel Reed, Agata Maria Reed (A.K.A. Agata Maria Kasza), Barbara A. Reed, and Trace L. Reed,<br><br>Defendants. | Case No. 20-cv-03345-WHO<br><br>**MARK SWEEP LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [CIVIL L.R. 3-15]** |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      Pursuant to Civil L.R. 3-15, Defendant Mark Sweep LLC hereby certifies that as of the

3  date of this certification, other than the named parties to this action, there is no interest to report.

5  Dated: December 23, 2020          Respectfully submitted,

7                          LATHAM & WATKINS LLP

8                          By /s/ Douglas K. Yatter
                            Douglas K. Yatter

                            Attorneys for Defendants
                            SAMUEL REED, AGATA MARIA REED,
                            BARBARA A. REED, TRACE REED,
                            GRAPE PARK LLC, AND MARK SWEEP
                            LLC