| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Douglas K. Yatter (SBN 236089)<br>885 Third Avenue<br>New York, NY 10022-4834 |
| 3 | Telephone: +1.212.906.1200<br>Email: douglas.yatter@lw.com |
| 4 | |
| 5 | Matthew Rawlinson (SBN 231890)<br>140 Scott Drive |
| 6 | Menlo Park, CA 94025<br>Telephone: +1.650.328.4600 |
| 7 | Email: matt.rawlinson@lw.com |
| 8 | Attorneys for Defendants<br>SAMUEL REED, AGATA MARIA REED, |
| 9 | BARBARA A. REED, TRACE REED, GRAPE<br>PARK LLC, AND MARK SWEEP LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov, and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Grape Park LLC, Mark Sweep LLC, Unknown Exchange, Arthur Hayes, Ben Delo, Samuel Reed, Agata Maria Reed (A.K.A. Agata Maria Kasza), Barbara A. Reed, and Trace L. Reed,<br><br>Defendants. | Case No. 20-cv-03345-WHO<br><br>**MARK SWEEP LLC'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned discloses and certifies that Defendant Mark Sweep LLC has no parent corporation and no publicly traded corporation owns 10% or more of its stock.

Dated: December 23, 2020

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ Douglas K. Yatter
Douglas K. Yatter

Attorneys for Defendants
SAMUEL REED, AGATA MARIA REED, BARBARA A. REED, TRACE REED, GRAPE PARK LLC, AND MARK SWEEP LLC