UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov, and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Grape Park LLC, Mark Sweep LLC, Unknown Exchange, Arthur Hayes, Ben Delo, Samuel Reed, Agata Maria Reed (A.K.A. Agata Maria Kasza), Barbara A. Reed, and Trace L. Reed,<br><br>Defendants. | Case No. 3:20-cv-03345-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT** |

HDR Global Trading Limited ("HDR"), ABS Global Trading Limited ("ABS"), Arthur Hayes, Ben Delo, Samuel Reed, Grape Park LLC, Mark Sweep LLC, Agata Maria Reed, Barbara A. Reed, and Trace L. Reed (together, "Defendants") Motion to Dismiss the Consolidated Complaint in the above-captioned matter came on for regular hearing on February 3, 2021. All parties were represented by counsel of record at the time of the hearing.

Having read and considered Defendants' Notice of Motion to Dismiss, the supporting Memorandum of Points and Authorities, the pleadings and records on file in this action, and all other papers filed by the parties in support and in opposition to Defendants' Motion, as well as the oral arguments of counsel at the hearing, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss the Consolidated Complaint is **GRANTED**, on the grounds that (1) Plaintiffs lack constitutional and statutory standing; and (2) Plaintiffs fail to allege any plausible facts establishing that Defendants violated the Commodity Exchange Act, the Racketeer Influenced and Corrupt Organizations Act, or the California laws invoked by Plaintiffs.

**SO ORDERED.**

DATED: _____

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE