# EXHIBIT 1

# DRAFT BitMEX FAC, structure of BMA and Stipulation re: Email Evidence Preservation

**Pavel Pogodin, Ph.D., Esq.** <pp@consensuslaw.io>  Sun, Jun 14, 2020, 3:02 PM
to Stephen, Matthew, Jr.,

Steve,

attached is DRAFT BitMEX FAC reline and exhibits. It is ready for filing. I made it easy on you - there are no new causes of action and it is fairly short - only 119 pages. Please confirm your agreement to the filing of the FAC ASAP and then we can also finalize and file the stipulation regarding the briefing schedule tomorrow (Monday, June 15, 2020).

Just for the record, as we discussed before, during our calls, BMA is a claim aggregator (your words), holding legal rights to claims assigned by individual traders. I previously offered you to exchange the names of the BMA members for the names of HDR and ABS shareholders. You refused.

Finally, I would like to use this opportunity to again encourage you to enter into a stipulation regarding preservation of the user email address database. This will obviate the need for the ex parte application and the plaintiff will be willing to withdraw it.

Please let me know ASAP.

Best Regards,



Pavel Pogodin, Ph.D., Esq.
Attorney At Law*
CONSENSUS LAW
CryptoCurrency Attorneys

t: +1 (650) 469-3750  f: +1 (650) 472-8961
e: pp@consensuslaw.io
i: www.consensuslaw.io
o: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979

* Admitted in California