# EXHIBIT 3

> Hi Robert! Thank you for the bitmex leaderboard app!

> I noticed the scale on the vertical profit axis is wrong. it should be multiplied by 10x. Correct?

Yesterday, 9:15 PM ✓



Yesterday, 9:16 PM ✓

 yep! I think that's a graphical error as the actual amount should be accurate, I'll have to look into fixing it!

12:04 AM

> Thank you!