# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Grape Park LLC, Mark Sweep LLC, Unknown Exchange, Arthur Hayes, Ben Delo, Samuel Reed, Agata Maria Reed (A.K.A. Agata Maria Kasza), Barbara A. Reed and Trace L. Reed,<br><br>Defendants. | Case No. 3:20-cv-3345-WHO<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT**<br><br>Hon. William H. Orrick<br>Date: February 3, 2021<br>Time: 2:00 PM<br>Crtrm.: 2, 17th Floor<br><br>**Discovery Cutoff: None Set**<br>**Pretrial Conference Date: None Set**<br>**Trial Date: None Set** |

Defendants' Motion to Dismiss Plaintiffs' Consolidated Complaint in the above-captioned matter came on for regular hearing on February 3, 2021. All parties were represented by counsel of record at the time of the hearing.

Having read and considered Defendants' Motion to Dismiss Plaintiffs' Consolidated Complaint, the Exhibits, the pleadings and records on file in this action, and all other papers filed by the parties in support and in opposition to Defendants' Motion, as well as the oral arguments of counsel at the hearing, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Plaintiffs' Consolidated Complaint is **DENIED**, in its entirety.

**SO ORDERED.**

Dated:_____

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE