# EXHIBIT 2



Get started     Open in app

# Matthew Collins

264 Followers  ·  About    Follow

## BitMEX insiders caught in a web of lies

 Matthew Collins   May 20, 2018  ·  7 min read



**Update May 24**

*Thanks to the 15k+ readers for for sharing tips and content. This story about greed and scandal is now getting picked up by mainstream media and translated into Russian, Japanese, and Korean.*

After months of rumours about misconduct behind the scenes, BitMEX founders Arthur Hayes, Samuel Reed and Ben Delo have finally admitted (well, not quite) to giving unfair trading advantages to insiders, a practice they had previously denied.

They have also been engaging in unprofitable trading to artificially inflate exchange volumes (aka wash trading), outlined below.

To understand how unscrupulous actors try to squeeze every extra buck out of retail customers and fool potential investors in the (unregulated) Wild West of crypto, read on…



Ain't that the truth

## Admission of guilt

Last week marked 2018's marquee cryptocurrency gathering / giant circle-jerkathon, Consensus. Arthur Hayes, BitMEX CEO, was snapped posing in front of a bright orange Lamborghini. Later that week, he was the face of CNBC's Fast Money.



BitMEX's rented Lambo / PR stunt

Two weeks earlier, the BitMEX team were in a huddle discussing how to slip under the radar an admission they'd been engaging in unethical and probably illegal activity.

On April 30, a groundbreaking post surfaced on the BitMEX blog, admitting that the exchange operates its own (previously undisclosed) for-profit trading arm. This subsidiary trades against customers on their own exchange, and enjoys unfair advantages not available to other customers.

> **BitMEX Market Making Desk**
> We have recently updated our Terms of Service to explicitly clarify the relationship between BitMEX the trading…
> blog.bitmex.com

The in-house trading arm and 'anchor market maker' vaguely referenced in the past, is staffed by their long-term friend and employee, Nick Andrianov.

> **Who Runs The Desk?**
>
> The head trader is Nick Andrianov. He is a former Deutsche Bank equity flow and exotics options trader. Nick and I have known each other for over ten years. His integrity is unquestionable.

Nick's LinkedIn profile pegs him as the current BitMEX Business Development Manager.





TFW 'Business Development' is actually privileged insider trading

And of course we all remember Nick from back in November 2017 as part of the 'Deutsche Bank Connection'.

### The Deutsche Bank Connection
Bankers are flocking to the cryptocurrency industry as both principals and employees of related companies, fund...
blog.bitmex.com

### Special trading privileges when you're on the inside
While making money trading against BitMEX's own customers, the anchor market maker receives many *special trading privileges* that aren't available to other exchange users. Below are 3 concrete examples of this:

1. **Off-exchange cash kickbacks disguised as 'service fees'**

> *BitMEX claims:*
>
> **Nick Andrianov**, Risk Management at BitMEX, member of the 2007 graduate class. He worked on the Flow and Exotic Index Volatility trading desk.
>
> **How Do We Align Incentives?**
>
> The trading entity is a for-profit operation. However, ==their earnings are comprised of a service fee paid by the business,== that is the BitMEX trading platform. In terms of trading PNL, the

*The truth is:*

If the BitMEX market maker loses money, the BitMEX exchange backdoors them cash payments (the economic equivalent of fee-free trading). This encourages the market maker to participate in unprofitable trading to artificially inflate exchange volume.

## 2. Unique status allowing them to short-sell options

*BitMEX claims:*

> Because no leverage is offered to sellers, it is very expensive from a capital perspective to make a market. In order to guarantee tight spreads at sufficient size, ==the BitMEX affiliated anchor market maker will be the only entity allowed to sell options initially.==
>
> Many of you may have concerns that the BitMEX affiliated entity is the sole market maker, however here are some points to consider:

*The truth is:*

They are indeed the only market participant allowed to short sell the new UP and DOWN option contracts. This is a hugely profitable advantage (in the order of tens of thousands of $$$ per day according to one source).

