# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** February 3, 2021 | **Time:** 44 minutes<br>10:31 a.m. to 11:15 a.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 20-cv-03345-WHO | **Case Name:** BMA LLC v. HDR Global Trading Limited | |

**Attorney for Plaintiff:**  Pavel I. Pogodin
**Attorney for Defendant:**  Stephen D. Hibbard, Matthew Silveira, Peter Altman,
Matthew Rawlinson, Douglas Yatter, and Edward Takashima

**Deputy Clerk:** Jean Davis          **Court Reporter:** Marla Knox

## PROCEEDINGS

Motion hearing conducted via videoconference. The court expresses concern regarding the allegations of inappropriate behavior in this matter and reminds counsel of the expectation that they behave with civility and professionalism in this matter. Argument of counsel heard as to the motions to dismiss. The motions are taken under submission; a written order will follow.