1

Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
CONSENSUS LAW

2

5245 Ave Isla Verde
Suite 302

3

Carolina, PR 00979
United States of America

4

Telephone: (650) 469-3750

5

Facsimile: (650) 472-8961
Email: pp@consensuslaw.io

6

7

Attorneys for Plaintiffs

8

9

**UNITED STATES DISTRICT COURT**

10

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

**SAN FRANCISCO DIVISION**

12

13

BMA LLC, Yaroslav Kolchin, Vitaly
Dubinin, Dmitry Dolgov and Păun Gabriel-
Razvan,

14

15

Plaintiffs,

16

17

v.

18

19

HDR Global Trading Limited (A.K.A.
BitMEX), ABS Global Trading Limited,

20

Grape Park LLC, Mark Sweep LLC,
Unknown Exchange, Arthur Hayes, Ben Delo,

21

Samuel Reed, Agata Maria Reed (A.K.A.
Agata Maria Kasza), Barbara A. Reed and

22

Trace L. Reed,

23

Defendants.

24

25

26

27

28

Case No.  3:20-cv-3345-WHO

**ADMINISTRATIVE MOTION FOR
LEAVE TO FILE SUPPLEMENTAL
BRIEF IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS
CONSOLIDATED COMPLAINT
REQUESTING LEAVE TO AMEND**

**Hon. William H. Orrick
Date: February 3, 2021
Time: 2:00 PM
Crtrm.: 2, 17th Floor**

**Discovery Cutoff: None Set
Pretrial Conference Date: None Set
Trial Date: None Set**

CONSENSUS LAW
CRYPTOCURRENCY
ATTORNEYS

1

## I.    LEAVE TO FILE SUPPLEMENTAL BRIEF IN OPPOSITION TO

2

## DEFENDANTS' MOTION TO DISMISS CONSOLIDATED COMPLAINT

3

## REQUESTING LEAVE TO AMEND SHOULD BE GRANTED

4

In line with Court's comments made during the February 3, 2021, hearing on the Defend-

5

ants' Motion to Dismiss, Plaintiffs seek to file a Supplemental Brief attached to this motion as

6

Exhibit, informing the Court that Plaintiffs are in a process of developing new facts directly link-

7

ing Defendants with the manipulative acts alleged in the Consolidated Complaint and resulting in

8

Plaintiffs' losses and requesting a leave to amend the Consolidated Complaint.

9

Specifically, during said motion hearing, the Court inquired from both sides whether there

10

is evidence that could be added to Consolidated Complaint to bolster casual connection between

11

Defendants' actions and Plaintiffs' losses.  After consideration based on Court's guidance, Plain-

12

tiffs expect that such new factual evidence will come into Plaintiffs' possession within 14 days, as

13

described in the attached Supplemental Brief In Opposition To Defendants' Motion To Dismiss

14

Consolidated Complaint Requesting Leave To Amend.  Accordingly, Plaintiffs respectfully re-

15

quest the Court to grant Plaintiffs' Motion for Leave To File Supplemental Brief In Opposition

16

To Defendants' Motion To Dismiss Consolidated Complaint Requesting Leave To Amend.

17

## II.    CONCLUSION

18

For these reasons, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion for

19

Leave To File Supplemental Brief In Opposition To Defendants' Motion To Dismiss Consolidat-

20

ed Complaint Requesting Leave To Amend.

21

Dated:  February 4, 2021                          Respectfully submitted,

22

By:___/s/ Pavel I. Pogodin_____
                                                              Pavel I. Pogodin

23

24

CONSENSUS LAW
Pavel I. Pogodin, Ph.D., Esq.

25

5245 Ave Isla Verde, Suite 302
Carolina, PR 00979

26

United States of America
Email: pp@consensuslaw.io

27

Attorneys for Plaintiffs

28

CONSENSUS LAW
CRYPTOCURRENCY
ATTORNEYS