| | |
|---|---|
| Stephen D. Hibbard (State Bar No. 177865)<br>sdhibbard@jonesday.com<br>Matthew J. Silveira (State Bar No. 264250)<br>msilveira@jonesday.com<br>Dennis F. Murphy, Jr. (State Bar No. 301008)<br>dennismurphy@jonesday.com<br>James M. Gross (Admitted *Pro Hac Vice*)<br>jgross@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA  94104<br>Telephone:   (415) 626-3939<br>Facsimile:    (415) 875-5700<br><br>Attorneys for Defendants<br>HDR GLOBAL TRADING LIMITED and ABS GLOBAL TRADING LIMITED<br><br>Peter I. Altman (State Bar No. 285292)<br>paltman@akingump.com<br>Marshall L. Baker (State Bar No. 300987)<br>mbaker@akingump.com<br>Jessica H. Ro (State Bar No. 329737)<br>jro@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA  90067-6022<br>Telephone: (310) 229-1000<br><br>Attorneys for Defendant<br>ARTHUR HAYES | Edward H. Takashima (State Bar No. 270945)<br>etakashima@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>725 S. Figueroa Street<br>31st Floor<br>Los Angeles, CA  90017<br>Telephone:   (213) 629-9040<br>Facsimile:    (213) 629-9022<br><br>Attorneys for Defendant<br>BEN DELO<br><br>Douglas K. Yatter (State Bar No. 236089)<br>douglas.yatter@lw.com<br>LATHAM & WATKINS, LLP<br>885 Third Avenue<br>New York, NY  10022-4834<br>Telephone:   (212) 906-1200<br><br>Matthew Rawlinson (State Bar No. 231890)<br>matt.rawlinson@lw.com<br>LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA  94025<br>Telephone:   (650) 328-4600<br><br>Attorneys for Defendants<br>SAMUEL REED, AGATA MARIA REED, BARBARA A. REED, TRACE REED, GRAPE PARK LLC, MARK SWEEP LLC |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov, and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Grape Park LLC, Mark Sweep LLC, Unknown Exchange, Arthur Hayes, Ben Delo, Samuel Reed, Agata Maria Reed (a.k.a. Agata Maria Kasza), Barbara A. Reed, and Trace L. Reed,<br><br>Defendants. | Case No. 3:20-cv-03345-WHO<br><br>(Consolidated Case Nos. 3:20-cv-07140-WHO and 3:20-cv-08034-WHO)<br><br>**DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF REQUESTING LEAVE TO AMEND** |

Defendants HDR Global Trading Limited, ABS Global Trading Limited, Arthur Hayes, Ben Delo, Samuel Reed, Agata Maria Reed, Barbara A. Reed, Trace Reed, Grape Park LLC, and Mark Sweep LLC (together, "Defendants") oppose Plaintiffs' administrative motion for leave to file a supplemental brief requesting leave to amend the Consolidated Complaint. Plaintiffs' motion is yet another example of Plaintiffs' repeated refusal to follow the rules and procedures of this Court, and the Court should deny the administrative motion out of hand.

Plaintiffs' motion should be denied for the threshold reason that it does not comply with the Local Rules. A "motion for an order concerning a miscellaneous administrative matter" like the one filed by Plaintiffs here "must be accompanied by … either a stipulation under Civil Rule 7-12 or by a declaration that explains why a stipulation could not be obtained." N.D. Cal. Civil L.R. 7-11(a). Plaintiffs' motion makes no attempt to comply with this requirement just as Plaintiffs made no attempt to request a stipulation from Defendants, who first learned of this motion when it was lodged on the docket. This Court's Local Rules, of course, "have the 'force of law' and are binding upon the parties and upon the court." *Prof'l Programs Grp. v. Dep't of Commerce*, 29 F.3d 1349, 1353 (9th Cir. 1994). Plaintiffs' failure, yet again, to follow the Court's rules, including these requirements, alone justifies denial of Plaintiffs' motion.

Plaintiffs' motion also makes no sense, and can only create procedural confusion, since whether further leave is appropriate is already bound up with the Court's consideration of Defendants' pending Motion to Dismiss, which, following argument, has been submitted for the Court's determination. Plaintiffs acknowledge that the sole reason they are seeking administrative relief here is to request "leave to amend the Consolidated Complaint." ECF No. 138 at 2. But this is duplicative of Plaintiffs' prior request for leave to amend made in their Opposition to the Motion to Dismiss on the basis of "new evidence" (ECF No. 127 at 36) and renewed at the February 3 hearing on the Motion to Dismiss. Plaintiffs' motion and accompanying proposed supplemental brief provide no additional information about this "new evidence" other than to claim it "will come into Plaintiffs' possession within 14 days." ECF No. 138 at 2. Plaintiffs' motion therefore is a waste of Defendants' and the Court's time and resources. To avoid procedural confusion, whether further amendment should be permitted

should not be the subject of a separate administrative motion while the Court's decision on the Motion to Dismiss is pending.

Finally, if the Court were to grant Plaintiffs' motion notwithstanding the procedural deficiencies addressed above, Defendants request an opportunity to respond on the merits to Plaintiffs' proffered supplemental brief.

DATED: February 8, 2021                          Respectfully submitted,

                                                 JONES DAY


                                                 By: */s/ Stephen D. Hibbard*
                                                      Stephen D. Hibbard

                                                 Counsel for Defendants
                                                 HDR GLOBAL TRADING LIMITED and
                                                 ABS GLOBAL TRADING LIMITED


                                                 AKIN GUMP STRAUSS HAUER & FELD
                                                 LLP


                                                 By: */s/ Peter I. Altman*
                                                      Peter I. Altman

                                                 Counsel for Defendant
                                                 ARTHUR HAYES


                                                 BOIES SCHILLER FLEXNER LLP


                                                 By: */s/ Edward H. Takashima*
                                                      Edward H. Takashima

                                                 Counsel for Defendant
                                                 BEN DELO

LATHAM & WATKINS, LLP


By: */s/ Douglas K. Yatter*
    Douglas K. Yatter
    Matthew Rawlinson

Counsel for Defendants
SAMUEL REED, AGATA MARIA REED,
BARBARA A. REED, TRACE REED,
GRAPE PARK LLC, MARK SWEEP LLC

I, Stephen D. Hibbard, am the ECF User whose ID and password are being used to file this DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories concur in this filing.

DATED:  February 8, 2021

*/s/ Stephen D. Hibbard*
STEPHEN D. HIBBARD