UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov, and Paun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Grape Park LLC, Mark Sweep LLC, Unknown Exchange, Arthur Hayes, Ben Delo, Samuel Reed, Agata Maria Reed (a.k.a. Agata Maria Kasza), Barbara A. Reed, and Trace L. Reed,<br><br>Defendants. | Lead Case No. 3:20-cv-03345-WHO<br><br>(Consolidated Case Nos. 3:20-cv-07140-WHO and 3:20-cv-08034-WHO)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF REQUESTING LEAVE TO AMEND** |

Case No. 3:20-cv-03345-WHO [PROPOSED] ORDER DENYING PLAINTIFFS' ADMIN. MOTION FOR LEAVE TO FILE SUPP. BR.

1  Having read and considered Plaintiffs' Administrative Motion for Leave to File a
2  Supplemental Brief Requesting Leave to Amend, Defendants' Brief in Opposition, the pleadings
3  and records on file in this action, and all other papers filed by the parties in support and in
4  opposition to Plaintiffs' Administrative Motion, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

Plaintiffs' Administrative Motion is denied.

**IT IS SO ORDERED.**

Dated: _____

Hon. William H. Orrick
United States District Judge

Case No. 3:20-cv-03345-WHO [PROPOSED]
ORDER DENYING PLAINTIFFS' ADMIN.
MOTION FOR LEAVE TO FILE SUPP. BR.