Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
CONSENSUS LAW
5245 Ave Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Grape Park LLC, Mark Sweep LLC, Unknown Exchange, Arthur Hayes, Ben Delo, Samuel Reed, Agata Maria Reed (A.K.A. Agata Maria Kasza), Barbara A. Reed and Trace L. Reed,<br><br>Defendants. | Case No.  3:20-cv-3345-WHO<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO CIV. L.R. 3-13**<br><br>**Discovery Cutoff: None Set**<br>**Pretrial Conference Date: None Set**<br>**Trial Date: None Set** |

# NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO CIV. L.R. 3-13

Pursuant to Civ. L.R. 3-13 Plaintiffs notify the Court of pendency of a related action titled BRETT MESSIEH and DREW LEE v. HDR GLOBAL TRADING LIMITED, ABS GLOBAL TRADING LIMITED, 100X HOLDINGS LIMITED, SHINE EFFORT INC LIMITED, HDR GLOBAL SERVICES (BERMUDA), ARTHUR HAYES, BEN DELO, GREG DWYER, and SAMUEL REED, Case No. 1:20-cv-03232-ALC in the U.S. District Court for the Southern District of New York.

### A. Description of the other action

An eloquently worded Amended Class Action Complaint filed on February 12, 2021, which is attached hereto as Exhibit, alleges substantially identical cross-market manipulation scheme run by substantially the same Defendants as named in the present action. Specifically, Defendants persistently manipulated Bitcoin and Ethereum prices on illiquid "reference" exchanges BitStamp and Kraken, which BitMEX intentionally uses to calculate the price of its liquid perpetual swap contracts in order to artificially cause liquidations of trader positions on BitMEX and enrich themselves at the expense of retail traders, including Plaintiffs in the present action. The allegations include ample specific facts provided by former employees of Defendants *directly* tying Defendants to the market manipulation and resulting losses, including the following specific exemplary facts (among many others):

1) Defendants operated an undisclosed Insider Trading Desk managed by Gregory Dwyer with at least three key employees, including Stuart Elkington and Nick Andrianov. This desk operated continuously manipulate BitMEX and cause artificial prices for BitMEX derivatives, include derivatives of Bitcoin and Ethereum.

2) The operators of the Insider Trading Desk had what BitMEX internally referred to as "God Access" that allowed them to see all of the information of all trader accounts, including any hidden orders and the liquidation points for all orders. They were also provided with automated systems, built by BitMEX and leveraging this highly sensitive insider information to enable their manipulation that told them

how the market was likely to move by assessing the impact of the hidden orders when they triggered.

3) The traders at the Insider Trading Desk had tools that showed them what liquidations would occur across the entirety of BitMEX's platform if prices moved in any given direction.

4) Once predetermined profitability conditions were met, the manipulative trades were automatically executed by the BitMEX automated systems, resulting in trader liquidations.

5) The access to hidden information thus provided the operators of the Insider Trading Desk with a substantial and secret advantage over BitMEX customers. By analyzing the impact of hidden trade orders and liquidation prices, BitMEX Insider Trading Desk could determine when placing a large order would cause the hidden orders to trigger. BitMEX could then assess whether these hidden orders would affect prices in a way that would cause liquidations.

6) BitMEX trading desk used anonymous "burner" (e.g. @gmail.com) email addresses, as opposed to "official" BitMEX email addresses, e.g. @bitmex.com, to open trading accounts for its Insider Trading Desk with BitMEX exchange, to cover up the tracks of wrongdoing so the trading histories and illegal manipulation profits cannot be traced back to BitMEX.

The Amended Class Action Complaint asserts various causes of action under Commodity Exchange Act, which are substantially identical to the causes of action asserted in the present action.

**B.     The title and location of the court in which the other action or proceeding is pending**

U.S. District Court for the Southern District of New York, New York, Ney York.

**C.     Statement of Relationship Of Actions**

Both actions arise from substantially the same wrongful manipulative conduct by Defend-

ants and, therefore, involve all or a material part of the same subject matter. Moreover, Plaintiffs in the present action are members of the putative class in the related action. Furthermore, Defendants in both actions are also substantially the same. Therefore, the actions involve substantially all of the same parties. Accordingly, the actions are related pursuant to Civ. L.R. 3-13.

### D.   Statement Regarding Coordination

Plaintiffs believe that coordination with the related action will avoid conflicts, conserve resources and promote an efficient determination of the action. Moreover, U.S. District Court for the Southern District of New York adjudicates by far the most market manipulation cases in this Country and the vast majority of the authority that Defendants cited in their Motion to Dismiss originated in that Court. Therefore, the coordination is appropriate.

### CONCLUSION

Thus, Plaintiffs respectfully request the Court to coordinate adjudication of the present action with the above-identified related case.

Dated:  February 16, 2021                                  Respectfully submitted,

By:     /s/ Pavel I. Pogodin
                Pavel I. Pogodin

Attorney for Plaintiffs