# EXHIBIT A

# BMA v. HDR – Draft Joint CMC Statement

**Murphy, Jr., Dennis F.** <dennismurphy@jonesday.com>  Tue, Aug 11, 2020, 1:29 AM
to me, Stephen, Matthew

Pavel,

Please find attached a draft Joint CMC Statement. We have left space for you to add plaintiffs' sections where appropriate.

Thank you.

Best,
D.J.

Dennis F. Murphy, Jr.
Associate
**JONES DAY® - One Firm Worldwide®**
555 California Street, 26th Floor
San Francisco, CA 94104
Office +1.415.875.5886
dennismurphy@jonesday.com

\*\*\*This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.\*\*\*



1513944088_2_BM...