# EXHIBIT B



Home > Analysis



Powered by
CoinMarketCap

| Ethereum ETH | $1,691.60 ▲ 4.06% | Binance Coin BNB | $258.52 ▲ 4.19% | Chainlink LINK |

Follow our Twitter , Discord and Telegram channels for instant breaking cryptocurrency news.

# Hard Criticism From BitFlyer COO To Crypto Stock Exchanges On The Suicide Of 20-Year-Old Trader!

**The BitFlyer COO, which recently came to the agenda, spoke the suicide of the 20-year-old Robinhood trader.**

 By **Samuel Hegi**       On **Jun 23, 2020**                    ANALYSIS    CRYPTOCURRENCY NEWS



The BitFlyer COO, which recently came to the agenda, spoke the suicide of the 20-year-old Robinhood trader.

# Hard Criticism from BitFlyer COO to Crypto Stock Exchanges on the Suicide of 20-Year-Old Trader!

**The** BitFlyer COO, which recently came to the agenda, spoke the suicide of the 20-year-old Robinhood trader. He stated that this incident was a call for crypto exchanges to put customer protection ahead of their earnings.

Many **cryptocurrency** markets encourage customers to trade maliciously, usually by borrowing and borrowing. According to Joel Edgerton, BitFlyer COO, these practices resemble casinos and encourage gambling rather than responsible trading. Edgerton also added the following statements:



> "MANY EXCHANGES WORK LIKE CASINOS AND USE THEIR CUSTOMERS' SITUATIONS FOR PROFIT."

Edgerton spoke about the 20-year-old student Alexander Kearns, who committed suicide, believing he had debt $ 700,000 through RobinHood. RobinHood is a trading app that focuses on young people, with leverage trading.Later, it turned out that the debt of 700 thousand dollars was actually a temporary process in the contract, and the fact that Kearns actually committed suicide in fear increased the tragedy of the situation. Recently, the RobinHood application has been heavily fired about the fact that amateur traders do not take any security measures against turning to mixed trading practices.

Last week, RobinHood announced that it would donate $ 250,000 to the American Suicide Prevention Foundation, and then promised to bring security measures to amateur traders on the platform.

## "Changpeng Zhao tries to get a share of his own company"

Changpeng Zhao, the CEO of Binance, also known as "CZ," mentioned the "Responsible Trade" feature that Binance launched to prevent such tragedies in his tweet last week. Edgerton said that CZ made this statement only to protect himself from further criticism.

> "IT IS CLEAR THAT CZ SPOKE ONLY WITH COMMERCIAL CONCERNS. IT USES A CHILD'S SUICIDE TO RAISE ITS OWN COMPANY, AND BINANCE IS PART OF THAT PROBLEM. "

**Joel Edgerton** 

@Joel_bitFlyer

This is like a cigarette company saying smoke responsibly.  If @binance actually cared about its customers, they wouldn't sell 125X leverage. @cz_binance don't shill your company on other people's pain.

---

**CZ**  **Binance** ✓ @cz_binance

This is truly a sad story.

@Binance is probably one of the first crypto exchanges to implement Responsible-Trading features in our products. Here is a blog article from last month on it: binance.com/en/blog/421499...

We encourage others to copy. #StaySAFU twitter.com/Forbes/status/...

1:56 PM · Jun 19, 2020                                    

♡ 5        💬 7        🔗 Copy link to Tweet

"Crypto platforms are already designed to make the user addicted, and the addictive security measures are a confession that they designed the app to be addictive," Edgerton said.Edgerton said that Binance also showed that it is not serious about protecting its customers with the 125x leverage ratio it offered in October. Opening its office in the U.S. in 2017, BitFlyer said it restricts leverage access, and users who show signs of disturbing addiction can be dropped from the app. Tokyo-based BitFlyer ranks ninth globally, according to CoinGecko, and market leader in Japan.

Similar to the situation last summer, a Chinese Bitcoin trader used 100x leverage during BitMEX's derivative transactions and committed suicide after losing $ 16.4 million after a sudden liquidity. Another anonymous trader using the same platform said he wanted to commit suicide after losing thousands of dollars due to leverage.The CEO of BitMEX , Arthur Hayes, said that "this kind of applications are free market" and defended his company by saying "if customers think they are used, they can move to other platforms".

Binance and BitMEX officials declined to respond to Edgarton's comment.Edgarton stated that cryptocurrency trading applications have a greater responsibility to protect customers. While response to leverage practices in the market has increased worldwide, officials are going to regulate both the stock market and the cryptocurrency markets. This year, the Japan Financial Services Agency cut the maximum leverage in half.

Arguing that such applications do not have any logical explanation to offer a leverage of 100x without questioning what customers know what they are doing, Edgerton stated that many amateur investors have no income to cover the loss and should be checked first.We have a responsibility to provide our customers with suitable products," he added. For Robinhood suicide, he said, "Instead of prioritizing the responsibility and safety of companies' customers, they are tragedies when they focus all of their investments on technology and making more profits."

Follow our Twitter , Discord and Telegram channels for instant breaking cryptocurrency news.

🏷  #20-Year-Old Trader   #bitflyer   #BitFlyer COO to Crypto Stock Exchanges   #bitflyer news   #blockchain   #blockchain new   #crypto currency exchange   #crypto currency news

**Samuel Hegi**   · 572 Posts   · 1 Comments



Samuel Hegi , who first became acquainted with blockchain technology in 2014, is highly critical of blockchain technology. Samuel Hegi, a journalism graduate from the University of Brighton Theblockchainnew.com he is the editor-in-chief of the news portal.

Blockchain is love.

## 1 Comment

**Wirecard Blockchain | Theblockchainnew L Crypto Currency News**   📅 *9 months ago*

[…] Hard Criticism from BitFlyer COO to Crypto Stock… […]

## News

© 2019 -2021 - Theblockchainnew l Crypto Currency News. All Rights Reserved.