# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** April 6, 2021 | **Time:** 10 minutes<br>2:40 p.m. to 2:50 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 20-cv-03345-WHO | **Case Name:** BMA LLC v. HDR Global Trading Limited | |

**Attorney for Plaintiff:**      Pavel I. Pogodin

**Attorneys for Defendant:**   Stephen D. Hibbard, Matthew Silveira, Matthew Rawlinson, Douglas Yatter, Edward Takashima, and Marshall Baker

**Deputy Clerk:** Jean Davis                **Court Reporter:** Debra Pas

# PROCEEDINGS

Case Management Conference conducted via videoconference. The Court cautions plaintiff counsel regarding name calling and personal attacks which are improper, unnecessary, and detrimental to effective advocacy.

The Court states that the related *Messiah* matter appears narrower and less advanced than this case, and that at least for the moment coordination does not appear to be appropriate.

Plaintiff's amended complaint should be filed by May 4, 2021. Defendants shall file any motions to dismiss within 28 days after the filing of the amended complaint or by June 1. The Opposition should be filed 21 days later (June 22), and the Reply 14 days after that (July 6). The hearing on the motion is set for July 21, 2021 at 2 p.m.