Pages 1 - 8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE WILLIAM H. ORRICK

```
BMA LLC, et al,                      )
                                     )
           Plaintiffs,               )
  vs.                                ) No. C 20-3345 WHO
                                     )
HDR GLOBAL TRADING LIMITED, et al,   )
                                     ) San Francisco, California
           Defendants.               ) Tuesday
                                     ) April 6, 2020
_____  ) 2:00 p.m.
```

**TRANSCRIPT OF ZOOM VIDEO CONFERENCE PROCEEDINGS**

**APPEARANCES**:

**For Plaintiffs:**          CONSENSUS LAW
                             5245 Av. Isla Verde
                             Suite 302
                             Carolina, Puerto Rico 00979
                    BY:   **PAVEL I. POGODIN, PH.D., ESQ.**


**For Defendants HDR Global Trading, Limited and ABS Global Trading Limited:**
                             JONES DAY
                             555 California Street
                             26th Floor
                             San Francisco, California 94104
                    BY:   **STEPHEN D. HIBBARD, ESQ.**
                          **MATTHEW J. SILVEIRA, ESQ.**

**For Defendant Ben Delo:** BOIES SCHILLER AND FLEXNER LLP
                             725 S. Figueroa Street
                             31st Floor
                             Los Angeles, California 90017
                    BY:   **EDWARD TAKASHIMA**

           **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

Reported By:   Debra L. Pas, CSR 11916, CRR, RMR, RPR
               Official Reporter - US District Court
               Computerized Transcription By Eclipse

```
1   APPEARANCES:   (CONTINUED)

2   For Defendants Samuel Reed, Agata Maria Reed, Barbara Reed and
    Trace Reed:
3                            LATHAM & WATKINS LLP
                             140 Scott Drive
4                            Menlo Park, California 94025
                    BY:  MATTHEW RAWLINSON, ESQ.
5

6                            LATHAM & WATKINS LLP
                             885 Third Avenue
7                            New York, New York 100022
                    BY:  DOUGLAS K. YATTER, ESQ.
8

9                             _  _  _
```

```
1    TUESDAY - APRIL 6, 2021                              2:40 P.M.
2                          P R O C E E D I N G S
3                                ---oOo---
4         THE CLERK:  This is Case No. 20-3345, BMA, LLC versus
5    HDR Global Trading Limited.
6          Counsel, if you would, please state your appearance for
7    the record.
8         MR. POGODIN:  Hello, Your Honor.  This is Pavel
9    Pagodin representing all plaintiffs.
10        MR. HIBBARD:  Good afternoon, Your Honor.  It's Steve
11   Hibbard, and together with my colleague Matt Silveira, we're
12   both at Jones Day, we represent defendants HDR Global Trading,
13   Limited and ABS Global Trading, Limited.
14        MR. RAWLINSON:  Matt Rawlinson of Latham and Watkins,
15   along with my partner Doug Yatter, for Sam Reed and the Reed
16   family members.
17        MR. TAKASHIMA:  Good afternoon, Your Honor.  Ed
18   Takashima from Boies, Schiller and Flexner for defendant Ben
19   Delo.
20        MR. BAKER:  Good afternoon, Your Honor.  Marshall
21   Baker, Akin, Gump, Strauss, Hauer and Feld on behalf of
22   defendant Arthur Hayes.
23        THE COURT:  Great.  Good afternoon to you all.
24         Mr. Pogodin, I'm really done with the name calling.  It's
25   terrible advocacy.  Please don't do it any more.  You may be
```

1  very -- you are obviously very angry at the -- at Mr. Hibbard
2  and the defendants, but it is terrible -- it's just -- just
3  from your -- from the -- for the sake of your clients, it is --
4  it's terrible advocacy.  So please stop that.
5          **MR. POGODIN:**  Yes, I will, Your Honor.
6          **THE COURT:**  So the -- fundamentally I called this
7  because I was concerned about the *Messieh* case and how to deal
8  with this case and *Messieh*.  It looks to me like *Messieh* is
9  both a narrower case and a less advanced case and, as a result,
10 I don't think it's appropriate, at least at this point, to do
11 anything with it at all and instead we should just plow on with
12 this matter.
13      And then what I want to do, Mr. Pogodin, is set a schedule
14 for your Amended Complaint, which I had stayed until I could
15 figure out whether we should do something with *Messieh*.  And I
16 assume that you've done some things since March 12th, but maybe
17 not a lot because you were waiting to see what was going to
18 happen.
19      So the -- what I was thinking was maybe two weeks for the
20 Amended Complaint, but I'm -- I'm happy to listen to you if you
21 need more time.
22          **MR. POGODIN:**  Yes.  If possible, Your Honor, I would
23 like to request maybe four weeks, because in the *Messieh* action
24 defendants will serve their Motion to Dismiss on the 12th.  And
25 they would like, obviously, that they could take advantage of

