# EXHIBIT 7

**lowstrife**
@lowstrife

Sell 44 million over 22 separate orders on mex. Get into posistion.

Then, market dump 1000 coins on Coinbase with max slippage to move index price.

I think we just saw someone do some crazy shit and make a ton of money.



| | Price | Size | Time |
|---|---|---|---|
| | $ 10995.528 | $ 303K | |
| | $ 11050.000 | $ 578K | |
| | $ 11050.000 | $ 792K | |
| | **$ 11050.000** | **$ 1M** | |
| | $ 11130.400 | $ 2M | |
| | $ 11134.415 | $ 2M | |
| | $ 11147.799 | $ 2M | |
| | $ 11148.130 | $ 2M | 6m |
| | $ 11175.299 | $ 2M | |
| | $ 11189.506 | $ 2M | 8m |
| | $ 11187.119 | $ 2M | |
| | $ 11194.526 | $ 2M | |
| | $ 11198.477 | $ 2M | 9m |
| | $ 11186.195 | $ 2M | |
| | $ 11195.031 | $ 2M | |
| | $ 11199.930 | $ 2M | 11m |
| | $ 11226.956 | $ 336K | |
| | $ 11208.624 | $ 2M | |
| | $ 11205.137 | $ 2M | |

7:25 PM · Jul 27, 2020 · Twitter Web App



HuntingIsland ✦ 'ETH is programmable money'
@IslandHunting

In case you didn't know, the entire selloff yesterday was triggered by market manipulation.

A market dump of 15,000 ETH on the illiquid Bitstamp exchange caused a sell-off on Bitmex and from there the rest of the markets via contagion.





**$UNI Maximalist F.K.A $SUSHI Maximalist**
@bccponzi

The fact that Bitmex btc trading volume is 25 times a big as that of it's underlying value (50% coinbase/50% bitstamp) is quite concerning to me. Imagine what you can do as a whale when you open a big leveraged position on bitmex and use a coinbase/bitstamp account to buy/dump 🤔



7:30 AM · Aug 12, 2018 · Twitter Web Client

**10** Retweets  **3** Quote Tweets  **53** Likes





**John Wick**
@ZeroHedge_

Bitmex is the main reason institutions won't ever invest in BTC in large scale. Too much manipulation.

Seriously if you ran a fund managing client monies and saw what Bitmex did to Bitcoin recently would you put your client money and reputation and trust in $BTC?

Hell no.

5:03 AM · Mar 15, 2020 · Twitter for iPhone

57 **Retweets**   5 **Quote Tweets**   378 **Likes**



**Spencer Noon** @spencernoon · Jul 15, 2019

To Summarize:
- **BitMex** uses a price oracle that is easily prone to **manipulation** by whales
- It's trivial to fix the problem but **BitMex** chooses not to 🤔

>  **skew** @skewdotcom · Jul 15, 2019
>
> Another technical "incident" crushed ETH & crypto markets this week end
>
> What happened? A sell order on Bitstamp flash crashed ETH 30% from $270 to $190 at 9.30 a.m UTC time on Sunday morning
>
> Only ~$4mln traded in the 15 minutes candle
>
> Show this thread
>
> 

💬 6    🔁 23    ♡ 70    ↑