# EXHIBIT 11

PARTIAL TRANSCRIPT OF YOUTUBE VIDEO

"The Tangle in Taipei with Arthur Hayes and Nouriel Roubini"

July 15, 2019

https://www.youtube.com/watch?v=qlZukhN_C6c



| Time | Speaker | Audio Transcript |
|------|---------|------------------|
| 9:15 | Arthur Hayes | Maybe U.S.-centric Roubini thinks that New York DFS and New York AG is the only game in town and we need to bow down and take [expletive] from the U.S. government, just because it is regulated … that is really not my game, I did not want to sit on a bottom bunk with bobo all day, so I got out of that situation… |
| 9:41 | Andrew Neil | No, but you will understand that in the scale of global regulation: the SEC, New York, the regulatory authorities in London of in Frankfurt, are on a slightly different scale than regulatory authorities in the Seychelles. |

| 9:55 | Arthur Hayes | It just costs more to bribe them. |
|---|---|---|
| 9:57 | Andrew Neil | Costs more to bribe them? … So, how much are you paying to bribe the Seychelles authorities? |
| 10:07 | Arthur Hayes | A coconut. |