# EXHIBIT 20

# March 6, 2021

**Statistics**

# 1500% more Bitcoin / USD Liquidity

BitMEX's XBTUSD market is the most liquid in the world.

# March 10, 2021

## Statistics

## Highly Liquid Markets

BitMEX's markets are some of the most liquid in the world, setting the standard for efficient execution.