| | |
|---|---|
| Stephen D. Hibbard (State Bar No. 177865)<br>sdhibbard@jonesday.com<br>Matthew J. Silveira (State Bar No. 264250)<br>msilveira@jonesday.com<br>Dennis F. Murphy, Jr. (State Bar No. 301008)<br>dennismurphy@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA  94104<br>Telephone:   +1.415.626.3939<br>Facsimile:   +1.415.875.5700<br><br>Attorneys for Defendants<br>HDR GLOBAL TRADING LIMITED and ABS GLOBAL TRADING LIMITED<br><br>Peter I. Altman (State Bar No. 285292)<br>paltman@akingump.com<br>Marshall L. Baker (State Bar No. 300987)<br>mbaker@akingump.com<br>Jessica H. Ro (State Bar No. 329737)<br>jro@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA  90067-6022<br>Phone: (310) 229-1000<br><br>Attorneys for Defendant<br>ARTHUR HAYES | Edward H. Takashima (State Bar No. 270945)<br>BOIES SCHILLER FLEXNER LLP<br>725 S Figueroa Street<br>31st Floor<br>Los Angeles, CA 90017<br>Phone:  (213) 629-9040<br>Fax:     (213) 629-9022<br>Email:  etakashima@bsfllp.com<br><br>Attorneys for Defendant<br>BEN DELO<br><br>Douglas K. Yatter (State Bar No. 236089)<br>douglas.yatter@lw.com<br>LATHAM & WATKINS, LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Phone: (212) 906-1200<br><br>Matthew Rawlinson (State Bar No. 231890)<br>matt.rawlinson@lw.com<br>LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA<br>Phone: (650) 328-4600<br><br>Attorneys for Defendant<br>SAMUEL REED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov, and Paun Gabriel-Razvan,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), *et al.*,<br><br>　　　　　　Defendants. | Lead Case No. 3:20-cv-03345-WHO<br><br>(Consolidated Case Nos. 3:20-cv-07140-WHO and 3:20-cv-08034-WHO)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT AND DEFENDANTS' RESPONSE DATE AND OTHER DEADLINES**<br><br>Am. Consol. Compl. Filed:  May 5, 2021<br>Trial Date:  None Set |

JOINT STIPULATION AND PROPOSED
ORDER CASE NO. 3:20-cv-03345-WHO

1     Plaintiffs BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov, and Paun Gabriel-Razvan (together "Plaintiffs") and Defendants HDR Global Trading Limited, ABS Global Trading Limited, Arthur Hayes, Ben Delo, and Samuel Reed (together "Defendants"), through their counsel of record, stipulate as follows:

    WHEREAS, on May 4, 2021, Plaintiffs filed an Amended Consolidated Complaint (ECF 149) following the Court's March 12, 2021 Order Granting Motion to Dismiss Consolidated Complaint with Leave to Amend (ECF 143) and the April 6, 2021 Case Management Conference (ECF 146);

    WHEREAS, on May 5, 2021, Plaintiffs filed a Corrected Amended Consolidated Complaint (ECF 150);

    WHEREAS, that same day, Plaintiffs' counsel asked Defendants' counsel to stipulate to the filing of a proposed Second Amended Consolidated Complaint to make certain changes to the Corrected Amended Consolidated Complaint and offered to stipulate to providing Defendants' counsel with additional time to respond to the Second Amended Consolidated Complaint and to increased page limits;

    WHEREAS, on May 25, 2021, as the Parties were completing this stipulation, Plaintiffs' counsel asked Defendants' counsel to stipulate to Plaintiffs' filing a revised proposed Second Amended Consolidated Complaint to include additional allegations;

    WHEREAS, because of the further delay in settling the pleading, Defendants' counsel believe it appropriate to adjust the briefing schedule to provide Defendants 28 days to respond to a revised Second Amended Consolidated Complaint, and also believe it appropriate to expand page limits to address Plaintiffs' revised proposed Second Amended Consolidated Complaint, which exceeds 600 pages and asserts 33 causes of action; and

    WHEREAS, in order to promote judicial efficiency and to facilitate the expeditious resolution of this case on the merits, the Parties are willing to stipulate to the filing of the revised Second Amended Consolidated Complaint, and a briefing schedule and increased page limits for Defendants' Motion to Dismiss the Second Amended Consolidated Complaint.

