# EXHIBIT 12

Bk: 51575 Pg: 26

Ligrist Associates
399 Boylston St, 7th flr
Boston, MA 02115



Bk: 51575 Pg: 26 Page: 1 of 2
Recorded: 08/30/2019 09:09 AM
ATTEST: John R. Buckley, Jr. Register
Plymouth County Registry of Deeds

**CANCELLED** 

MASSACHUSETTS EXCISE TAX
Plymouth District ROD #11 001
Date: 08/30/2019 09:09 AM
Ctrl# 127872 05841  Doc# 00071207
Fee: $6,498.00 Cons: $1,425,000.00

## Quitclaim Deed

We, Marc A. Cannon and Cynthia L. Cannon, married to each other, in full consideration paid of One Million Four Hundred Twenty-Five Thousand and 00/100 ($1,425,000.00) Dollars **GRANT TO** Grape Park, LLC, a Delaware Limited Liability Company with a usual place of business located at 3411 Silverside Road Tatnall Building Ste 104, Wilmington, DE 19810,

With *QUITCLAIM COVENANTS*

That certain parcel of land on the northwesterly side of ▓▓▓▓▓ Norwell, Massachusetts, shown as Lot 5 on a plan entitled "Plan of Land ▓▓▓▓▓ Norwell, Massachusetts" by The BSC Group dated October 3, 1989, and recorded with Plymouth Deeds Plan Book 33, Page 18, and bounded and described, according to said plan, as follows:

| | | |
|---|---|---|
| SOUTHEASTERLY | by the line of ▓▓▓▓▓ et; | |
| NORTHEASTERLY | by Lot 6 as shown on said plan in two courses measuring 59.88 feet and 255.58 feet; | |
| NORTHWESTERLY | by land now or formerly of Mary V. Williams 110.44 feet; | |
| WESTERLY | by Lot 4 as shown on said plan, 121.58 feet; | |
| NORTHWESTERLY | by said Lot 4, 80.25 feet; | |
| WESTERLY | again by said Lot 4, 34.42 feet; and | |
| SOUTHWESTERLY | by said Lot 4, 142.99 feet. | |

Containing 43,560 square feet of land according to said plan.

This conveyance is made subject to the restrictive covenants recorded with Plymouth Deeds Book ▓▓▓ Page 319, and to the slope easement shown on said plan. Said parcel is conveyed together with the right to use ▓▓▓▓▓ as presently laid out or as it may be laid out in the future for all purposes for which ways or roads may be used in the Town of Norwell.

Lot 5 has the benefit of an Easement Agreement recorded with said Registry in Book 12262, Page 180.

1

Bk: 51575 Pg: 27

Grantors release all rights of homestead in said premises and certify under the pains and penalties of perjury that there are no other persons entitled to claim an estate of homestead in said premises.

Meaning to convey, and hereby conveying the same premises as were conveyed to us by deed recorded in the Plymouth County Registry of Deeds in Book 46502, Page 266.

Witness our hands and seals this __19__ day of __August__, 2019.

_____     _____
Marc A. Cannon                       Cynthia L. Cannon

~~COMMONWEALTH OF MASSACHUSETTS~~

County of __MANATEE__

On this __19th__ day of __August__, 2019, before me, the undersigned notary public personally appeared the above named Marc A. Cannon and Cynthia L. Cannon, proved to me through satisfactory evidence of identification which were __FLDL__, to be the persons whose names are affixed to the preceding or attached document, and acknowledged to me that they signed it voluntarily in the capacity so stated and for its stated purpose, and who made oath that their statements were true.



PATASHA T. LOWERY
Notary Public, State of Florida
Commission# GG 265123
My comm. expires Oct. 3, 2022

Notary Public
My Commission Expires: Oct 3, 2022