# EXHIBIT 13

## Grantor (Seller)

| | |
|---|---|
| Name: | FREDERIC A. AND CONSTANCE A. MELIUS |
| Address: | 3366 Timber Ln. Verona 53593 |
| Relationship with grantee(s): | |
| Grantor type: | |
| Ownership interest transferred: | Full |
| Owner interest other note: | |
| Grantor retains the right: | None |
| Grantor rights other note: | |

## Grantee (Buyer)

| | |
|---|---|
| Name: | MARK SWEEP LLC - DE |
| Address: | ▆▆▆▆▆▆ Milwaukee 53202 |
| Grantee type: | Limited Liability Company |
| Grantee certification date: | 07/10/2019 |

## Recording Information

| | |
|---|---|
| County document number: | 795148 |
| Date recorded: | 07/10/2019 |
| Volume/jacket: | |
| Page/Image: | |

## Parcel                1 of 3 ›

| | |
|---|---|
| County: | ONEIDA |
| Property legal description: (short - first 200 characters) | |
| | All of parcel ▆▆▆▆ n the WOODRUFF, TOWN OF |
| Physical property address: | ▆▆▆▆▆▆▆▆ |
| Section/township/baseline/range/meridian: | /// |
| Subdivision or condo/lot or unit#/block: | First Addition of ▆▆▆▆ Subd/8/ |
| Primary residence of grantee: | No |

## Official Parcel Number          1 of 3 ›

| | |
|---|---|
| As of: | 08/19/2019 |
| Comments: | |
| Official parcel numbers: | ▆▆▆▆▆ |

## Fee Computation

| | |
|---|---|
| Total value of real estate transferred: | $900,000.00 |
| Value subject to fee: | $900,000.00 |
| Transfer fee due: | $2,700.00 |
| Transfer fee exemption number: | |
| Personal property value excluded from total value: | $0.00 |
| Property value exempt from local property tax: | $0.00 |

## Tax Bill Mailing Address

| | |
|---|---|
| Send tax bill to: | |
| Name: | Mark Sweep LLC - DE |
| Street Address: | ▆▆▆▆▆▆▆▆ Milwaukee, WI 53202 |
| City, State Zip: | |

## Transfer and Financing

| | |
|---|---|
| Transfer type: | Warranty/Condo Deed / Org Sale |
| Transfer type other note: | |
| Conveyance document type: | Warranty/Condo Deed |
| Conveyance code other note: | |
| Conveyance date: | 07/08/2019 |