# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-3345-WHO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO LIFT DISCOVERY STAY IN VIEW OF NEW FACTS AND OVERWHELMING "SMOKING GUN" EVIDENCE OF MARKET MANIPULATION AND MONEY LAUNDERING CONSPIRACY BETWEEN DEFENDANTS, A REED FAMILY MEMBER AND PROLIFIC AND BRAZEN MARKET MANIPULATOR BEN AABTC**<br><br>**Hon. William H. Orrick**<br>**Date: July 14, 2021**<br>**Time: 2:00 PM**<br>**Crtrm.: 2, 17th Floor**<br><br>**Discovery Cutoff: None Set**<br>**Pretrial Conference Date: None Set**<br>**Trial Date: None Set** |

Plaintiffs' Motion to Lift The Discovery Stay in the above-captioned matter came on for regular hearing on July 14, 2021 before the Honorable William H. Orrick, presiding. All parties were represented by counsel of record at the time of the hearing.

Having read and considered Plaintiffs' Motion to Lift The Discovery Stay, the Declaration of Pavel I. Pogodin, Esq., the pleadings and records on file in this action, and all other papers filed by the parties in support and in opposition to Plaintiffs' Motion, as well as the oral arguments of counsel at the hearing, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Lift The Discovery Stay is **GRANTED**, in its entirety. The normal discovery process pursuant to Federal Rule of Civil Procedure 26 shall proceed.

**SO ORDERED.**

Dated:

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE