| | |
|---|---|
| Stephen D. Hibbard (State Bar No. 177865)<br>sdhibbard@jonesday.com<br>Matthew J. Silveira (State Bar No. 264250)<br>msilveira@jonesday.com<br>Dennis F. Murphy, Jr. (State Bar No. 301008)<br>dennismurphy@jonesday.com<br>James M. Gross (Admitted *Pro Hac Vice*)<br>jgross@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA  94104<br>Telephone:   +1.415.626.3939<br>Facsimile:   +1.415.875.5700<br><br>Attorneys for Defendants<br>HDR GLOBAL TRADING LIMITED and ABS GLOBAL TRADING LIMITED<br><br>Peter I. Altman (State Bar No. 285292)<br>paltman@akingump.com<br>Marshall L. Baker (State Bar No. 300987)<br>mbaker@akingump.com<br>Jessica H. Ro (State Bar No. 329737)<br>jro@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA  90067-6022<br>Telephone:   +1.310.229.1000<br>Facsimile:   +1.310.229.1001<br><br>Attorneys for Defendant<br>ARTHUR HAYES | Edward H. Takashima (State Bar No. 270945)<br>etakashima@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>725 S. Figueroa Street<br>31st Floor<br>Los Angeles, CA 90017<br>Telephone:   +1.213.629.9040<br>Facsimile:   +1.213.629.9022<br><br>Attorneys for Defendant<br>BEN DELO<br><br>Douglas K. Yatter (State Bar No. 236089)<br>douglas.yatter@lw.com<br>LATHAM & WATKINS, LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:   +1.212.906.1200<br>Facsimile:   +1.212.751.4864<br><br>Matthew Rawlinson (State Bar No. 231890)<br>matt.rawlinson@lw.com<br>LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA  94025<br>Telephone:   +1.650.328.4600<br>Facsimile:   +1.650.463.2600<br><br>Attorneys for Defendant<br>SAMUEL REED |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov, and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo, and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-03345-WHO<br><br>(Consolidated Case Nos. 3:20-cv-07140-WHO and 3:20-cv-08034-WHO)<br><br>**DECLARATION OF STEPHEN D. HIBBARD IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT AND DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Date:  August 25, 2021<br>Time:  2:00 p.m.<br>Ctrm:  2 – 17th Floor<br>Judge:  Honorable William H. Orrick |

I, Stephen D. Hibbard, declare as follows:

1. I am an attorney with the law firm of Jones Day, attorneys of record for Defendants HDR Global Trading Limited and ABS Global Trading Limited. I am licensed to practice law in the State of California. I make this declaration in support of Defendants' Motion to Dismiss Plaintiffs' Second Amended Consolidated Complaint and Defendants' Request for Judicial Notice. I believe the facts stated herein to be true based upon my own personal knowledge or upon my review of the records maintained in my firm's files. I could and would testify competently thereto if called and sworn as a witness.

2. Attached hereto as Exhibit A is a true and correct copy of a redline comparison between Plaintiffs' Second Amended Consolidated Complaint (ECF No. 153) and Plaintiffs' First Amended Consolidated Complaint (ECF No. 150), prepared by Defendants for the Court's convenience.

3. Attached hereto as Exhibit B is a true and correct copy of the Third Amended Complaint filed by Plaintiffs' counsel, Pavel Pogodin, in *Kanyshev v. HDR Global Trading Ltd.*, No. CGC-20-584483 (Cal. Super. Ct. May 13, 2021).

4. Attached hereto as Exhibit C is a true and correct copy of a blog post posted by OKEx on October 11, 2019 entitled *OKEx vs. BitMEX: Perpetual Swap Trading Liquidity*. This blog post is publicly available at https://medium.com/okex-blog/okex-vs-bitmex-perpetual-swap-trading-liquidity-c0b864cc8e3e (last visited June 21, 2021).

5. Attached hereto as Exhibit D is a true and correct copy of a news article from March 30, 2020 posted on the Bitcoinist.com website entitled *Huobi Launches Bitcoin Perpetual Swaps with 125x Leverage*. It is publicly available at https://bitcoinist.com/huobi-launches-bitcoin-perpetual-swaps-with-125x-leverage/ (last visited June 21, 2021).

6. Attached hereto as Exhibit E is a true and correct copy of a blog post posted on the Binance Blog on August 9, 2020 entitled *Binance Launches Perpetual Futures Margined and Priced with Bitcoin*. It is publicly available at https://www.binance.com/en/blog/421499824684900844/Binance-Launches-Perpetual-Futures-Margined-and-Priced-with-Bitcoin/ (last visited June 21, 2021).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of June, 2021 in Tiburon, California.

          */s/ Stephen D. Hibbard*
          Stephen D. Hibbard