# EXHIBIT E
## (to the Declaration of Stephen D. Hibbard and Defendants' Request for Judicial Notice)



- Increased Diversification of COIN-margined and USDT-margined futures products
- Addition of Bitcoin-margined Product Strengthens Crypto as Settlement Currency
- Binance Futures Open Interest Reaches $1 Billion in August

**10 August 2020** - Binance Futures today launches Perpetual Futures contracts margined with Bitcoin, and with leverage of up to 125x.

This line of Bitcoin-margined perpetual futures will complement Binance's broad variety of derivatives, including its first product, USDT-margined perpetual futures. Launched nearly a year ago, Binance's perpetual futures consistently owns the largest trading volume, with recent monthly market share averaging 37%.

The new Bitcoin-margined perpetual product is also the second futures line to be margined and priced using a cryptocurrency, following Binance's recent futures categorization to highlight if the contract is margined with a cryptocurrency like Bitcoin or with USDT:

COIN-margined futures contracts

- Quarterly Futures: quarterly expiration and settlement, with leverage of up to 125x
- Perpetual Futures: perpetual swaps with no expiration, with leverage of up to 125x

USDT-margined futures contracts

- Perpetual Futures: perpetual swaps with no expiration, with leverage of up to 125x

Users can improve their margin efficiencies in their trading portfolio by using both COIN-margined quarterly and perpetual futures, as Binance Futures allows users to offset their margin for these two product lines.

*"We are the only exchange that offers users flexible control of their margin balance by either spreading it across all their open positions or setting individual limits for each position they own (cross or isolate margin modes), as well as the ability to switch their margin modes at any time. Our users can also choose to hold one direction (i.e. long or short) or both directions at the same time for hedging,"* said Aaron Gong, VP of Binance Futures

Together with a competitive leverage of up to 125x, these customizations provide users greater innovation and diversification in how they trade, backed by Binance Futures' unparalleled matching engine which processes over 100,000 transactions per second.

*"As Binance Futures approaches its one-year anniversary, we are encouraged by our users' response to our platform and products. Shortly after hitting an all-time-high of $13 billion in daily futures volume last month, we crossed the $1 billion mark in open interest last week. Our growth has been steady no matter the market conditions, and that is testament to our users' trust in us. We will continue to return their trust by building the ecosystem's most innovative and user-centric products,"* said Changpeng Zhao (CZ), Founder and CEO of Binance.