UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov, and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo, and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-03345-WHO<br><br>(Consolidated Case Nos. 3:20-cv-07140-WHO and 3:20-cv-08034-WHO)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT AND DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** |

The Motion to Dismiss Plaintiffs' Second Amended Consolidated Complaint filed by defendants HDR Global Trading Limited ("HDR"), ABS Global Trading Limited ("ABS"), Arthur Hayes, Ben Delo, and Samuel Reed (together, "Defendants") in the above-captioned matter came on for regular hearing on August 25, 2021.  All parties were represented by counsel of record at the time of the hearing.

Having read and considered Defendants' Notice of Motion to Dismiss, the supporting Memorandum of Points and Authorities, the Request for Judicial Notice and Declaration of Stephen D. Hibbard, the pleadings and records on file in this action, and all other papers filed by the parties in support of and in opposition to Defendants' Motion, as well as the oral arguments of counsel at the hearing, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss the Second Amended Consolidated Complaint is **GRANTED**, on the grounds that (1) Plaintiffs lack constitutional and statutory standing; and (2) Plaintiffs fail to allege any plausible facts establishing that Defendants violated the Commodity Exchange Act or the Racketeer Influenced and Corrupt Organizations Act, or are liable under any of the California statutes or common laws invoked by Plaintiffs.

**IT IS ALSO HEREBY ORDERED** that Defendants' Request for Judicial Notice is **GRANTED**.  The Court takes judicial notice of Exhibits A-E, attached to the Declaration of Stephen D. Hibbard.

**SO ORDERED.**

DATED: _____

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE