# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov, and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo, and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-03345-WHO<br><br>(Consolidated Case Nos. 3:20-cv-07140-WHO and 3:20-cv-08034-WHO)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO LIFT DISCOVERY STAY** |

Plaintiffs' Motion to Lift Discovery Stay in the above-captioned matter came on for regular hearing on July 14, 2021. Defendants HDR Global Trading Limited, ABS Global Trading Limited, Arthur Hayes, Ben Delo, and Samuel Reed (together, "Defendants") opposed. All parties were represented by counsel of record at the time of the hearing.

Having read and considered Plaintiffs' Motion, Defendants' Opposition and supporting Declaration of Stephen D. Hibbard, the pleadings and records on file in this action, and all other papers filed by the parties in support of and in opposition to Plaintiffs' Motion, as well as the oral arguments of counsel at the hearing, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Lift Discovery Stay is **DENIED**. The stay of discovery will continue until further order of the Court.

**SO ORDERED.**

DATED: _____

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE