Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
CONSENSUS LAW
5245 Ave Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io

Attorneys for Plaintiffs
BMA LLC, Yaroslav Kolchin,
Vitaly Dubinin, Dmitry Dolgov
and Păun Gabriel-Razvan

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-3345-WHO<br><br>**PLAINTIFFS' SUPPLEMENTAL REPLY IN SUPPORT OF THEIR MOTION TO LIFT DISCOVERY STAY IN VIEW OF NEW FACTS AND OVERWHELMING "SMOKING GUN" EVIDENCE OF MARKET MANIPULATION AND MONEY LAUNDERING CONSPIRACY BETWEEN DEFENDANTS, A REED FAMILY MEMBER AND PROLIFIC AND BRAZEN MARKET MANIPULATOR BEN AABTC**<br><br>**Hon. William H. Orrick**<br>**Date: July 14, 2021**<br>**Time: 2:00 PM**<br>**Crtrm.: 2, 17th Floor**<br><br>**Discovery Cutoff: None Set**<br>**Pretrial Conference Date: None Set**<br>**Trial Date: None Set** |

# I. ADDITIONAL EVIDENCE ESTABLISHING FALSITY OF DEFENDANTS' CLAIMS OF PROVIDING 1500% MORE LIQUIDITY THAN COMPETITION

The below two charts drive the final nail in the coffin of Defendants' desperate attempts in their motion to dismiss to argue that if the liquidity is calculated based on trading volume (an improper extrinsic and false fact, not found anywhere in the SACC), BitMEX did in fact provide "1500% [or 16x] More Bitcoin/USD liquidity than any other platform" ("Liquidity Representation."). SACC ¶ 525. Specifically, in their motion, Defendants argued to the Court that the phrase "BitMEX's XBTUSD market is the most liquid in the world"—appeared directly below figures reflecting the platform's daily, monthly, and annual trading volume, *another and more widely used measure of liquidity*." Motion to Dismiss, p. 17.

But despite this improper argument that seeks to introduce a false and clearly extrinsic fact into Court's consideration on a motion to dismiss, the actual trading volume numbers from BitMEX and competing exchanges clearly establish that the Liquidity Representation was false even if liquidity was measured based on the trading volume.

The first chart shows comparative bitcoin derivatives trading volume of BitMEX and competing exchanges from March of 2019 to December of 2019. As can be clearly seen, the



trading volume of individual BitMEX's competitors was *never* below one half (50%) of Bit-MEX's trading volume[1] and actually overtook BitMEX's bitcoin derivative trading volume by the second half of 2019.  For comparison, if the Liquidity Representation was true, the competitors' trading volume would have never exceeded 6.25% (100% divided by 16 (same as 1500%)) of Bit-MEX's trading volume, which is clearly not the case as demonstrated by the above chart.  Thus, the Liquidity Representation was false by a factor of 8x (50% divided by 6.25%).

The second chart shows bitcoin spot trading volume from December of 2018 to November of 2020.  This trading volume was also within the scope of the Liquidity Representation, which simply referred to "Bitcoin/USD liquidity," without specifying spot or derivative liquidity.[2]  As



can be clearly seen, OKEX's and Binance's bitcoin/U.S. dollar trading volumes during 2019 were on par with bitcoin/U.S. dollar trading volume of BitMEX shown in the first chart.  For example, OKEX's spot trading volume for May of 2019 was close to $100B, on par with $100B of Bit-MEX trading volume in the first chart.  Similarly, OKEX's spot trading volume for April of 2019

---

[1] As stated in the CFTC Complaint, SACC Ex. 5, ¶ 50, the Insider Trading Desk of HDR was often times the largest trader on the BitMEX platform by trading volume.  Thus, much of BitMEX's claimed trading volume was self-generated and cannot be reliably used for relative liquidity calculations.  But even using this inflated volume due to self-trading, the chart shows that the Liquidity Representation was false.
[2] Bitcoin spot can be also traded with leverage on margin, achieving similar financial results for the trader as trading bitcoin derivatives, such as perpetual swaps.

was close to $65B, on par with $65B of corresponding BitMEX volume in the first chart. On the other hand, if the Liquidity Representation was true, the competitors' trading volume would have never exceeded 6.25% (100% divided by 16) of BitMEX's trading volume, which is clearly not true, as demonstrated by the above chart. Thus, the second chart showing spot trading volume additionally proves that the Liquidity Representation was false.

Thus, all Defendants' arguments are meritless and discovery stay should be lifted, at least to permit Plaintiffs to discover how exactly Defendants calculated relative exchange liquidity when Defendants stated that they provided "1500% [or 16x] More Bitcoin/USD liquidity than any other platform."

## II. ADDITIONAL WITNESS STATEMENTS ESTABLISHING CLOSE, LONG RUNNING AND ILLICIT MARKET MANIPULATION CONSPIRACY BETWEEN DEFENDANTS AND BEN AABTC

Verified statements from both Ben Aabtc and BitMEX, authenticity of which cannot reasonably be questioned, clearly establish that the conspiracy between them was very close, long-running and admittedly illicit. Ben Aabtc openly referred to himself as one of BitMEX's first

 **Actual Advice Bitcoin** @ActualAdviceBTC · Oct 8, 2018
Replying to @Cryptocean and @BitMEX
what do u mean suddenly, I was one of **bitmex**'s first shills go ask @CryptoHayes . plus i dont think 2017 counts as suddenly

 1         

"shills" and even told the public that Defendant Hayes could verify this fact. "A shill, also called a plant or a stooge, is a person who publicly helps or gives credibility to a person or organization without disclosing that they have a *close relationship* with said person or organization." (Emphasis added). Wikipedia, https://en.wikipedia.org/wiki/Shill, visited on July 5, 2021. "Shill" is also "an accomplice of a hawker, gambler, or swindler who acts as an enthusiastic customer to *entice or encourage others*" who are subsequently swindled or defrauded. (Emphasis added). Google Definition of "Shill", https://www.google.com/search?q=Shill+definition, visited on July 5, 2021.

This admission by Ben Aabtc is consistent with previously submitted witness statements

and photographic evidence that Ben Aabtc was Defendants' *close* co-conspirator who was intentionally orchestrating artificial "pumps and dumps" on BitMEX, to first encourage unsuspecting victims to open long positions with Defendants by luring them with his price "pumps" and then using sudden "dumps" to liquidate victims' trading positions, whereby the victims' collateral would be wrongfully confiscated by Defendants in violation of the CEA:



Ketek Investment Holdings LLC. @CryptoRepublics · May 25
Replying to @TheBootMex and @ActualAdviceBTC
AAbtc screwed a lot of people then for his and cobain benefits, I'm surprised that you dabbled into that evil gang back then bro.

 1

Moreover, verified posts from BitMEX's own twitter account establish that this illicit relationship, wherein Ben Aabtc would lure unsuspecting traders to BitMEX with his artificial price "pumps" and then let Defendants liquidate them and misappropriate their funds with his artificial "dumps" started as early as 2015:

BitMEX ✓ @BitMEX · Jul 27, 2015
Now Live: 25x Leverage, Free Trading, & New UI @BTCVIX @flibbr @AAbtc @btcWhaleclub bitmex.com

⟲ 5    ♡ 5

According to disinterested witnesses with no motivation to fabricate, Ben Aabtc simultaneously maintained six BitMEX accounts, furnished by Defendants, and actively engaged in all forms of illicit market manipulation in violation of the CEA, including stop loss hunting ("run-



Bitcoin Obsessions @BTC_Obsessions · May 19, 2020
Rumor has it @ActualAdviceBTC could operate 6 **Bitmex** accounts simultaneously, hitting retail stops like a Karate Master blindfolded.

ning retail stops") and intentionally triggering liquidation cascades, all to the financial ruin of retail traders like Plaintiffs, as described in the SACC ¶¶ 168-169. Furthermore, Ben Aabtc himself openly taunted his manipulation of bitcoin prices to deliberately liquidate other traders (e.g.

positing "miss me bears?" next to a Liquidation notice) and have their collateral wrongfully confiscated by Defendants in violation of the CEA:



Moreover, Ben Aabtc actively used "price suppression bots," which is yet another form of illicit market manipulation in violation of the CEA, aimed to create and maintain artificially low prices, not reflective of the true supply and demand conditions on the market:



all while holding open $30 million perpetual swap positions furnished by Defendants:

> **human person** @pips_and_pops · May 22, 2020
> Replying to @RNR_0 and @ActualAdviceBTC
> R u typoing? U mean 3mm or 30mm?
> 💬 1   🔁   ♡   ⬆

> **blaster33** @blastered33 · May 22, 2020
> it was 30M. I saw it too. **aabtc** always had 20M+ position on **bitmex**
> 💬 1   🔁   ♡ 1   ⬆

> **skynet** @skynetcap · May 19, 2020
> I'm hearing that **aabtc** passed away. He was a big player on **Bitmex**. I remember he'd be flashing his seven-figure longs in the trollbox. Didn't know the guy. But I always remember his bio, trading boutique cryptocurrencies and slamming Arthur's websockets, or something like that.
> 💬   🔁   ♡   ⬆

Numerous witnesses observed Ben Aabtc engaging in artificially moving the market prices by creating artificial prices of bitcoin for the benefit of Defendants and at the expense of retail traders like Plaintiffs, all in violation of the CEA:

> **Tristan** @penokee1773 · Apr 3, 2018
> Replying to @BigCheds
> It's one or two guys moving the market. Mainly **aabtc** on **bitmex**
> 💬 1   🔁   ♡ 1   ⬆

Finally, Ben Aabtc "died" on May 19, 2020, just 3 days after a RICO complaint was filed in this action on May 16, 2020, describing the *exact* illegal price manipulation conduct that he was openly engaged in, together with Defendants. The remarkable timing of his "death" immediately after filing of the RICO compliant in this action is clearly not a coincidence.



All the above witness statements clearly establish plausibility of Plaintiffs' core price manipulation and manipulative device claims alleged in the SACC and the need of discovery to prove the rest of their case. This is exactly what the Honorable Court asked of Plaintiffs in its last ruling and Plaintiffs have delivered it in earnest. SACC ¶ 466-471. Plaintiffs clearly "nudged their claims … across the line from conceivable to plausible" and are in need of a discovery device to determine the full extent of the misconduct that took place on the BitMEX and to prove their case with hard data. *Soo Park v. Thompson*, 851 F.3d 910, 928 (9th Cir. 2017); *Ashcroft v. Iqbal*, 556 U.S. 662, 680 (2009).

Dated: July 5, 2021

Respectfully submitted,

By: _____
      Pavel I. Pogodin

CONSENSUS LAW
Pavel I. Pogodin, Ph.D., Esq.
5245 Ave Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io
Attorneys for Plaintiffs
BMA LLC, Yaroslav Kolchin,
Vitaly Dubinin, Dmitry Dolgov
and Păun Gabriel-Razvan