Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
CONSENSUS LAW
5245 Ave Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io

Attorneys for Plaintiffs
BMA LLC, Yaroslav Kolchin,
Vitaly Dubinin, Dmitry Dolgov
and Păun Gabriel-Razvan

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-3345-WHO<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR CRYPTOCURRENCY BASICS, CRYPTOCURRENCY TRADING, CRYPTOCURRENCY DERIVATIVES TRADING AND CROSS MARKET MANIPULATION TUTORIAL FOR THE BENEFIT OF THE HONORABLE COURT**<br><br>**Hon. William H. Orrick**<br>**Crtrm.: 2, 17th Floor**<br><br>**Discovery Cutoff: None Set**<br>**Pretrial Conference Date: None Set**<br>**Trial Date: None Set** |

## I. PLAINTIFFS FEEL THAT CRYPTOCURRENCY BASICS, CRYPTOCURRENCY TRADING, CRYPTOCURRENCY DERIVATIVES TRADING AND CROSS MARKET MANIPULATION TUTORIAL FOR THE BENEFIT OF THE HONORABLE COURT WOULD BE BENEFICIAL

In view of the recent ruling of the Honorable Court on Plaintiffs' Motion to Lift Discovery Stay, wherein the Court issued a ruling on a Motion to Lift Discovery Stay that did not specify any *specific* legal reason for denying the motion, Plaintiffs feel that, in view of the novelty of the underlying technology, the Honorable Court may benefit from a cryptocurrency basics, cryptocurrency trading, cryptocurrency derivatives trading and cross-market manipulation tutorial. Therefore, by analogy with patent infringement cases involving novel technology, in which the undersigned previously appeared before the Honorable Court, and wherein such tutorials are routinely conduced for the benefit of the United States Judges, Plaintiffs hereby offer to the Honorable Court to provide a tutorial on cryptocurrency basics, cryptocurrency trading, cryptocurrency derivatives trading and cross market manipulation in order to assist the Honorable Court.

## II. CONCLUSION

The view of the novelty of the underlying technology, the Honorable Court may benefit from a cryptocurrency basics, cryptocurrency trading, cryptocurrency derivatives trading and cross market manipulation tutorial. Therefore, this motion should be granted and a tutorial should be scheduled *before* the hearing on Defendants' motion to dismiss currently set for August 25, 2021.

Dated: July 8, 2021

Respectfully submitted,

By: _____
      Pavel I. Pogodin

CONSENSUS LAW
Pavel I. Pogodin, Ph.D., Esq.
5245 Ave Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io
Attorneys for Plaintiffs
BMA LLC, Yaroslav Kolchin,
Vitaly Dubinin, Dmitry Dolgov
and Păun Gabriel-Razvan

Consensus Law
CryptoCurrency
Attorneys

Plaintiffs' Adm. Motion for Crypto Tutorial    - 2 -    BMA LLC et al. v. HDR et al.    Case No. 3:20-cv-3345-WHO