1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7    BMA LLC, et al.,                          Case No.  20-cv-03345-WHO

8                      Plaintiffs,

9         v.                                   **ORDER DENYING PLAINTIFFS'**
                                               **ADMINISTRATIVE MOTION FOR**
10   HDR GLOBAL TRADING LIMITED, et            **CRYPTOCURRENCY TUTORIAL**
     al.,                                      Re: Dkt. No. 161
11                    Defendants.

12          Following my Order Denying Motion to Lift Discovery Stay, Dkt. No. 160, plaintiffs filed

13   an administrative motion offering to provide a cryptocurrency tutorial.  Dkt. No. 161.  Defendants

14   opposed on grounds that plaintiffs failed to follow procedure provided in Local Rule 7-11 for

15   filing administrative motions, cannot seek another opportunity to advocate their views outside the

16   briefing limits for the pending motion to dismiss, and that such a tutorial is unnecessary.  Dkt. No.

17   162.

18          Plaintiffs' motion is not well taken.  As I reiterated in my Order Denying Motion to Lift

19   Stay, "plaintiffs' opposition to the pending motion to dismiss is due by July 21, 2021, which may

20   be no longer than thirty-five (35) pages.  **I will not consider anything beyond that.**"  Dkt. No.

21   160 at 3 n.1.  Plaintiffs believe that cryptocurrency tutorial will benefit the court.  I think not,

22   particularly at this stage.  If I think one is necessary at some point, the arrangements will be made.

23   Plaintiffs should focus on the task at hand—convincing me that they have stated a plausible claim

24   in the Second Amended Consolidated Complaint.  The administrative motion is DENIED.

25          **IT IS SO ORDERED.**

26   Dated: July 12, 2021

27                                             _____
                                               William H. Orrick
28                                             United States District Judge

United States District Court
Northern District of California