| | |
|---|---|
| Stephen D. Hibbard (State Bar No. 177865) <br> sdhibbard@jonesday.com <br> Matthew J. Silveira (State Bar No. 264250) <br> msilveira@jonesday.com <br> Dennis F. Murphy, Jr. (State Bar No. 301008) <br> dennismurphy@jonesday.com <br> James M. Gross (Admitted *Pro Hac Vice*) <br> jgross@jonesday.com <br> JONES DAY <br> 555 California Street, 26th Floor <br> San Francisco, CA  94104 <br> Telephone:   +1.415.626.3939 <br> Facsimile:    +1.415.875.5700 <br><br> Attorneys for Defendants <br> HDR GLOBAL TRADING LIMITED and ABS GLOBAL TRADING LIMITED <br><br> Peter I. Altman (State Bar No. 285292) <br> paltman@akingump.com <br> Marshall L. Baker (State Bar No. 300987) <br> mbaker@akingump.com <br> Jessica H. Ro (State Bar No. 329737) <br> jro@akingump.com <br> AKIN GUMP STRAUSS HAUER & FELD LLP <br> 1999 Avenue of the Stars, Suite 600 <br> Los Angeles, CA  90067-6022 <br> Telephone:   +1.310.229.1000 <br> Facsimile:    +1.310.229.1001 <br><br> Attorneys for Defendant <br> ARTHUR HAYES | Edward H. Takashima (State Bar No. 270945) <br> etakashima@bsfllp.com <br> BOIES SCHILLER FLEXNER LLP <br> 725 S. Figueroa Street <br> 31st Floor <br> Los Angeles, CA 90017 <br> Telephone:   +1.213.629.9040 <br> Facsimile:    +1.213.629.9022 <br><br> Attorneys for Defendant <br> BEN DELO <br><br> Douglas K. Yatter (State Bar No. 236089) <br> douglas.yatter@lw.com <br> LATHAM & WATKINS, LLP <br> 1271 Avenue of the Americas <br> New York, NY 10020 <br> Telephone:   +1.212.906.1200 <br> Facsimile:    +1.212.751.4864 <br><br> Matthew Rawlinson (State Bar No. 231890) <br> matt.rawlinson@lw.com <br> LATHAM & WATKINS, LLP <br> 140 Scott Drive <br> Menlo Park, CA  94025 <br> Telephone:   +1.650.328.4600 <br> Facsimile:    +1.650.463.2600 <br><br> Attorneys for Defendant <br> SAMUEL REED |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov, and Păun Gabriel-Razvan, <br><br> Plaintiffs, <br><br> v. <br><br> HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo, and Samuel Reed, <br><br> Defendants. | Case No. 3:20-cv-03345-WHO <br><br> (Consolidated Case Nos. 3:20-cv-07140-WHO and 3:20-cv-08034-WHO) <br><br> **DEFENDANTS' ADMINISTRATIVE MOTION TO CONFIRM JUNE 1, 2021 SCHEDULING ORDER OR, IN THE ALTERNATIVE, TO RESET BRIEFING SCHEDULE ON MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT** |

Defendants HDR Global Trading Limited, ABS Global Trading Limited, Arthur Hayes, Ben Delo, and Samuel Reed (together, "Defendants") respectfully submit this Administrative Motion to confirm that the schedule set forth in the Court's June 1, 2021 Order (ECF No. 152) remains in effect. In the alternative, if Plaintiffs have additional time to oppose Defendants' Motion to Dismiss Plaintiffs' Second Amended Consolidated Complaint ("SACC"), Defendants seek a corresponding extension of their time to reply, consistent with the parties' original stipulated briefing schedule underlying the June 1 Order.

## ARGUMENT

Defendants respectfully submit this motion pursuant to Civil Local Rule 7-11 to seek confirmation or, in the alternative, modification of the briefing schedule for Defendants' Motion to Dismiss the SACC.

**1.** Plaintiffs' filing of a SACC in this action was governed by a joint stipulation submitted on May 28, 2021, which the Court subsequently modified and ordered on June 1, 2021. *See* ECF Nos. 151, 152. In particular, the Court adjusted the parties' proposed briefing and hearing schedule, setting the hearing on Defendants' Motion to Dismiss for August 25, 2021 (one week earlier than the parties had proposed) and making corresponding adjustments to the briefing schedule. Pursuant to the Court's June 1 Order, Plaintiffs are required to file and serve their opposition to Defendants' Motion to Dismiss on July 16, 2021. ECF No. 152. The June 1 Order also set Defendants' reply deadline for August 4, 2021. *Id.*

The June 1 Order remains in effect. However, in dicta in a footnote in its July 6, 2021 Order Denying Motion to Lift Discovery Stay, the Court stated that "plaintiffs' opposition to the pending motion to dismiss is due by July 21, 2021[.]" ECF No. 160. The Court quoted that same dicta in its July 12, 2021 Order Denying Plaintiffs' Administrative Motion for Cryptocurrency Tutorial. *See* ECF No. 163.

On July 13, Defendants contacted Plaintiffs' counsel to provide a reminder that Plaintiffs' opposition is due on July 16, 2021. Plaintiffs' counsel Pavel Pogodin responded that he had "relied on the July 21 date stated by the court in the July 6 order," and that he would need to file a motion for clarification or to extend the deadline. Hibbard Decl. Ex. A. Shortly thereafter,

Mr. Pogodin emailed defense counsel that he "believe[s] the most recent court order controls[,]" that "July 21, 2021 is the actual deadline" and that the June 1 Order had been superseded. *Id*. Mr. Pogodin subsequently took the position that there was no need for Plaintiffs to seek clarification or an extension from the Court. *Id*.

Defendants believe the Court's comprehensive June 1, 2021 scheduling order is clear and that dicta in the July 6 Order creates no reasonable basis for Plaintiffs' assertion that the Court reset the deadline for Plaintiffs' opposition to Defendants' Motion to Dismiss, while leaving in place Defendants' reply deadline and the hearing date, thereby shortening the time both for Defendants' reply brief and for the Court to review the papers before the hearing. *Id*. Mr. Pogodin nevertheless insisted that the July 6 Order extended Plaintiffs' time to oppose the Motion to Dismiss, and suggested that the parties meet and confer "on the afternoon of July 16, 2021" regarding the deadline for Plaintiffs' opposition. *Id*. Defendants repeatedly suggested that Plaintiffs seek clarification from the Court if Plaintiffs believe they are not bound by the Court's June 1 Order. Plaintiffs refused to do so, however, requiring Defendants to file this Administrative Motion at this time or be forced to request relief from the Court after July 21, 2021, by which point Plaintiffs will have re-allocated to themselves five days that the Court had provided to Defendants for their reply brief.

Defendants request that the Court confirm that the June 1 Order remains in effect and that Plaintiffs' opposition must be filed on or before July 16, 2021, the deadline set by the Court six weeks ago.

**2.** In the alternative, if Plaintiffs have until July 21, 2021 to file their opposition, Defendants request that the Court grant Defendants until August 13, 2021 to file their reply with the hearing to be kept as scheduled or re-set at the Court's discretion. July 21, 2021 and August 13, 2021 are the respective dates for the opposition and reply to which the parties had originally stipulated, *see* ECF No. 151, but which the Court adjusted, *see* ECF No. 152 at 6. Plaintiffs should not be permitted to help themselves to an additional week beyond the deadlines ordered by the Court on June 1 and in so doing unilaterally shorten Defendants' time to reply. The SACC now spans 378 pages, and contains over one thousand paragraphs and 33 counts. It would unduly

prejudice Defendants if they were forced to prepare their reply in support of their Motion to Dismiss the SACC on a shorter timeframe than originally ordered by the Court.

DATED: July 14, 2021

Respectfully submitted,

JONES DAY

By: */s/ Stephen D. Hibbard*
    Stephen D. Hibbard

Counsel for Defendants
HDR GLOBAL TRADING LIMITED and
ABS GLOBAL TRADING LIMITED

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Peter I. Altman*
    Peter I. Altman

Counsel for Defendant
ARTHUR HAYES

BOIES SCHILLER FLEXNER LLP

By: */s/ Edward H. Takashima*
    Edward H. Takashima

Counsel for Defendant
BEN DELO

LATHAM & WATKINS, LLP

By: */s/ Douglas K. Yatter*
    Douglas K. Yatter
    Matthew Rawlinson

Counsel for Defendants
SAMUEL REED

I, Stephen D. Hibbard, am the ECF User whose ID and password are being used to file this DEFENDANTS' ADMINISTRATIVE MOTION TO CONFIRM OR, IN THE ALTERNATIVE, TO RESET BRIEFING SCHEDULE ON MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories concur in this filing.

DATED:  July 14, 2021                                         */s/ Stephen D. Hibbard*
                                                              STEPHEN D. HIBBARD