| | |
|---|---|
| Stephen D. Hibbard (State Bar No. 177865)<br>sdhibbard@jonesday.com<br>Matthew J. Silveira (State Bar No. 264250)<br>msilveira@jonesday.com<br>Dennis F. Murphy, Jr. (State Bar No. 301008)<br>dennismurphy@jonesday.com<br>James M. Gross (Admitted *Pro Hac Vice*)<br>jgross@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: +1.415.626.3939<br>Facsimile: +1.415.875.5700<br><br>Attorneys for Defendants<br>HDR GLOBAL TRADING LIMITED and ABS GLOBAL TRADING LIMITED<br><br>Peter I. Altman (State Bar No. 285292)<br>paltman@akingump.com<br>Marshall L. Baker (State Bar No. 300987)<br>mbaker@akingump.com<br>Jessica H. Ro (State Bar No. 329737)<br>jro@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA 90067-6022<br>Telephone: +1.310.229.1000<br>Facsimile: +1.310.229.1001<br><br>Attorneys for Defendant<br>ARTHUR HAYES | Edward H. Takashima (State Bar No. 270945)<br>etakashima@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>725 S. Figueroa Street<br>31st Floor<br>Los Angeles, CA 90017<br>Telephone: +1.213.629.9040<br>Facsimile: +1.213.629.9022<br><br>Attorneys for Defendant<br>BEN DELO<br><br>Douglas K. Yatter (State Bar No. 236089)<br>douglas.yatter@lw.com<br>LATHAM & WATKINS, LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: +1.212.906.1200<br>Facsimile: +1.212.751.4864<br><br>Matthew Rawlinson (State Bar No. 231890)<br>matt.rawlinson@lw.com<br>LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: +1.650.328.4600<br>Facsimile: +1.650.463.2600<br><br>Attorneys for Defendant<br>SAMUEL REED |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov, and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo, and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-03345-WHO<br><br>(Consolidated Case Nos. 3:20-cv-07140-WHO and 3:20-cv-08034-WHO)<br><br>**HIBBARD DECLARATION IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONFIRM JUNE 1, 2021 SCHEDULING ORDER OR, IN THE ALTERNATIVE, TO RESET BRIEFING SCHEDULE ON MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT** |

I, Stephen D. Hibbard, declare as follows:

1. I am an attorney with the law firm of Jones Day, attorneys of record for Defendants HDR Global Trading Limited ("HDR") and ABS Global Trading Limited ("ABS"). I am licensed to practice law in the State of California. I make this declaration in support of Defendants' Administrative Motion to Confirm June 1, 2021 Scheduling Order or, in the Alternative, to Reset Briefing Schedule on Motion to Dismiss Plaintiffs' Second Amended Consolidated Complaint. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached as **Exhibit A** is a true and correct copy of a July 13, 2021 email I sent to Plaintiffs' counsel Pavel Pogodin, including Mr. Pogodin's response and subsequent correspondence (attachments omitted).

3. On July 14, 2021, I emailed Mr. Pogodin to inform him of Defendants' intent to file this Administrative Motion to confirm the Court's June 1 scheduling order remains in effect or, in the alternative, ordering the briefing schedule originally submitted by the parties in the May 28, 2021 stipulation (ECF No. 151). Attached as **Exhibit B** is true and correct copy of that email, including Mr. Pogodin's response stating that Plaintiffs will oppose the motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of July, 2021 in Tiburon, California.

> /s/ Stephen D. Hibbard
> Stephen D. Hibbard

# EXHIBIT A

# Calla, Diana L.

| | |
|---|---|
| **From:** | Pavel Pogodin, Ph.D., Esq. <pp@consensuslaw.io> |
| **Sent:** | Wednesday, July 14, 2021 9:04 AM |
| **To:** | Hibbard, Stephen D. |
| **Cc:** | Altman (External), Peter; Ro (External), Jessica; Baker, Marshall; Morgan.Whitworth@lw.com; Yatter (External), Doug; MATT.RAWLINSON@LW.com; Iris.Xie@lw.com; hlevy@foleyhoag.com; etakashima@bsfllp.com; Silveira, Matthew J.; Murphy, Jr., Dennis F.; Calla, Diana L.; Gross, James M. |
| **Subject:** | Re: Meet and Confer: BMA - deadline for Opposition to Motion to Dismiss |
| **Attachments:** | CANONS OF CONSTRUCTION (1).pdf; Orrick_Order_July_6_2021.pdf; Orrick_Order_July_12_2021.pdf |

**\*\* External mail \*\***

Counsel,

Judge Orrick reiterated the same July 21, 2021 deadline also in the second Court Order dated July 12, 2021, see attached.  Thus, Judge Orrick stated the same July 21, 2021 in not one, but two separate and duly executed Court Orders, both of which are attached to this email.  Judge Orrick is clearly a very smart and very thorough Judge who does not make many mistakes, especially unwarranted mistakes like you are recklessly attributing to him, callously impinging upon Judge Orrick's great intelligence and his great wisdom as a United States Judge.  Thus, Judge Orrick's action with respect to the July 21, 2021 date was clearly intentional, as evidenced by not one, but two separate Court Orders specifically mentioning this date.  The attached CANONS OF CONSTRUCTION clearly support our reading of Judge's two Orders and reject yours.

Moreover, Plaintiffs already relied on Judge Orrick's actions stated above and cannot simply roll back the Opposition drafting schedule. Yet furthermore, my statement that my schedule is "wide open" for a single 30min call does not mean that I can finish 2 major briefs in less than 72 hours.  We are continuing to be willing to stipulate to an additional time for your Reply.  Thus, you will not be prejudiced in any way at all.   All your emails have no other purpose but to annoy and they demonstrate that you have no courtesy.  Get a life.

Best Regards,



**Pavel Pogodin, Ph.D., Esq.**
Attorney at Law\*
CONSENSUS LAW
CryptoCurrency Attorneys
**t**: +1 (650) 469-3750 **f**: +1 (650) 472-8961
**e**: pp@consensuslaw.io
**i**: www.consensuslaw.io
**o**: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
\* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

On Wed, Jul 14, 2021 at 11:47 AM Hibbard, Stephen D. <sdhibbard@jonesday.com> wrote:

Pavel –

There is nothing for the parties to meet and confer about.  You have Defendants' position.  It is Plaintiffs' obligation to immediately seek administrative relief if you contend Plaintiffs' deadline is anything other than the July 16 deadline expressly ordered by the Court on May 28.

Moreover, our exchanges of emails yesterday afternoon satisfy the Local Rules' requirement to meet and confer.  And in light of your multiple, recent emails stating your "schedule is widely open," your suggestion to "meet and confer" on the afternoon of the day the Court ordered Plaintiffs to file their opposition papers hardly seems in good faith.  Finally, I again note that Defendants will seek appropriate relief if Plaintiffs persist in maintaining they will not comply with the Court's order and/or fail to timely file their opposition to Defendants' motion to dismiss.

Stephen D. Hibbard
Partner
**JONES DAY® - One Firm Worldwide℠**
555 California Street, 26th Floor
San Francisco, CA 94104
Office +1.415.875.5809


**From:** Pavel Pogodin, Ph.D., Esq. <pp@consensuslaw.io>
**Sent:** Tuesday, July 13, 2021 8:14 PM
**To:** Hibbard, Stephen D. <sdhibbard@jonesday.com>
**Cc:** Altman (External), Peter <paltman@akingump.com>; Ro (External), Jessica <jro@akingump.com>; Baker, Marshall <mbaker@akingump.com>; Morgan.Whitworth@lw.com; Yatter (External), Doug <douglas.yatter@lw.com>; MATT.RAWLINSON@LW.com; Iris.Xie@lw.com; hlevy@foleyhoag.com; etakashima@bsfllp.com; Silveira, Matthew J. <msilveira@JonesDay.com>; Murphy, Jr., Dennis F. <dennismurphy@jonesday.com>; Calla, Diana L. <dcalla@jonesday.com>; Gross, James M. <jgross@jonesday.com>
**Subject:** Re: Meet and Confer: BMA - deadline for Opposition to Motion to Dismiss


**\*\* External mail \*\***

Counsel,

Plaintiffs hereby request meet and confer call on the deadline for Plaintiffs' opposition to Defendant's Motion to Dismiss.   I'm available on the afternoon of July 16, 2021.

2

Best Regards,



**Pavel Pogodin, Ph.D., Esq.**
Attorney at Law*
CONSENSUS LAW
CryptoCurrency Attorneys

t: +1 (650) 469-3750  f: +1 (650) 472-8961
e: pp@consensuslaw.io
i: www.consensuslaw.io
o: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

On Tue, Jul 13, 2021 at 11:12 PM Pavel Pogodin, Ph.D., Esq. <pp@consensuslaw.io> wrote:

Counsel,

Plaintiffs hereby request meet and confer call on the deadline for Plaintiffs' opposition to Defendant's Motion to Dismiss.   I'm available on the afternoon of July 16, 20121.

Best Regards,



**Pavel Pogodin, Ph.D., Esq.**
Attorney at Law*
CONSENSUS LAW
CryptoCurrency Attorneys

t: +1 (650) 469-3750  f: +1 (650) 472-8961
e: pp@consensuslaw.io
i: www.consensuslaw.io
o: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

On Tue, Jul 13, 2021 at 8:27 PM Pavel Pogodin <pp@consensuslaw.io> wrote:

Noted. Have a nice day.

Sent from my iPhone

> On Jul 13, 2021, at 8:25 PM, Hibbard, Stephen D. <sdhibbard@jonesday.com> wrote:
>
> Pavel –
>
> Plaintiffs' deadline is July 16.  That is the only date *ordered* by the court for Plaintiffs' opposition.  If Plaintiffs' want more time, the burden is on Plaintiffs to seek administrative relief now, and not simply to help themselves to an unauthorized extension that prejudices Defendants and likely impacts the Court's schedule.
>
> Stephen D. Hibbard
> Partner
> **JONES DAY® - One Firm Worldwide℠**
> 555 California Street, 26th Floor
> San Francisco, CA 94104
> Office +1.415.875.5809
>
>
> **From:** Pavel Pogodin, Ph.D., Esq. <pp@consensuslaw.io>
> **Sent:** Tuesday, July 13, 2021 5:16 PM
> **To:** Hibbard, Stephen D. <sdhibbard@jonesday.com>
> **Cc:** Altman (External), Peter <paltman@akingump.com>; Ro (External), Jessica <jro@akingump.com>; Baker, Marshall <mbaker@akingump.com>; Morgan.Whitworth@lw.com; Yatter (External), Doug <douglas.yatter@lw.com>; MATT.RAWLINSON@LW.com; Iris.Xie@lw.com; hlevy@foleyhoag.com; etakashima@bsfllp.com; Silveira, Matthew J. <msilveira@JonesDay.com>; Murphy, Jr., Dennis F. <dennismurphy@jonesday.com>; Calla, Diana L. <dcalla@jonesday.com>; Gross, James M. <jgross@jonesday.com>
> **Subject:** Re: BMA - Opposition to Motion to Dismiss
>
> ** External mail **

Counsel,

Judge's July 6 order clearly states: "Specifically, plaintiffs' opposition to the pending motion to dismiss is due by July 21, 2021, which may be no longer than thirty-five (35) pages." This was the date you stipulated to originally. Thus, you are not prejudiced in any way by the date that you previously voluntarily stipulated to. On the other hand, I have already relied on the July 21 date and paced myself accordingly and my clients will be severely prejudiced if it is changed. I already have opposition to the demurrer due on July 16. Moreover, it is axiomatic that more recent Court orders supercede the prior orders. Therefore, we will file the opposition by July 21, as ordered by the Judge's most recent order. We are willing to stipulate to an additional time for your reply.

Best Regards,



**Pavel Pogodin, Ph.D., Esq.**
Attorney at Law*
CONSENSUS LAW
CryptoCurrency Attorneys

t: +1 (650) 469-3750  f: +1 (650) 472-8961
e: pp@consensuslaw.io
i: www.consensuslaw.io
o: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

On Tue, Jul 13, 2021 at 8:05 PM Hibbard, Stephen D. <sdhibbard@jonesday.com> wrote:

> Pavel –
>
> Page 7 of Judge Orrick's scheduling Order of May 28 could not be more clear – Plaintiffs' opposition is due on July 16.
>
> We are not going to stipulate to extending further your time to file an opposition brief to July 21, a date the Court previously rejected when it was first proposed by the parties. Passing comments by

Judge Orrick in his orders denying other relief you sought are dicta and create no reasonable basis for your assertion that he re-set the case schedule. Judge Orrick did not order a different, later date for your opposition in those orders because that would have impacted Defendants' reply and the hearing date.

This is only Tuesday and you have plenty of time to comply with the July 16 deadline the Court set for Plaintiffs' opposition.

Stephen D. Hibbard
Partner
**JONES DAY® - One Firm Worldwide℠**
555 California Street, 26th Floor
San Francisco, CA 94104
Office +1.415.875.5809

**From:** Pavel Pogodin, Ph.D., Esq. <pp@consensuslaw.io>
**Sent:** Tuesday, July 13, 2021 4:37 PM
**To:** Hibbard, Stephen D. <sdhibbard@jonesday.com>
**Cc:** Altman (External), Peter <paltman@akingump.com>; Ro (External), Jessica <jro@akingump.com>; Baker, Marshall <mbaker@akingump.com>; Morgan.Whitworth@lw.com; Yatter (External), Doug <douglas.yatter@lw.com>; MATT.RAWLINSON@LW.com; Iris.Xie@lw.com; hlevy@foleyhoag.com; etakashima@bsfllp.com; Silveira, Matthew J. <msilveira@JonesDay.com>; Murphy, Jr., Dennis F. <dennismurphy@jonesday.com>; Calla, Diana L. <dcalla@jonesday.com>; Gross, James M. <jgross@jonesday.com>
**Subject:** Re: BMA - Opposition to Motion to Dismiss

** External mail **

I will have to file a motion for clarification or to extend the deadline, as I relied on the July 21 date stated by the court in the July 6 order.

Best Regards,



**Pavel Pogodin, Ph.D., Esq.**
Attorney at Law*
CONSENSUS LAW
CryptoCurrency Attorneys

t: +1 (650) 469-3750 f: +1 (650) 472-8961
e: pp@consensuslaw.io
i: www.consensuslaw.io

> **o**: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
> \* Admitted in California
>
> CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.
>
> IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

On Tue, Jul 13, 2021 at 7:29 PM Hibbard, Stephen D. <sdhibbard@jonesday.com> wrote:

> Pavel –
>
> As a courtesy reminder and per the attached Order, plaintiffs' opposition to defendants' motion to dismiss in BMA is due this Friday, July 16 (and not July 21, which is a date the parties had proposed in their stipulation, but which Judge Orrick rejected).  Although the Court may have confused the ordered July 16 deadline with the parties' requested July 21 deadline in comments in its July 6 Order denying plaintiffs' motion to lift the discovery stay, plaintiffs' deadline remains July 16.  We trust you will comply with the Court's order and file your opposition on July 16.
>
> Stephen D. Hibbard
> Partner
> **JONES DAY® - One Firm Worldwide**℠
> 555 California Street, 26th Floor
> San Francisco, CA 94104
> Office +1.415.875.5809
>
> \*\*\*This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.\*\*\*

\*\*\*This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.\*\*\*

\*\*\*This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.\*\*\*

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

# EXHIBIT B

**Calla, Diana L.**

| | |
|---|---|
| **From:** | Pavel Pogodin, Ph.D., Esq. <pp@consensuslaw.io> |
| **Sent:** | Wednesday, July 14, 2021 1:35 PM |
| **To:** | Hibbard, Stephen D. |
| **Cc:** | Altman (External), Peter; Ro (External), Jessica; Baker, Marshall; Yatter (External), Doug; MATT.RAWLINSON@LW.com; Iris.Xie@lw.com; hlevy@foleyhoag.com; etakashima@bsfllp.com; Silveira, Matthew J.; Calla, Diana L.; Murphy, Jr., Dennis F. |
| **Subject:** | Re: BMA -- Administrative Motion |

**\*\* External mail \*\***

Counsel,

In view of your clear and unmistakable harassment just before the important deadline I will be requesting a 2 week extension on the opposition brief.

Best Regards,



**Pavel Pogodin, Ph.D., Esq.**
Attorney at Law\*
CONSENSUS LAW
CryptoCurrency Attorneys
**t**: +1 (650) 469-3750 **f**: +1 (650) 472-8961
**e**: pp@consensuslaw.io
**i**: www.consensuslaw.io
**o**: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
\* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

On Wed, Jul 14, 2021 at 4:08 PM Pavel Pogodin, Ph.D., Esq. <pp@consensuslaw.io> wrote:
> Counsel,
>
> I will oppose the motion and will ask the court to continue the hearing of August 25, 2021.
>
> Best Regards,
>
> 
>
> **Pavel Pogodin, Ph.D., Esq.**
> Attorney at Law\*
> CONSENSUS LAW
> CryptoCurrency Attorneys
> **t**: +1 (650) 469-3750 **f**: +1 (650) 472-8961
> **e**: pp@consensuslaw.io
> **i**: www.consensuslaw.io
> **o**: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
> \* Admitted in California
>
> CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.
>
> IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

On Wed, Jul 14, 2021 at 2:52 PM Hibbard, Stephen D. <sdhibbard@jonesday.com> wrote:

Pavel –

Since you maintain that Plaintiffs need not comply with Judge Orrick's June 1 scheduling order (modifying the parties' May 28 stipulation) requiring Plaintiffs to file their Opposition on July 16 and further maintain that Plaintiffs have no need to seek relief from the Court, this is to notify you that Defendants will file their own Administrative Motion today to confirm that the June 1 scheduling order remains in effect or, in the alternative, ordering the briefing schedule originally submitted by the parties in the May 28 stipulation.

Stephen D. Hibbard
Partner
**JONES DAY® - One Firm Worldwide**℠
555 California Street, 26th Floor
San Francisco, CA 94104
Office +1.415.875.5809

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***