| | |
|---|---|
| Stephen D. Hibbard (State Bar No. 177865)<br>sdhibbard@jonesday.com<br>Matthew J. Silveira (State Bar No. 264250)<br>msilveira@jonesday.com<br>Dennis F. Murphy, Jr. (State Bar No. 301008)<br>dennismurphy@jonesday.com<br>James M. Gross (Admitted *Pro Hac Vice*)<br>jgross@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA  94104<br>Telephone:   +1.415.626.3939<br>Facsimile:    +1.415.875.5700<br><br>Attorneys for Defendants<br>HDR GLOBAL TRADING LIMITED and ABS GLOBAL TRADING LIMITED<br><br>Peter I. Altman (State Bar No. 285292)<br>paltman@akingump.com<br>Marshall L. Baker (State Bar No. 300987)<br>mbaker@akingump.com<br>Jessica H. Ro (State Bar No. 329737)<br>jro@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA  90067-6022<br>Telephone:   +1.310.229.1000<br>Facsimile:    +1.310.229.1001<br><br>Attorneys for Defendant<br>ARTHUR HAYES | Edward H. Takashima (State Bar No. 270945)<br>etakashima@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>725 S. Figueroa Street<br>31st Floor<br>Los Angeles, CA 90017<br>Telephone:   +1.213.629.9040<br>Facsimile:    +1.213.629.9022<br><br>Attorneys for Defendant<br>BEN DELO<br><br>Douglas K. Yatter (State Bar No. 236089)<br>douglas.yatter@lw.com<br>LATHAM & WATKINS, LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:   +1.212.906.1200<br>Facsimile:    +1.212.751.4864<br><br>Matthew Rawlinson (State Bar No. 231890)<br>matt.rawlinson@lw.com<br>LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA  94025<br>Telephone:   +1.650.328.4600<br>Facsimile:    +1.650.463.2600<br><br>Attorneys for Defendant<br>SAMUEL REED |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov, and Păun Gabriel-Razvan,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo, and Samuel Reed,<br><br>　　　　　Defendants. | Case No. 3:20-cv-03345-WHO<br><br>(Consolidated Case Nos. 3:20-cv-07140-WHO and 3:20-cv-08034-WHO)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONFIRM JUNE 1, 2021 SCHEDULING ORDER OR, IN THE ALTERNATIVE, TO RESET BRIEFING SCHEDULE ON MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT** |

Defendants HDR Global Trading Limited, ABS Global Trading Limited, Arthur Hayes, Ben Delo, and Samuel Reed's (together, "Defendants"), filed an Administrative Motion to Confirm June 1, 2021 Scheduling Order or, in the Alternative, to Reset Briefing Schedule on Motion to Dismiss Plaintiffs' Second Amended Consolidated Complaint ("Administrative Motion").

Having read and considered Defendants' Administrative Motion, the supporting Declaration of Stephen D. Hibbard, the pleadings and records on file in this action, and all other papers filed by the parties in support and in opposition to Defendants' Administrative Motion, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that

\_\_    The June 1, 2021 Scheduling Order remains in effect and, accordingly, Plaintiffs' opposition to Defendants' Motion to Dismiss shall be filed on or before July 16, 2021.

\_\_    Plaintiffs shall file their opposition to Defendants Motion to Dismiss on or before July 21, 2021, and Defendants shall have until August 13, 2021 to file their Reply. Defendants Motion to Dismiss shall be heard on _____.

**IT IS SO ORDERED**.

Dated:

_____
Hon. William H. Orrick
UNITED STATES DISTRICT JUDGE