Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
CONSENSUS LAW
5245 Ave Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io

Attorneys for Plaintiffs
BMA LLC, Yaroslav Kolchin,
Vitaly Dubinin, Dmitry Dolgov
And Păun Gabriel-Razvan

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-3345-WHO<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION**<br><br>**Discovery Cutoff: None Set**<br>**Pretrial Conference Date: None Set**<br>**Trial Date: None Set** |

# OPPOSITION

Despite two *crystal clear* Court Orders duly issued by the Honorable Court, which *clearly* stated that "plaintiffs' opposition to the pending motion to dismiss is due by July 21, 2021, which may be no longer than thirty-five (35) pages" Mr. Hibbard proceeded with a pattern of harassment towards the opposing counsel Dr. Pogodin right before this important deadline. Ex. A and B. These two Court Orders issued by the Honorable Judge Orrick contained no ambiguity. The deadline set by the Honorable Court was July 21, 2021 and the page limit was thirty-five (35) pages. Moreover, Plaintiffs relied on this deadline provided by the Court in multiple duly executed Court Orders and cannot roll back their reliance.

This conduct of Mr. Hibbard was part of a deliberate and premeditated pattern of outright harassment of Plaintiffs' counsel Dr. Pogodin. Pursuant to the same pattern of unlawful harassment, during meet and confer call regarding case management conference statement on or about March 22, 2021, Mr. Hibbard stated to Plaintiffs' counsel Dr. Pogodin, verbatim: "every time you open your mouth in court you are helping us," referring to Plaintiffs' counsel accent, which is a consequence of his national origin, a protected characteristic. See. Dr. Pogodin Declaration. This statement violated Rule 8.4.1 of the California Rules of Professional Conduct, which provides that in: "representing a client, or in terminating or refusing to accept the representation of any client, a lawyer shall not: (1) unlawfully harass or unlawfully discriminate against persons* on the basis of any protected characteristic…". Moreover, on multiple other occasions, Mr. Hibbard worked hard to convey a message upon the same opposing counsel that because of opposing counsel's foreign national origin, he was not part of the "elite" and Judges in the Northern District of California, including Honorable Judge Orrick, will not listen to him, no matter what he said or wrote.

In view of the above clear pattern of outright harassment deliberately launched by Mr. Hibbard to derail Plaintiffs' Opposition to the Motion to Dismiss, and the distraction that it caused to Plaintiffs' counsel Dr. Pogodin in the course of preparing the Opposition to the Motion to Dismiss, Plaintiffs hereby request the Honorable Court to grant them an additional time to prepare the Opposition to the pending Motion to Dismiss. The new deadlines proposed by Plaintiffs

Consensus Law
CryptoCurrency
Attorneys

Opposition to Defendants' Administrative Motion — 2 — BMA LLC et al. v. HDR et al. Case No. 3:20-cv-3345-WHO

are stated in the attached Proposed Order.

## **CONCLUSION**

For these reasons, Plaintiffs respectfully request that the Court deny Defendants' administrative motion and issue an attached [Proposed] Order continuing briefing deadlines on the pending Motion to Dismiss.

Dated: July 15, 2021                                Respectfully submitted,

By:   /s/ Pavel I. Pogodin
        Pavel I. Pogodin

CONSENSUS LAW
Pavel I. Pogodin, Ph.D., Esq.
5245 Ave Isla Verde, Suite 302
Carolina, PR 00979
United States of America
Email: pp@consensuslaw.io
Attorneys for Plaintiffs