Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
CONSENSUS LAW
5245 Ave Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io

Attorneys for Plaintiffs
BMA LLC, Yaroslav Kolchin,
Vitaly Dubinin, Dmitry Dolgov
and Păun Gabriel-Razvan

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-3345-WHO<br><br>**DECLARATION OF DR. PAVEL POGODIN, ESQ. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION**<br><br>**Discovery Cutoff: None Set**<br>**Pretrial Conference Date: None Set**<br>**Trial Date: None Set** |

I, Pavel I. Pogodin, state and declare as follows:

1. I am an attorney of record in this action for Plaintiffs BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov and Păun Gabriel-Razvan. I am a member in good

CONSENSUS LAW
CRYPTOCURRENCY
ATTORNEYS

DECLARATION OF DR. PAVEL POGODIN — - 1 - —  BMA LLC V. HDR ET AL. CASE NO. 3:20-CV-3345-WHO

standing of the Bar of the State of California, and I am admitted to practice before this Court. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, I would willingly and competently testify as to those matters.

2. On or about March 22, 2021, I participated in a meet and confer call regarding case management conference statement in this matter.

3. During said March 22, 2021 call, opposing counsel Mr. Stephen D. Hibbard and Mr. Peter Altman were on the line, among others.

4. During said March 22, 2021 call, the opposing counsel Mr. Stephen D. Hibbard stated to me, verbatim: "every time you open your mouth in court you are helping us," referring to my accent.

5. I relied on the July 21, 2021 deadline expressly specified in two Court Orders of July 6, 2021 and July 12, 2021, issued by Judge Orrick in this matter and cannot file the Opposition to the pending Motion to Dismiss any earlier than that.

6. Mr. Hibbard's conduct caused a significant distraction, which will require additional preparation time for Plaintiffs' Opposition to the pending Motion to Dismiss.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 15, 2021, in Carolina, Puerto Rico.

By: /s/ Pavel I. Pogodin
Pavel I. Pogodin