# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-3345-WHO<br><br>**[PROPOSED] ORDER CONTINUING BRIEFING DEADLINES ON DEFENDANTS' MOTION TO DISMISS**<br><br>**Discovery Cutoff: None Set**<br>**Pretrial Conference Date: None Set**<br>**Trial Date: None Set** |

Having read and considered Defendants' Administrative Motion To Confirm June 1, 2021 Scheduling Order Or, In The Alternative, To Reset Briefing Schedule On Motion To Dismiss Plaintiffs' Second Amended Consolidated Complaint, the pleadings and records on file in this action, and all other papers filed by the parties in support and in opposition to Defendants' Motion,

**IT IS HEREBY ORDERED** that:

1. By August 4, 2021, Plaintiffs shall file and serve their opposition to Defendants' Motion to Dismiss, which may be no longer than thirty-five (35) pages;

2. By August 18, 2021, Defendants shall file and serve their reply in support of their Motion to Dismiss, which may be no longer than twenty (20) pages;

3. Hearing on Defendants' forthcoming Motion to Dismiss the Second Amended Consolidated Complaint is set for Wednesday, September 15, 2021 at 2 p.m.

**SO ORDERED.**

Dated:_____     _____
                                         HON. WILLIAM H. ORRICK
                                         UNITED STATES DISTRICT JUDGE