# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMA LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HDR GLOBAL TRADING LIMITED, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-03345-WHO<br><br>**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR CRYPTOCURRENCY TUTORIAL**<br><br>Re: Dkt. No. 161 |

　　　　Following my Order Denying Motion to Lift Discovery Stay, Dkt. No. 160, plaintiffs filed an administrative motion offering to provide a cryptocurrency tutorial. Dkt. No. 161. Defendants opposed on grounds that plaintiffs failed to follow procedure provided in Local Rule 7-11 for filing administrative motions, cannot seek another opportunity to advocate their views outside the briefing limits for the pending motion to dismiss, and that such a tutorial is unnecessary. Dkt. No. 162.

　　　　Plaintiffs' motion is not well taken. As I reiterated in my Order Denying Motion to Lift Stay, "plaintiffs' opposition to the pending motion to dismiss is due by July 21, 2021, which may be no longer than thirty-five (35) pages. **I will not consider anything beyond that.**" Dkt. No. 160 at 3 n.1. Plaintiffs believe that cryptocurrency tutorial will benefit the court. I think not, particularly at this stage. If I think one is necessary at some point, the arrangements will be made. Plaintiffs should focus on the task at hand—convincing me that they have stated a plausible claim in the Second Amended Consolidated Complaint. The administrative motion is DENIED.

　　　　**IT IS SO ORDERED.**

Dated: July 12, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　William H. Orrick
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge