UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMA LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HDR GLOBAL TRADING LIMITED, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-03345-WHO<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO CONFIRM JUNE 1, 2021 SCHEDULING ORDER**<br><br>Re: Dkt. No. 164 |

On June 1, 2021, I granted the parties' joint stipulation on the briefing schedule for defendants' pending motion to dismiss. I made modifications to the parties' stipulated dates setting July 16, 2021 as the deadline for plaintiffs' opposition brief not exceeding -five (35) pages and August 4, 2021 as the deadline for defendants' reply brief not exceeding twenty (20) pages. Dkt. No. 152. My recent order denying motion to lift discovery stay, Dkt. No. 160, and order denying administration motion for cryptocurrency tutorial, Dkt. No. 163, mistakenly reflected that the opposition brief is due July 21, 2021. Defendants have filed an administrative motion to confirm the June 1, 2021 scheduling order. Dkt. No. 163

I apologize for my error. Having made it, however, and with the likelihood that plaintiffs may have relied on it, I will revert to the dates to which the parties originally stipulated.

The briefing schedule is as follows:

- By July 21, 2021, plaintiffs shall file and serve their opposition to defendants' Motion to Dismiss, which may be no longer than thirty-five (35) pages;
- By August 13, 2021, defendants shall file and serve their reply in support of their Motion to Dismiss, which may be no longer than twenty (20) pages

- Hearing on defendants' Motion to Dismiss the Second Amended Consolidated Complaint remains set for Wednesday, August 25, 2021 at 2 p.m.

**IT IS SO ORDERED.**

Dated: July 15, 2021



William H. Orrick
United States District Judge