Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
CONSENSUS LAW
5245 Ave Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io

Attorneys for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov and Păun Gabriel-Razvan, | Case No.  3:20-cv-3345-WHO |
| Plaintiffs, | **EXHIBIT A TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CONSOLIDATED COMPLAINT** |
| v. | **Hon. William H. Orrick** **Date: August 25, 2021** **Time: 2:00 PM** **Crtrm.: 2, 17th Floor** |
| HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo, Samuel Reed, | |
| Defendants. | **Discovery Cutoff: None Set** **Pretrial Conference Date: None Set** **Trial Date: None Set** |

CONSENSUS LAW
CRYPTOCURRENCY
ATTORNEYS

EX. A TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS - i -    BMA LLC ET AL. V. HDR ET AL.    CASE NO. 3:20-CV-3345-WHO

## I. BITMEX "EVIL GANG" AND CROSS MARKET MANIPULATION

Cross-market manipulation occurs when a trader trades in one market for the purpose of manipulating the price of an asset in another market, capitalizing off the price-moving effects thus generated, instead of with the bona fide intent of profiting off the trade itself.

For example, in *SEC v. Lek Securities Corp.*, 276 F. Supp. 3d 49, 57 (S.D.N.Y. 2017) SEC alleged a cross-market manipulation scheme, wherein "Avalon purchased and sold U.S. stock at a loss to move the prices of corresponding options, so that Avalon could make a profit by trading those options at prices that it would not otherwise have been able to obtain. The profits that Avalon achieved through its options trading more than offset the losses it sustained on its allegedly manipulative trading of stock. The SEC alleges that Avalon engaged in over 600 instances of cross-market manipulation through Lek between August 2012 and December 2015. The complaint describes in detail a specific example of Avalon's cross-market manipulation activity." *Id*.

A similar cross-market manipulation scheme was described by CFTC in the *In re Davis Ramsey*, CFTC No. 18-49, 2018 WL 4772228 (Sept. 27, 2018) (consent order) ("*Ramsey*"). *Ramsey* stated: "[d]uring the Relevant Period, Ramsey routinely purchased and sold Binary Contracts that referenced Futures as the Underlying through an account he held with Nadex, as well as through a second account that was held by a family member (the "Second Nadex Account" and collectively "Nadex Accounts"). In the Nadex Accounts, Ramsey traded, among other products, the US 500 Binary Contract, the Tech 100 Binary Contract, the Gold Binary Contract, and the Silver Binary Contract… On hundreds of occasions, Ramsey, while holding a position in one or more Binary Contracts, just prior to a Binary Contract Expiration, also placed trades in the corresponding Underlying Futures on CME. Ramsey entered into these transactions with the intent to influence the Futures prices that would be used to calculate the relevant Binary Contract Expiration Value."

Despite the current discovery stay and all evidence suppression efforts by Defendants, Plaintiffs have obtained undeniable evidence that an identical cross-market manipulation scheme was executed on BitMEX on a continuous basis. SACC ¶ 466-471. Defendants' co-conspirator



**Oliver Knight**
@KnightCoinRivet

Sad to hear that @ActualAdviceBTC has passed away at such a young age. One of the few personalities on crypto Twitter I enjoyed following over the past five years.

His orchestrated pump from $6,800 in 2018 while posting $30m positions on BitMEX was heroic.

What a great shame.

> **Romano** @RNR_0 · May 19, 2020
> I'll miss you @ActualAdviceBTC
>
> You left your footprints here with glory.
> You were a legend & real cult figure in crypto.
> Show this thread
>
> My best friend here @ActualAdviceBTC died today.
>
> He was a legend & a real cult figure in crypto.
> But he was also like the older brother I never had.
>
> We've been friends since 2013, back when I was 16/17-year-old nobody, and things instantly clicked when I met him in real life in 2017 in Amsterdam.
>
> He helped me with trading, Viscoin, and other

4:28 PM · May 19, 2020 · Twitter Web App

Ben Aabtc engaged in cross-market manipulation on BitMEX (first market) and price-forming "reference" spot exchanges (second market). Specifically, Ben Aabtc "pumped" bitcoin price on

**Romano** @RNR_0 · Apr 30, 2020
In the end surely BTC is programmed to go up. But price can be manipulated

I was in **Thailand**, sitting in @ActualAdviceBTC room and actually see him **pump** BTC up several hundred dollars, liquidating bears and laughing

All that while knowing he had to attend a funeral in few hours

💬 4      ⟲ 4      ♡ 47      ⬆

reference "spot exchanges" while holding multiple open $30,000,0000 perpetual swap positions on BitMEX, in order to benefit those related open positions.

    The use of trading strategies similar to that employed by respondents in the above-cited

CONSENSUS LAW
CRYPTOCURRENCY
ATTORNEYS



**Thread**

**TheBoot**
@TheBootMex

RIP @ActualAdviceBTC . You are always in my memory-
back in April 2018 I was ultra rekt left with only 0.6btc
followed by best winning streak ever - went from 0.6 to
60btc in 10 days. At the time aabtc was trying to pump
the market with all the force he had. I bought in and...

3:21 PM · May 19, 2020 · Twitter Web App

SEC and CFTC actions as well as Defendants and Ben Aabtc, i.e., engaging in a significant

amount of trading activity (e.g. "pumping" bitcoin price on "reference" spot exchanges), at a spe-

cific time, for the purpose of benefitting a related position (e.g. multiple open $30,000,0000 per-

petual swap positions on BitMEX), has been previously recognized as a manipulative device in

violation of the Commodity Exchange Act and regulations promulgated thereunder.  See, e.g., *In*

*re Total Gas & Power North America, Inc*., CFTC No. 16-03, 2015 WL 8296610, at *9 (Dec. 7,

2015) (consent order) (finding "Respondents intentionally employed a manipulative device by

purchasing and/or selling large volumes of fixed-price natural gas at the relevant hubs before and

during bid-week that were intended to benefit . . . related financial positions"); *In re JPMorgan*

*Chase Bank, N.A.*, CFTC No. 14-01, 2013 WL 6057042, at *11 (Oct. 16, 2013) (consent order)

(finding respondents used a manipulative device where "[t]he size and timing of [the] traders'

transactions during [a] concentrated period was calculated to defend the position of [a portfolio]

just prior to [a] month-end review"); *DiPlacido*, 2008 WL 4831204, at *46 (affirming ALJ find-

ings that respondent engaged in manipulation and attempted manipulation in violation of Sections

6(c) and 9(a)(2) of the act by trading of electricity futures contracts during the settlement period

to influence the settlement price of the contracts and benefit a related position.);  *In re Davis*

*Ramsey*, CFTC No. 18-49, 2018 WL 4772228 (Sept. 27, 2018) (consent order) (finding respond-

ent used a manipulative device  where to achieve his ultimate goal of causing certain binary con-

tract expiration values (first market) to be calculated in his favor, respondent engaged in trading

activity on CME (second market) with the objective and specific intent to cause a favorable price

impact in the futures market).

Therefore, for all the foregoing reasons, Ben Aabtc, with the assistance of Defendants,

CONSENSUS LAW
CRYPTOCURRENCY
ATTORNEYS

"use[d] or employ[ed], in connection with [a] swap, ... [a] manipulative or deceptive device or contrivance" in violation of 7 U.S.C. § 9(1) and 17 C.F.R. § 180.1(a) (2019).

As plausibly alleged in the Second Amended Consolidated Complaint ("SACC"), Defendants undeniably knew of and actively participated in this cross-market manipulation scheme.

First, all three individual Defendants, marked in the below photograph, provably closely



7:54 PM · May 19, 2020 · Twitter for iPhone

combined, conspired and confederated with Ben Aabtc face to face and even described him to be their "true friend" and a "legend." This clearly shows that this well-known, open and notorious market manipulator was part of their "inner circle" or so called "BitMEX cartel," as Defendants referered to themselves SACC ¶ 466-471.

Second, Defendants opened multiple $30,000,000 perpetual swap positions for him, which would necessarily require approval at the very top of BitMEX, in disregard of all position limits.

CONSENSUS LAW
CRYPTOCURRENCY
ATTORNEYS

This shows that Defendants clearly knew exactly what he was doing, see the below screenshot of BitMEX's user interface, which Ben Aabtc himself published, showing Ben Aabtc's $30,000,000 open swap positions on BitMEX opened for him by Defendants.



Third, Defendants placed Ben Aabtc on their leaderboard advertising him to the public as

### Top 25 Traders by Notional

| Rank | Name | Profit | Is Real Name |
|---|---|---|---|
| 1 | Hot-Relic-Fancier | 4,196.9329 XBT | ✘ |
| 2 | Heavy-Autumn-Wolf | 3,596.7630 XBT | ✘ |
| 3 | Green-Sky-Whip | 1,101.4551 XBT | ✘ |
| 4 | Cream-White-Ox | 906.6117 XBT | ✘ |
| 5 | Thorn-Moor-Braid | 878.7421 XBT | ✘ |
| 6 | Xzcxcxz | 828.6553 XBT | ✔ |
| 7 | Silent-Plume-Otter | 669.8737 XBT | ✘ |
| 8 | Truth-Bitter-Runner | 586.1175 XBT | ✘ |
| 9 | Almond-Cookie-Soarer | 541.1664 XBT | ✘ |
| 10 | aabtc | 534.3252 XBT | ✔ |
| 11 | Splash-Petal-Jackal | 510.5438 XBT | ✘ |
| 12 | Coffee-Brown-Thorn | 481.2309 XBT | ✘ |
| 13 | ahhereLIO | 461.2755 XBT | ✔ |
| 14 | Taylor | 452.7239 XBT | ✔ |
| 15 | Cedar-Spice-Fisher | 407.6904 XBT | ✘ |
| 16 | Rag-Equinox-Eater | 403.1834 XBT | ✘ |
| 17 | Paint-Mercury-Face | 384.9927 XBT | ✘ |
| 18 | Prism-Fate-Slicer | 370.1898 XBT | ✘ |
| 19 | daniel3 | 345.6583 XBT | ✔ |
| 20 | Marble-Hollow-Seeker | 336.6878 XBT | ✘ |
| 21 | Navy-Midnight-Servant | 335.6627 XBT | ✘ |
| 22 | Quick-Grove-Mind | 316.1076 XBT | ✘ |
| 23 | Silent-Hurricane-Guardian | 311.5210 XBT | ✘ |
| 24 | Grove-Cosmic-Bite | 307.4127 XBT | ✘ |
| 25 | Neon-Marsh-Raver | 304.3723 XBT | ✘ |

one of BitMEX's top traders with full knowledge that his remarkable "trading success" was actually the result of the illegal cross-market manipulation.

In view of this overwhelming evidence, Defendants' denials of the knowledge of and participation in the cross-market manipulation run by Ben Aabtc are simply implausible. In fact, it

appears as if the entire Twitter knew that Ben Aabtc was "heroically" "pumping" and "dumping" markets on BitMEX, while being called a "legend" and "true friend" by Defendants. In view of all this evidence, it shakes the conscience and stretches credibility to argue that Defendants suspected nothing illegal. Accordingly, allegations of the SACC of a market manipulation conspiracy between Defendants and Ben Aabtc as well as aiding and abetting are clearly plausible.

What Plaintiffs have discovered is a classic example of a cross-market manipulation scheme in violation of 7 U.S.C. § 9(1) and 17 C.F.R. § 180.1(a) (2019), which involved the use by Defendants and their co-conspirator of a manipulative device or contrivance. See, for example: *In re Avista Energy, Inc.*, CFTC No. 01-21, 2001 WL 951736 (Aug. 21, 2001) (Avista Energy held over-the-counter derivative contracts, the value of which was based on the settlement price of electricity futures contracts on the last day of options trading for the contracts. The CFTC alleged that Avista Energy created artificial settlement prices in the futures contracts in order to benefit its holdings by (i) placing large orders to sell futures contracts at prices less than the prevailing bids during the last two minutes of trading on the last day of options trading for the contracts and (ii) placing large orders to buy futures contracts at prices higher than the prevailing offers during the last two minutes of trading on the last day of options trading. Avista Energy agreed to a settlement based on charges of attempted manipulation, manipulation, non-competitive trading, and recordkeeping violations (neither admitted nor denied), pursuant to which it paid a civil monetary penalty of $2.1 million.); *U.S. Commodity Futures Trading Comm'n v. Amaranth Advisors, LLC*, 554 F.Supp. 2d 523 (S.D.N.Y. 2008) (The CFTC sued a hedge fund that traded both natural gas futures contracts and over-the-counter natural gas swaps, alleging that the defendant sought to profit from large short positions on natural gas swaps – the prices of which depended on the closing price of natural-gas futures – by manipulating the closing price of natural-gas futures. The defendant allegedly purchased a substantial number of futures contracts leading up to the closing range on expiration day and then sold those contracts several minutes before the close. The goal was to create artificial prices of natural-gas futures contracts by deliberately selling a substantial number of futures contracts during the close on expiration day. Amaranth agreed to a settlement based on charges of attempted manipulation and making material

misrepresentations in violation of CEA §§ 6(c), 6(d) and 9(a)(2) without admitting nor denying

and to pay a civil monetary penalty of $7.5 million.).

In *SEC v. Lek Securities Corp*., 276 F. Supp. 3d 49, 57 (S.D.N.Y. 2017) the Court held:

"The SEC adequately alleges that the … Defendants violated § 20(e) by aiding and abetting Ava-

lon's violations of § 9(a)(2)…  SEC also adequately alleges that the … Defendants had

knowledge of Avalon's layering and cross-market activities and provided Avalon substantial as-

sistance."  In the present case too, Defendants clearly had knowledge of the Ben Aabtc's cross-

market manipulation activities and "provided [Ben Aabtc] substantial assistance."  Thus, Defend-

ants violated 7 U.S.C. § 25(a)(1).  The above facts clearly establish plausibility of Plaintiffs' core

price manipulation and manipulative device claims alleged in the SACC and the need of discov-

ery to prove the rest of their case.  This is exactly what the Honorable Court asked of Plaintiffs in

its last ruling and Plaintiffs have delivered it in earnest.  SACC ¶ 466-471.

Verified statements from both Ben Aabtc and BitMEX, authenticity of which cannot rea-

sonably be questioned, clearly establish that the market manipulation conspiracy between them

was very close, long-running and admittedly illicit.  Ben Aabtc openly referred to himself as one



of BitMEX's first "shills" and even told the public that Defendant Hayes could verify this fact.

"A shill, also called a plant or a stooge, is a person who publicly helps or gives credibility to a

person or organization without disclosing that they have a *close relationship* with said person or

organization." (Emphasis added).  Wikipedia, https://en.wikipedia.org/wiki/Shill, visited on July

5, 2021.  "Shill" is also "an accomplice of a hawker, gambler, or swindler who acts as an enthusi-

astic customer to *entice or encourage others*" who are subsequently swindled or defrauded.  (Em-

phasis added).  Google Definition of "Shill", https://www.google.com/search?q=Shill+definition,

visited on July 5, 2021.

1    This admission by Ben Aabtc is consistent with previously submitted witness statements

2    and photographic evidence that Ben Aabtc was Defendants' *close* co-conspirator who was inten-

3    tionally orchestrating artificial "pumps and dumps" on BitMEX, to first encourage unsuspecting

4    victims to open long positions with Defendants by luring them with his price "pumps" and then

5    using sudden "dumps" to liquidate victims' trading positions, whereby the victims' collateral



18   would be wrongfully confiscated by Defendants in violation of the CEA (Ben Aabtc himself

19   boasted his "pumps and dumps" manipulative activities by stating: "if you don't love me at my

20   dump you don't deserve me at my pump," and specifically tagging Defendant Hayes):



26   Moreover, verified posts from BitMEX's own twitter account establish that this illicit rela-

27   tionship, wherein Ben Aabtc would lure unsuspecting traders to BitMEX with his artificial price

28   "pumps" and then let Defendants liquidate them and misappropriate their funds with his artificial

"dumps" started as early as 2015:



This is what Defendants Hayes himself wrote about Ben Aabtc in one of his own public blog posts, which again confirms a close relationship between the two:

It all started in Feb 2017 on a beach in southern Thailand. Thailand's king passed a few months prior, so the party atmosphere was subdued. Accompanied by a good friend of mine and one of the best shitcoin traders in the game, we headed down the beach in search of a party.

One of his big shitcoin positions at the time was Pepe Cash. This was the precursor to Crypto Kitties. For those not in the know, PepeCash is "rare pepe" memes hashed onto a blockchain. The next killer app to be sure. Pepe Cash was on a mini run, and my boy constantly monitored the market.

We didn't find a poppin' party, but we did find special shakes. The bartender didn't think we were sideways enough so he went in the back to get the real stuff. Over the next few hours we walked for miles, met interesting tourists and locals, and waxed philosophical about shitcoins.

On our ride back to our hotel, I noticed something strange. Our Tuk Tuk driver was wearing a trucker hat with a Pepe the Frog logo on it. Not trusting my eyes, I nudged my friend to confirm what I saw. He concurred that our driver was sporting a Pepe hat. My friend immediately whipped out his phone to check the market. Perhaps they saw what we did. Pepe Cash was pumping and he bought some more.

We both looked at each other and knew it was a sign that something special would happen in 2017. What actually happened was far beyond what we could have ever imagined.

According to disinterested witnesses with no motivation to fabricate, Ben Aabtc simulta-

neously maintained six BitMEX accounts, furnished by Defendants, and actively engaged in all



**Bitcoin Obsessions** @BTC_Obsessions · May 19, 2020                      ···
Rumor has it @ActualAdviceBTC could operate 6 **Bitmex** accounts
simultaneously, hitting retail stops like a Karate Master blindfolded.

forms of illicit market manipulation in violation of the CEA, including stop loss hunting ("hitting

retail stops") and intentionally triggering liquidation cascades, all to the financial ruin of retail

traders like Plaintiffs, as described in the SACC ¶¶ 168-169.  Furthermore, Ben Aabtc himself

openly taunted his manipulation of bitcoin prices to deliberately liquidate other traders (e.g. posit-

ing "miss me bears?" next to a BitMEX Liquidation notice) and have their collateral wrongfully

confiscated by Defendants in violation of the CEA:



Moreover, Ben Aabtc actively used "price suppression bots," which is yet another form of

illicit market manipulation in violation of the CEA, aimed to create and maintain artificially low

prices, not reflective of the true supply and demand conditions on the market:

∞ COBIE @CryptoCobain · May 19, 2020

2014

He had an "accumulation bot" to suppress price to accumulate.

One day he was trying to buy up a coin & break thru resistance for moon but couldnt

"the market maker is a total chad, he keeps holding price down"

He realised later he was trading ... against himself

💬 21          ⟲ 33          ♡ 716          ⬆

all while holding open and "flashing" to others $30 million perpetual swap positions furnished by Defendants:

human person @pips_and_pops · May 22, 2020

Replying to @RNR_0 and @ActualAdviceBTC

R u typoing? U mean 3mm or 30mm?

💬 1          ⟲          ♡          ⬆

blaster33 @blastered33 · May 22, 2020

it was 30M. I saw it too. **aabtc** always had 20M+ position on **bitmex**

💬 1          ⟲          ♡ 1          ⬆

skynet @skynetcap · May 19, 2020

I'm hearing that **aabtc** passed away. He was a big player on **Bitmex**. I remember he'd be flashing his seven-figure longs in the trollbox. Didn't know the guy. But I always remember his bio, trading boutique cryptocurrencies and slamming Arthur's websockets, or something like that.

💬          ⟲          ♡          ⬆



**stoplost** @marianr2d2 · Sep 2, 2018

Replying to @Crypto_n_derivs

Bad trading is a loss for the account that placed x mill dollars levereged shorts. It is a profit for the other side, the house, bitfinex. No, it was not normal, they make it look like it.

💬 1      ↻      ♡      ⬆

🥥**Cryptocurrency & derivatives**🎚🔊 **EIP1559** 🏴 ... · Sep 2, 2018

The other side is a large buyer, not the house

I don't think #Bitfinex faked that buy, they are subpoenaed by US government, lots of eyes on them

If you think that buy was out of order - it was mere 10-20kBTC, 70-140m, not much

**ActualAdviceBTC** flashes 30m positions on **#Bitmex**

💬      ↻      ♡      ⬆

Numerous witnesses observed Ben Aabtc engaging in artificially moving the market prices by creating artificial prices of bitcoin for the benefit of Defendants and at the expense of retail traders like Plaintiffs, all in violation of the CEA:

**Tristan** @penokee1773 · Apr 3, 2018

Replying to @BigCheds

It's one or two guys moving the market.  Mainly **aabtc** on **bitmex**

💬 1      ↻      ♡ 1      ⬆

Finally, Ben Aabtc "died" on May 19, 2020, supposedly of illicit drug overdose, just three days after a RICO complaint was filed in this action on May 16, 2020, describing the *exact* illegal price manipulation conduct that he was openly engaged in, together with Defendants.  The remarkable timing of his "death" immediately after filing of the RICO compliant in this action is clearly not a coincidence.

