Edward H. Takashima (State Bar No. 270945)
BOIES SCHILLER FLEXNER LLP
725 S. Figueroa Street
31st Floor
Los Angeles, CA 90017
Telephone: +1.213.629.9040
Facsimile:   +1.213.629.9022
etakashima@bsfllp.com

Harlan A. Levy (*admitted pro hac vice*)
FOLEY HOAG LLP
1301 Avenue of Americas
25th Floor
New York, NY 10019
Telephone: +1.646.927.5500
Facsimile:   +1.646.927.5599
hlevy@foleyhoag.com

*Attorneys for Defendant*
BEN DELO

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov, and Paun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Training Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo, and Samuel Reed,<br><br>Defendants. | **NOTICE OF CHANGE IN COUNSEL**<br><br>Case No. 20-cv-03345-WHO<br><br>Judge:  Honorable William H. Orrick |

PLEASE TAKE NOTICE that HARLAN A. LEVY, attorney of record for Defendant Ben Delo, has moved law firms. He is now with the firm of Foley Hoag LLP. Mr. Levy continues to represent Defendant Ben Delo, as does Edward H. Takashima.

Dated: July 27, 2021                                Respectfully submitted,

                                                   */s/  Harlan A. Levy*
                                                   Harlan A. Levy (*admitted pro hac vice*)
                                                   FOLEY HOAG LLP
                                                   1301 Avenue of Americas, 25th Floor
                                                   New York, NY 10019
                                                   Telephone: +1.646.927.5554
                                                   Facsimile: +1.646.927.5559
                                                   hlevy@foleyhoag.com

                                                   Edward H. Takashima (State Bar No. 270945)
                                                   BOIES SCHILLER FLEXNER LLP
                                                   725 S. Figueroa Street
                                                   31st Floor
                                                   Los Angeles, CA 90017
                                                   Telephone: +1.213.629.9040
                                                   Facsimile: +1.213.629.9022
                                                   etakashima@bsfllp.com

                                                   *Attorneys for Defendant*
                                                   BEN DELO