# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-3345-WHO<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>**Discovery Cutoff: None Set**<br>**Pretrial Conference Date: None Set**<br>**Trial Date: None Set** |

Having read and considered Plaintiffs' Administrative Motion To Relate Cases, the pleadings and records on file in this action, and all other papers filed by the parties in support and in opposition to Plaintiffs' Motion,

**IT IS HEREBY ORDERED** that:

1. *Global Trading Limited*, No. 3:20-cv-03345-WHO and *Sorokin v. HDR Global Trading Limited*, No. 4:21-cv-03576-JSW are Related Cases pursuant to Civil Local Rule 3-12.

2. The later-filed case, *Sorokin v. HDR Global Trading Limited*, No. 4:21-cv-03576-JSW, should be reassigned to Judge William H. Orrick, the Judge assigned to the lower-numbered case.

3. Plaintiff *Sorokin's* right to amend his Complaint as a matter of course pursuant to FRCP 15(a)(1) shall not be affected.

**SO ORDERED.**

Dated:_____

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE