Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
CONSENSUS LAW
5245 Ave Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io

Sanjay Prasad, Esq. (SBN 191230)
APPLETON LUFF
221 Main Street, #496
Los Altos, CA 94023
United States of America
Telephone: (650) 918-7647
Email: prasad@appletonluff.com

Attorneys for Plaintiffs
BMA LLC, Yaroslav Kolchin,
Vitaly Dubinin, Dmitry Dolgov
And Păun Gabriel-Razvan

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-3345-WHO<br><br>**DECLARATION OF DR. PAVEL POGODIN, ESQ. IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO RELATE CASES** |

I, Pavel I. Pogodin, state and declare as follows:

1. I am an attorney of record in this action for Plaintiffs BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov and Păun Gabriel-Razvan. I am a member in good standing of the Bar of the State of California, and I am admitted to practice before this Court. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, I would willingly and competently testify as to those matters.

2. Pursuant to Civ. L.R. 7-11, on August 16, 2021, I asked opposing counsel Stephen D. Hibbard whether they will oppose this motion to relate cases. The opposing counsel replied: "Defendants will directly advise the Court of their position on plaintiff's administrative motion." Therefore, stipulation could not be obtained.

3. I have asked opposing counsel Stephen D. Hibbard multiple times to extend limitation periods for both Plaintiffs *Razvan* and *Sorokin*, in order to avoid filing these two court actions and save parties and Court's resources. Stephen D. Hibbard either ignored my requests or responded negatively.

4. Since May of 2021 I have been asking opposing counsel Stephen D. Hibbard to state Defendants' position regarding relation of actions.

5. During the week of August 9, 2021, the parties intended to file a stipulated motion and a stipulation relating cases. I sent my proposed revisions to the draft stipulated motion to Defendants very early in the morning of August 13, 2021, mentioning my efforts to avoid filing *Razvan* and *Sorokin* actions by obtaining extension of applicable limitation periods. Defendants failed to respond back to me by the end of the day of August 13, 2021, which was the deadline for filing a CMC statement in the Sorokin action. Therefore, to avoid having an OSC regarding dismissal of the *Sorokin* action being issued by Judge White, I filed the motion to relate on behalf of Plaintiffs only, by the end of the day of August 13, 2021.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on August 16, 2021, in Carolina, Puerto Rico.

By: /s/ Pavel I. Pogodin
Pavel I. Pogodin