| | |
|---|---|
| Stephen D. Hibbard (State Bar No. 177865)<br>sdhibbard@jonesday.com<br>Matthew J. Silveira (State Bar No. 264250)<br>msilveira@jonesday.com<br>Dennis F. Murphy, Jr. (State Bar No. 301008)<br>dennismurphy@jonesday.com<br>James M. Gross (Admitted *Pro Hac Vice*)<br>jgross@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA  94104<br>Telephone:   +1.415.626.3939<br>Facsimile:   +1.415.875.5700<br><br>Attorneys for Defendants<br>HDR GLOBAL TRADING LIMITED and ABS GLOBAL TRADING LIMITED<br><br>Peter I. Altman (State Bar No. 285292)<br>paltman@akingump.com<br>Marshall L. Baker (State Bar No. 300987)<br>mbaker@akingump.com<br>Jessica H. Ro (State Bar No. 329737)<br>jro@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA  90067<br>Telephone:   +1.310.229.1000<br>Facsimile:   +1.310.229.1001<br><br>Attorneys for Defendant<br>ARTHUR HAYES | Edward H. Takashima (State Bar No. 270945)<br>etakashima@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>725 S Figueroa Street, 31st Floor<br>Los Angeles, CA 90017<br>Telephone:   +1.213.629.9040<br>Facsimile:   +1.213.629.9022<br><br>Attorneys for Defendant<br>BEN DELO<br><br>Douglas K. Yatter (State Bar No. 234264)<br>douglas.yatter@lw.com<br>LATHAM & WATKINS, LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:   +1.212.906.1200<br>Facsimile:   +1.212.751.4864<br><br>Matthew Rawlinson (State Bar No. 231890)<br>matt.rawlinson@lw.com<br>LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone:   +1.650.328.4600<br>Facsimile:   +1.650.463.2600<br><br>Attorneys for Defendant<br>SAMUEL REED |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov, and Păun Gabriel-Razvan,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>　　　　　　Defendants. | Case No. 3:20-cv-03345-WHO<br><br>(Consolidated Case Nos. 3:20-cv-07140-WHO and 3:20-cv-08034-WHO)<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO RELATE CASES** |

1       Defendants HDR Global Trading Limited, ABS Global Trading Limited, Arthur Hayes, Ben Delo, and Samuel Reed (together, "Defendants") respectfully submit this Response to Plaintiffs' Administrative Motion to Relate Cases. Defendants also respectfully request that this action, *BMA LLC v. HDR Global Trading Limited*, No. 3:20-cv-03345-WHO, be designated as related to *Sorokin v. HDR Global Trading Limited*, No. 4:21-cv-03576-JSW, which was filed by the same counsel who represents plaintiffs in the *BMA* action and which asserts substantially similar claims against the same defendants as in the *BMA* action.

      Defendants contacted Plaintiffs' counsel two weeks ago about filing a joint administrative motion to relate the *BMA* and *Sorokin* actions and sent Plaintiffs' counsel a draft of a joint administrative motion on August 10, 2021. Defendants noted in their draft motion that Plaintiffs' counsel had identified the *BMA* action as a related case on the *Sorokin* civil cover sheet when filing the complaint. *Sorokin*, ECF 1-1. On August 13, 2021, at 4:35 a.m. Pacific time, Plaintiffs' counsel sent proposed revisions to Defendants, including a number of statements about Plaintiffs' view of matters that are irrelevant to whether these cases should be related. Before all Defendants had coordinated about substantive comments to Plaintiffs' revised motion, Plaintiffs' counsel, without notice to Defendants, unilaterally further recast the draft and filed the instant Administrative Motion to Relate Cases ("Motion").

      Although Defendants do not agree with the manner in which the Motion was submitted, and trust that the Court will disregard Plaintiffs' counsel's inappropriate remarks in the Motion, Defendants concur with the relief sought and respectfully request that the Court designate the *Sorokin* action as related to the *BMA* action.

Dated: August 16, 2021                                JONES DAY

                                                            By: */s/ Stephen D. Hibbard*
                                                                Stephen D. Hibbard

Counsel for Defendants
HDR GLOBAL TRADING LIMITED and
ABS GLOBAL TRADING LIMITED

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Peter I. Altman*
    Peter I. Altman

Counsel for Defendant
ARTHUR HAYES

BOIES SCHILLER FLEXNER LLP

By: */s/ Edward H. Takashima*
    Edward H. Takashima

Counsel for Defendant
BEN DELO

LATHAM & WATKINS, LLP

By: */s/ Douglas K. Yatter*
    Douglas K. Yatter
    Matthew Rawlinson

Counsel for Defendant
SAMUEL REED

1  I, Stephen D. Hibbard, am the ECF User whose ID and password are being used to file
2  this DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO
3  RELATE CASES.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories
4  concur in this filing.
5  DATED:  August 16, 2021

*/s/ Stephen D. Hibbard*
STEPHEN D. HIBBARD