| | |
|---|---|
| Stephen D. Hibbard (State Bar No. 177865)<br>sdhibbard@jonesday.com<br>Matthew J. Silveira (State Bar No. 264250)<br>msilveira@jonesday.com<br>Dennis F. Murphy, Jr. (State Bar No. 301008)<br>dennismurphy@jonesday.com<br>James M. Gross (Admitted *Pro Hac Vice*)<br>jgross@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA  94104<br>Telephone:    +1.415.626.3939<br>Facsimile:     +1.415.875.5700<br><br>Attorneys for Defendants<br>HDR GLOBAL TRADING LIMITED and ABS GLOBAL TRADING LIMITED<br><br>Peter I. Altman (State Bar No. 285292)<br>paltman@akingump.com<br>Marshall L. Baker (State Bar No. 300987)<br>mbaker@akingump.com<br>Jessica H. Ro (State Bar No. 329737)<br>jro@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA  90067<br>Telephone:    +1.310.229.1000<br>Facsimile:     +1.310.229.1001<br><br>Attorneys for Defendant<br>ARTHUR HAYES | Edward H. Takashima (State Bar No. 270945)<br>etakashima@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>725 S Figueroa Street, 31st Floor<br>Los Angeles, CA 90017<br>Telephone:    +1.213.629.9040<br>Facsimile:     +1.213.629.9022<br><br>Attorneys for Defendant<br>BEN DELO<br><br>Douglas K. Yatter (State Bar No. 234264)<br>douglas.yatter@lw.com<br>LATHAM & WATKINS, LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:    +1.212.906.1200<br>Facsimile:     +1.212.751.4864<br><br>Matthew Rawlinson (State Bar No. 231890)<br>matt.rawlinson@lw.com<br>LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone:    +1.650.328.4600<br>Facsimile:     +1.650.463.2600<br><br>Attorneys for Defendant<br>SAMUEL REED |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov, and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (a.k.a. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-03345-WHO<br><br>(Consolidated Case Nos. 3:20-cv-07140-WHO and 3:20-cv-08034-WHO)<br><br>**DECLARATION OF STEPHEN D. HIBBARD IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO RELATE CASES** |

I, Stephen D. Hibbard, declare as follows:

1. I am an attorney with the law firm of Jones Day, attorneys of record for Defendants HDR Global Trading Limited ("HDR") and ABS Global Trading Limited ("ABS"). I am licensed to practice law in the State of California. I make this declaration in support of Defendants' Response to Plaintiffs' Administrative Motion to Relate Cases, regarding the Administrative Motion to Relate Cases filed by Plaintiffs on August 13, 2021. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. I contacted Plaintiffs' counsel two weeks ago about filing a joint administrative motion to request that the court designate this action, *BMA LLC v. HDR Global Trading Limited*, No. 3:20-cv-03345-WHO, as related to *Sorokin v. HDR Global Trading Limited*, No. 4:21-cv-03576-JSW. On August 10, 2021, I sent Plaintiffs' counsel a draft of a joint administrative motion. The draft motion noted that Plaintiffs' counsel, who also represents the plaintiff in *Sorokin*, had identified the *BMA* action as a related case on the *Sorokin* civil cover sheet when filing the complaint.

3. On August 13, 2021, at 4:35 a.m. Pacific time, Plaintiffs' counsel sent to Defendants proposed revisions to the joint administrative motion. These revisions included a number of statements about Plaintiffs' view of matters that are irrelevant to whether the *BMA* and *Sorokin* cases should be related. Before all Defendants had coordinated about substantive comments to Plaintiffs' revised motion, Plaintiffs' counsel unilaterally further recast the draft and filed the instant Administrative Motion to Relate Cases ("Motion"). Plaintiffs' counsel did not notify Defendants of his intent or actions before filing the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of August, 2021, in Tiburon, California.

*/s/ Stephen D. Hibbard*
Stephen D. Hibbard