**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov, and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo, and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-03345-WHO<br><br>(Consolidated Case Nos. 3:20-cv-07140-WHO and 3:20-cv-08034-WHO)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CONSOLIDATED COMPLAINT** |

     Plaintiffs filed an Administrative Motion for Leave to File Sur-Reply to Defendants' Motion to Dismiss Second Amended Consolidated Complaint on August 16, 2021.  ECF No. 174.  Defendants HDR Global Trading Limited, ABS Global Trading Limited, Arthur Hayes, Ben Delo, and Samuel Reed (together, "Defendants") opposed on August 18, 2021.  ECF No. 177.

     Having read and considered Plaintiffs' Motion, Defendants' Opposition, the pleadings and records on file in this action, and all other papers filed by the parties in support of and in opposition to Plaintiffs' Motion, and good cause appearing therefore,

     **IT IS HEREBY ORDERED** that Plaintiffs' Administrative Motion for Leave to File Sur-Reply to Defendants' Motion to Dismiss Second Amended Consolidated Complaint is **DENIED**.

     **SO ORDERED.**

DATED: _____

                                                     THE HONORABLE WILLIAM H. ORRICK
                                                     UNITED STATES DISTRICT JUDGE