# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** August 25, 2021 | **Time:** 34 minutes<br>2:47 p.m. to 3:21 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 20-cv-03345-WHO | **Case Name:** BMA LLC v. HDR Global Trading Limited | |

**Attorneys for Plaintiff:** Sanjay Prasad and Pavel I. Pogodin
**Attorneys for Defendant:** Stephen D. Hibbard, Peter Altman, Matt Rawlinson, Doug Yatter, and Ed Takashima

**Deputy Clerk:** Jean Davis             **Court Reporter:** Katherine Sullivan

## PROCEEDINGS

Motion hearing conducted via videoconference. The Court announces tentative opinion. Argument of counsel heard. Motion taken under submission; written order to follow.