Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
CONSENSUS LAW
5245 Ave Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io

Sanjay Prasad, Esq. (SBN 191230)
APPLETON LUFF
221 Main Street, #496
Los Altos, CA 94023
United States of America
Telephone: (650) 918-7647
Email: prasad@appletonluff.com

Attorneys for Plaintiffs
BMA LLC, Yaroslav Kolchin,
Vitaly Dubinin, Dmitry Dolgov
And Păun Gabriel-Razvan

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-3345-WHO<br><br>**PLAINTIFFS VITALY DUBININ, DMITRY DOLGOV AND PĂUN GABRIEL-RAZVAN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)**<br><br>**Discovery Cutoff:** None Set<br>**Pretrial Conference Date:** None Set<br>**Trial Date:** None Set |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

    Notice is hereby given pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that Plaintiffs Vitaly Dubinin, Dmitry Dolgov and Păun Gabriel-Razvan ("Dismissing Plaintiffs") voluntarily dismiss the captioned action (the "Action") without prejudice.  Plaintiffs BMA LLC and Yaroslav Kolchin remain in the Action.  Because this notice of dismissal is being filed with the Court before service by any of the Defendants of either an answer or a motion for summary judgment, Dismissing Plaintiffs' dismissal of the Action without prejudice is effective upon the filing of this notice.

Dated:  September 2, 2021          Respectfully submitted,

By:    /s/ Pavel I. Pogodin
       Pavel I. Pogodin

CONSENSUS LAW
Pavel I. Pogodin, Ph.D., Esq.
5245 Ave Isla Verde, Suite 302
Carolina, PR 00979
United States of America
Email: pp@consensuslaw.io
Attorneys for Plaintiffs