UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMA LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HDR GLOBAL TRADING LIMITED, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-03345-WHO<br><br>**JUDGMENT** |

Pursuant to the Order Granting Motion to Dismiss Second Amended Consolidated Complaint With Prejudice, judgment is accordingly entered. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: September 7, 2021



William H. Orrick
United States District Judge