# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: U.S. District Court, Northern District of California

U.S. District Court case number: 3:20-cv-03345-WHO

Date case was first filed in U.S. District Court: 05/16/2020

Date of judgment or order you are appealing: 09/07/2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

BMA LLC; Yaroslav Kolchin

Is this a cross-appeal?   ☐ Yes   ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

5245 Av. Isla Verde

Suite 302

City: Carolina   State: PR   Zip Code: 00979

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Pavel I. Pogodin   **Date** 09/26/2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**   Rev. 12/01/2018

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
BMA LLC; Yaroslav Kolchin

Name(s) of counsel (if any):
Pavel I. Pogodin, Esq.,
Consensus Law

Address: Consensus Law, 5245 Av. Isla Verde, Suite 302, Carolina, PR 00979

Telephone number(s): 650-469-3750

Email(s): pp@consensuslaw.io

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
HDR Global Trading Limited; ABS Global Trading Limited

Name(s) of counsel (if any):
Stephen D. Hibbard; Dennis Francis Murphy; Diana Lee Calla; James Matthew Gross; Jason S. McDonell; Matthew James Silveira,
Jones Day

Address: 555 California Street, 26th Floor, San Francisco, CA 94104

Telephone number(s): 415-626-3939

Email(s): sdhibbard@jonesday.com; dennismurphy@jonesday.com; dcalla@jonesday.com; jgross@jonesday.com; jmcdonell@jonesday.com; msilveira@jonesday.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                     1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:
BMA LLC; Yaroslav Kolchin

Name(s) of counsel (if any):
Sanjay Prasad, Esq.,
Appleton Luff

Address: 221 Main Street, Ste. 496, Los Altos, CA 94023

Telephone number(s): 650-918-7647

Email(s): prasad@appletonluff.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ◯ No

**<u>Appellees</u>**

Name(s) of party/parties:
Arthur Hayes

Name(s) of counsel (if any):
Peter Ian Altman; Jessica Hisoo Ro; Marshall Lee Benjamin Baker,
Akin Gump Strauss Hauer & Feld LLP

Address: 1999 Avenue of the Stars, Suite 600, Los Angeles, CA 90067-3010

Telephone number(s): 310-229-1000

Email(s): paltman@akingump.com; jro@akingump.com; mbaker@akingump.com

Name(s) of party/parties:
Ben Delo

Name(s) of counsel (if any):
Edward Takashima; Harlan A. Levy; Thomas H. Sosnowski,
Boies, Schiller, and Flexner LLP

Address: 725 S. Figueroa Street, 31st Floor, Los Angeles, CA 90017

Telephone number(s): (213) 629-9040

Email(s): etakashima@bsfllp.com; hlevy@bsfllp.com; tsosnowski@bsfllp.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                              2                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Ben Delo

Name(s) of counsel (if any):
Patrick J Smith,
Smith Villazor LLP

Address: 250 West 55th Street, 30th Floor, New York, NY 10019

Telephone number(s): 212-906-1200

Email(s): patrick.smith@smithvillazor.com

Name(s) of party/parties:
Samuel Reed

Name(s) of counsel (if any):
Douglas Kent Yatter; Matthew Rawlinson,
Latham & Watkins LLP

Address: 1271 Avenue of the Americas, New York, NY 10022

Telephone number(s): 212-906-1200

Email(s): douglas.yatter@lw.com; matt.rawlinson@lw.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*