|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br>AUG 2 2023<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

BMA, LLC; YAROSLAV KOLCHIN,

    Plaintiffs-Appellants,

 v.

HDR GLOBAL TRADING LIMITED; et al.,

    Defendants-Appellees,

 and

AGATA MARIA REED; et al.,

    Defendants.

No.   21-16577

D.C. No. 3:20-cv-03345-WHO
Northern District of California,
San Francisco

ORDER

The court's June 22, 2023, order directed appellants to file a response by July 13, 2023, and warned that failure to comply would result in dismissal of this appeal. Appellants have failed to respond. This appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

This order served on the district court will, 21 days after the date of this order, act as the mandate of this court.

                      FOR THE COURT:

                      MOLLY C. DWYER
                      CLERK OF COURT