A recent newsletter from Deribit (competing crypto options exchange) outlined that the BitMEX options are 5–10x the fair market price. The insider market maker (the only person allowed to sell) is one plump hog!

## 3. Additional API request bandwidth denied to competitors

*BitMEX claims:*

> **Does BitMEX have any market makers?**
>
> BitMEX has an anchor market maker who continuously quotes large sizes on contracts that BitMEX offers. ==No special privileges are given to any of the market makers.==

https://www.bitmex.com/app/faq

*The truth is:*

A large market-maker and trading firm informed me that BitMEX repeatedly denied them increased API request allowances (how many orders-per-second their algo is allowed to send). Meanwhile, the privileged BitMEX market maker probably operates with far fewer order limit restrictions.

With all these special benefits, the BitMEX subsidiary and in-house market maker is in a fantastic position to fleece the exchange's customers. This Nick Andrianov guy (Arthur's old friend and BitMEX insider) is sitting on a gold mine! But at least we can rest easy knowing '[h]is integrity is unquestionable'.

## But why male models?

All of the information in the April 30 blog post is a revelation that runs contrary to the party line, which has always been a deny, deny, deny.

So naturally, we have to wonder what prompted the truth to spill out after months (years) of deceiving market participants.

## 2 days earlier...

It was a rainy afternoon in the Principality of Sealand when an anonymous tipster contacted me.

He was a young CS student trying to put his programming skills into practice by writing code to run a trading bot on BitMEX. But he noticed something odd in the data. There appeared to be another bot that was making consistently unprofitable trades, and could get orders in the market faster than anyone else during those dreadful exchange overloads.



The infamous '503 error'

I decided to dig a little deeper and hear what BitMEX had to say on the issue.



The initial request for truth

Straight from the horse's mouth…



Well, except for those pesky off-exchange cash payments. And the ability to go short. And increased throttle. Although technically, their own trading subsidiary isn't a 'customer'…

Given the timing of this email (2 days before the blog post), we have to wonder if BitMEX staffers were spooked (and / or obliged to consult legal counsel), thus leading to

their admission of guilt.

## The plot thickens

Yet more behaviour by BitMEX suggests they didn't want to bring attention to this blog post.

For example, the post did *not* appear on the RSS feed like most other posts. it also did *not* appear as an 'exchange announcement', which would alert users.



Additionally, while the April 30 blog post claims BitMEX have 'updated our Terms of Service', there is no mention of the privileged for-profit insider market making subsidiary anywhere on the ToS page.

**Terms of Service - BitMEX**

BitMEX is the world's most advanced P2P crypto-products trading platform and API. Trade with up to 100x leverage with…

www.bitmex.com

## Outrage on reddit

Understandably, angry posts have started appearing on reddit. Nettlesome 'customers' are asking for the same trading privileges as the BitMEX internal market-making desk… the nerve!

## Anchor Market Maker?

how does one become this on bitmex?

r/BitMEX • icedoutdopefiend • 2y ago
6 points • 5 comments





This guy fucks
Wash trading illustrated. Without the special off-exchange 'service fee' kickbacks, this behaviour would be wildly unprofitable after fees

## Wrapping up

After the truth about the ethical standards of the BitMEX founders has been exposed, the CFTC / SEC will need to dig deeper before even considering US approval of the exchange.

*An immediate and obvious corrective action by BitMEX would be to remove all unfair trading privileges given to their friends and business partners*. Further, BitMEX should discontinue deceiving their customers, and discontinue entertaining the conflict-of-interest between the exchange vs in-house, for-profit trading arm.

*Please forward any further tips / info to mattcollburner@gmail.com*

*I've recently received information about BitMEX's market-making desk front-running OTC orders. More in the next article. @ BitMEX if you would like to respond on record, please get in touch.*

> **BitMEX running insider trading division for a privileged few (market making)**
>
> r/CryptoCurrency • The4ker • 2y ago
> 85 points • 27 comments

Read more about stop hunting here

About   Help   Legal

Get the Medium app