1  that filing in our Amended Complaint.  So it will come in a
2  week.  And so another three weeks after that will be, I think,
3  appropriate.
4      So if possible, up to you of course, we would like to
5  request 28 days.
6          **THE COURT:**  Okay.  So 28 days is, what?  May --
7  May 4th maybe.  So that will be -- that's what we'll do.  We'll
8  do May 4th.
9      And then three weeks for the opposition -- three weeks for
10 the motion then to dismiss, or four weeks.  Do you want four
11 weeks?
12         **MR. HIBBARD:**  Well, yes, Your Honor.  Let me just, a
13 couple comments around this.
14     It's been 60-plus days since we were last before Your
15 Honor and at that time you indicated that you were likely to
16 grant the Motion to Dismiss, which you did more than 25 days
17 ago.  So we were of the view that it would actually make sense
18 to sort of move this forward and get the case -- any Complaint
19 on file, in fact, in about seven days.
20     Since March 1 alone Mr. Pogodin has filed three 200-plus
21 complaints against our clients.  So he's obviously able to get
22 his complaints on file relatively quickly, and he will have
23 already have had at this point 60-plus days since you framed
24 what the issues were.
25     Obviously, if you're going to give him 28 days and so that

1  he, as you said, wants to take advantage of all the arguments
2  defendants are making in *Messieh*, we accept that. But, Your
3  Honor, Mr. Pogodin has said to us that he will never give us
4  any extension ever for any purpose.
5      So if we're going to face responding to another 200-page
6  Complaint, you know, we want to make sure we have enough time
7  to distill it, to make it clear, so that we do the work that
8  makes the issues very sharp for the Court and that just takes
9  us having a little bit more time.
10     So I think we can certainly get it done under 28 days if
11 we have to, but that's -- that may be a bit of a push for a
12 very large and unwieldy Complaint that we expect will land
13 next.
14     So our perspective is, he's had a lot of time. Let's move
15 forward. Obviously, if he will have another 28 days to do
16 that, then we certainly would like the same to have the time to
17 respond, but we would actually prefer if the Court would
18 suggest that he file next week by Tuesday.
19         **THE COURT:** Okay. Well, thank you for your
20 suggestion.
21     I'm going to give him the 28 days, and then I will give
22 you 28 days to file your motion. And among the reasons that I
23 want there to be time -- first of all, I hear you on the length
24 of time that has passed, Mr. Hibbard, but I intentionally
25 issued a stay here because I wanted to consider the *Messieh*

1  issues. And when I issue a stay, I don't expect that -- I
2  don't know if I was in Mr. Pogodin's shoes and I thought that
3  maybe the case would go to New York, I don't know how that --
4  how I would be drafting things. So I'm going to give him that
5  time.
6      And, also, Mr. Pogodin is -- I've indicated twice so far.
7  You have work to do in this Complaint to make it pass muster.
8  And this, I think, will be probably it as far as chances. So
9  you really want to follow the advice that I gave you in my
10 order dismissing the case, because you have to tie that
11 connective tissue in a meaningful way to the case.
12     So take the four weeks, but do that. And do it in a clear
13 way so that we don't have -- I don't have to try to do too much
14 parsing through things because it's -- right now it's unwieldy
15 to try to deal with. And if it remains unwieldy, it may not
16 remain in court. So keep all that in mind.
17     So the -- so four weeks, four weeks for the motion. Then
18 three weeks for the opposition. And two weeks for the reply.
19 And then set a date when I'm not hiking in the mountains and
20 I'll deal with the third Motion to Dismiss.
21     All right. So, and this falls on deaf ears, I know, but
22 it is very important to me in every case that I have that the
23 lawyers act in a civil and responsible and courteous way,
24 because that's our obligation, your obligation under Rule 1 and
25 under the Code of Professional Ethics, and I expect that of

1  everybody.
2      So I'm -- I would love to see that flower in this case, or
3  at least stay hidden from me if it doesn't flower.
4      All right.  Thank you all very much.
5      (Proceedings adjourned.)

**CERTIFICATE OF OFFICIAL REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

_____

Debra L. Pas, CSR 11916, CRR, RMR, RPR

Monday, May 3, 2021