    NOW THEREFORE, the undersigned parties, by and through their counsel of record,

stipulate as follows, subject to Court approval:

1. Plaintiffs shall file and serve that same version of the Second Amended Consolidated Complaint provided to Defendants on May 26, 2021 without further amendment or revision as soon as possible following the Court's order approving this Stipulation;

2. By June 23, 2021, Defendants shall file and serve their Motion to Dismiss Plaintiffs' Second Amended Consolidated Complaint, the memorandum in support of which may be no longer than thirty-five (35) pages;

3. By July 21, 2021, Plaintiffs shall file and serve their opposition to Defendants' Motion to Dismiss, which may be no longer than thirty-five (35) pages;

4. By August 13, 2021, Defendants shall file and serve their reply in support of their Motion to Dismiss, which may be no longer than twenty (20) pages;

5. The Court vacates the July 21, 2021 hearing date for Defendants' originally-scheduled Motion to Dismiss and sets Defendants' forthcoming Motion to Dismiss the Second Amended Consolidated Complaint for hearing on Wednesday, September 1, 2021 at 2 p.m., or such other day as the Court may order.

6. Plaintiffs shall not seek to further amend their complaint unless, following a ruling on Defendants' forthcoming Motion to Dismiss, leave to amend is granted by the Court, which Plaintiffs may request.

|     |                          |                                                                                                                        |
| --- | ------------------------ | ---------------------------------------------------------------------------------------------------------------------- |
| 1   | Dated: May 28, 2021      | Respectfully submitted,                                                                                                |
| 2   |                          | JONES DAY                                                                                                              |
| 4   |                          | By: */s/ Stephen D. Hibbard*                                                                                           |
| 5   |                          |     Stephen D. Hibbard                                                                                                 |
| 6   |                          | Counsel for Defendants<br>HDR GLOBAL TRADING LIMITED and<br>ABS GLOBAL TRADING LIMITED                                 |
| 8   |                          | AKIN GUMP STRAUSS HAUER & FELD LLP                                                                                     |
| 11  |                          | By: */s/ Peter I. Altman*<br>     Peter I. Altman                                                                      |
| 12  |                          | Counsel for Defendant<br>ARTHUR HAYES                                                                                  |
| 14  |                          | BOIES SCHILLER FLEXNER LLP                                                                                             |
| 16  |                          | By: */s/ Edward H. Takashima*<br>     Edward H. Takashima                                                              |
| 18  |                          | Counsel for Defendant<br>BEN DELO                                                                                      |
| 20  |                          | LATHAM & WATKINS, LLP                                                                                                  |
| 22  |                          | By: */s/ Douglas K. Yatter*<br>     Douglas K. Yatter<br>     Matthew Rawlinson                                        |
| 24  |                          | Counsel for Defendant<br>SAMUEL REED                                                                                   |

CONSENSUS LAW

By: */s/ Pavel I. Pogodin, Ph.D.*
    Pavel I. Pogodin, Ph.D. (SBN 206441)

5245 Av. Isla Verde
Suite 302
Carolina, PR, USA 00979
Telephone: +1.650.469.3750
Facsimile: +1.650.472.8961
Email: pp@consensuslaw.io
Counsel for Plaintiffs

I, Stephen D. Hibbard, am the ECF User whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT AND DEFENDANTS' RESPONSE DATE AND OTHER DEADLINES.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories concur in this filing.

DATED:  May 28, 2021

*/s/ Stephen D. Hibbard*
STEPHEN D. HIBBARD

* * *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE